**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

--------------------------------------------------------------

JANICE SCOTT-BLANTON
3578 WHARF LANE
TRIANGLE, VA 22172
(703) 861-0028
        Plaintiff,

   -against-

**UNIVERSAL CITY STUDIOS PRODUCTIONS,
LLLP**, a Delaware limited liability limited partnership;
**UNIVERSAL STUDIOS/UNIVERSAL PICTURES,
INC**, a Delaware corporation; **FOCUS FEATURES,
LLC**, a Delaware limited liability company;
**UNIVERSAL STUDIOS LICENSING, LLLP**,
a Delaware limited liability limited Partnership;
**RIVER ROAD ENTERTAINMENT, LLC**, a
Delaware limited liability company; **DEL MAR
PRODUCTIONS, LLC**, a Delaware limited liability
company; **SIMON & SCHUSTER/SCRIBNER**,
New York, New York; **NEW YORKER MAGAZINE/
ADVANCE PUBLICATIONS, INC.**, NY; **JAMES
ALLEN SCHAMUS**, an individual and doing
business as Del Mar Productions; **LARRY (JEFF)
MCMURTRY**, an individual and doing business as
Saria, Inc; **DIANA OSSANA**, an individual and doing
business as Saria, Inc. **ANG LEE**, an individual;
**CHUCK SHELTON**, an individual; **ANNIE PROULX**,
an individual and doing business as Deadline, Ltd.

       Defendants.

--------------------------------------------------------------

CASE NUMBER  1:07CV00098

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 01/16/2007

JURY ACTION

**COMPLAINT FOR:
COPYRIGHT
INFRINGEMENT**

Plaintiff, for her complaint against Defendants, alleges:

## JURISDICTION AND VENUE

1.    This civil action seeks damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq*).

2.    This Court has jurisdiction under 17 U.S. C. § 101 *et seq*.; 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1332(a) (this civil action exceeds the sum or value of $75,000), and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Plaintiff is informed and believes that, a substantial part of the acts of infringement complained of herein occurred in this District and a substantial part of property that is the subject of this action is situated. Plaintiff is informed and believes that personal jurisdiction in this District is proper because Defendants, without consent or permission of the Plaintiff, created a derivative work, produced, distributed, and sold international and domestic rights of copyrighted works for which the Plaintiff have exclusive rights. Such unlawful distribution occurred in every jurisdiction in the United States, including this one.

## PARTIES

4.    Plaintiff, Janice Scott-Blanton, is an author and a United States citizen and owner of the original published intellectual property *My Husband is on the Down Low and I Know About It,* a novel about a woman whose husband has a secret homosexual relationship and she witnesses him in a homosexual act and remains quiet about it. *My Husband is on the Down Low and I Know About It* also includes a self-contained screenplay, **Exhibit A**. Plaintiff brings this action to stop Defendants from producing, selling, distributing and showing on cable networks and in movie theaters, both domestic

and internationally, the Academy Award Winning movie *Brokeback Mountain*, a movie about a woman whose husband has a secret homosexual relationship and she witnesses him in a homosexual act and remains quiet about it, which is derived from a substantial part of Plaintiff's original copyrighted literary works. Defendants have misappropriated Plaintiff's labor and arrogantly thrust her copyrighted work before the public as a derivative of another author's work, Annie Proulx. In doing so, Defendants violated Plaintiff's exclusive rights pursuant to 15 U.S.C. § 1125(a).

5.      Defendant Universal City Studios Productions, LLLP, ("Universal") is a Delaware limited liability limited partnership, with its principal place of business at 100 Universal City Plaza, Universal City, California 91608. Universal City Studios Production, LLLP is wholly and indirectly owned by NBC Universal, Inc.  NBC Universal, Inc. is owned by General Electric and Vivendi Universal S. A., a publicly held French company. Plaintiff is informed and believes that Universal City Studios Production, LLLP is engaged in the production, distribution and acquisitions of motion pictures for home entertainment and other forms of distribution. Plaintiff is informed and believes that, Universal City Studios Productions, LLLP is listed as the "claimant" of copyright for the Academy Award Winning motion picture film *Brokeback Mountain,* and all other cinematographic material, **Exhibit B**. In addition, Plaintiff is informed and believes that HBO recently acquired an exclusive license for the Academy Award Winning movie *Brokeback Mountain*, from Universal City Studios Productions, LLLP, and is now distributing it on its cable network, **Exhibit C**.

6.      Defendant Universal Studios, Inc/and or Universal Pictures, Inc. are Delaware corporations, with their principal place of business at 100 Universal City Plaza,

Universal City, California 91608. Plaintiff is informed and believes that Universal Studios is a subsidiary of NBC Universal, Inc. and is one of the major film studios in America with distribution and administrative offices located in New York City, and that Universal Pictures is the main motion picture production and distribution arm of Universal Studios. Plaintiff is informed and believes that, Universal Studios served as major distributor of the Academy Award Winning motion picture film *Brokeback Mountain*. Distribution of *Brokeback Mountain* is criminal copyright infringement, in violation of 18 U.S.C. § 2319 and 17 U.S.C. § 506(a). Universal Studios, acted in concert with River Road Entertainment, Focus Features, LLC, and James Schamus, co-president of Focus Features, and willfully infringed Plaintiff's copyrights for the purposes of commercial advantage or private financial gain by copying Plaintiff's intellectual property.

7.      Defendant Focus Features, LLC is a Delaware limited liability company, with a principal place of business at 100 Universal City Plaza, Universal City, California 91608 and 65 Bleecher Street, 3rd Floor, NY, NY 10012. Plaintiff is informed and believes that Focus Features is the art house film division of NBC Universal, Inc., Universal Studios. Plaintiff is informed and believes that, Focus Features is a finance, production and distribution company and that in the recently published book *Brokeback Mountain Story to Screenplay*; Story by Annie Proulx, Screenplay by Larry McMurtry & Diana Ossana, 2005, the Screenplay, cover, interior artwork, and photographs on the copyright page were Copyright by Focus Features LLC. In addition, on the last page 166 of the book, Focus Features LLC is listed as registered copyright owner, 2005, **Exhibit D**.

8.      Defendant Universal Studios Licensing, LLLP is a Delaware limited liability limited partnership with their principal place of business at 100 Universal City

Plaza, Universal City, California 91608. Plaintiff is informed and believes that Universal

Studios Licensing, LLLP holds the license for the Academy Award Winning movie

*Brokeback Mountain*, and the recently published book *Brokeback Mountain Story to*

*Screenplay*; Story by Annie Proulx, Screenplay by Larry McMurtry & Diana Ossana, 2005.

9.       Defendant River Road Entertainment, LLC/River Road Productions, is

Delaware limited liability company with offices located at 1901 Avenue of the Stars, 2nd

Floor, Los Angeles, California and 4050 Dain Rauscher Plaza, 60 S. 6th Street,

Minneapolis, MN 55402, and is engaged in the development and production of feature

films. Plaintiff is informed and believes that River Road Entertainment acted in concert

with Focus Features to finance and produce the Academy Award Winning motion picture

film *Brokeback Mountain.*

10.       Defendant Del Mar Productions, LLC is a Delaware limited liability

company with its principal place of business in New York, New York. Plaintiff is informed

and believes that Del Mar is a film production company formed for the purpose of

facilitating the production of *Brokeback Mountain* and is controlled by Focus Features,

LLC.

11.       Defendant Simon & Schuster, Inc. /Scribner, is a publishing house with its

main office in New York. Plaintiff is informed and believes that Scribner is the adult

imprint of Simon & Schuster, and that Scribner is the imprint and distributor used to print

and distribute Plaintiff's copyrighted literary works through Annie Proulx's short story

*Brokeback Mountain,* Scribner, December 2005, Trade Paperback, 64 pages, ISBN-10: 0-

7432-7132-7, ISBN-13: 978-0-7432-7132-5, **Exhibit E.**

12.    Defendant New Yorker Magazine is a New York-based magazine. Plaintiff
is informed and believes that New Yorker Magazine is owned by Advance Publications,
Inc. which is a privately held communications company, located at 950 Fingerboard Rd,
Staten Island, NY 10305. Plaintiff is informed and believes that New Yorker Magazine "re-
worked" Annie Proulx's short story *Brokeback Mountain* for book publication, acting in
concert with Focus Features and River Road Entertainment, then reprinted the revised short
story on 5 December 2005 prior to the release of the motion picture film *Brokeback
Mountain*, **Exhibit F.**

13.    Plaintiff is informed and believes that Defendant James Allen Schamus is a
screenwriter, producer and co-president of Focus Features, LLC and that James Schamus
does business as Del Mar Productions, LLC (employer for hire). Plaintiff is informed and
believes that James Schamus is an individual who resides in New York, New York, and
that James Schamus was the main financial producer of *Brokeback Mountain* and is co-
president of Focus Features, LLC. Plaintiff is informed and believes that James Schamus
acted in concert with River Road Entertainment, New Yorker Magazine, director Ang Lee,
Universal Studios and screenwriters Larry McMurtry and Diana Ossana, to re-write,
produce and distribute the Academy Award Winning movie *Brokeback Mountain* using
material from Plaintiff's protected literary works.

14.    Plaintiff is informed and believes that Defendant Larry (Jeff) McMurtry is a
screenwriter and novelist, who resides at 1005 South Ash, Archer City, TX 76351, and
does business with co-partner Defendant Diana Ossana as Saria, Inc. Larry McMurtry and
Diana Ossana, who is a screenwriter, are both credited by the Academy of Motion Picture

Arts & Sciences, as the screenwriters for the Academy Award Winning movie *Brokeback Mountain*, **Exhibit G**.

15.     Plaintiff is informed and believes that Defendant Diana Ossana is a screenwriter who resides at 5550 N. Genematas Drive, Tucson, AZ 85704-5914, does business with co-partner Defendant Larry McMurtry as Saria, Inc. Diana Ossana and Larry McMurtry are both credited by the Academy of Motion Picture Arts & Sciences, as the screenwriters for the Academy Award Winning movie *Brokeback Mountain*.

16.     Plaintiff is informed and believes that Defendant Ang Lee is an independent director, screenwriter and producer whose last known address was at 417 Canal St. 51, #410, New York, New York, and that he directed the Academy Award Winning movie *Brokeback Mountain*.

17.     Plaintiff is informed and believes that Defendant Chuck Shelton is the Managing Editor for VNU US Literary Group, at 770 Broadway, New York City, a Netherlands-based media and data company that serves the book and literary trade sector, including libraries, publishers, literary and film agents, as well as film and TV producers.

18.     Plaintiff is informed and believes that Defendant Annie Proulx is a Pulitzer-Prize Winning author who resides in Centennial, Wyoming and that Annie Proulx is credited as the author of the revised short story *Brokeback Mountain* 2005, **Exhibit H**.

**FACTS**

19.     Plaintiff originated and created in November 2004, the intellectual property titled *My Husband is on the Down low and I Know About It*, which was the first novel of its kind, about a woman whose husband has a secret homosexual relationship and she

witnesses him in a homosexual act and remains quiet about it. *My Husband is on the Down Low and I Know About It* also includes a self-contained screenplay.

20.    On or about 14 December 2004, Plaintiff submitted a copy of her manuscript/galley, along with an application for copyright, to the Library of Congress, United States Copyright Number TXu-1-217-828, effective date of registration 20 January 2005, **Exhibit I**.

21.    Plaintiff was intimately familiar with available resources on this subject, and knew there were no other available novels on the market. On the heels of *On the Down Low,* an informational reference book of the author's experiences, written by author J.L. King when he appeared on Oprah in April 2004, and after the public announcement from former Governor of New Jersey, James Edward "Jim" McGreevey in August 2004, about his homosexuality, Plaintiff created the "original" literary work of a wife seeing her husband as he lived a double-life on "down low". The original collective creative works, characters, scenes, plot and thematic expressions in *My Husband is on the Down Low and I Know About It,* were the first of its kind in literary context, created by Plaintiff.

22.    On March 15, 2005, Plaintiff published and released her novel *My Husband is on the Down Low and I Know About It*, for public consumption, utilizing distribution channels through Amazon.com, Borders Bookstore, book distributor Baker & Taylor, Barnes & Noble Bookstore, Cushcity Bookstore, Cushcity.com, Nubian Bookstore in Atlanta, and several online venues.

23.    Focus Features, LLC had direct access to *My Husband is on the Down Low and I Know About It* because it was accessible for public consumption since March 15,

2005. Screenwriter Larry McMurtry owns three bookstores, one of which is located in Washington, D.C.

24.    In May/June 2005, Chuck Shelton contacted Plaintiff via telephone to request a copy of her just released novel *My Husband is on the Down Low and I Know About It*. Chuck Shelton informed Plaintiff that he was interested in doing a story on her self-publishing success for his website "The Book Standard". Chuck Shelton asked Plaintiff if she'd been contacted by any publishing or film companies for publishing and film rights and if not, someone would contact her, and if she had, could she tell him who they were. Plaintiff immediately mailed Chuck Shelton a copy of *My Husband is on the Down Low and I Know About It*. He'd told her that he was "weighing whether there's a story angle here within a bigger story". Plaintiff and Chuck Shelton followed up with subsequent emails, until June 12, 2005, after which, communication ended abruptly and Plaintiff never heard from Chuck Shelton again, **Exhibit J**. In addition, Plaintiff researched "The Book Standard's" website and did not see a "story" about her or her book. In fact, after perusing his website, Plaintiff found that his website did not have any "personal success stories" on it.

25.    On or about 9 December 2005, *Brokeback Mountain* motion picture was released in limited theaters in New York, San Francisco and Los Angeles. Plaintiff is informed and believes that *Brokeback Mountain* motion picture was created in 2005, published 9 December 2005 and registered with the Library of Congress Copyright Office on 21 February 2006 by Del Mar Productions, LLC, employer for hire, claimant Universal City Studios Productions, LLLP, with New Matter included, **Exhibit K**.

26.     Plaintiff is informed and believes that *Brokeback Mountain* received

numerous nominations and awards and. Those awards included Best Adapted Screenplay,

which was derived from Plaintiff's copyrighted literary works without her permission,

which she owns exclusive copyright rights. Plaintiff is informed and believes that

*Brokeback Mountain,* since its release on 9 December 2005, has grossed over $250,000,000

from box office sales, DVD sales and selling overseas and television rights, of which

Plaintiff owns and have exclusive rights. In addition, Plaintiff is informed and believes that

a new *Brokeback Mountain* 2-Disc Collectors Edition DVD is due to be released by on

January 23, 2007.

27.     Plaintiff is informed and believes that Focus Features, LLC recouped its

production costs of approximately $14,000,000 early on by selling overseas rights to the

film, rights that are exclusive to the Plaintiff.

28.     On June 11, 2006, at approximately 4:30pm, Plaintiff, along with a friend,

watched the Academy Award Winning movie *Brokeback Mountain*, a movie based on a

short story written by Annie Proulx that was originally published in the New Yorker

Magazine October 13, 1997; Story to Screenplay adaptation by Larry McMurtry and Diana

Ossana, story by Annie Proulx, 2005; directed by Ang Lee; produced by Focus Features

and River Road Entertainment; distributed by Universal Studios.

29.     On November 27, 2006, Plaintiff wrote a letter to "Universal" and its

affiliates, which included a list of the substantial similarities, and sent it via certified

registered mail using the United States Postal Service, **Exhibit L**, informing Defendants of

the allege infringement of her novel *My Husband is on the Down Low and I Know About It*,

asking that they cease and desist using materials that contained her copyrighted literary works, **Exhibit M**.

30.     On December 21, 2006, Plaintiff received a letter dated December 18, 2006, via certified mail from "Universal" on behalf of its affiliates, denying the use of Plaintiff's copyrighted literary works, **Exhibit N**.

31.     On December 1, 2006, Plaintiff wrote a letter to Defendant River Road Entertainment and sent it via certified registered mail using the United States Postal Service, **Exhibit O**, informing them of the allege infringement of her novel *My Husband is on the Down Low and I Know About It*, asking that they cease and desist using materials that contained her copyrighted literary works, **Exhibit P**.

32.     On December 13, 2006, Plaintiff received a letter and package from River Road Entertainment dated December 8, 2006, which stated they were not accepting unsolicited material, **Exhibit Q**. Defendant returned all materials Plaintiff sent in reference to her request that they cease and desist from using material which contained her protected literary works.

33.     On January 8, 2007, Plaintiff sent a certified letter via USPS, dated January 8, 2007, to "Universal" thanking them for taking the time to review her issues concerning the substantial similarities between the Academy Award Winning Movie *Brokeback Mountain* and her novel *My Husband is on the Down Low and I Know About It,* **Exhibit R**.

34.     Plaintiff is informed and believes that the "original" short story *Brokeback Mountain,* was written 10 years ago in 1997 by Annie Proulx, and the revised short story *Brokeback Mountain 2005*, was written by Annie Proulx; Published and created, 2005, and distributed by Scribner. Plaintiff is informed and believes that in an online  article by

Jessica Winter in The Village Voice, Annie Proulx stated "Usually, screenwriters work

with novels, and that means whittling and chopping and squeezing it down into 90 minutes

or whatever approved movie length". She was also asked if the characters had transferred

themselves, meaning, had they taken the place of the characters in her head as she'd written

them, and she stated "Momentarily, yes, but then the original ones come back. They were

in my head quite ferociously at one time…" Plaintiff is informed and believes that Annie

Proulx posted on her website, prior to the release of *Brokeback Mountain*, that effective 9

December 2005 that she could no longer conduct interviews related to *Brokeback*

*Mountain*. In addition, Plaintiff is informed and believes that Annie Proulx's original short

story printed in the New Yorker, October 13, 1997, was revised according to an audio

interview Annie Proulx had with Michael Silverblatt from KCRW located at 1900 Pico

Blvd., Santa Monica, CA 90405, on 19 January 2006, which he'd made a comment about

added paragraphs and characters in the "printed book" that were not in the "original" short

story printed in the New Yorker in 1997, and his comments were acknowledged by Annie

Proulx. Annie Proulx also stated that her input to the film was limited to the language the

characters would use, or how they would speak, when they were in Texas and when they

were in Wyoming. Plaintiff is informed and believes that Annie Proulx, who'd sat on a

panel to discuss the art of adapting short stories into screenplays along with Diana Ossana

and Larry McMurtry at the 28th Starz Denver International Film Festival at the Denver

Press Club, stated when questioned about what generated the idea for *Brokeback Mountain*,

that she was in a bar one night in Sheridan and saw a man with his back against the wall

who wasn't looking at the attractive women who were there, but at the young guys who

were playing pool and that she'd wondered if he was "country gay" and that started a chain

of thoughts for her. Furthermore, Plaintiff is informed and believes that Annie Proulx declined to speak to the Associated Press regarding the origins of her two main characters in *Brokeback Mountain,* citing an upcoming book she was writing with screenwriters Larry McMurtry and Diana Ossana. In addition, Annie Proulx was asked if it changed what she thought about what she'd written when the possibility of a novel or a story being made into a film comes upon her and she stated "In this case, I was terrified because this was not my idea of a story that could be made into a film. It seemed to me that it was the kind of thing Hollywood had been avoiding for 100 years...it was a story based on landscape and I was sure the landscape would be the first thing to disappear. I feared the sentimentality and reshaping of the story would absolutely take place. I was quite shocked, frankly, when Larry and Diana got in touch and said they wanted to do a screenplay. They were willing to put up some money out of their own pockets, which is pretty unusual for screenwriters. Their enthusiasm was so intense when we spoke over the phone, I figured, well, why not? Let's do it. And we did. I signed the contract." In addition, Annie Proulx stated in an interview with the L.A. Times that she, for 18 months, "had nothing to do with the film" and "had no idea what was happening". Plaintiff is informed and believes that in an interview with The Missouri Review, Annie Proulx stated that she had never fallen in love with her characters and that the notion was "repugnant", and later recanted that comment on her website stating that she'd lied about saying she's never fallen in love with any of her characters.

35.     Plaintiff is informed and believes that *Brokeback Mountain Story to Screenplay 2005*, was written by Larry McMurtry & Diana Ossana; Published and created, 2006, distributed by Scribner.

36.    Plaintiff is informed and believes that Diana Ossana stated in an interview in

Warrensburg, Mo., on April 13, 2006 in the Elliot Union at Central Missouri State

University, that she and partner Larry McMurtry optioned rights to the story from Annie

Proulx out of their own pockets for $10,000 and Larry McMurtry wrote the screenplay

which amounted, at first, to 35 pages. In addition, Ossana recalled one disagreement she'd

had with director Ang Lee over whether Ennis' wife Alma should see the two men kiss.

"How could she know about them without some sort of really strong sign of affection?"

she'd asked Ang Lee. Plaintiff is informed and believes that Diana Ossana who'd sat on a

panel to discuss the art of adapting short stories into screenplays along with Annie Proulx

and Larry McMurtry at the 28th Starz Denver International Film Festival at the Denver

Press Club, when asked about the work of adaptation and what you have to do and think

about stated, "Generally in adaptation, say it's a novel, for example, you really have to cut

away and decide what you're going to keep and what you're going to retain. As a general

rule, very often you can make a very good movie out of a not-so-good book because you

can cut away and then add things. It's harder sometimes, to make a good film out of good

prose fiction because the beauty of it is in the actual prose rather than the action." Plaintiff

is informed and believes that Diana Ossana stated in an online interview with Megan

White, contributing editor to Cinemalogue.com, when asked about tackling someone else's

story and how she'd approach the creative process, that they (Larry McMurtry) use the

same approach as when adapting their own material and that when the source material is a

novel, they find it necessary to cut large portions of the book, however, when it's a short

story, it's more necessary to use their imaginations to fill in, flesh out and create new

scenes that aren't contained with the story itself in order to enrich the screenplay. Plaintiff

is informed and believes that Diana Ossana, in an online interview on AfterElton.com, stated that Annie Proulx made a "quick reference" to the waitress in the movie named Cassie, "another woman who Ennis had disappointed".

37.    Plaintiff is informed and believes that Larry McMurtry stated in a printed online interview with Megan White, contributing editor to Cinemalogue.com, about alterations made to the shooting script that he disagreed with and he stated that director Ang Lee questioned whether the audience seeing Alma witnessing Ennis and Jack kissing wouldn't be too powerful, and they (Diana Ossana) argued that the scene was pivotal and that Alma had to see them kiss, otherwise how would she know that her husband was in love with another man?. "Thus the scene that you see in the final film."

38.    Plaintiff is informed and believes that director Ang Lee, in an online interview with Will Davis from "Close-Up Film.com", was asked if he thought the movie *Brokeback Mountain* could have been made in the East, and he responded by saying that it could've been, however the time period and location that Annie Proulx'd set allowed for the privacy of the characters' feelings, and that it was one of the oldest love stories, but it had the "newest texture. New-found, so to speak, texture". In addition, Ang Lee reported in an online article on About: Hollywood Movies.com with Rebecca Murray, as saying, as he spoke about Heath Ledger and Jake Gyllenhaal's onscreen chemistry, that he'd cast Heath just as Annie Proulx's short story required, however he'd done something different with Jake Gyllenhaal's character. He stated that in the "novel", he was stronger and bulkier.

39.    Plaintiff is informed and believes that Defendants, without permission or consent from Plaintiff, continues to use, sell, and distribute material containing Plaintiff's copyrighted literary works. In doing so, Defendants have violated Plaintiff's exclusive

rights. Such actions constitute infringement of Plaintiff's exclusive rights protected under

the Copyright Act of 1976 (17 U.S.C. § 101 *et seq*).

## INFRINGEMENT OF COPYRIGHT

40.    Substantial Similarities between Plaintiff's literary work and *Brokeback Mountain Motion Picture, Brokeback Mountain Short Story 2005*, and *Brokeback Mountain Story to Screenplay 2005*:

Similarities of the Timeline of their 20 Year Relationship

| MY HUSBAND IS ON THE DOWN LOW | | | | BROKEBACK MOUNTAIN |
|---|---|---|---|---|
| James & Annette fell in love | 1984 | 4 yrs later | 1963 | Ennis & Jack fell in love |
| James & Annette have their 1st swing experience in a hotel | 1988 | | 1967 | Ennis & Jack have their 1st homosexual experience in a hotel |
| Kynosha is born | 1987 | | 1963 | Ennis & Alma marry |
| Annette & James marry | 1988 | | 1964 | Alma Jr. is born |
| Annette becomes suspicious of James' bisexual tendencies 8 years after marrying him | 1988 - 1996 | | 1967 - 1975 | Alma stays married to Ennis for 8 years after becoming suspicious of his bisexual tendencies |
| James meet Thomas | 1993 | 4 yrs later | 1963 | Ennis meet Jack |
| Thomas visit James | 1997 | | 1967 | Jack visit Ennis |
| Annette & James separate after she confronts him on his homosexual affair | 1998 | 2 yrs later | 1975 | Alma divorce Ennis after the embrace she had glimpsed… |
| Annette & James meet for dinner and decide to reunite | 2000 | | 1977 | Alma & Ennis reunite for Thanksgiving dinner and she confronts him on his homosexual affair |
| Annette & James were married for 12 years before reuniting | 1988 - 2000 | | 1963 - 1975 | Alma & Ennis were married for 12 years before divorcing |

# SIMILARITIES

| My Husband is on the Down Low | Brokeback Mountain |
| --- | --- |
| Both James' parents are dead. His father was killed in a truck accident; his mother had diabetes, suffered a stroke and died from complications. | Both Ennis' parents are dead. They were killed in a car accident. |
| James and his siblings were raised by their aunt. | Ennis was raised by his other siblings. |
| James had traumatic childhood experiences. At the age of about 8 years old, he was forced to watch an old man masturbate to completion. | Ennis had a traumatic childhood experience. At the age of about 9 years old, he was forced by his father to look at the corpse of a man who'd been dragged by his penis. |
| When James was 15, he walked down a dark alley with a male childhood friend and had sex. These experiences helped shape his personality. | Jack walked down a dark alley with a male prostitute. |
| Annette worked as a department store clerk. | Alma worked as a grocery store clerk. |
| James worked doing road construction. | Ennis worked doing road construction. |
| James chipped his front tooth and later had it fixed. | Jack had buck-teeth but had them fixed. |
| James spent Thanksgiving with Annette's family. | Ennis spent Thanksgiving with Alma's new family. |
| James joined the army. | Jack said the army didn't get him. |
| James had plans to marry Annette after he received his first permanent duty assignment. | Ennis had plans to marry Alma after he came off the mountains. |
| Annette gets pregnant. | Alma gets pregnant. |
| They called their unborn child *Junior*. | Ennis called his daughter *Junior*. |
| Annette gives birth to a baby girl and her mother and father are in the hospital room. James couldn't be there. | Lureen gives birth to a baby boy. Her mother and father were in the hospital room. Jack was there, but as an outsider. |
| James marries Annette. | Ennis marries Alma. |
| Annette's father dies. | Lureen's father dies. |
| James meets Thomas; they worked in the same building, both in the army. | Ennis meets Jack; they work together herding sheep. |
| James and Thomas are bisexual. Thomas is more gay than bisexual. | They're both bisexual. Jack is more gay than bisexual. |
| After a night of drinking, they have their first homosexual encounter. They masturbate together. | After a night of drinking, they have their first homosexual encounter. They have anal sex. |

| | |
|---|---|
| James and Thomas develop a long-term secret homosexual relationship. | Ennis and Jack develop a long-term secret homosexual relationship. |
| Thomas had a friend named *Jenny*. | Ennis & Alma have a second daughter name Francine, but was changed to *Jenny*. |
| James experiences emotional turmoil, anger, guilt and resentment. | Ennis experience emotional turmoil, anger, guilt and resentment. |
| James began drinking beer to excess. | Ennis began drinking beer to excess. |
| James & Thomas' visits were infrequent. | Ennis & Jack's visits were infrequent. |
| Thomas always visited James. | Jack always visited Ennis. |
| Annette's in the kitchen cooking, James walks up behind her. | Alma's in the kitchen washing clothes in the sink and cooking, Ennis walks up behind her. |
| Thomas and one of his friends wanted to start their own business. | Jack wanted him and Ennis to start their own business, a calf operation. |
| James, Annette, Thomas and Jenny rode together and went to a prominent Swing Club. | Jack, Lureen, Randall and Lashawn rode together to a prominent Dance Hall where everyone were ***swing dancing***. |
| James & Annette role-play. James hides in the closet and watch Annette have sex with Phillip. | Aguirre hides in the woods and watch through his binoculars, Jack and Ennis playing after having sex. |
| Phillip confronts Annette and eludes that he knew James was watching from the closet. | Aguirre confronts Jack and eludes that he knew about he and Ennis. |
| James and Annette have anal sex. He wants it all the time. She hates it but tolerates it. | Ennis and Alma have anal sex. He wants it all the time. She hates it but tolerates it. |
| Thomas called and left a message with Annette that he was coming to town. Unbeknownst to her, Thomas had come to town. | Unbeknownst to Alma, Jack was coming to town. He sends a postcard saying that he is coming to town in two weeks. |
| Annette suggests spending New Year's Eve at church. | Alma suggests going to the church social. |
| James searches the internet for someone to have sex with. | Jack searches the streets of Mexico for someone to have sex with. |
| Annette reads James' journal. | Alma reads Ennis' postcard. |
| Annette suspects that James is having an affair. | Alma suspects that Ennis is having an affair. |
| Annette becomes angry, emotionally distraught and withdrawn each time she reads James' journal. | Alma becomes angry, emotionally distraught and withdrawn each time Ennis went on his fishing trip. |
| Annette hugs her daughter tight and cries. | Alma hugs her daughter tight and cries. |
| Annette neglects her daughter and James. Annette began to work overtime. | Alma neglects her daughters and Ennis. Alma began to work overtime. |
| Annette makes up excuses not to have sex with James. | Alma makes up excuses not to have sex with Ennis. |

| | |
|---|---|
| Annette sees James performing oral sex on a man. She doesn't say anything. | Alma sees Ennis and Jack kissing passionately. She doesn't say anything. |
| Annette confronts James in the kitchen. | Alma confronts Ennis in the kitchen. |
| Annette and James separate. | Alma divorces Ennis. |
| James leaves without telling his daughter 'good-bye'. | Ennis leaves without telling his daughters 'good-bye'. |
| Annette's mother eludes that she knows about James, just before she dies. | Jack's mother eludes that she knew about Jack and Ennis. |
| James sometimes drank 6 beers in one night. He didn't gain any weight. | Ennis drank several beers and didn't gain any weight. Jack was a little thicker around the haunch. |
| Cora, Annette's sister, called to tell her that her mother was in the hospital. She was terminal. | Aguirre rode out to tell Jack his uncle Harold was in the hospital with pneumonia. Aguirre told Jack his mother sent the message. |
| | |
| | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **James' physical characteristics (19yrs old)** | N/A | **Ennis' & Jack's physical characteristics** | |
| He was everything she wanted in a man. He was intelligent and handsome, 6'1", and had a dark-brown complexion with a few dark spots on both cheeks. | | ENNIS (about twenty): Tall, raw-boned, lanky, possessed of a muscular, supple body made for the horses and for fighting. | At first glance Jack seemed fair enough, with his curly hair and quick laugh, but for a small man he carried some weight in the haunch and his smile disclosed buckteeth, not pronounced enough to let him eat popcorn out of the neck of a jug, but noticeable. |
| He had deep-set, dark brown eyes that were mysterious, and he was sexy as hell. | | JACK (Twenty): Twenty, but not as tall as ENNIS, more compact and muscular, thick, dark hair. | …He'd had his front teeth filed down, set with steel plugs and capped, said he'd felt no pain… |
| He'd chipped his front tooth on the left side while using a jackhammer, and he was very self-conscious about his appearance. He talked about having it fixed, which he eventually did. | | | Ennis, high-arched nose and narrow face, was scruffy and a little cave-chested, balanced a small torso on long, caliper legs, and possessed a muscular and supple body made for the horse and for fighting. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **James Family Background** | **Bar Scene: Ennis' family background** | **Bar** | **Ennis' Family Background** |
| Both James' parents passed away in the eighties. His father, a freight truck driver, died instantly when he lost control of the wheel while making a delivery to Beaumont, TX. High blood pressure and diabetes plagued his mother for years. She was admitted into the hospital for complications from diabetes. She suffered a stroke and lost her battle with the illness. | Ennis and Jack are sitting at the bar. Jack asked, "You from ranch people?" Ennis replied, "Yeah, I was." Jack says, "Your folks run you off?" Ennis says, "They run themselves off. It was ah, one curve in the road and 43 miles | The barroom is large and cavernous. All the chairs are stacked upside-down on the tables. It's empty except for a BARTENDER and WAITRESS. ENNIS and JACK sit at the bar, each nurses a longneck. ENNIS peels the label from his bottle. A few empties sit in front of JACK.<br><br>…<br>JACK<br>   Yeah. You from ranch people? | Ennis, reared by his older brother and sister after their parents drove off the only curve on Dead Horse Road, leaving them twenty-four dollars in cash and a two mortgage ranch, applied at age fourteen for a hardship license that let him make the hour-long trip from the ranch to the high school. |
| After the death of his mother, James became withdrawn, relying solely on himself. Aunt Mary, his mother's sister, took in his younger siblings…James was eighteen and had just graduated high school. | and they missed it. So, banked up the ranch and brother and sister, they raised me mostly." Jack says, "Shit. That's hard." | ENNIS<br>   I was. | |
| James and siblings weren't as close as he'd hope they would be. The distance between them made it difficult. | **CONT'D**<br><br>Sitting at the campsite sipping whiskey, Jack asks, "Your sister and brother do right by you?" | JACK<br>   Your folks run you off?<br><br>ENNIS (stiff)<br>   No. They run themselves off. One curve in the road in 43 miles, and they miss it. Killed 'em both. (drinks) | |
| James' sisters no longer lived in Georgia; they both had moved to Houston. | Ennis says, "They did the best they could after my folks was gone, considering they didn't leave us nothing but $24 in a coffee can. I got | Bank took the ranch. Brother and sister raised me mostly. | |
| Erica told James that she left Decatur because she couldn't stand being in the neighborhood since their mother and father were no longer there. It had too many memories that had become | me a year of high school, before the transmission went on the pickup. Then my sister left and met a roughneck and moved to Casper. Me and my brother went and got | JACK<br>   Shit. That's hard. | |

to hard to bear. Daphne left for the same reason.

ourselves some work on a ranch near Warland 'til I was 19. Then he got married, and ah, no more room for me. That's how come me end up here."

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **James' rented an apartment** | **Ennis and Jack discuss getting a place of their own apartment** | **WYOMING: MORNING** | Both Jack and Ennis claimed to be saving money for a small spread. |
| In February, James invited her to visit him in Arizona for a week in April. He had rented an apartment in Bisbee, AZ, not far from where he was training. | | From a distance, the sound of sheep. | |
| | | JACK finishes his breakfast. | |
| | Jack rubs his eyes and say, "Shit. Can't wait til I get my own spread. Then I don't have to put up with Joe Aguirre's crap no more. | JACK (bitching)<br>Shit. Can't wait 'til I got my own spread, won't have to put up with Joe Aguirre's crap no more. | |
| | Ennis says, "I've been saving for a place myself." | ENNIS<br>I'm savin' for a place myself. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| James & Annette have plans to marry after he receives his first permanent duty assignment | **Ennis tells Jack that he and Alma's have plans to marry after he comes off the mountains** | ENNIS<br>…Me and Alma, we'll be getting' married when I come down off this mountain. | In 1963, when he met Jack Twist, Ennis was engaged to Alma Beers. |
| On their way to Sierra Vista, their wedding day didn't come up. James did say that he wanted to get married as soon as he finished training. | Ennis says, "… Alma and me, we'll be getting married when I come down off these mountains." | | "You goin to do this next summer?" said Jack to Ennis in the street, one leg already up in his green pickup.<br>The wind was gusting.<br>"Maybe not." A dust plume rose and hazed the air with fine grit and he squinted against it. "Like I said, Alma and me's getting married in December. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| James religious background | Ennis & Jack discuss their religious background | | |
| His mother and aunt made sure he and his siblings attended church every Sunday. That would sometimes include Baptist Training Union (BTU), which they would attend in the evenings after church. | Jack sings, "Water-walking Jesus, take me away." | JACK, drunk, sings a Pentecostal hymn, "WATER WALKING JESUS," a sad, dirgelike rendition, causing coyotes to yip in the distance. | Ennis knew the salty words to "Strawberry Roan." Jack tried a Carl Perkins song, bawling "What I say-ay-ay," but he favored a sad hymn, "Water-Walking Jesus," learned from his mother, who believed in the Pentecost, and that he sang at dirge slowness, setting off distant coyote yips. |
| | Jack says, "My moma, she believes in the Pentecost." | JACK (sings)<br>    "I know I shall meet you on that final day, Water Walkin' Jesus, take me away... | |
| | Ennis says, "Oh yeah? What exactly is the Pentecost? I mean, my folks, they were Methodist?" | ENNIS<br>    Very good... | |
| | Jack says, "The Pentecost. I don't know. I don't know what the Pentecost is. Moma never explained it to me. I guess, when the world end, fellas like you and me, will march off to hell. | JACK (pause)<br>    My mama, she believes in the Pentecost.<br><br>ENNIS<br>    Yeah? Exactly what is the Pentecost? (pause)<br>I mean, my folks was Methodist. | |
| | Ennis says, "Speak for yourself. You may be a sinner, but I ain't yet had the opportunity. | JACK<br>    Well, the Pentecost... (Realizes he has no clue)<br>I don't know. I don't know what the Pentecost is...Mama never explained it (pause)<br>I guess it's when the world ends and fellas like you and me march off to hell.<br><br>ENNIS<br>    Uh uh, speak for yourself. You may | |

be a sinner, but I ain't yet had the opportunity.

They both laughed heartily, in a great mood.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| James and Annette going to the movies | Ennis & Alma at the Drive-in movie theater | DRIVE-IN | N/A |
| He had an old Buick Regal that he drove around Atlanta and back and forth from home, and would sometimes let her drive it or even keep it overnight if she had somewhere to go. | Sitting in the cab of Ennis' old truck at the drive-in theater, he and Alma, who is obviously pregnant, are watching "Surf Party" on the screen. Alma feels the baby move and reaches for Ennis' hand and put it on her stomach. | WE SEE ENNIS and ALMA at the drive-in. Eating popcorn. | |
| They caught all the new movies at the theater. | | "SURF PARTY" is on the movie screen. | |
| | | ALMA has her head on ENNIS's shoulder. ENNIS has his arm around her. | |
| | | She cuddles in closer. | |
| | | She's pregnant, just showing. Feels the baby move. Takes his hand. Places it on her tummy. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story |
|---|---|---|---|
| Hotel —Room 133 — Annette & James have sex | Tent —Ennis & Jack have sex | Tent —Ennis del Mar and Jack Twist | "Jesus Christ, quit hammerin and get over here. Bedroll's big enough," said Jack in an irritable sleep-clogged voice. It was big enough, warm enough, and in a little while they deepened their intimacy considerably. Ennis ran full-throttle on all roads whether fence mending or money spending, and he wanted none of it when Jack seized his left hand and brought it to his erect cock. Ennis jerked his hand away as though he'd touched fire, got to his knees, unbuckled his belt, shoved his pants down, hauled Jack onto all fours and, with the help of the clear slick and a little spit, entered him, nothing he'd done before but no instruction manual needed. They went at it in silence except for a few sharp intakes of breath and Jack's choked "guns goin off," then out, down and asleep. |
| Breathing heavily and kissing him at the same time, Annette asked, "Got any condoms Baby?" Still breathing heavily and giving her open-mouth kisses he said, "No, I don't. You don't have any?" | Jack lays on his left side, Ennis, asleep, lying on his back. Jack reach back and grabs Ennis's right hand. He pulls Ennis onto his side and puts his hand under the cover onto his erect penis. Ennis jerks his hand away from Jack as if he'd touched fire, then sits up. | Both are warm inside Jack's bedroll.

Jack is wide awake now. Ennis, on his back, is half asleep.

Jack, tentative, takes one of Ennis's big hands from outside the bedroll and guides it inside, down toward his own groin. Ennis coming full awake realizes where his hand is…jerks it away as if he's touched fire. | |
| They stopped for a few seconds so they could figure out what to do. Their breathing deepened as their passion exploded. Clothes began to come off. Annette pulled James' shirt over his head and he pulled hers over her head. They were both wearing shorts because it was 85 degrees and humid that day. They hurriedly unbuttoned and unzipped their shorts, dropping them to the floor. James walked Annette back and she fell onto the bed with him lying onto of her. They were still wearing their underwear, but they were at the point of no return and decided to have sex without using a condom. | Jack sits up and leans towards Ennis, reaching for his arms, trying to hold him steady. Ennis falls backward. Ennis puts his left hand on Jack's right arm. They stopped, looked at each other as if they're deciding what to do next. Jack hurriedly removed his coat. Ennis asked "What are you doing?" Both leaned in closer, foreheads touching. Jack reaches for Ennis's face. Ennis intercepts Jack's hands and pushed them down. He grabbed the back of Jack's head. Jack has his left hand on Ennis's left shoulder; right hand on Ennis's right shoulder. They struggle. They stop, foreheads touching. They stand on the knees. Jack unbuckles his belt buckle, turns on his stomach with a little help from Ennis. Ennis unbuckles his belt, and then pulls Jack's pants to his knees. Ennis spits in his hand. He enters Jack and grabs his shirt. They have sex. | ENNIS
What are you doin'?

Jack moves towards him. Takes off his jacket, unbuckles his pants.

Then ENNIS flips Jack around. Unbuckles his belt, shoves his pants down with one hand, uses the other to haul JACK up on all fours. Jack doesn't resist.

ENNIS spits in the palm of his hand, puts it on himself.

They go at it in silence, except for a few sharp intakes of breath. ENNIS shudders. Then out, down, as both fall asleep. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story |
|---|---|---|---|
| Restaurant (Red Lobster) — Annette pours her heart out to James | Restaurant (Greyhound Bus Station Diner) Cassie pours her heart out to Ennis | Denny's Restaurant | N/A |
| Sitting in the booth, gazing into each other's eyes, lost in each other's soul, they were oblivious to the young petite caramel-colored skinned server who introduced herself to them. | Ennis sits at a table with 4 blue chairs. He has a cup of coffee and a plate with a slice of pie on it. | Ennis sits in a booth, eating a slice of apple pie and drinking coffee. | |
| "Excuse me. Hello. Excuse me," she insisted. | Cassie enters the bus station with a man (Carl is his name). His right arm is around her shoulder. She has her hands in her jacket pockets. As they pass through the station, she turns to her right and sees Ennis. She and Carl stop. They look over at Ennis. Cassie says to Carl, "Excuse me," and she walks over to Ennis's table. | Enters Cassie accompanied by a good-looking, decent guy. They're smiling at some shared joke. Cassie catches Ennis out of the corner of her eye. She says something to the man, comes over to Ennis, slips into the booth across the table from him. | |
| James broke away from his stare. "Oh, we're so sorry. What did you say Miss?" She smiled. "My name is Gina and I'll be your server. Can I get you something to drink?" | | Cassie (fake cheerful)<br>Hey Ennis del Mar. Where you been?<br>Ennis<br>Here & there<br>Cassie (quieter) | |
| James ordered a beer for himself and lemonade for Annette, knowing lemonade was on of her favorite drinks. As the server walked away, they returned to each other's eyes… | Cassie takes a deep breath and a quick glance at Ennis then say, "Hey Ennis del Mar."<br>Ennis doesn't look up. He looks down at his plate. | I left word for you with Steve at the ranch. And you must of got those notes I left at<br>your place.<br>Ennis (glances at the man)<br>Looks like I got the message, in any case. | |
| "'Yes? What's with the grim face?" he said nervously. | Still standing, Cassie looks down at his plate, then at Ennis. Her face anguished. She ask, "Where you been?" Her eyes are teary. | Cassie (looking back)<br>Carl? Yeah, Carl's nice he even talks. | |
| "I have something to tell you. I don't know what your opinion of me will be after I've said what I have to say. I don't know what or how you'll view me. I don't even know if you'll want to see me again, but I have to say this." | Ennis doesn't look up. He tapped the fork on the edge of his plate and said, "Here and there," as he takes a small bite of pie. He continues to look down at his plate. | Pause<br>Ennis<br>Well then, good for you. | |
| | Cassie, almost in tears, looks down in | | |

| | | |
|---|---|---|
| "After you say what?" he said. She hesitated a moment longer. "James, I have desires to be with women. I'm not saying that I want to be in a relationship with a woman or that I don't want to be with you." He raised his right eyebrow, looking at her in disbelief as if she'd just told him she'd won the lottery. To avoid showing his approval or disapproval, he narrowed his eyes slightly, as he turned his head away. A moment later he looked at her and smiled. | Cassie, almost in tears, looks down in shame and says "I left word for you with Steve..." She looks at Ennis. She paused and said, "...at the ranch. You must've got the notes I left at your place." | She gets up<br><br>Cassie<br>    Yeah, well, good for me.<br><br>Drops herself back down, anger rising |
| ...she paused and took a deep breath.... | Ennis raise his head and looks to the right side around Cassie at Carl. He narrows his eyes and say, "Looks like I got the message in any case." Then he looks up at Cassie. | Cassie (cont'd)<br>    I don't get you Ennis del Mar.<br><br>Knows he's hurt her, but he doesn't know what to do about it. The look on his face changes, then to a look of stark loneliness. She knows she's not the answer. |
| ...she didn't know what to think... | Cassie turns and looks over her left shoulder at Carl. She turns and looks down at the table as she removes a strand of hair from the left side of her face using her left hand. She sit down and say, "Carl?" as she looks at Ennis. She turn slightly to her left and rolls her eyes, look at Ennis, then away and back at Ennis then say, "Yeah, Carl's nice." Obviously nervous, she turns the ring around her thumb and say, "He even talks." | Ennis<br>    I'm sorry<br><br>Pause |
| She looked at him, her eyes filled with tears. He raised his head and saw the tears as one flowed down her right cheek. She looked at him again, and then looked down in shame. His stare was blank. With a sigh he said, "Oh good. Here comes our food." | Ennis with a blank look continues to eat. He doesn't look at her. He chews and say, "Good for you." | Ennis (cont'd)<br>    Was probably no fun anyway, was I?<br><br>She gets up |
| ...She didn't think he was ready to comment on what she'd said anyway. She didn't think he knew what to say or how to respond. She sat there scared and confused as James sat across from her, looking into his plate and tapping the side of his plate with the fork. Feeling ashamed, she wanted to crawl under the table...All she could think about was losing him. | Cassie stares at Ennis as her eyes fill with tears. Stunned by his response, she holds back the tears and say, "Yeah," she pauses, "Good for me." Ennis continues to chew. He doesn't | Cassie (anguished whisper, on the verge of tears)<br>    Oh, Ennis...girls don't fall in love with fun!<br><br>Starts crying as she rushes off to Carl, who waits by the door. Carl looks back at Ennis; Ennis shoots Carl a murderous look. Carl hurries Cassie outside. |

| | | |
|---|---|---|
| He began eating. Still, he said nothing. Embarrassed, she excused herself and went to the ladies room…the tears were streaming…When she got back to the table, she took a quick glance at him….she looked at his plate… | look at her. | Ennis stares out the window as they got in Carl's car, speed off. |
| | Confused and teary eyed, Cassie shakes her head left and right then says, "I don't get you Ennis del Mar." | Miserable. |
| | Ennis raise his head slightly and look at Cassie with a sad face, then look down. He let out a sigh then said, "I'm sorry," as he looked away from Cassie, then at her. | |
| He looked into her eyes. "Have you ever been with a woman?" He looked down at his plate, and then back at her, waiting for a response…he ordered dessert… | Tears flowed down Cassie's left cheek. | |
| | Ennis looked away, then down, then away and back at Cassie and said, "I was probably no fun anyway, was?" | |
| | Cassie, upset, said "Ennis, girls don't fall in love with fun." She grabbed her purse, excused herself and leaves sobbing. | |
| | Ennis doesn't look up at her. | |
| | Carl gives Ennis the "look of death" as he and Cassie leaves the bus station. | |
| | Ennis sits with the same blank expression. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story |
|---|---|---|---|
| James tells Annette about a traumatic event he and his childhood friend witnessed when he was about 8 years old. | Ennis tells Jack about a traumatic event his father had him and his brother witness when he was about 9 years old: Looking at an old man who'd been drugged by his penis until it came off. | FLASHBACK: Side of the Road | "…There was these two old guys ranched together down home, Earl and Rich—Dad would pass a remark when he seen them. They was a joke even though they was pretty tough old birds. I was what, nine years old, and they found Earl dead in a irrigation ditch. They'd took a tire iron to him, spurred him up, drug him around by his dick until it pulled off, just bloody pulp. What the tire iron done looked like pieces a burned tomatoes all over him, nose tore down from skidden on gravel." "You seen that?" Dad made sure I seen it. Took me to see it. Me and K.E. Dad laughed about it. Hell, for all I know he done the job. If he was alive and was to put his head in that door right now you bet he'd go get his tire iron. |
| Watching an old man masturbating on his porch. | | LOW-ANGLE – ENNIS'S FATHER leads ENNIS and K.E., ENNIS'S older brother, down a narrow trail, to the edge of an irrigation ditch. Camera is on their backs and ENNIS'S FATHER'S head is out of frame. | |
| He cleared his throat. "I need to tell you about something that happened during my childhood. | Sitting at their campsite, Ennis says to Jack, "I tell ya, there were these two old guys that ranched up together, down home, Earl & Rich, (A flashback of two little boys and a man walking comes on the screen. | | |
| Many times my father or mother wasn't always around. That left me to take care of my younger sisters. When I was about eight (8) years old, some of the kids in the neighborhood would gather in Mr. Walker's front yard. He'd sit on the front porch, smoking his hand-rolled cigarettes. I still remember the Prince Albert tobacco can sitting next to the old chair he would sit in, along with the bag of candy he used to give us. | The two young boys are on the left and right side of their father. They're walking and their father has his hand on both boys shoulder. They approach the dead man's body. Young Ennis stands looking at the dead man. His father's left hand on his shoulder. Young Ennis is shocked by what he sees. He has fear in his eyes) and they was the joke of the town. They were pretty tough old birds. Anyway, they found Earl dead in an irrigation ditch. They took a tire iron to him. Spurred him up and drugged him round by his dick 'til it pulled off. | ENNIS     There was these two old guys ranched together down home, Earl and Rich. They was a joke in town, even though they was pretty tough old birds. They found Earl dead in a irrigation ditch. They'd took a tire iron to him, spurred him up, drug him around by his dick till it pulled off… | |
| …He lived alone. His wife had died of a heart attack the year I turned nine (9). Everybody in the neighborhood knew him. All the kids went to his house to beg for candy. My mother used to tell my siblings and me not to go over to that dirty old man's house. I didn't listen to her all the time, but it was harmless. We played ball in his yard and he'd give us candy." | Jack says "You seen this?"     Ennis says, "Yeah, I was bout 9 years old, (2ⁿᵈ flashback: Young Ennis | Nine-years-old ENNIS and eleven-year-old K.E. look down at EARL'S CORPSE.     WE SEE the YOUNG ENNIS looking down at the body—as his eyes widen, WE SEE the horror wash over his nine-year-old face…     (CONT'D) Wyoming Campsite: Night     JACK (white) | |

He paused, taking a deep breath, then continued.

"One day after all the other kids had left, Just I and one of my friends stayed. We continued to play in the yard until Mr. Walker called out my name. 'James, come here boy!' When I reached the porch, he had two pieces of candy in his hand. I remember it clear as day – a green Jolly Rancher and a Blow Pop. He asked me if I wanted one and I told him I did. He offered to give me both of them if I got my other friend and if we'd stand at the side of the house and watch him. We had no idea why he wanted us to watch him on the porch, but we did and he gave us both two pieces of candy.

We stood at the side of the house, eating the candy, watching Mr. Walker make one of his tobacco cigarettes. I had a grape Blow Pop and a green Jolly Rancher and my friend had a red Jolly Rancher and a grape Blow Pop. The sun had begun to set. We told Me. Walker we had to go home, but he insisted that we stay a little while longer. He told us he'd walk us home if it got too dark. He gave us another Jolly Rancher and we stayed." Obviously nervous, James paused again.

stands looking at the dead; he's obviously scared, his mouth opened), my dad, he made sure me and my brother seen it...

You seen that?

ENNIS (flat)
I was what, nine years old? My daddy, he made sure me and my brother seen it. Hell, for all I know, he done the job. (pause)
Two guys livin' together? No way. We can get together once in a while way the hell out in the back of nowhere, but....

paused again.

"We", he looked around, and then grabbed the front of his pants. I nudged my friend to tell him that Mr. Walker was getting ready to use the bathroom outdoors. We thought he was drunk, so we laughed. He undid the button, and then unzipped his pants. He reached down and pulled out what looked like a snake to us, at the time, because it was so big. He grabbed it and started masturbating. I was scared and didn't know what to do. My friend ran. I couldn't move. I stood there with my mouth wide opened. Mr. Walker turned and looked at me and saw my friend running down the street to his house.

Then he told me to come to him. I didn't because I couldn't move. He stood up; his penis was sticking straight out, pointing at me as he walked to the edge of the porch to where I stood at the side of the house trembling, afraid because I didn't know what he was getting ready to do. While stroking his penis, he asked me if I wanted to touch it. I shook my head 'no'. He told me it wouldn't hurt. He came down off the porch and walked towards me, saying if I touched it he'd give me another Blow Pop. I fought to avoid touching it, keeping my hands close to my stomach. He told me that it was okay

and I didn't have to touch it right then if I didn't want to. He walked back to his chair and sat down, still masturbating. He told me to come over the next day and he would give me some more candy, but I couldn't let anyone know about out game. The next thing I know, this white stuff came shooting out. I ran home and never told anyone. This went on for almost six months until he passed away."

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story |
|---|---|---|---|
| **James tells Annette it'll be almost a year before they can see each other again** | **Ennis tells Jack it'll be several months before they can see each other again** | **Wyoming Mountains: Trailhead: Morning: 1981** | Ennis leaned into Jack's window, said what he'd been putting off the whole week, that likely he couldn't get away again until November, after they'd shipped stock and before winter feeding started. |
| James reminded Annette that he would be going to Arizona for training in January. He coughed and put his hands together, squeezing them as though he was shaking hands with himself. | Ennis and Jack are standing outside near Ennis's truck. Ennis says, "There's something I been meaning to tell ya. It's like November before I can get away again. | ENNIS (uncomfortable)<br>    Somethin' I been meanin' to tell you, bud. It's likely November before I can get away again, after we ship stock and before the winter feedin' starts. | "November. What in hell happened a August?" |
| He explained to her that it would be almost a year before they could see each other again, and he stressed how mentally and physically challenging the training would be for him. He explained that it could cause a hardship on their relationship. | Angry, Jack says, "November? What in the hell happened to August Ennis." | JACK (stunned)<br>    November? What in hell happened to August? Christ, Ennis, you had a fuckin' week to say some little word about this. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay 2005 | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette doubles over from cramps in her stomach as she walks to her car** | **Ennis doubles over from stomach pains as he walks down the street** | **Wyoming: Street** | Within a mile Ennis felt like someone was pulling his guts out hand over hand a yard at a time. He stopped at the side of the road and in the whirling new snow, tried to puke but nothing came up. He felt about as bad a he ever had and it took a long time for the feeling to wear off. |
| Wednesday evening before James was due to come home for Christmas, Jess, her fiancé Brian and Annette were having dinner at Ruth Chris' Steakhouse when Annette became ill. Her stomach was cramping. She thought that maybe it was the medium rare steak. However, she'd never gotten sick before and that's the way she normally cooked her steaks. Jess and Brian offered to take her home but she insisted they stay and enjoy their dinner. She told them she'd be fine. James was due to fly in on Friday evening, on his way to begin his training. | As Ennis is walking down the street, he passes an alley way. He began to feel sick and grabs his stomach as he turns to walk down the alley. He dropped his bag and bends over and tries to puke, but nothing comes up. He leans forward on the wall, balancing himself with his left hand. | WE SEE JACK look back at ENNIS thru his rearview mirror.<br><br>ENNIS puts his hands in his pockets, watches him go. Stands there in the wind. JACK's pickup is soon out of sight. | "... That summer," Ennis said. "When we split up after we got paid out I had gut cramps so bad I pulled over and tried to puke, thought I ate something bad at that place in Dubois. Took me about a year to figure out it was that I shouldn't let you out a my sights. Too late then by a long, long while." |
| | He hit the wall with his right fist, still, nothing comes up. His breathing deepens. He turned to his left and sees a man looking at him and says, "What the fuck you looking at!" The man walks away. | He starts down the street, but before he can get a half a block, JACK'S leaving proves too much: he feels like someone's pulling his guts out, hand over hand, a yard at a time.<br><br>He stumbles into an alley, drops to his knees. Kneels there, silent, as pain, longing, loneliness, overpower ENNIS—emotions stronger than he's ever frit for another person consume him: he feels as bad and confused as he ever has in his life. Conflicted—he is angry at himself, for all that has happened, and for all that he is feeling. Punches the wall, bloodying both his knuckles.<br><br>A COWBOY passes the alley. Pauses, looks at ENNIS.<br><br>ENNIS glares at him.<br><br>ENNIS (growls)<br>What the fuck you lookin' at? | |
| As she approached her car, she felt another sharp pain in her lower abdomen. She leaned on the car and grabbed her stomach. *Oh God! What's wrong with me?* She unlocked and opened the door then sat down. She thought of what she'd eaten that day, but realized she hadn't eaten anything unusual. *Oh no! I can't be! Lord no! I can't be! Please don't let me be pregnant! Not now, Lord!* | | | |
| She started the car and drove to the nearest Wal-Mart to get an over-the- | | | |

The COWBOY moves on.

counter pregnancy test. She didn't sleep at all that night. The next morning she peed on the stick and almost passed out when she saw the result. It was positive.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| James called his unborn child *Junior* | Ennis calls his daughter Alma Jr., *Junior* | Monroe House | N/A |
| He had won her heart. She cried and held him as tight as she could. He pushed her back. "Be careful; you might hurt Junior". They looked at each other and smiled. | Alma Jr. is sitting on the porch waiting for Ennis. She sees him drive up. She smiles and then stand up. Her smile quickly fades when she sees Cassie in the passenger seat. Ennis get out of the truck and says "Hey there Junior, you ready?" | ALMA JR., fifteen now, waits, sits on the stoop.<br><br>Rises as ENNIS'S truck pulls up, excited.<br><br>Sees CASSIE in the passenger seat. Her face falls a bit, but she puts on a good show as her father emerges from the truck and walks towards her. | |
| ...Changing the subject, James asked, "Is Junior okay in this desert heat?" "We don't know it's a Junior yet, James. It might be a girl. That's all you have in your family is girls," Annette said, laughing. | ...Alma Jr. drives up in a burgundy Camaro. She get out and Ennis says, "Hey there, Junior. | ENNIS<br>Hey there Junior, you ready?<br><br>**Del Mar Trailer House**<br><br>WE SEE a 1982 Chevy Camaro pull into his driveway behind his truck. | |
| "... Hey Baby. How are you and Junior doing?" | | Engine cuts. ALMA JR. steps out of the Camaro and closes the door. ENNIS smiles.<br><br>ALMA JR. walks up to her father.<br><br>ENNIS<br>Hey there, Junior...<br><br>ALMA JR.<br>Hey Daddy | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette is in the kitchen cooking dinner. James comes home from work** | **Alma is in the kitchen washing clothes & cooking. Ennis comes home from work** | **Del Mar Ranch House: Kitchen** | N/A |
| When James walked through the front door, Annette was in the kitchen and didn't hear him come in. He walked into the kitchen and saw her taking a pan of salmon from the oven. He moved in behind her, grabbed her waist and began moving in a slow circular motion and said, "Is this what you've been waiting on, Woman?'" | Alma, facing the window in the kitchen, stands at the sink scrubbing clothes on a washboard. Ennis comes home from work and walks up behind her. He puts his right hand on her right shoulder, caress it gently, then moves it to her neck, and ask, "How my girls doing?'" | Alma stands at the kitchen sink, washing clothes on a washboard. WE HEAR the radio, and babies crying.  Ennis comes in.  Ennis:  How my girls doin" | |
| She flinched, turned and glanced at him out the corner of her eye. Laughing she said, "Boy, you'd better move before you make me drop this pan." | Alma moves her face slightly to the left to accommodate his kiss. He kisses her on her left cheek, pulls back and looks at her. | Alma Jr.  All right. Jenny's still got a runny nose  Ennis heads towards the back of the house. | |
| | Alma replies, "I'm alright, Jenny's still got her runny nose. | | |
| ...Annette put the pan on the stove, turned around and reached up to kiss him. He reached down, slightly bent over, and grabbed her buttocks. "Hey, I can get used to this coming home to a hot meal everyday. Would you like to get married now?" he asked jokingly.  She laughed. "No. Why don't you take me in the bedroom and fuck me instead?"  "Oooh. I like it when you talk dirty to me Baby," he said.  She smiled and turned off the stove, | Ennis looks out the window.  Alma turns slightly to the left and glance at Ennis out the corner of her eye.  Ennis walks out of the kitchen. As he exit the kitchen, he looks on the counter and sees unfinished cut-up carrots and pots on the stove. | | |

and they walked hand in hand into the bedroom.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **James walks down a dark alley with his childhood friend and have sex** | **Jack walks down a dark alley with a Mexican prostitute** | **Juarez, Texas/Mexican Border: Later Afternoon** | |
| "When I was fifteen, I was out walking about 6:30p.m. It was dark because of daylight savings time. I ran into Darryl, one of my friends. He's the one I told you about who was with me watching the old man. He had a troubled childhood as well. His parents neglected him, leaving him to find comfort and acceptance in the streets." | Jack enters a populated area in Juarez, Mexico where men, women and children line the streets. He stop and look ahead down a dim alley way. There are men along the walls and men walking through and out of the alley. | WE SEE a highway mileage sign: EL PASO 65; JUAREZ-MEXICO BORDER 68. | "...We ought a do something. We ought a go south. We ought a go to Mexico one day...." |
| | | WE SEE JACK in his pickup truck crossing the border into Mexico. | "Mexico? Jack, you know me. All the travelin I ever done is goin around the coffeepot lookin for the handle." |
| | Jack walks down the dim alley. | Sultry Mexican night. The street swarms with activity. | "...You been a Mexico, Jack?" Mexico was the place. He'd heard. He was cutting fence now, trespassing in the shoot-em zone. |
| | He looks to his right at a man leaning on the wall. | Jack wanders the streets, solemn, desperate in his loneliness. | "Hell yes, I been. Where's the fuckin problem?" Braced for it all these years and her it came, late and unexpected. |
| "Anyway, we walked and talked, sharing our dreams of going to college and getting out of the neighborhood and finding a good wife and having children. As we were walking down the street, we veered down the street where the corner store was. For some reason, that night the street seemed darker. Anyway, as we approached the store, he pointed to the back of the store and told me to come with him that he wanted to show me something. Then, before I knew it, he'd pulled my shorts down and was giving me head." He paused, looking at the floor. | He comes to a man wearing a striped shirt and black pants; his arms are folded. The man looks at Jack, unfolds his arms and say, "Señor?" | TOURIST FAMILIES and LOCALS intermingle on the streets and sidewalks. A FAMILY poses for a picture with a DONKEY wearing a sombrero. | |
| | Jack looks at him and nods. They walk together, down the dim alley, fading into the darkness. | A swarm of LITTLE BEGGAR CHILDREN hit up JACK for change. He gives them a few coins and moves on. | |
| "I'm sad to say that it felt good—it felt so good, I came on him. Then he told me to suck his dick, and I did, but | | JACK makes his way through the crowded streets, entering the seedier part of the town. HOOKERS stand in doorways enticing passersby. The sidewalks are crowded with VENDORS. People yelling, Mexican polka music. | |

not as long as he sucked mine. My dick got hard again and he wanted me to fuck him in the ass, and I did. At the time, neither one of us didn't know a whole lot about condoms, so we didn't have any."

By this point in his story, James and Annette had cried many tears. She got up to get some tissues.

---

JACK turns down an alley. MEN line walls on each side. Direct looks.

A HANDSOME YOUNG MEXICAN, masculine, dressed for a night out, makes eye contact with JACK—gives him a knowing, seductive look.

YOUNG MEXICAN
...Senor...

JACK stops. Hesitates a moment.

Then nods.

They walk off together.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| | | **Hospital Maternity Ward** | **N/A** |
| **Annette gives birth. Her parents & Jess are in the hospital room. James couldn't make it in time** | **Lureen gives birth. Her parents are in the hospital room. Jack is there, but treated as though he isn't** | | |
| On Monday, June 8, 1987, at 4:25am, Annette gave birth to a seven pound baby girl. | Lureen is lying in her hospital bed, holding her newborn son. She hears Jack say, "Honey, got a surprise for you." | LUREEN, triumphant but tired, has just delivered little BOBBY. A nurse tidies the room as LUREEN holds the swaddled baby. JACK breathlessly enters the room. | |
| Jess was unable to reach James but did get her parents. Annette's parents met them at the hospital. | Her parents enter the room and Jack comes in behind them and stand in the doorway. | JACK<br>Honey, got a surprise for you.<br><br>Lureen's parents, FAYETTE and L.D. NEWSOME, enter. | |
| Annette's parents were proud; they were grandparents. They left the hospital an hour after the baby was born and told Annette they would return late in the afternoon. | Lureen looks up and smiles. Her mother tells her that she bought 120 cans of formula. Shocked, Lureen says, "120?" | FAYETTE NEWSOME (to Lureen)<br>I got two whole boxes of formula for you, 120 cans.<br>(to L.D.)<br>L.D., where did you put 'em? | |
| | Jack is still standing in the background in the doorway. They're ignoring him as if he wasn't there. | L.D. NEWSOME<br>Oh hell, backseat of the car where I left 'em. Rodeo can get 'em. | |
| | Lureen's mother asked L.D. where he'd put the formula. He says, "Aw hell", as he reached in his pocket for his keys. He throws them at Jack without even looking at him. They hit the floor. Then he says, "Rodeo can get 'em". | Tosses JACK his keys.<br><br>FAYETTE NEWSOME (ecstatic, picking up the baby and holding him up to L.D.)<br>Oh, L.D.! I can really see who he looks like. | |
| | Jack bent over to pick up the keys. He looks at the three of them talk about how the baby is a spittin' image of his grandpa. Lureen glances at Jack. | L.D. NEWSOME (to his daughter)<br>Good job, little girl. He's a spittin' image of his grandpa (glances at | |

| | |
|---|---|
| Jack looks at them with a strained smile.<br><br>Obviously feeling left out, he toss the keys in his hand then exited the room unnoticed. | JACK)<br>...Isn't he the spittin' image of his grandpa?<br><br>LUREEN gives JACK a what-can – we-do expression...JACK maintains a polite, glazed smile.<br><br>Feeling the outsider, he turns, goes to get the formula out of the car. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| New Years Eve at a Swing club (James, Annette, Russ & Pamela rode together) | Dance Hall...Everyone's Swing Dancing (Jack, Lureen, Randall & LaShawn rode together) | Dance Hall (The Twists & the Malones) | N/A |
| They were walking out the door at 10:15pm, on their way to Russ and Pamela's house because they were driving to the club. | Fancy dressed couples are on the dance floor swing-dancing to a live band playing on stage. A scantily clad woman wearing a blue dress with rhinestone spaghetti straps dance out front in the screen. | Big banner over the stage: "1978 BENEFIT FOR THE CHILDRESS COUNTY CHILDREN'S HOME." The band fiddles away, lots of couples on the dance floor. | |
| After making a toast, they left for the club. When they got there, Annette noticed all the nice cars in the parking lot; it was obviously a place for the affluent. There were Jaguars, BMW's and Mercedes Benz. Then a limo pulled up to the front door as they were walking through the parking lot. "I wonder who's getting out of that," she said. | Lureen, Randall and LaShawn are sitting at a table; each has empty plates in front of them. Jack and Lureen are looking at LaShawn. Lureen has her right elbow on the table and she's holding a cigarette in her right hand. Her left arm is resting on the table; her left hand touching her right elbow. Lureen and Jack are dressed in their "Sunday best." | The TWISTS and the MALONES are at a table near the dance floor. LUREEN is smoking, bored. LASHAWN has on a flashy cocktail dress, a lot of makeup and jewelry, but much prettier than LUREEN, skinnier, perky, about thirty. Restless, impatient. | |
| Pamela nudged her. "It could be any celebrity or professional athlete. That's mostly what hangs out here." | Lureen is wearing pearls on both wrist and ears. Jack is wearing a black Stetson, black leather sport jacket & tie. He's leaned back slightly so Lureen can see LaShawn. | LASHAWN
    Pledged Tri Delt at SMU and I sure never thought I'd end up in a pokey little place like Childress, but then I met Randall at an Aggie game, and he was an animal husbandry major, and we been here a month, he got the foreman job over at Roy Taylor's ranch. Like it or not, here I am! | |
| Russ said, "That's why we like coming here; you don't have to worry about a lot of riff raff. You have to be invited." | LaShawn, facing Jack and Lureen says "I pledged Tri Delt at SMU and I sure never thought I'd end up in a pokey little town like Childress." She turns to her right to face Randall. | LUREEN (briefly stirs)
    Oh, you was Tri Delt? I was Kappa Phi myself. | |
| James grinned at him. "Russ, I'm not going to ask how you got an invitation; I'm just gonna go with the flow." | | | |

Russ laughed. "Good, that's best."

They went in and Annette couldn't believe her eyes. The place was immaculate. It had four levels, cages with beautiful women in them everywhere you turned, mirrored walls throughout and the people were all beautiful. Most of the men were tall and muscular. The women were scantily clad in glitzy dresses. Annette almost felt over dressed.

After a few drinks, they danced the night away. After the midnight toast the tone and mood of the club changed and the dancing was slower and sexier. There was more closeness and women began dancing with women. James looked around the club, he and Russ enjoying what they were seeing.

James looked at Annette. "Hey, why don't you and Pamela get on the dance floor?"
"What? Are you serious?"
Russ encouraged her. Yeah, go ahead. A woman dancing with women is normal in this club. Nobody is going to look at you strange."
Pamela smiled. "Okay, I'm feeling good right now." She reached for Annette's hand. "Come on; let's go." Annette gave in and accompanied her to the dance floor. They came off the floor an hour later.

---

Randall is looking down. He's wearing a brown Stetson, tan sport jacket, yellow shirt and black tie. LaShawn puts her right hand on Randall's left arm and says, "But then I met ole Randall here at an Aggie game...she paused... then says "He was an animal husbandry major."

Lureen, obviously bored, smokes then let out a loud sigh with a smoky content.

Jack, holding a cigarette in his left hand, looks to his left at Lureen. He takes a pull on his cigarette and looks back at LaShawn. Then he makes eye contact with Randall.

Randall looks back at Jack.

They both smile. Jack looks down and tries to hide by holding his hand over his mouth as he pulls once again on his cigarette. Jack looks out the corner of his left eye as LaShawn continues to ramble on about her journey to Childress.

Randall & LaShawn are looking at Jack & Lureen.

Lureen interjects and says with a smirk, "Yous Tri Delt. I was Kappa Phi myself." She pulls on her cigarette.

---

LASHAWN (impatient)
Well, even though we ain't quite sorority sisters, we may have to dance with ourselves, Lureen. Our husbands ain't the least bit interested in dancin', they don't seem to have a smidgin of rhythm between 'em.

LUREEN
It's funny, ain't it? Husbands don't never seem to dance with their wives. (sarcastic)
Why do you think that is, Jack?

JACK wants to have a good time—doesn't take her bait.

JACK
Ain't ever given it a thought.
(to LaShawn)
Wanna dance?

They get up, go to the dance floor, and begin to dance.

LASHAWN
(chatters like a squirrel)
Thank you for asking to dance with me, I really appreciate that, I really do. It's a good thing that you and Lureen happened along when you did, or else we'd still be stuck on the side of the road in that dern pickup. I told Randall we oughta take the car, course he don't ever listen to me. He wouldn't listen to me if he was goin' def tomorrow. I told Randall it takes

While on the dance floor Annette and Pamela got a little more familiar with each other. They were all ready for a scene change. At 1:30am, the crowd was thinning. Russ and Pamela had a hotel room reservation at the Hilton because they didn't want to drive all the way home. Even though James and Annette were riding with them, they were courteous enough to ask if they wanted to stay with them at the hotel until they sobered up. James and Annette agreed to stay.

…Before they knew it, Pamela shared with them that she and Russ had talked about them earlier and what it would be like to party with them. Annette said, "Well, now you know. You just did anyway."

Pamela laughed. "No, I'm talking about swinging. Russ and I are swingers. I like being with both women and men. Russ likes having sex with other women, and I don't have a problem with it because we're secure in our marriage."

James and Annette looked at each other and smiled.

…James looked at Russ, who was looking at him and Annette, and signaled him to switch partners. Russ whispered to Pamela that James

LaShawn looks at Lureen and says, "Well, even though we ain't quite sorority sisters, we may just have to dance with ourselves Lureen."
LaShawn looks at Jack then turns to her right and look at Randall. She says, "Our husbands ain't the least bit interested in dancing. (She hit Randall on the arm) She looks at Lureen then says, "They ain't got a smidget of rhythm between 'em."

Lureen, looking down and shaking her head left & right says, "Its funny isn't it. Husbands don't ever seem to want to dance with their wives. (Jack looks down. She touches him on the shoulder) "Why do you think that is Jack?"

Jack looks at Lureen, and then looks down. Brushing off his jacket he said "I never give it any thought." He raised his head then looked at LaShawn and asked "You wanna dance?"
LaShawn looks at Lureen to get her approval then says "Yes, I do." Jack looks at Randall and asks, "Do you mind?" Randall shakes his head and say, "No, I don't mind."

LaShawn giggles, and then stands up. She and Jack head to the dance floor. Randall & Lureen watch them as they made their way to the dance floor. Lureen looks at Randall.

more than chewing gum and baling wire to keep a pickup goin.
JACK nods politely, but is looking over her shoulder at LUREEN and RANDALL. LUREEN smokes.
RANDALL studies JACK and LASHAWN n the dance floor.

LASHAWN (CONT'D)
…Well, he's never been very mechanical, though…

(Cont'd) Dance Hall: (Later)

JACK and RANDALL sit together outside the dance hall, waiting for their wives to return from the ladies room. Both smoke.

JACK
Ever notice how a woman'll powder her nose before a party starts, and then powder it again when the party's over?

(pause)
Why powder your nose just to go home to bed?

RANDALL
(as if the vanity of women is a tiresome subject)
Don't know.
(smokes)
Even if I wanted to know, couldn't I get a word in with Lashawn long enough to ask. Woman talks a blue

wanted to switch and they did. James got up from the bed. Then Russ got up and walked over to the bed where Annette was laying. James told Annette that he wanted to watch her and Russ, so he sat on the bed with Pamela and they watched.

Jack & LaShawn are dancing. She's now rambling about how she told Randall the truck wouldn't have broken down if he would've taken the truck and how lucky they were that Jack & Lureen came along when they did to give them a ride to the dance.

Jack & Randall, both smoking, are sitting outside of the dance hall. There are several fancy cars parked out front, mostly convertible cadillacs. The steps leading to the dance hall are covered with a "red carpet," obviously a place for the affluent. A couple leaves the dance hall.

Jack's looking straight ahead; Randall looks to his right.

Jack turns to the right and asks "You ever wonder how a woman will powder her nose before she goes to a party, and then she'll powder it again once the party is over? Why powder your nose just to go home and go to bed.

Randall looks at him and smile. He turns back slightly to his right and says, "I don't know. Even if I wanted to know, I couldn't get a word in with LaShawn long enough to ask."

Another couple exits down the red carpeted stairs.

streak.
JACK
Lively little gal.
(pause)
You'll like working for Roy Taylor. He's solid.

RANDALL
Yeah. Roy, he's a good ole boy.

A beat.

RANDALL (CONT'D)
He's got a little cabin down on Lake Kemp. Got a croppie house...little boat. Said I can use it whenever I want.
(pause)
We ought to go down there some weekend. Drink a little whiskey, fish some. Get away, you know?

Before JACK can respond, the WOMEN come out, hurrying, LASHAWN talking a blue streak, just like RANDALL said.

LASHAWN
....when I was right out of SMU I coulda had my pick pf pretty much any job in North Dallas, so my pick was Neiman Marcus which was a disaster because where clothes is concerned, honey, I got no resistance, I was spending more than I made, more probably than Randall ever will make...we come out here thinking

ranching was still big hats and Marlboros, boy, were we behind the times…

Randall looks to his right again and said, "The woman talks a blue streak."

Jack says, "A lively little gal."

After a few minutes of silence, Jack turn to Randall and said, "You'll like working for Roy Taylor. He's solid."

Randall shakes his head in agreement and says, "Yeah, Roy, he's a good ole boy."

Both are silent again.

Randall turns slightly and says, "He's got a little cabin down at Lake Kemp. Got a croppie house, a little boat. He said I could use it whenever I want."

Jack shakes his head "yes".

Randall says "We ought to go down there some weekend. Drink a little whiskey; fish some (as he turns to look at Jack); get away. You know?"

Jack doesn't respond.

They hear LaShawn's voice. Randall & Jack stand up.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette & James role-play. Annette & Phillip are having sex (Unbeknownst to Phillip, James watches from the closet) | Ennis & Jack are playing around after having sex (Unbeknownst to them, Joe Aguirre is watching) | Binocular POV | They believed themselves invisibles, not knowing Joe Aguirre had watched them through his 10x42 binoculars for ten minutes on day, waiting until they |
| They went dancing at one of the well-known clubs in the city. They decided they'd role-play with her sitting at the bar as though she was alone. He would sit at a table and watch her. They role played this scene quite a bit when they went out dancing. | Ennis and Jack come out of the tent. Both are wearing jeans, their hat, and no shirt. Ennis is holding his shirt in his left hand.

Jack's back is facing Ennis. He's bucking his belt and zipping his pants. | WE SEE the main camp on Brokeback through a pair of binoculars.

Pan the camp.

Horses, dogs, then not quite in focus.

Focus sharpens: TWO MEN pulling off their clothes, out in the middle of nowhere, they play, running, joking. | buttoned up their jeans, waiting until Ennis rode back to the sheep, before bringing up the message that Jack's people had sent word that his uncle Harold was in the hospital with pneumonia and expected not to make it. |
| James got a beer, then sat and watched the men approach Annette.

...Then she met a rambunctious man named Phillip, who radiated an electric, masculine energy that galvanized her very being. Their acquaintance swiftly developed into a passionate arousal like she'd never felt before. They danced around their intense attraction, both trying hard not to expose their sexual fascination... | Ennis knock Jack's hat to the ground then takes off running. Jack runs after him.

Ennis is still wearing his hat. He stops and Jack catches up with him. They face each other.

Ennis's hat is pulled down, almost covering his eyes. He glances and sees Joe Aguirre looking through his binoculars, watching them play. | CONTINUOUS

WE SEE the binoculars belong to JOE AGUIRRE. He is horseback.

Looks at his watch.

Raises the binoculars—looks again—lowers them.

It is clear—from the expression on his face—that he doesn't like what he sees. Doesn't like it at all. | |
| She excused herself, walked over to James' table, and told him how much the guy had turned her on. He encouraged her to seduce him to see if he'd go home with her, and she did.

Under James' direction, she called the man from the club and invited him | Jack positions himself behind Ennis and grabs him around his neck.

Ennis grab Jack's arms and tries to pry them. Jack pulls him closer then lean back. Ennis leans back with him. They're pressed together very tight. | | |

Still wearing his hat, Ennis breaks away from Jack's grip. He out-smarts Jack and flips underneath his arms then turn around to face him. Ennis push Jack to the ground onto his back. Ennis climbs on top of him. Ennis reach for his hat and takes it off. They kiss. Ennis uses his hat to shield their kiss from Aguirre as he continues to watch them through his binoculars.

Aguirre lowers his binoculars, obviously disturbed by what he sees.

over. He accepted the invitation. Unbeknownst to him, James would be hiding in the bedroom closet watching.

James orchestrated every scene. In order for him to do that without being seen, he told her to bring the man into the bedroom and let him fuck her from behind, in the doggie-style position.

She reached for Phillip's hand and escorted him into the bedroom. She sat on the bed, and then summoned Phillip to come to her and they began to kiss...Soon the clothes starting coming off.

Phillip stood to unbutton his belt buckle, then pants.

She glanced at the closet and could see James stroking his dick as he watched her play.

Phillips pants dropped to the floor. His penis was ready. Annette commenced to giving him oral pleasure as she glanced at James.

Afterwards, Phillip pushed her back and gave her oral pleasure.

She murmured, "I want you to fuck me from behind."

| | | | He flipped her over onto her stomach and she reached for the night stand to get a condom. |
| | | | With Phillip banging her, she watched James as he masturbated in the closet. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Phillip hints to Annette that he saw James watching | Aguirre hints to Jack that he saw he & Ennis | Trailer House | |
| At the time, she didn't realize that having an affair with Phillip would compound her current issues. She didn't care. All she knew was that she wanted to have sex with Phillip. After dinner, they went to his home. He escorted her into the bedroom and undressed her, whispering in her ear, "This time you can let yourself go without worrying about your man watching us from the closet. He's not here." | Jack goes back to Aguirre for work. He enters Joe Aguirre's trailer. Aguirre looks up and says "Look what the wind blew in." | JOE AGUIRRE sits with his feet on his desk, flipping through a newspaper, chewing on a toothpick. A cigarette smolders in the ashtray. Hears a knock. | "Got to tell you, friend, maybe somebody seen us that summer. I was back there the next June, thinking about goin back—I didn't, lit out for Texas instead—and Joe Aguirre's I the office and he says to me, he says, 'You boys found a way to make time pass up there, didn't you,' and I gave him a look but when I went out I seen he had a big-ass pair of binoculars hangin off his rearview." |
| | Jack says, "Hi Mr. Aguirre. Wandering if you need any help this summer." | JOE AGUIRRE<br>Yeah? | |
| | Aguirre says, "You're wasting your time here." | JACK enters the trailer, the door slams behind him. | |
| | Jack says, "You ain't got nothing? Nothing? Up on Brokeback?" | AGUIRRE looks up, annoyed. | |
| | Aguirre looks at Jack and says, "Ain't got no work for you." | JOE AGUIRRE (CONT'D)<br>(continues reading the newspaper)<br>Well, look what the wind blew in. | |
| | Jack turn around to leave. He stopped and turned around to Aguirre and say, "Ennis del Mar ain't been around has he?" | JACK<br>Howdy, Mr. Aguirre.<br>(uncomfortable beat)<br>Wonderin' if you was needin' any help this summer? | |
| She didn't say anything. She was shocked and embarrassed. She had no idea Phillip had seen James hiding in the closet. | Looking down with a toothpick sticking out of his mouth, Aguirre replied, "You boys sure found a way to make the time pass up there." | JOE AGUIRRE<br>Wastin' your time here. | |
| | Chewing on the toothpick, he looks at Jack and says, "Twist, you guys weren't getting paid to leave the dogs babysitting the sheep while you | JACK<br>You ain't got nothin'? | |
| | | AGUIRRE doesn't look up. | |
| | | JACK (CONT'D) | |

<table>
<tr><td>

stemmed the rose."

Jack looked shocked and obviously embarrassed because he now knows that Aguirre saw them. Aguirre looks at him and say, "Now get the hell outta my trailer." Jack drops his head, turns and leave.

</td><td>

Nothin' up on Brokeback?

JOE AGUIRRE (looks up from the paper)
I ain't got no work for you.

AGUIRRE stares coolly at JACK. No nonsense.

An awkward moment: JACK fingers the brim of the hat in his hand, looks as if he wants to say something more. Starts for the door. Pauses, turns back to AGUIRRE.

JACK
Ennis del Mar ain't been around, has he?

AGUIRRE glares at him even harder. The wind hits the trailer like a load of dirt coming off a dump truck, ease, dies, leaves a temporary silence.

JOE AGUIRRE
You boys sure found a way to make the time pass up there.

JACK gives him a look, then sees the big binoculars hanging on a nail on the wall behind AGUIRRE'S head.

JOE AGUIRRE (CONT'D)
Twist, you guys wasn't getting' paid to leave the dogs baby-sit the sheep while you stemmed the rose. (pause—looks hard at JACK) Get the

</td></tr>
</table>

hell out of my trailer.

JACK steps out of the trailer. The door slams shut behind him.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette & James sitting in the Living room talking | Ennis & Alma sitting in the Living room talking | Del Mar Apartment | |
| Afterwards, he went into the kitchen, opened the fridge and grabbed a beer. He walked back into the living room, flopped on the sofa, popped open the beer and took a long sip. | Ennis is sitting on the arm of a chair looking out the window. He smokes. Obviously nervous, he opens and closed the lid on his cigarette lighter, making a clicking sound. | Gloomy, windy day. Ennis has taken the day off.  Paces, wearing his best shirt.  Sits down by the window. | The day was hot and clear in the morning, but by noon the clouds had pushed up and out of the west rolling a little sultry air before them. Ennis, wearing his best shirt, white with wide black stripes, didn't know what time Jack would get there and so had taken the day off, paced back and forth, looking down into a street pale with dust. Alma was saying something about taking his friend to the Knife & Fork for supper instead of cooking it was so hot, if they could get a baby-sitter, but Ennis said more likely he'd just go out with Jack and get drunk. Jack was not a restaurant type, he said, thinking of the dirty spoons sticking out of the cans of cold beans balanced on the log. |
| James stood and went into the kitchen to get another beer... | Ennis still sitting on the arm of the chair, now he has a cigarette in his right hand and a bottled beer in his left. He turns the beer bottle up and empties it. | Impatient. Looks out the window down at the street, pale with dust. | |
| Her gaze followed him into the kitchen. "You didn't comment about what I said. What do you think, isn't that amazing?" | He stood and went into the kitchen to get another beer. He passes Alma & Alma Jr. sitting on the sofa coloring in Alma Jr.'s coloring book. | The girls chase each other through the living room.  Alma leafs through a magazine. | |
| Avoiding eye contact with her, he opened the fridge and reached in for a beer. "I think it's great. At least now you can understand it better." | Alma look up at Ennis and her gaze followed him into the kitchen. She says, "Maybe we can get a babysitter." | ALMA (hopeful of a social possibility)  Maybe we could get a babysitter, take your friend to the Knife & Fork. | |
| "James, I can hardly hear you," she said. He yelled out, "I said, at least now you know where your tendencies came from." | As she said this, Ennis closed the refrigerator door, clears his throat, then says, "Uh?" as if he didn't hear what Alma said. Avoiding eye contact with Alma, Ennis re-enters the living room looking down at his beer, as he opened it. | ENNIS  Jack ain't the restaurant type.  (pause)  We'll more'n likely just go out and get drunk.  (pause)  If he shows. | |
| He came back into the living room. | Alma looks up at him and says, "Take your friend to the Knife & Fork?" | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette & James have anal sex. She began to hate it | Ennis & Alma appear to have anal sex. | Bedroom (Ennis & Alma) | |
| ...James wanted to make love doggie-style because he was afraid he might hurt the baby... | Ennis enters the bedroom wearing a white wife beater t-shirt and a pair of paisley print pajama pants. He sits on the side of the bed and let out a loud sigh. | ALMA, cute and at her most seductive, comes and sits behind ENNIS, wraps her skinny arms around him. | "Ennis, please, no more damn lonesome ranches for us," she said, sitting on his lap, wrapping her thin freckled arms around him. "Let's get a place here in town?" |
| ...While Annette was in the shower, James went into the kitchen to get ready for dinner. She came out of the bedroom wearing his silk paisley print robe... | Alma enters the bedroom wearing a light colored nightgown. She sees Ennis rotating his head as if his neck is tense. She takes off her house shoes and climb upon the bed behind him. | ALMA<br>Girls all right?<br>ENNIS (nods)<br>Jenny stopped her coughin'. I should take the girls into town this weekend. Get 'em an ice cream.<br>ALMA<br>Ennis, can't we move to town? (pause—studies him) I'm tired of these lonesome old ranches. There's no one for Alma Jr. to play with, and besides, I'm scairt for Jenny, scared if she has one of them bad asthma spells. | "I guess," said Ennis, slipping his hand up her blouse sleeves and stirring the silky armpit hair, then easing down, fingers moving up her ribs to the jelly breast, over the round belly and knee and up into the wet gap all the way to the north pole or the equator depending which way you thought you were sailing, working at it until she shuddered and bucked against his hand and he rolled her over, did quickly what she hated. |
| ...Annette, for a lone time I've struggled with my demons. When I told you about my childhood a few years ago...When I was fifteen, I was out walking about 6:30pm. It was dark because of daylight savings time. I ran into Darryl, one of my friends. He's the one I told you about who was with me watching the old man. His parents weren't always around neither. He had a troubled childhood as well... | Ennis grunts. Alma wraps her arms around him and rests her head on his shoulder. Ennis's eyes are closed. Alma asks, "Girls all right?" Ennis leans back on alma. He replied, "Yeah, Jenny stopped her coughing. I wanna take the girls into town this weekend and get 'em an ice cream or something." | ENNIS<br>Rents in town is too high.<br>ALMA<br>There's a cheap place in Riverton, over the laundrymat. I bet I could fix it up real nice.<br>ENNIS<br>Bet you could fix this place up real nice if you'd want to. | |
| ...She finally gave in, tried anal sex, and liked it. They had anal sex at least once a week, and sometimes James wanted it more often. | She runs her hands across his chest and says, "Can we move to town? Tired of those lonesome ranches. No one for Alma Jr. to play with. Besides, I'm scared for Jenny, scared she might have another one of those bad asthma spells. | ALMA<br>Ennis, I know you'd like it too. A real home. Other kids for the girls to play with. Not so lonely, like you were raised. You don't want it so | |
| Towards the end of 1994, they encountered a problem with having anal sex. He became upset when she | Ennis rubs his face against hers then say, "Rent in town is too high." | | |

| | | |
|---|---|---|
| wasn't in the mood. Once a week was enough for her and if he was nice, she would reward him with a night of anal sex. But it had gotten to a point when that wasn't good enough for him. She felt responsible for him wanting to have anal sex more frequently because she did it whenever he wanted it. There were times when he got very testy with her and wouldn't talk to her for the rest of the night. That made her give in. The last thing she wanted was for him to be upset with her because she didn't like arguing, knowing Kynosha was in the house.

Anal sex for Annette turned into work. She found herself feeling pressures and stress when he wanted to have anal sex… | Alma moves up to his ear and whispers, "There's a place in Riverton over the Laundromat. I bet I can fix it up real nice."
Ennis says, "I bet you can fix this place up real nice if you wanted too."
Alma has her left hand on the front of his neck and her right hand on the right side of his head. She moves her left hand back down to his chest then whispers, "I know you'd like it too. Real home; a lot of kids for the girls to play with; not so lonely like you were raised."

Ennis turns his head slightly away to his right. His eyes closed.
Alma says, "You don't want it to be so lonely, do you?"
Ennis mumbles, and then turn towards Alma. They kiss, he says "It's not so lonely now, it is?" He fondles her right breast. He moves his hand under her nightgown.
Alma ask, "Are you sure the girls are asleep?"
Ennis replied in a low tone, "Yeah, I'm sure." He laid her back. They're kissing passionately as he moves on top of her. He reaches over to his left and turn out the lamp on the nightstand. He moves back on top of her. He raises his head to look at her. Breathing heavy, Alma puts her hands on his face, then says, "Come here." She pulls him back down and they kiss. | lonely, do you?

ENNIS touches her breast, then moves his hand downward.

ENNIS
   This ain't too lonely, now is it?

Hugs him hard, as she becomes excited. Begins to squirm against his hand.

ALMA
   You sure the girls are asleep?
ENNIS
   I'm sure.

ENNIS is on top of her now. They kiss. She moves under him.

Then ENNIS rolls her over on her stomach.

ALMA
   …Ennis…

He positions himself behind her. |

Ennis breaks away and flips her over on her stomach.
Alma gives in. She grabs the rail with her right hand.
Ennis enters her from behind.
Alma raises her head; eyes closed; disappointed; mouth partly open and within seconds, Ennis grunts as he released.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Fourth of July (Annette & James are in Las Vegas)** | **Fourth of July (Ennis, Alma & the Girls)** | **Fourth of July** | N/A |
| Kynosha spent her birthday and part of the summer at her grandmother's house in Decatur. Annette and James took a vacation and went to Las Vegas for July 4. | Ennis and Alma and the girls are at Riverton's Fourth of July celebration. | WE SEE the little Del Mar family ease through the 4th of July crowd, trying to find a place to sit.<br><br>ENNIS, ALMA, ALMA JR. and JENNY. ALMA spreads a blanket on the ground, preparing to settle her family in to watch the fireworks. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **James beer drinking habit** | **Ennis beer drinking habit** | **Del Mar Apartment** | N/A |
| Not that she kept track, but Annette noticed that James was drinking a little more than usual...Sometimes he drank four to six beers in one night. He didn't gain any weight because he... | Ennis is slouched on the sofa. His eyes closed his right hand on his forehead.<br><br>4 beer bottles are sitting on the coffee table and 2 are on the end table. He's holding one in his left hand. | Several beer cans on the table. Ashtray full.<br><br>ENNIS no longer paces, sits on the couch as ALMA JR. and JENNY scratch away at a pair of coloring books.<br><br>WE HEAR the sounds of a pickup.<br><br>ENNIS jumps, looks out the window; sees a pickup slowing on the street in front of the laundromat. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| (Dialogue) James wrote in his journal<br><br>*I feel scared and confused that everyone can 'see' what I'm thinking.* | **(Dialogue) Ennis ask Jack if he feels suspicious**<br><br>Sitting at the campsite, Ennis says, "You ever get the feeling, I don't know, when you're in town and someone looks at you, suspicious, like he knows. Then you go out on the pavement and everyone's looking at you like they all know too?' | **Wyoming Mountains**<br><br>JACK shakes his head no.<br><br>ENNIS (CONT'D)<br>You ever get the feelin', I don't know, when you're in town, and someone looks at you, suspicious…like he <u>knows</u>. And then you get out on the pavement, and everyone, lookin' at you, and maybe they all know too? | "Shit. I been lookin at people on the street. This happen a other people.? What the hell do they do?'" |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **(Dialogue)** James wrote in his journal<br><br>*I know I'm hurting her, whether she knows or not. It's nobody's fault, not hers or mine.* | **(Dialogue)** Ennis talks to Jack<br><br>Ennis turns to look at Jack and says, "Now you stop about Alma. This ain't her fault. | Campsite<br><br>Ennis stands.<br><br>ENNIS<br>Shut up about Alma. This ain't her fault. | "I doubt there's nothing now we can do," said Ennis. "What I'm sayin, Jack, I built a life up in them years. Love my little girls. Alma? It ain't her fault. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| | | **Del Mar House** | **N/A** |
| Annette hear James' car. She hides his journal under a stack of towels. Unbeknownst to her, Thomas had come to town | **Alma hears Ennis' truck. She hides the postcard from Jack under a stack of sale papers. Unbeknownst to her, Jack was coming to town** | ALMA enters, puts down a grocery bag, sorts through the mail. There's an electric bill and beneath it, a postcard addressed to Ennis. She studies the postcard, then puts it back down on the pile of mail as she hears Ennis's truck pull up. | |
| She walked into the hallway and just when she was about to push redial, she heard James pull into the garage. | She thumbs through the mail and throws a piece on the counter. The next piece is a postcard with a picture of mountains on it, and the rest of the mail is a stack of sale papers. | | |
| She ran into the bathroom in the hallway and hid the journal in the linen closet under the towels. She knew he wouldn't go into Kynosha's bathroom, and she wanted to read more. | She picks up the postcard and turns it over. She sees it's from Jack and reads it: *See you in a couple of weeks, fish should be jumping.* | | |
| ...As she looked through the pages she saw where he talked about Thomas and Jenny. | She hears Ennis's truck pull up and turns her head to the right to listen. | | |
| *I like hanging with Thomas and Jenny. Too bad she couldn't stop through here with him during the New Year's Eve holiday. It was good seeing him even though he was here for only a few hours on his layover.* | She returns to the mail, put the postcard on top, then flips it over, hiding it from Ennis. She knows that he won't look at the stack of sale papers. | | |
| Annette slammed the book down on the sofa. "He didn't tell me Thomas was in town." | | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story |
|---|---|---|---|
| Kynosha sees Annette crying. She holds her tight | Alma Jr. sees Alma cries. She holds her tight | Del Mar Apartment: Morning: Later (CONT'D) | N/A |
| It was obvious to Kynosha that her mother had been crying. | Alma, still holding Alma Jr., stands at the window sobbing as Ennis rides off with Jack on another fishing trip. | Alma goes to the window. | |
| She asked, "Mommie, are you okay?" | It's obvious to Alma Jr. that her mother is crying. | Looks out…sees Ennis throw his stuff in the back of JACK'S truck. Gets in the passenger side, JACK gets in the driver's side. | |
| She hugged her and the tears fell; she was too choked up to respond. | Alma holds her head as she looks up at her. Alma Jr. leaned back, still looking at Alma. | They pull away, as Riverton comes to life. | |
| Kynosha leaned back. | | | |
| "Mommie, why are you crying?" | Alma lifts Alma Jr., to reposition her in her arms, and holds her head against her left shoulder, away from the window. | ALMA, pale, filled with disquiet, pain, fear, watches them go. Cries. | |
| Annette stood near the window staring into the night, struggling once again with reading James's journal. | | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette suggest going to the church social** | **Alma suggest going to the church social** | **Del Mar Apartment: Evening** | N/A |
| On New Year's Eve, Annette suggested they spend the celebration at church, and they did. | Alma Jr. and Jenny are playing on the floor. Alma is sitting in the chair by the window, feet propped on the ottoman, and she's knitting. | ENNIS slouches in front of the television set, nursing a beer. The girls, ages seven and nine, play cards on the floor nearby. | |
| | Ennis is laid back on the sofa with his feet propped on the coffee table; a cigarette in his right hand and a bottle beer in his left. | ALMA restless. | |
| | Two empty beer bottles are on the coffee table. | ALMA<br>  It's Saturday night. We could still smarten up, head over to the church social. | |
| | Alma said, "It's Saturday night, we can still smarten up and head over to the church social." | ENNIS<br>  That fire-and-brimstone crowd? | |
| | Ennis said, "That fire and brimstone crowd?" then sips his beer. | ENNIS doesn't even look up. | |
| | Alma, let out a sigh of frustration and says, "I think it'd be nice." | ALMA (discouraged)<br>  I think it'd be nice. | |
| | Neither makes eye contact. | ENNIS drinks his beer. Doesn't answer. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette's weight gain** | **Alma's weight gain** | N/A | N/A |
| Two days before New Year's, she'd noticed a slight roundness in her face and that her jeans were fitting a little snugly. She'd gained about twenty pounds. She thought she might be pregnant, but quickly dismissed that thought. | Alma enters the kitchen carrying a grocery bag in her left hand and the mail in her right hand. She's looking down at the mail. | | |
| | 2 beer bottles are sitting on the kitchen table. | | |
| Their sex life had become occasional. Not only did she not want him to see her naked, but it was difficult for her to face him knowing that she'd read his journal and found out about his affair…She withdrew into self-loathing. | Alma has obviously gained weight. She's wearing a pair of snug fitting jeans and a blue and white short sleeve blouse that's tucked in her jeans. The camera zooms in, her face is fuller and more round. | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette works over-time on an extra shift. James confronts her.** | **Ennis confronts Alma about working an extra shift.** | **Del Mar Apartment** | **N/A** |
| | | The back of the Riverton Laundromat. | |
| Annette began working late hours, so Kynosha had to go to the neighbors' house once she was out of school until her father came home. Kynosha told her father that she wanted to spend more time with her mommie. She told her father she missed her mommie helping her with homework...She also told him she missed her mommie putting her to bed. | Alma and Ennis are inside the apartment arguing.  Ennis said, "It's supper time. Where in the hell you think you're going?"  Alma said, "To work." | From inside the second-floor apartment, sounds of an argument.  ALMA  Supper's on the stove | |
| | Alma said, "Thought you had the day off?" | ENNIS  No one's eatin' it unless you're servin' it, Alma! | |
| Work became Annette's solace. She worked long hours to avoid going home and dealing with James. | Alma said, "Well you thought wrong!"  Ennis said, "The girls need to be fed!" | ALMA  I already promised I'd take the extra shift. | |
| One day he confronted her about the long hours and how it had taken away from her time with Kynosha and him. James journal and her weight gain had consumed her so much that she'd neglect everything around her. | Alma said, "Well, you take care of it!" as she storms out of the apartment and down the steps.  Ennis comes behind her, stand on the landing and call out to her "Alma! Alma!" | ENNIS  Well tell him you made a fuckin' mistake.  The back door swings open and ALMA runs out and down the back steps, turns the corner as ENNIS comes out behind her. | |
| The same evening he confronted her, she told him that she would see about adjust her schedule so she could spend more time with Kynosha. James didn't take too kindly to her resolve and said with a raised eyebrow, "What about time with me? I feel like I'm being neglected too." | Alma continues to walk away. She turned and yells "Supper is on the stove!"  Ennis looks down at her. He began to run down the steps yelling, "No one is eating unless you serving it!" | ENNIS (CONT'D)  Alma! Goddammit!  But she's not coming back. Ennis, flushed, notices the girls.  ENNIS (CONT'D)  Hey. | |

"Right now, Kynosha is what's important. Stop being so damn selfish James!"

James was livid. "What the hell you mean selfish! Here it is almost damn March, and we've had sex what, five times this year?"

She wasn't in the mood to fight that battle, so she went into the bedroom and closed the door.

Alma turns and says "I've already promised I'd take the extra shift."

Ennis runs after her and stumbles over a trash can. He yells, "Fucking tell them you made a mistake."

He follows her to the corner and yells, "Goddammit Alma!"

She ignores him and keeps walking.

Ennis yells, "Alma!"

She still ignored him.

He walks back towards the apartment and stops at the girls on the swings and say, "You girls need a push or something?"

They say in unison, "No."

The girls don't respond. Awkward silence.

ENNIS (CONT'D)
You girls need a push?

They both start swinging themselves again.

ALMA JR.
No.

He pauses, nods, pauses again, goes back inside.

The girls swing.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Kynosha hear Annette and James argue** | **Alma Jr. and Jenny hear Alma and Ennis argue** | **Del Mar Apartment** | N/A |
| Kynosha heard her parents arguing, came out of her room, and stood in the hallway. James saw her and took her back into her room. | Alma Jr. and Jenny are outside playing on the swing. They hear their mom and dad arguing inside the apartment. Both stopped swinging to listen. | ALMA JR., age 6, and JENNY, age 4, on a rusty metal swing set, impassively swinging. | |
| He told her everything was fine and that he and her mommie were just having a disagreement. He went into the bedroom. | | From inside the second-floor apartment, sounds of an argument. | |
| | | ALMA JR. slides her feet on the ground, stops swinging. | |
| | | JENNY stops, too. | |
| | | They listen, but can't really make out what's said. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| | | | N/A |
| **Annette follows James around the apartment to see where he hides his journal. She's become withdrawn and suspicious that James is having an affair.** | **Alma follows Ennis around the apartment while he's packing for a fishing trip. She's withdrawn and suspicious that Ennis is having an affair.** | **Del Mar Apartment; Morning; Later**<br><br>ENNIS tries to ignore her. | |
| When they arrived back home, James was lying in bed. Annette walked in and she saw him with the butt plug once again. She asked him about it and he told her that he was training his ass for her. He told her that he wanted her to fuck him like she'd fucked Wanda. | Ennis arrived home the next morning just as he said he would. He enters the kitchen, turns to the left and sees Alma sitting at the kitchen table. | ALMA looks out the window…sees JACK outside his pickup, he leans against the driver door.<br><br>ENNIS<br>  Me and Jack's heading up to the mountains for a day or two. Do a little fishin'. | |
| Annette was astonished, speechless…She loved James enough to try many things with him, but she wasn't sure whether she could honor that particular request. | Alma looks up at him.<br><br>Rushing, he stops, look at Alma then says, "Hey."<br><br>Just as Alma's about to speak, Ennis leaves the kitchen and says "Me and Jack gonna head up to the mountains for a day or two. Do ourselves a little fishing." | ALMA (cautious)<br>  You know, your friend could come inside, have a cup of coffee…we ain't poison or nothin'.<br><br>ENNIS (as if this is explanation enough)<br>  He's from Texas. | |
| Annette asked if he were bisexual and he vehemently denied that he was. She believed him, especially since he wanted *her* to be the one to give him that experience. | Alma comes out of the kitchen and into the living room. She looks out the window and sees Jack leaning back on his truck.<br>Ennis is in the bedroom stuffing clothes in a bag. | ALMA.<br>  Texans don't drink coffee?<br><br>ENNIS opens the hall closet. Takes out a duffel bag. Starts to pack. | |
| Annette believed that James couldn't possibly be gay because he loved women. But she hoped he wasn't bisexual either, having a desire to be with men. | Alma comes to the bedroom door and short of the threshold. She's obviously withdrawn, her arms are folded. She says, "Your friend can't | ALMA's eyes widen…<br><br>ALMA (CONT'D)<br>  You sure that foreman won't fire you for taking off? | |

| | | |
|---|---|---|
| She put her thoughts in the back of her mind and went on with her life as usual. | come inside and have a cup of coffee?" | ENNIS takes his rod, reel and creel case out of the closet. |
| Annette became withdrawn. | Ennis close the drawer and leaves the room saying "He's from Texas." He avoids eye contact with Alma. He goes into the bathroom. Alma turns and follows him, stopping at the threshold. Her arms still folded. She says, "Texans don't drink coffee?" | ENNIS<br>    That foreman owes me. I worked through a blizzard last Christmas, remember? Besides, I'll only be a couple of days. |
| ...James returned from his run. | | |
| He left the kitchen, went into the bedroom, and got in the shower. She went into the bedroom and looked to make sure he was in the shower, then got the journal and put it in one of the boxes. | Ennis reach for his toothbrush and stick then in his mouth. He let out a sigh. He opened the medicine cabinet and reached in and then closed it. He turned his head slightly to the right to avoid eye contact with Alma. | |
| James went into the bedroom, and Annette went into the kitchen to get a glass of water. She leaned over the sink. *Damn! Now I'll never know who this woman is he's having an affair with! I've got to find out where he's gonna put his journal.* | Alma turned to the left and followed him. | |
| | Ennis goes into a closet to get his fishing gear. | |
| She followed him into the bedroom and sat on the chaise. She began talking to James while keeping her eyes on the journal sitting on the dresser. Trying to distract him, she asked him about his run. She told him Pamela and Russ wanted to know if they were coming to visit them in Washington, D.C. | Alma stands at the doorway, arms still folded, watching Ennis. She steps a little closer and says, "You sure that foreman won't fire you for taking off?" | |
| James walked out of the bathroom. "I'm going into the office today." | Ennis still avoiding eye contact says, "You know, that foreman owes me. I worked through a blizzard last Christmas. You remember that?" | |
| "But it's Saturday! Why do you have | Alma tilted her head and looked at Ennis with disbelief. | |

| | |
|---|---|
| to go in?"<br><br>Annette didn't care. In fact, that was perfect for her.<br><br>"As a commander, you have to do that sometimes," he said.<br><br>...How long will you be gone? Later this afternoon I wanted to take Kynosha and her friend to the mall." | Ennis says, "Besides, I'll only be a couple of days." He clears his throat and walks pass her, again not making eye contact.<br><br>Alma follows him with her eyes; her arms still folded. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette in the kitchen feeding Kynosha | Alma in the kitchen feeding Alma Jr. | N/A | N/A |
| Kynosha came into the living. "Mommie, who are you talking to?" | Alma sits at the kitchen with Alma Jr., her head resting on her left hand. She tells Alma Jr., who was reluctant to eat, "Take one more bite and you're finished with dinner." | | |
| Annette laughed. "I'm just reading something funny, Baby, that's all. This is a funny book I'm reading." | Alma Jr. takes a bite of food. Alma says, "There. That's a good bite. You're excused." | | |
| "Can I have a sandwich, Mommie?" | | | |
| "Sure you can, Baby. I'll get up right now and make you one." | Alma Jr. gets up from the table and run out of the kitchen pass Ennis slouched on the sofa in the living room with his eyes closed. | | |
| They went into kitchen. Annette reached into the cupboard and pulled out a jar of JIF peanut butter. She got strawberry jam and milk out of the fridge. Kynosha stood watching her mother as she was about to make her sandwich. "Mommie, can I have a grilled cheese?" | Alma gets up from the kitchen table and began to clean it off. | | |
| Of course you can. I guess I should've asked you what kind of sandwich you wanted, uh?" | | | |
| Kynosha nodded. | | | |
| She rushed to make the grilled cheese so she could get back to the journal. She flipped the sandwich a few times in the hot skillet, took it out and put it on a plate, then told Kynosha to sit at | | | |

the table. As she walked back to the sofa, Kynosha opened the slices of bread and saw that the cheese wasn't melted. "Mommie, the cheese is still hard on my sandwich."

"What?"

"The cheese is still hard on my sandwich."

"What do you mean it's still hard? It was in there long enough to melt."

"But it didn't melt."

"Eat it anyway; It ain't gonna hurt you."

Reluctant to eat the sandwich, she played with it, eating the edges of the bread. She eventually ate the sandwich.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette avoids having sex with James** | **Alma avoids having sex with Ennis** | **Del Mar Apartment: Bedroom: Night** | Alma asked Ennis to use rubbers because she dreaded another pregnancy. He said no to that, said he would be happy to leave her alone if she didn't want any more of his kids. Under her breath she said, "I'd have em if you'd support em." And under that, thought, anyway, what you like to do don't make too many babies. |
| She had trepidation about him penetrating her. All she could think about was him and the woman he talked about in his journal... | Naked under the covers, Alma on her back and Ennis on top of her. | ENNIS and ALMA already in bed, kiss | |
| ...She showered and sat in bed to read. | Ennis is kissing Alma. She's obviously avoiding his lips. He has his arms around her. She has her arms above her head and not reciprocating the embrace. | They begin to make love. | |
| After James got out of the shower, he joined her. | She pretends to give in and puts her arms around him. He attempts to penetrate her and she stops him by saying, "As far behind as we are on the bills, it make me nervous not to take no precautions." | ALMA    As far behind as we are on the bills, it makes me nervous not to take no precautions... | |
| He touched her arm and smiled. | | ENNIS pulls back from her. Looks her in the face. | |
| He said, "Hey, are you in the mood for some of me?" | Ennis stops and looks at her. He frowns. | ENNIS (stiffens)    If you don't want no more of my kids, I'll be happy to leave you alone. | |
| "My period is on James." | He said, "If you don't want no more of my kids, I'll be happy to leave you alone." | ALMA (under her breath)    ...I'd have 'em, if you'd support 'em... | |
| "Oh, okay," he said, as he slid back over on his side. | Alma looks at him and says, "I'd have 'em if you'd support 'em." She knew this would move Ennis. | Turns his back to her, faces the wall. | |
| Annette smiled, but didn't let him see it. She was tired of playing the charade she'd been playing all afternoon. | Ennis slid off of Alma to his side of the bed. | ALMA, a look of despair on her face, reaches up and turns off the bedside lamp. | |
| | Alma had her arms above her head, avoiding touching him. | | |

They turn their backs to each other.

Relieved, Alma reaches up and turns off the lamp.

Ennis turns on his back.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette sitting at the kitchen table the morning after spending the night in a hotel reading James' journal. She cried her eyes out. | Alma sitting at the kitchen table the morning after Ennis comes home after staying the night at a hotel with Jack. She's been crying. | Del Mar Apartment: Morning; Later | N/A |
| At 7:00pm she let out a loud sigh and closed the journal, holding it close to her heart and lying across the bed in the fetal position. With all the lights on, she cried herself to sleep. | Alma is sitting at the kitchen table. Her eyes are red, obviously haven't slept all night. A cup of coffee is sitting on the table to her right. An ashtray with cigarettes butts in it is in the center of the table, as is the sugar, salt & pepper shakers. | Alma sits at the kitchen table, disheveled, hasn't slept all night. Nervous, a cup of coffee in front of her. | |
| She awoke about 2:00am, barely able to open her eyes. She was still lying in the fetal position, holding the journal and a ball of tear drenched tissues close to her heart. | Alma has her right arm lying on the table, her left elbow on the table. Her left hand is on her forehead. She looks worried and sad. | ENNIS comes through the door.

Alma stands…confused yet relieved ENNIS came back home, struggle with complex feelings. Keeps big emotion inside. Tries to catch his eye. | |
| *I need to go home so I can get Kynosha ready for school.* | She fidgets around in the chair and repositions her arms on the table. She reach up to the corner of her left eye as if she's wiping a tear. | | |
| …She went into the kitchen to make some coffee. | | | |
| "Aren't you tired Baby? Your eyes are red." | | | |
| She got up and poured a cup of coffee, then put her hand on her forehead. | | | |
| …She fidgeted like someone with hemorrhoids. | | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| James has taken the day off. Reginald comes to James & Annette's home. Reginald meets Annette. | Ennis has taken the day off. Jack comes to Ennis & Alma's home. Jack meets Alma | **Outside Del Mar Apartment: Landing** | The door opened again a few inches an Alma stood in the narrow light. What could he say? "Alma, this is Jack Twist. Jack, my wife, Alma." His chest was heaving. He could |
| "…I can get her ready. You know I'm off today." | Ennis comes in breathing heavy and stands in the foyer doorway. Jack is standing behind him and off to his side. Alma is standing in the kitchen near the doorway, her arms folded, barely exposing her wedding ring. | ENNIS and JACK have pulled back from one another now and come up the back stairs and stand in the little foyer. ALMA stands in the kitchen. | smell Jack-the intensely familiar odor of cigarettes, musky sweat, and a faint sweetness like grass, and with it the rushing cold of the mountain. |
| "You are? Why are you off?" | | ENNIS (glad for the dim light) Alma, this is Jack Twist. Jack, my wife, Alma. | "Alma," he said, "Jack and me ain't, seen each other in four years." As if it were a reason. He was glad the light |
| "I took off to be with you. It's our anniversary, remember?" | Ennis says, "Alma, this is Jack Twist. Jack, this is my wife Alma." | JACK Howdy, | was dim on the landing but did not turn away from her. "Sure enough," Alma said in a low voice. |
| "You know we're meeting Reginald at six." | Jack tips his hat and says, "Howdy." | ALMA (flat voice) 'lo. | |
| "Who? What are you talking about? Who the fuck is that? I don't know no damn Reginald." | Alma's stare is blank and her nostrils open. She's obviously angry. | ENNIS, his chest heaving, does not turn away from ALMA, but can still smell JACK—the intensely familiar | |
| "The man from Houston. He's here. We're meeting for drinks at the bar." | Ennis looks at Alma as he walks towards the door and says, "We're gonna head out and get ourselves a drink." | odor of cigarettes, musky sweat, and a faint sweetness like grass, and with it the rushing cold of the mountain. | |
| "James, I'm not in the mood for that." | | …Alma is stone-faced. …ENNIS is eager to leave. | |
| "Yeah, okay. Are you going to the bar or not?" | Alma stands looking at him, her mouth partly open, eyes teary and anger on her face. She nods and says, | ENNIS Jack and me is goin' out and get a drink. Might not get back tonight, we | |
| "No, I'm not going. You go ahead." | "Sure enough." | get to drinkin' and talkin'. | |
| All she knew was that she needed to talk to him about it. She was so anxious and hyped that she went jogging. She ran for thirty-five minutes. | | ALMA Sure enough. | |

When she returned, James was sitting in the living room with Reginald.

"Annette, this is Reginald. This is my wife, Annette."

"Nice to meet you Annette."

She was still breathing heavily from her run. "It's nice to meet you too. I'd shake your hand but I'm sweaty..."

She was livid.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette witness James performing oral sex on Reginald**<br><br>She went into the guest bedroom and pulled a quilt from the shelf in the closet. | **Alma witness Ennis passionately kissing Jack**<br><br>Ennis stands on the landing looking down at Jack. He says, "Jack fucking Twist," as he hurries down the steps. | **Outside Del Mar Apartment (Kissing)**<br><br>ENNIS has stepped out of his apartment onto a small landing at the top of the back stairs outside, closes the door behind him, as he sees Jack. | Late in the afternoon, thunder growling, that same old green pickup rolled in and he saw Jack get out of the truck, beat-up Resistol tilted back. A hot jolt scalded Ennis and he was out on the landing pulling the door closed behind him. Jack took the |
| She walked back into the living room and stopped short of the threshold, her eyes wide open. | They hug violently. Ennis's eyes are closed. Jack whispers, "sonofabitch." They lean back then look at each other. Ennis looks around then grabs Jack by his vest, pushes him against the house and kisses him, holding Jack's face in his hands. Jack's hat | ENNIS hurries down the stairs, taking them two at a time. | stairs two and two. They seized each other by the shoulders, hugged mightily, squeezing the breath out of each other, saying, son of a bitch, son of a bitch, then, and easily as the right key turns the lock tumblers, their mouths came together, and hard, |
| She didn't say a word. | falls to the ground. They didn't notice Alma standing in the door looking down at them. | Seize each other by the shoulders, hug mightily, squeezing the breath out of each other, saying sonofabitch, sonofabitch. | Jack's big teeth bringing blood, his hat falling to the floor, stubble rasping, wet saliva welling, and the |
| She just stood there and watched James, who was on his knees, performing oral sex on Reginald. She looked at the camera to see if it was recording. | Jack then grabs Ennis's face. They stop kissing and look into each other's eyes. Jack pushes Ennis against the house and they kiss passionately. | Then ENNIS looks around. Pulls JACK over to a small gangway. Shoves him against the wall. | door opening and Alma looking out for a few seconds at Ennis's straining shoulders and shutting the door again and still they clinched, pressing chest and groin and thigh and leg together, |
| Reginald threw his head back and closed his eyes. | | Then, as easily as the right key turns the lock tumblers, their mouths come together. | treading on each other's toes until they pulled apart to breathe and Ennis, not big on endearments, said what he said to his horses and |
| They didn't notice she'd returned. James was sucking his penis as if he were in love with it... | Unbeknownst to them, Alma opens the door and stand at the threshold. She looks down as she opens the storm door slightly. She sees Ennis and Jack kissing. Her eyes widen; shocked by what she is witnessing. | **(CONT'D) Del Mar Apartment**<br><br>ALMA comes to the door at the top of the second-story landing. ALMA starts to open it, then looks out: and ALMA sees ENNIS'S straining | daughter, little darling.<br><br>The door opened again a few inches and Alma stood in the narrow light. What could he say? "Alma, this is Jack Twist, Jack, my wife Alma." His chest was heaving. He could smell |
| She couldn't believe what she was witnessing. James looked up at Reginald, his tongue taunting the head of his penis. | She doesn't say anything. She closed the door and walked away. | shoulders. She sees them kissing, JACK'S tilted the other direction, their arms around one another. | Jack—the intensely familiar odor of cigarettes, musky sweat and a faint sweetness like grass, and with it the |

| | | |
|---|---|---|
| | ALMA quickly and quietly closes the door again.<br><br>She backs away from the front door a step or two, pale, struggling, trying to take in what she has just witnessed<br><br>ALMA has seen what she has seen, having aged years in the space of a few moments: sees her husband's turmoil…and notices JACK's trembling hand.<br><br>Baby JENNY cries.<br><br>JACK (trembles)<br>    You got a kid?<br><br>ENNIS<br>    Two little girls: Alma Jr., and Jenny.<br><br>ALMA is stone-faced. | rushing cold of the mountain.<br>"Alma," he said, "Jack and me ain't seen each other in four years." As if it were a reason. He was glad the light was dim on the landing but did not turn away from her.<br>"Sure enough," said Alma in a low voice. She had seen what she had seen. Behind her in the room lightning lit the window like a white sheet waving and the baby cried.<br>"You got a kid?" said Jack. His shaking hand grazed Ennis's hand, electrical current snapped between them.<br>"Two little girls," Ennis said. "Alma Jr. and Francine. Love them to pieces." Alma's mouth twitched. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Minutes after witnessing James perform oral sex on Reginald | Minutes after Alma witness Ennis & Jack kissing | Minutes after Alma witness Ennis & Jack kissing | N/A |
| …Annette looked towards the front door. *It's true, he is bisexual.* She felt the tears building up as she turned to watch the life she once knew die a slow, painful death. Our life will never be the same, she said. | She walked through the foyer into the kitchen. Looking down, she leans on the table with her left hand. | ALMA quickly and quietly closes the door again. | |
| Annette walked away from the camera and into the kitchen… | Alma hears Ennis coming up the stairs and she began to dig in her brown purse that sat on the table. She pulls up and out of her way, what looks like a hard cover "blue journal." She lifts it to the top of her purse. She hears the door squeak as Ennis opens it. The blue book almost falls from her purse. She hurriedly pushes it down with her right hand as if she is hiding it from Ennis, as he enters the kitchen. | She backs away from the door a step or two, pale, struggling; trying to take in what she has just witness.  …ALMA has seen what she has seen, having aged years in the space of a few moments: sees her husband's turmoil…and notices JACK'S trembling hands. | |
| …Annette couldn't believe her eyes.  The man she once knew had become a stranger in a matter of two hours. | | | |
| She noticed how calm he was. His demeanor had changed from what she knew. He was relaxed. | Alma takes her brown purse and put it on her left shoulder. The corner of the blue book is sticking out. She holds her purse tight against her left side, putting her elbow down to cover the blue book. | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette is sitting at the kitchen table. James' journal is sitting on the table in front of her | Alma is sitting at kitchen table. Ennis's blue tackle box is sitting on the table in front of her | **Del Mar Apartment** | N/A |
| The next morning, she got up and made breakfast. James was still asleep on the floor. | Ennis goes into the kitchen. Alma is sitting at the table reading the paper. She has a cup of coffee on the table. | Little Del Mar apartment above the Laundromat. Faint sound of washing machines coming from below.<br><br>ENNIS finishes packing for a fishing trip. | |
| She took the journal from her purse and placed it on the table. James got up. | Ennis's blue tackle box is sitting on the table in front of Alma. | ENNIS (to Alma Jr.)<br>You be good for your mama. | |
| Annette went into the kitchen. | He bends over and reaches in the cabinet for his thermos and puts it in his bag.<br>(Neither makes eye contact) | Alma reads the want ads.<br><br>ALMA<br>Ennis…they got a openin' over at the power company. Might be good pay | |
| She put on a pot of coffee, and then mixed the pancake batter. | Alma said, "Ennis, they got an opening over at the power company. Might be good pay," as she takes a sip of her coffee. | ENNIS<br>Clumsy as I am, I'd probably get electrocuted. | |
| James came into the kitchen. "Good morning, Baby." | Ennis replied, "I don't know, clumsy as I am, I'll probably get electrocuted. | ALMA JR.<br>Daddy, the church picnic's next weekend. Will you be back from fishin' by next weekend? | |
| "James, we need to talk." | Alma folds her arms, leans forward and continues to read the paper. | ENNIS puts his coat on. | |
| He dropped his head, turned to walk out of the kitchen and said, "I know we do Annette…and take a shower. I'll be out in a few minutes. | …Ennis grabbed his bags, didn't notice his blue tackle box sitting on the table, and heads out the door. Alma, knowing his secret, sees that he's leaving without it. She says, "You forgetting something?" as she looked at the tackle box. | JENNY<br>Can't you take us, Daddy? Please?<br><br>ENNIS stops…looks at his daughters. | |
| As he left the kitchen, he noticed a journal sitting on the table. He didn't realize it was his. He went into the bathroom, showered and shaved. | | | |

| Ennis reach for his hat and coat, turns around, leans back to peek at Alma to see what she's talking about. He sees his blue tackle box sitting on the table in front of her. He comes back into the kitchen, grabs the tackle and leave. | ENNIS (smile)<br>    All right...long as I don't have to sing<br><br>ALMA JR. and JENNY jump up and down, clap...then reach up for good-bye kisses.<br><br>ENNIS is almost out the door.<br><br>ALMA picks up his tackle box, which still sits on the table.<br><br>ALMA<br>    You forgettin' somethin'?<br><br>ENNIS walks over, grabs the tackle box.<br><br>Leaves.<br><br>ALMA, coffee cup in hand, sighs heavily. Inscrutable. | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| (The day after their Anniversary) Annette confronts James on his sexuality. James tells Annette that he purposely wrote the note to her in his journal, for her to find it. | (Thanksgiving Day) Alma confronts Ennis on his sexuality. She tells Ennis that she purposely wrote a note and tied it to his creel case for him to find it. | Monroe Household: Thanksgiving Night | He had no serious hard feelings, just a vague sense of getting short-changed, and showed it was all right by taking Thanksgiving dinner with Alma and her grocer and the kids, sitting between his girls and talking horse to them, telling jokes, trying not to be a sad daddy. After the pie alma got him off in the kitchen scraped the plates and said she worried about him and he ought to get married again. He saw she was pregnant, about four, five months, he guessed. |
| "Did you enjoy yourself last night, James?" | Alma's in the kitchen scraping a plate after finishing dinner. The girls and Monroe are in the living room watching television. Ennis is cleaning off the dining room table. He enters the kitchen carrying two plates. He gives them to Alma. He wash his hands in the sink. | Ennis gallantly brought a dinner plate or two into the kitchen, sets them on the counter.<br><br>Leans against the counter. ALMA is scraping food off the dinner plates.<br><br>ALMA (trying to start conversation)<br>You ought to get married again, Ennis. (pause) Me and the girls worry 'bout you bein' alone so much. | |
| "Damn, what's with the evil eye? Yeah, it was all right. Did you?" | | | "Once burned," he said, leaning against the counter, feeling too big for the room. "You still go fishin with that Jack Twist?" "Some." He thought she'd take the pattern off the plate with the scraping. |
| "That's what I want to talk about this morning. I always enjoy it when you and I have sex, James. So, yes, that part of the night I enjoyed. But watching you suck another man's dick came as a shock to me." | Looking down while scraping a plate Alma says, "You outta get married again. Me and the girls worry about you being alone so much". | ENNIS (feeling too big for the room)<br>Once burned....<br><br>ALMA (scraping)<br>You still go fishin' with Jack Twist? | |
| Annette I wanted—" | Ennis is bent over looking out the window. He looks at Alma as he dried his hands on a dish towel. He leans back and says, "Well, once burned." He turns and leans back on the counter. | ENNIS<br>Not often. | "You know," she said, and from her tome he knew something was coming, "I used to wonder how come you never brought any trouts home. |
| "No, don't say shit to me right now. Just listen. I don't give a damn what you are going to say after I say what I have to say. Whatever you think or feel is moot, as far as I'm concerned." | | ALMA<br>You know, I used to wonder how come you never brought any trouts home. | Always said you caught plenty. So one time I got your creel case open the night before you went on one a your little trips—price tag still on it after five years—and I tied a note on the end of the line. It said, 'Hello Ennis, bring some fish home, love Alma.' And then you come back and said you'd caught a bunch a browns |
| She picked up the journal. "This is your journal, James!" | Alma looks down as she's washing dishes. She raises her head slightly and ask, "You still go fishing with Jack Twist?" | From her tone, ENNIS knows something is coming. | |
| "What are you doing with —" | Ennis looks down and hesitate. He | ALMA (CONT'D) (trembling, but controlled) | and ate them up. Remember? I looked |

"It would behoove you to shut the fuck up and listen to what I have to say." She held the journal up in front of his face. "I've read most of this journal. My heart ached as I read it and found out that you had had sex with another man."

"But Ann—"

"No, shut up James! I could go off on your ass and start yelling and cussing and screaming and throwing shit, but that wouldn't solve anything. Besides, I'm not going to tear up my own shit. I never would have thought my husband, my friend, the father of my child, would do this to me — deceive me; deceive us, Kynosha and me, this way."

She started sobbing.

"As I lay in the bed this morning, reflecting, trying to figure out where I —"

"This has nothing to —"

"Shut up James! Please don't interrupt me anymore!"

"Okay, I'm sorry."

Annette dropped her head on the table and cried. She had the journal under her head.
James sat there confused.

---

says, "Not often."

Alma shakes her head as if to say "no". They never make eye contact. She says, "You know, I used to wonder how come you never brought any trouts home. You always said you caught plenty and you know me and the girls like fish."

She paused. Ennis looks down. He moves to reposition himself. He let out a grunt.

Alma continues, "So one night I got your creel case out the night before you went on one of your little trips. The price tag still on it after 3 years. And I tied a note to the end of the line. It said, *Hello Ennis, bring some fish home, Love Alma.*"

Alma cut her eyes to the left to look at Ennis. Ennis, still looking down. She continues, "And then you come back looking all perky and said you caught a bunch of browns and you ate them up. Do you remember?" Ennis looks down in shame.

She continues, her eyes filled with tears, "I looked in that case the first chance I got and there was my note, still tied there. That line hadn't touched water in its life."

She looks up at him. Ennis, still

---

...Always said you caught plenty, and you know how me and the girls like fish. (pause)
So one night I got your creel case open the night before you went on one a your little trips——price tag still on it after five years—and I tied a note on the end of the line. It said, Hello, Ennis, bring some fish home, love Alma'...(pause)
...And then you come back lookin' all perky and said you'd caught a bunch a browns and ate them up. Do you remember?

Looks over at ENNIS, stiff.

ALMA is scraping harder and faster, as if the means to take the pattern off the plates.

ALMA (CONT'D)
I looked in the case the first chance I got and there was my note still tied there.

ALMA turns on the water in the sink, sluices the plates.

ENNIS
That don't mean nothin' Alma.

ALMA (turns to him)
Don't try to fool me no more, Ennis, I know what it means. Jack Twist?

---

in the case when I got a chance and there was my note still tied there and that line hadn't touched water in its life." As though the word "water" had called out its domestic cousin, she twisted the faucet, sluiced the plates.

"That don't mean nothin'"

"Don't lie, don't try to fool me, Ennis. I know what it means. Jack Twist! Jack Nasty. You and him—"

She'd overstepped his line. He seized her wrist and twisted; tears sprang and rolled, a dish clattered.

"Shut up," he said. "Mind your own business. You don't know nothing about it."

"I'm goin a yell for Bill."

You fuckin go right ahead. Go on and fuckin yell. I'll make him eat the fuckin floor and you too."

He gave her another wrench that left her with a burning bracelet, shoved his hat on backward and slammed out.

| | | |
|---|---|---|
| He touched her on the shoulder. | looking down says, "That don't mean nothing Alma." He cut his eyes to the left towards her. | ENNIS<br>Alma... |
| "Get your goddam hand off me! You are a no good sonofabitch! Do not fucking touch me, you faggot bastard!" | Alma says, "Don't try and fool me no more Ennis, I know what it means." | ALMA<br>Jack Nasty. You didn't go up there to fish. You and him… |
| "Anne—" | Ennis breathing deepens. She says, "Jack Twist…" she paused. Ennis' breathing deepens and he says, "Alma". | ENNIS grabs her wrist and twists it. |
| "I don't wanna hear it James. I don't want to hear shit you have to say!" | | ENNIS<br>Now you listen to me, you don't know nothin' about it. |
| She pushed back from the table and ran into the bedroom crying. | She continues, "…is Jack Nasty! You didn't go up there to fish." | Tears spring to her eyes, she drops a dish. |
| "Annette!" | Ennis turns and grabs her left arm. He leaned down close to her face and says, "You don't know nothing bout that!" | ALMA<br>I'm goin' to yell for Monroe. |
| "Fuck you, James!" | | ENNI |
| "Annette, I'm so so sorry. I didn't know how to tell you, how to explain it to you. I didn't know what you would think of me." | Scared and crying, Alma says, "I'm gonna yell for Monroe!" | Go on and fuckin' yell. I'll make him eat the fuckin' floor and you, too. |
| She turned her head to the side. | Enraged, Ennis tells her to go right ahead, and that he'll make him eat the fucking floor and her too. He raised his fist. | ALMA (crying)<br>Get out, get out, get out! |
| "You're fucking trifling! That's what I think about your ass!" | Alma screamed, "Get out! Get out Ennis del Mar! You get out!" | ALMA is crying hard now, years of pain and anger welling up and spilling over. |
| "After you questioned me about Thomas and Jenny that night you were watching *The Birdcage*, I sensed that you had read my journal, so I had to find a way to tell you the truth. I put it back in my bag so you could find it again. That's why I wrote what I wrote and put your name in the title. That was my way of telling you who I | Ennis storms through the living room and out the door. Monroe turns towards the kitchen and says "Alma." He never goes in to check on her. | |
| | The girls stand up and say, "Daddy" | |

| | |
|---|---|
| really was. I didn't know how to come to you. I was so afraid. I didn't want to lose you."<br><br>"You should be afraid, motherfucker!"<br><br>She sat up on the bed. "You're telling me that you did this shit on purpose? You hurt me on purpose? What kind of sick motherfucker are you? Get the hell outta this house! I don't want to see you right now! I can't stand the sight of you, James! Get the fuck out, now!" | as they follow him onto the porch. Jenny says, "bye Daddy." |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| (Dialogue) Annette ask James if he's seen Thomas lately | (Dialogue) Alma ask Ennis if he's seen Jack Twist | | "You still go fishin with that Jack Twist?" "Some." He thought she'd take the pattern off the plate with the scraping. |
| Annette asked James about Thomas and the last time he'd spoken with him or seen him, and he told her he hadn't seen or spoke with him since 1997. | Alma looks down as she's washing dishes. She raises her head slightly and ask, "You still go fishing with Jack Twist?" | ALMA (scraping)<br>You still go fishin' with Jack Twist?<br><br>ENNIS<br>Not often. | |
| | Ennis looks down and hesitate. He says, "Not often." | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| James returns home. Kynosha runs into the living room and gives him a hug. | Ennis is leaving to go on a fishing trip. Alma Jr. runs into the living room and gives him a hug. | Del Mar Apartment: Morning; Later (CONT'D) | N/A |
| James arrived home at 3:00 p.m., just as he said he would. Kynosha ran to the door and gave him a big hug. | Alma Jr., comes running into the living room and says, "Bring a fish dad, a real big one." | ALMA JR. hears her father's voice, stumbles out of the bedroom, rubs sleep out of her eyes.<br><br>ALMA JR.<br>Bring me a fish, Daddy, a big fish. | |
| Annette, almost in tears, stood there watching. | Ennis looks at her as he's stuffing clothes in his bag. He threw his duffel bag on the chair and picks up Alma Jr. and kisses her on her left cheek. | ENNIS (to Alma Jr.)<br>Come here.<br><br>Gives her a big kiss. | |
| He walked over to kiss her and she turned her head. He kissed her on the cheek. | Alma, almost in tears, stood watching him. | Turns to ALMA.<br><br>Awkward. | |
| He threw his gym bag on the floor, picked Kynosha up, and sat her on the sofa. | Ennis pass Alma Jr. to Alma, then picks up his bag.<br><br>Alma holds Alma Jr. tight as she watches Ennis stuffing his bag. | Gives her a quick one-arm hug, kisses her on the cheek.<br><br>ENNIS (CONT'D)<br>See you Sunday, latest. | |
| | Ennis looks at Alma, then at the floor, then at Alma again. He says" Come here." | Leaves. | |
| | He leans over to kiss Alma and she turns her head slightly to the left. He kissed her on her right cheek. | | |
| | He leaves and says, "See you Sunday latest." | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette confronts James. He storms out of the house without saying good-bye to Kynosha. | Alma confronts Ennis. He storms out without saying good-bye to the girls. | Monroe Household: Thanksgiving | He gave another wrench that left her with a burning bracelet, shoved his hat on backwards and slammed out. |
| She got up and went outside to see where Kynosha was. She was next door playing with her friend, so Annette came back into the house. | Ennis storms out the kitchen and through the living room. | ENNIS takes the living room in about two strides, ignoring the startled Monroe, who is smoking a cheap after-dinner cigar. | |
| "James, all I know is, right now, this is the way it has to be until we can come up with another alternative. I don't want you staying here." | He didn't stop to tell Alma Jr. and Jenny good-bye. He stormed right pass the girls and Monroe. | ENNIS grabs his hat, shoves it on, when little Jenny yells | |
| "We have a guest bedroom, why can't I sleep in there?" | Alma Jr. and Jenny followed him outside on the porch and said, "Bye." | JENNY<br>Daddy! | |
| "Because you'll still be in the house and I don't want you here!" | He didn't respond. Just got in his truck and drove off. | Ennis slams out. | |
| He stormed out the door and got in his car with saying goodbye to Kynosha. | | | |
| She ran in the house. | | | |
| Mommie, where is Daddy going? Did he have to go back to work?" | | | |
| "He'll be back later Baby. Go on back outside and play." | | | |
| She skipped to the front door and went back outside. | | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Annette and James separate** | **Alma and Ennis divorce** | **Courthouse** | |
| Three weeks after living in the house without James, isolating herself from everyone, eating, drinking and lying to Kynosha about his whereabouts, she decided to let him move back in and sleep in the guest house. | Standing in the small courtroom, the judge grants Alma a divorce from Ennis. He has to pay $125 in child support for each child until they turn eighteen years old. Ennis cries quietly. | ENNIS and ALMA in a bleak little courtroom: divorce court.  Grim. | Her resentment opened out a little every year: the embrace she had glimpsed, Ennis's fishing trips once or twice a year with Jack Twist and never a vacation with her and the girls, his disinclination to step out and have any fun, his yearning for low-paid, long-houred ranch work, his propensity to roll to the wall and sleep as soon as he hit the bed, his failure to look for a decent permanent job with the county or the power company, put her in a long, slow dive and when Alma Jr. was nine and Francine seven she said, what am I doin hangin around with him, divorced Ennis and married the Riverton grocer. |
| ...James was promoted to major and doing well. He was due to leave for Kansas next year. Annette decided that she and Kynosha were not going with him; instead, she planned to move back to Atlanta. She contacted her old employer and they told her she could come back. Jess told her she could stay with her and Brian until she found a place to live. | | ...Custody of the two minor children, Alma Jr. and Jennifer del Mar, is awarded to plaintiff. Defendant is ordered to pay child support to the plaintiff in the sum of $125 a month, for each of the minor children until they reach the age of 18 years...  Alma looks sad, but determined...cries quietly.  ENNIS looks miserable. | |
| Annette explained to Kynosha that her father had to go to school and it required him to maintain focus and that's why they were moving back to Atlanta and not going with him. James left shortly after the New Year. | | | |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay Twist Homestead: House | BBM the Short Story 2005 |
|---|---|---|---|
| James visits Annette's mother in the hospital. She implies that she knows about James, just before she passed away. | After Jack's death, Ennis visits his parents. Jack's mother visually implies that she knew about him and Jack. | | Ennis sat at the kitchen table with Jack's mother, stout and careful in her movements as though recovering from an operation, said, "Want some coffee, don't you? Piece a cherry cake?" |
| Annette received a call from Cora, her younger sibling. She told her their mother was in the hospital. Her cancer had come out of remission and had spread. She was now terminal. | Ennis calls Lureen and she tells him about Jack's death and he goes to visit Jack's parents. | ENNIS sits at the little kitchen table with JACK'S parents.

Across from him sits JACK'S father, his hands folded on the plastic tablecloth. The father is tough, weatherbeaten, testy, critical—makes it clear by his manner that he expects to be stud duck in the pond. | "Thank you, Ma'am, I'll take a cup a coffee but I can't eat no cake just now." |
| Annette explained to Jess and the staff that she had to go to Decatur to be with her mother. Jess held her close. She knew in the past that Annette's mother had been sick. Her supervisor put her on an extended leave of absence. | Ennis arrives at Jack's parents' house. Jack's mother is standing in the door. She walks onto the porch.

They go inside. Ennis is sitting in the kitchen at the table across from Jack's father. Jack's mother offers Ennis a cup of coffee and a piece of cherry cake. | JACK'S MOTHER—silent, defeated—stands.

ENNIS can't see JACK in either of them.

JACK'S MOTHER (a polite shell of a woman)
   Want a cup a coffee, don't you? Piece of cherry cake? | The old man sat silent, his hands folded on the plastic tablecloth, staring at Ennis with an angry, knowing expression. Ennis recognized in him a not uncommon type with the hard need to be the stud duck in the pond. He couldn't see much of Jack in either one of them, took a breath. |
| She left for Decatur that afternoon and called James on her way. She could hear him cry. She asked him if he could come home and he told her he'd be there, no matter what.

He arrived at the hospital on Friday evening. Kynosha ran to him and he lifted her in the air. He told her she was getting too big for him to lift her like that. He saw Cora and Dennis | Jack's mother put her hand on Ennis' shoulder and says, "I kept his room like it was when he was a boy. I think he appreciated it." She paused, and as if she knew about Jack and Ennis, she says, "You're welcome to go up to his room if you want." | ENNIS (stiff but polite)
   Thank you ma'am. I'll take a cup a coffee, but I can't eat no cake just now.

JACK'S MOTHER
   I kept his room like it was when he was a boy. I think he appreciated that | "I feel awful bad about Jack. Can't begin to say how bad I feel. I knew him a long time. I come by to tell you that if you want me to take his ashes up there on Brokeback like his wife says he wanted I'd be proud to."

There was a silence. Ennis cleared his throat but said nothing more. |
| standing in the waiting area and asked them where Annette was. They pointed to their mother's room, and he went in. Annette was sitting by her mother's side, her head resting face- | Ennis looks at her and says, "Yeah, I'd like that. Thanks."

Ennis comes downstairs holding the shirts. Jack's mother looks at him and he looks at her. Jack's father is sitting at the table, turns to look at Ennis | (pause).
   You are welcome to go up in his room, if you want. | The old man said, "Tell you what, I know where Brokeback Mountain is. He thought he was too goddam special to be buried in the family |

| | | |
|---|---|---|
| down on her mother's arm. When she looked up and saw James, she felt relieved. They held each other with Kynosha between them. James pulled back and walked to her mother's bedside, then leaned down and kissed her forehead. | Ennis walks towards Jack's mother. She nods an approval 'yes' and smiles at him. She sits her cup of coffee on the counter and pick up a brown paper bag. | **ENNIS**<br>I'd like that, ma'am, thank you.<br><br>**CONT'D** |
| "How are you doing, Momma?" | She walks towards Ennis, opens the bag and takes the shirts and put them in the bag, her hand on top of Ennis'. She gives Ennis the bag. | ENNIS is back downstairs, his hat in his hand, standing in the kitchen. |
| Her voice was weak. She turns her head to see who was talking to her "Obviously not too good. I'm in this hospital bed." She tried to laugh. | She stands in front of Ennis and grabs her neck and gasp for air. | JACK'S MOTHER places the two shirts in a paper sack for ENNIS.<br><br>JOHN TWIST still sits at the table, stiff and angry as ever. |
| "Well, I guess that's true." | Jack's father says, "I tell you what, we got a family plot and he's going in it." | **JOHN TWIST**<br>Tell you what, we got a family plot and he's goin' in it. |
| She smiled at him. "How are you doing, Baby? Annette told me you were in Kansas playing with Dorothy and Toto." | Jack's mother stands there holding her neck as if she can't speak. | ENNIS, resigned to this fact, nods at the old man as if he understands. |
| Laughing he said, "Yeah, that's where I am, but I ain't there for fun and games." | Ennis stands with tears in his eyes and say, "Yes sir." Jack's mother, still holding her neck as she gasp for air, her voice weak, barely able to speak says, "You come back and see us again." | **ENNIS**<br>Yes sir.<br><br>**JACK'S MOTHER** (sympathetic)<br>You come back and see us again. |
| "Where's Annette?" | | |
| She moved in front of James. "Here I am Momma. I'm right here." | Ennis leaves and walks onto the porch. | **ENNIS** (nods)<br>Ma'am. Thank you for this. |
| "Girl, you better keep this man. Any man who will leave Dorothy and Toto to come and be by his mother-in-law's side is a good man." | Jack's mother stands in the door. Ennis turns and says, "Thank you." | ENNIS puts his hat on.<br><br>Leaves. |
| She gasped for a breath of air. | She nods, 'yes'. | |

plot."

Jack's mother ignored this, said, "He used a come home every year, even after he was married and down in Texas, and help his daddy on the ranch for a week, fix the gates and mow and all. I kept his room like it was when he was a boy and I think he appreciated that. You are welcome to go up in his room if you want."

The old man spoke angrily, "I can't get no help out here. Jack used a say, 'Ennis del Mar,' he used a say, 'I'm goin a bring him up here one a these days and we'll lick this damn ranch into shape.' He had some half-baked idea the two a you was goin a move up here, build a log cabin, and help me run this ranch and bring it up. Then this spring he's got another one's goin a come up here with him and build a place and help run the ranch, some ranch neighbor a his from down in Texas. He's goin a split up with his wife and come back here. So he says. But like most a Jack's ideas it never come to pass."

So now he knew it had been the tire iron. He stood up, said you bet he'd like to see Jack's room, recalled one of Jack's stories about this old man. Jack was dick-clipped and the old man was not; it bothered the son, who had discovered the anatomical disconformity during a hard scene. He

Annette turned to face James. "Yes, I know Momma. I will. He is a good man."

"Don't let no other woman take your man. Nowadays, don't let no other man take him either."

"You can believe me, Momma, ain't nobody taking him from us."

Annette couldn't believe what her mother had said to her. It was as if she knew what was going on between them. Shortly afterwards, she died.

had been about three or four, he said, always late getting to the toilet, struggling with buttons, the seat, the height of the thing, and often as not left the surroundings sprinkled down. The old man blew up about it and this one time worked into a crazy rage.

"Christ, he licked the stuffin out a me, knocked me down on the bathroom floor, whipped me with his belt. I thought he was killin me. Then he says, 'You want a know what it's like with piss all over the place? I'll learn you,' and he pulls it out and lets go all over me, soaked me, then he throws a towel at me and makes me mop up the floor, take my clothes off and warsh them in the bathtub, warsh out the towel, I'm bawlin and blubberin. But while he was hosin me down I seen he had some extra material that I was missin. I seen they'd cut me different like you'd crop a ear or scorch a brand. No way to get it right with him after that."

The bedroom, at the top of a steep stair that had its own climbing rhythm, was tiny and hot, afternoon sun pounding through the west window, hitting the narrow boy's bed against the wall, an ink-stained desk and wooden chair, a B.B. gun in a hand-whittled rack over the bed. The window looked down on the gravel road stretching south and it occurred to him that for Jack's growing-up

years that was the only road he knew. An ancient magazine photograph of some dark-haired movie star was taped to the wall beside the bed, the skin tone gone magenta. He could hear Jack's mother downstairs running water, filling the kettle and setting it back on the stove, asking the old man a muffled question.

The closet was a shallow cavity with a wooden rod braced across, a faded cretonne curtain on a string closing it off from the rest of the room. In the closet hung two pairs of jeans crease-ironed and folded neatly over wire hangers, on the floor a pair of worn packer boots he thought he remembered. At the north end of the closet a tiny jog in the wall made a slight hiding place and here, stiff with long suspension from a nail, hung a shirt. He lifted it off the nail. Jack's old shirt from Brokeback days. The dried blood on the sleeve was his own blood, a gushing nosebleed on the last afternoon on the mountain when Jack, in their contortionistic grappling and wrestling, had slammed Ennis's nose hard with his knee. He had stanched the blood, which was everywhere, all over both of them, with his shirtsleeve, but the stanching hadn't held, because Ennis had suddenly swung from the deck and laid the ministering angel out in the wild columbine, wings folded.

The shirt seemed heavy until he saw there was another shirt inside it, the sleeves carefully worked down inside Jack's sleeves. It was his own plaid shirt, lost, he'd thought, long ago in some damn laundry, his dirty shirt, the pocket ripped, buttons missing, stolen by Jack and hidden here inside Jack's own shirt, the pair like two skins, one inside the other, two in one. He pressed his face into the fabric and breathed in slowly through his mouth and nose, hoping for the faintest smoke and mountain sage and salty sweet stink of Jack, but there was no real scent, only the memory of it, the imagined power of Brokeback Mountain of which nothing was left but what he held in his hands.

In the end the stud duck refused to let Jack's ashes go. "Tell you what, we got a family plot and he's goin in it." Jack's mother stood at the table coring apples with a sharp, serrated instrument. "You come again," she said.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| At age 15, Kynosha knows about her father | At age 15, Alma appears to know about Ennis | Monroe House: Mid Morning | N/A |
| In 2003, they decided to tell Kynosha about James. To their surprise, she was very accepting. "That doesn't matter to me, you're still my daddy and I admire you for telling me." That made all the difference in the world to him and Annette. | Alma Jr., is sitting on the porch waiting for Ennis. | ALMA JR., fifteen now, waits, sits on the stoop.<br><br>Rises as ENNIS'S truck pulls up, excited. | |
| | Ennis drives up and Alma Jr., sees his truck and smile. She stood then walked off the porch. As she's walking she sees Cassie sitting on the passenger side. She's quickly disappointed. | Sees CASSIE in the passenger seat. Her face falls a bit, but she puts on a good show as her father emerges from the truck and walks towards her. | |
| | Ennis says, "Hey there Junior, you ready?" | ENNIS<br>Hey there Junior, you ready? | |
| | Alma Jr. didn't respond. She got in the truck. | She looks past him towards the truck. | |
| | They go to the local bar. | ALMA JR. smiles at her father, a weak smile. | |
| | Alma Jr. and Cassie are sitting at the table. She has her hand down at her bottle soda. | (CONT'D) Wolf Ears Bar: Later in Day | |
| | | CASSIE and ALMA JR. at the table, watch him from across the room. | |
| | Cassie stares at her. She has her hand on a wine glass. She looks down, then over Alma Jr.'s shoulder at Ennis, then back at Alma Jr., who's still looking down at the bottle. | CASSIE<br>What do you think? Your daddy ever gonna see fit to settle down again? | |
| | Cassie said, "What do you think?" | ALMA JR. doesn't want to respond. | |
| | Alma Jr. looks up at her. | ALMA JR.<br>Don't know (pause) | |

| | |
|---|---|
| Cassie nods and looks at Ennis. She smile and said, "Your daddy ever gonna see fit to settle down again?" She's now looking at Alma Jr.<br><br>Alma Jr. looks at Cassie, then at the bottle and said, "I don't know. Maybe he's not the marrying kind."<br><br>Cassie chuckles then say, "You don't talk much, but you get your point across." | Maybe Daddy's not the marrying kind.<br><br>CASSIE<br>You don't think so? Or you don't think I'm the one for him?<br><br>ALMA JR. (shrug)<br>You're good enough.<br><br>CASSIE can't help but laugh.<br><br>CASSIE<br>You don't talk much, but you get your point across. |

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| **Kynosha's future plans** | **Alma Jr.'s future plans** | **Del Mar Trailer House** | **N/A** |
| Kynosha is now seventeen and a senior in high school. She will graduate in June 2005, and plans to attend Howard University. | Alma Jr., arrives at Ennis's trailer driving a burgundy Camaro. | The wind, as ever, blows. | |
| | Ennis says, "Hey Junior." | ENNIS'S modest little trailer house, his battered pickup parked in front. | |
| | Alma Jr. says, "Hey Daddy," as she puts the car in park. Then turn off the engine and get out. | A new mailbox on the trailer home just to the right of the front door. ENNIS has a set of stick-on numbers in his hand. Peels the 1 off and precisely applies it, then the 7: 17. | |
| | Ennis greets her with a hug and kiss on the left cheek. | Steps back, admires his work. | |
| | Smiling, she turns around to look at the car and says, "Like the car?" | WE SEE a 1982 Chevy Camaro pull into his driveway behind the truck. | |
| | Smiling, Ennis says, "Yeah. It's yours?" | Engine cuts. ALMA JR. steps out of the Camaro and closes the door. | |
| | Alma Jr. says, "Kurt." | ENNIS smiles. | |
| | Ennis says, "Well, I thought you were seeing Troy." | ALMA JR. walks up to her father. | |
| | Alma Jr. says, "Troy? Daddy, that was two years ago." | ENNIS<br>Hey there, Junior… | |
| | Ennis says, "Troy still playing baseball?" | ALMA JR.<br>Hey Daddy. | |
| | Alma Jr., said, "I don't know what he's doing. I'm seeing Kurt now." | An Awkward ENNIS gives his oldest daughter a hug. ALMA JR. return her daddy's embrace—she clearly loves him. | |
| | Ennis asked, "What does Kurt do?" | | |

| | |
|---|---|
| Alma Jr. says, "He works out in the oil field." | ...ENNIS (nods)<br>Roughneck. (beat)<br>You're nineteen, guess you can do whatever you want. |
| Ennis says, "He's a roughneck, uh?" as he puts his arm around her and they go inside his trailer. | ENNIS opens the door to his trailer and holds it for ALMA JR. They enter the trailer. The door slams loudly. |
| Alma Jr. giggles and says, "Yeah." | |
| Ennis says, "I guess you're nineteen, you can do whatever you want, is that right?" | ENNIS<br>So what's the occasion? |
| Alma Jr. says, "Sure." | ALMA JR. (apprehensive)<br>Me and Kurt...we're getting married. |
| Ennis walks over with two cups of coffee. | ENNIS<br>How long you known this Kurt fella? |
| Alma Jr. tells Ennis he needs more furniture. Ennis tells her that if you got nothing you don't need nothing. He gives her a cup of coffee. He looks at her and asks, "What's the occasion?" | ALMA JR. (relieved, talks faster)<br>About a year. Wedding'll be June fifth at the Methodist Church. Jenny's singing and Monroe's gonna cater the reception. |
| Alma Jr. says, "Me and Kurt, we're getting married." She tells him the wedding is June 5 and that Jenny is going to sing. | ENNIS<br>This Kurt fella...does he love you? |
| | ALMA JR. startled—and touch—by the question. |
| | ALMA JR.<br>Yes, Daddy. He loves me... |

41.    As a result of the false and misleading designation of *Brokeback Mountain,* it is likely that the public will be confused about the source upon which *Brokeback Mountain* is based.

42.    The aforementioned acts of infringement have been, intentional, malicious, oppressive, willful and ill willed towards Plaintiff in wanton disregard of her rights and with the intent to cause her damage.

43.    As a result of the Defendants infringement of the Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504, and her attorneys' fees and costs pursuant to 17 U.S.C. § 505.

44.    As a direct result of the Defendants unlawful practices and unfair competition, Plaintiff has suffered irreparable damage in an amount exceeding $250,000,000. Such damages include, but are not limited to the fact that Plaintiff has been unfairly deprived of just compensation including (1) income from selling movie rights of *My Husband is on the Down Low and I Know About It* to filmmakers who'd contacted Plaintiff prior to her novel's release date of 15 March 2005; (2) all profits from *Brokeback Mountain* which contained a substantial amount of Plaintiff's copyrighted literary works, which she rightfully deserves for the enormous contribution of her copyrighted literary expressions, which are what made the movie a box office success; (3) the fair opportunity to republish *My Husband is on the Down Low and I Know About It* due to the saturated market with *Brokeback Mountain* books, which contain material from Plaintiff's copyrighted literary works, that were published in conjunction with the release of the movie; (4) recognition for which the movie *Brokeback Mountain* is based, to which she is undeniably entitled; (5) all profits that would have resulted from the sale, distribution and

marketing of Plaintiff's copyrighted literary works. The conduct of each Defendant has

caused and will continue to cause, unless enjoined and restrained by this Court, the Plaintiff

irreparable injury that cannot be fully measured or compensated in money. Pursuant to 17

U.S.C. §§ 502 and 503, the Plaintiff is entitled to injunctive relief prohibiting each

Defendant from any future infringing of the Plaintiff's copyrights and ordering each

Defendant to cease production, distribution and selling of all copies which contain

Plaintiff's copyrighted literary works and destroy all copies in their possession which are in

violation of Plaintiff's copyrights.

WHEREFORE, the Plaintiff prays for judgment against Defendants, each and every

one of them, jointly and severally, as follows:

1.      For entry of preliminary and permanent injunctions providing that all

        Defendants be enjoined from directly or indirectly infringing Plaintiff's

        Copyrighted Intellectual Property, whether now in existence or later

        created, that is owned by Plaintiff, including but not limited to publishing,

        selling, reproducing and distributing books and DVDs that contain

        Plaintiff's copyrighted literary works for distribution to the public,

        including Pay Per View and cable television. Defendants shall also

        destroy all copies of DVDs, movie film reels, and books, which contain

        Plaintiff's copyrighted literary works.

2.      For actual damages and/or statutory damages pursuant to 17 U.S.C. § 504,

        but no less than $250,000,000.

3.      For all Plaintiff's costs and attorneys' fees.

4.      For such further and other relief as the Court deems proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands that this cause be tried before a jury pursuant to the Seventh Amendment of the Constitution of the United States of America, Rule 38 of the Federal Rules of Civil Procedures.

Dated:  Washington, D.C.

*1/16/07*

Plaintiff

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172
Telephone: (703) 861-0028

**EXHIBIT A**

**COPY OF "MY HUSBAND IS ON THE DOWH LOW AND I KNOW ABOUT IT**



07  0098

FILED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**EXHIBIT B**

**PA-1-318-774**

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

0⁊ 0098

 **Search Records Results**

Registered Works Database (Title Search)
**Search For:** BROKEBACK MOUNTAIN
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

---

| | |
|---|---|
| 1. Registration Number: | PA-1-318-774 |
| Title: | Brokeback Mountain. |
| Description: | 7 film reels ; 35 mm. |
| Note: | Cataloged from appl. only. |
| | Based on a short story by aAnnie Proulx. |
| Claimant: | Universal City Studios Productions, LLLP |
| Created: | 2005 |
| Published: | 9Dec05 |
| Registered: | 21Feb06 |
| Author on © Application: | Del Mar Productions, LLC, employer for hire. |
| Previous Related Version: | Prev. pub. music. |
| Claim Limit: | NEW MATTER: all other cinematographic material. |
| <u>Special Codes:</u> | 4/X/L |

---

# EXHIBIT C

**V3542 P929**

 **Search Records Results**

Documents Database (indx/ Search)
**Search For:** INDX/V3542 P929
**Items 1 - 2 of 2**
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

> [ Conduct Another Search ]

---

|  |  |
|---|---|
| **Item 1 OF 2** | V3542 P929 (COHD) |
| Date Recorded: | 22Sep06 |
| Date Executed: | 5May06; date of cert.: 12Sep06 |
| Party 1: | Universal City Studios Productions, LLLP. |
| Party 2: | Home Box Office, Inc., as successor in interest to Home Box Office, a division of Time Warner Entertainment Company, LP. |
| Note: | Exclusive license. |
| Document Location: | (V3542 D929 P1-2) |

---

**Item 2 OF 2**  V3542 P929 (COHD) TITLE: Brokeback Mountain; motion picture.

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

0 7 0098

**FILED**

JAN 1 6 2007

 NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT D

## COPY OF "BROKEBACK MOUNTAIN STORY TO SCREENPLAY

## STORY by ANNIE PROULX

## SCREENPLAY by LARRY MCMURTRY & DIANA OSSANA

07  0098

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT E

## SIMON & SCHUSTER/SCRIBNER PRODUCT DETAILS FOR

## BROKEBACK MOUNTAIN by ANNIE PROULX


SimonSays.com
THE WEBSITE OF SIMON & SCHUSTER, INC.

Bestsellers | New Releases | Coming Soon

SEARCH  Title, Author, Series or ISBN          SEARCH


New Year, New You
Shop our collections and save 15% ▸



See larger image

**About this title:**

- Praise
- SimonSays Podcast


**Find out more about Annie Proulx»**

## Brokeback Mountain
## Now a Major Motion Picture

By Annie Proulx

**This Edition:** Trade Paperback
**Publication Date:** 12/2005
**Our Price:** $9.95

**Availability:** Usually ships within 2-3 days

ADD TO CART

Buy from another online retailer | Shipping Information

 **SimonSays Podcast**

This title was featured in our weekly SimonSays Podcast.
Find all episodes about Brokeback Mountain
Subscribe

Learn more about podcasting. See a full list of episodes in the SimonSays Podcast archive.

### Description

Annie Proulx has written some of the most original and brilliant short stories in contemporary literature, and for many readers and reviewers, "Brokeback Mountain" is her masterpiece.

Ennis del Mar and Jack Twist, two ranch hands, come together when they're working as sheepherder and camp tender one summer on a range above the tree line. At first, sharing an isolated tent, the attraction is casual, inevitable, but something deeper catches them that summer.

Both men work hard, marry, and have kids because that's what cowboys do. But over the course of many years and frequent separations this relationship becomes the most important thing in their lives, and they do anything they can to preserve it.

"Brokeback Mountain," and the story was included in Prize Stories 1998: The O. Henry Awards. In gorgeous and haunting prose, Proulx limns the difficult, dangerous affair between two cowboys that survives everything but the world's violent intolerance.

### Product Details

Scribner, December 2005
Trade Paperback, 64 pages
ISBN-10: 0-7432-7132-7
ISBN-13: 978-0-7432-7132-5

0 0098
FILED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Library of Congress

>> Go to Library of Congress Authorities

| Help ❶ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Title = brokeback mountain
**SEARCH RESULTS:** Displaying 1 of 5.

◀ Previous   Next ▶

| Brief Record | Subjects/Content | Full Record | MARC Tags |

### *Brokeback mountain / Annie Proulx.*

| | |
|---:|:---|
| **LC Control No.:** | 2005049988 |
| **Type of Material:** | Book (Print, Microform, Electronic, etc.) |
| **Personal Name:** | Proulx, Annie. |
| **Main Title:** | Brokeback mountain / Annie Proulx. |
| **Published/Created:** | New York : Scribner, 2005. |
| **Description:** | 55 p. ; 19 cm. |
| **ISBN:** | 9780743275309 |
| | 0743275306 |
| **Subjects:** | Cowboys--Fiction. |
| | Ranch life--Fiction. |
| | Gay men--Fiction. |
| | Wyoming--Fiction. |
| **Form/Genre:** | Western stories. gsafd |
| **LC Classification:** | PS3566.R697 B76 2005 |
| **Dewey Class No.:** | 813/.54 22 |
| **Geographic Area Code:** | n-us-wy |

---

**CALL NUMBER:** PS3566.R697 B76 2005
    Copy 1
    -- Request in: Jefferson or Adams Bldg General or Area Studies Reading Rms
    -- Status: not charged (micro... library)

---

**CALL NUMBER:** PS3566.R697 B76 2005
    Copy 2
    -- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms
      -- **Status:** Not Charged

Case 1:07-cv-00098-RMU     Document 1-2     Filed 01/16/2007     Page 101 of 101

◀ Previous   **Next** ▶

| **Save, Print or Email Records (View Help)** | |
| --- | --- |
| Select Download Format:  Text (Brief Information) | Press to SAVE or PRINT |
| Email Text (Full Info) to: | |
| | Press to SEND EMAIL |

Help - Search - History - *Headings* - Titles - Request - Account - Databases - Exit



**The Library of Congress**
URL:
http://www.loc.gov/
*Mailing Address:*
101 Independence
Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

# EXHIBIT F

## A COPY OF THE NEW YORKER FROM THE ARCHIVE

## BROKEBACK MOUNTAIN SHORT STORY

# THE NEW YORKER
# FROM THE ARCHIVE

FICTION
**Brokeback Mountain**
by ANNIE PROULX

Issue of 1997-10-13
Posted 2005-12-05

*[The story was slightly reworked by the author for book publication.]*

They were raised on small, poor ranches in opposite corners of the state, Jack Twist in Lightning Fla up on the Montana border, Ennis del Mar from around Sage, near the Utah line, both high-school drop out country boys with no prospects, brought up to hard work and privation, both rough-mannered, rough-spoken, inured to the stoic life. Ennis, reared by his older brother and sister after their parents drove off the only curve on Dead Horse Road, leaving them twenty-four dollars in cash and a two-mortgage ranch, applied at age fourteen for a hardship license that let him make the hour-long trip from the ranch to the high school. The pickup was old, no heater, one windshield wiper, and bad tires; when the transmission went, there was no money to fix it. He had wanted to be a sophomore, felt the word carried a kind of distinction, but the truck broke down short of it, pitching him directly into ranch worl

In 1963, when he met Jack Twist, Ennis was engaged to Alma Beers. Both Jack and Ennis claimed to saving money for a small spread; in Ennis's case that meant a tobacco can with two five-dollar bills inside. That spring, hungry for any job, each had signed up with Farm and Ranch Employment—they came together on paper as herder and camp tender for the same sheep operation north of Signal. The summer range lay above the tree line on Forest Service land on Brokeback Mountain. It would be Jack Twist's second summer on the mountain, Ennis's first. Neither of them was twenty.

They shook hands in the choky little trailer office in front of a table littered with scribbled papers, a Bakelite ashtray brimming with stubs. The venetian blinds hung askew and admitted a triangle of whit light, the shadow of the foreman's hand moving into it. Joe Aguirre, wavy hair the color of cigarette a; and parted down the middle, gave them his point of view.

"Forest Service got designated camp-sites on the allotments. Them camps can be a couple a miles from where we pasture the sheep. Bad predator loss, nobody near lookin after em at night. What I want— camp tender in the main camp where the Forest Service says, but the *herder*"—pointing at Jack with a chop of his hand—"pitch a pup tent on the Q.T. with the sheep, out a sight, and he's goin a *sleep* there Eat supper, breakfast in camp, but *sleep with the sheep,* hundred per cent, *no fire,* don't leave *no sign.* Roll up that tent every mornin case Forest Service snoops around. Got the dogs, your .30-.30, sleep there. Last summer had goddam near twenty-five-per-cent loss. I don't want that again. *You,*" he said Ennis, taking in the ragged hair, the big nicked hands, the jeans torn, button-gaping shirt, "Fridays twelve noon be down at the bridge with your next-week list and mules. Somebody with supplies'll be

work . . . a high shelf, wound and set it, tossed it to him as if he weren't worth the reach.
"*Tomorrow mornin* we'll truck you up the jump-off." Pair of deuces going nowhere.

They found a bar and drank beer through the afternoon, Jack telling Ennis about a lightning storm on t mountain the year before that killed forty-two sheep, the peculiar stink of them and the way they bloated, the need for plenty of whiskey up there. At first glance Jack seemed fair enough, with his curl hair and quick laugh, but for a small man he carried some weight in the haunch and his smile disclose buckteeth, not pronounced enough to let him eat popcorn out of the neck of a jug, but noticeable. He

0'7 0098    JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK

Case 1:07-cv-00098-RMU    Document 1-3    Filed 01/16/2007    Page 3 of 59

was infatuated with the rodeo life and fastened his belt with a minor bull-riding buckle, but his boots were worn to the quick, holed beyond repair, and he was crazy to be somewhere, anywhere, else than Lightning Flat.

Ennis, high-arched nose and narrow face, was scruffy and a little cave-chested, balanced a small torso on long, caliper legs, and possessed a muscular and supple body made for the horse and for fighting. His reflexes were uncommonly quick, and he was farsighted enough to dislike reading anything except Hamley's saddle catalogue.

The sheep trucks and horse trailers unloaded at the trailhead, and a bandy-legged Basque showed Ennis how to pack the mules—two packs and a riding load on each animal, ring-lashed with double diamonds and secured with half hitches—telling him, "Don't never order soup. Them boxes a soup are real bad to pack." Three puppies belonging to one of the blue heelers went in a pack basket, the runt inside Jack's coat, for he loved a little dog. Ennis picked out a big chestnut called Cigar Butt to ride, Jack a bay mare that turned out to have a low startle point. The string of spare horses included a mouse-colored grullo whose looks Ennis liked. Ennis and Jack, the dogs, the horses and mules, a thousand ewes and their lambs flowed up the trail like dirty water through the timber and out above the tree line into the great flowery meadows and the coursing, endless wind.

They got the big tent up on the Forest Service's platform, the kitchen and grub boxes secured. Both slept in camp that first night, Jack already bitching about Joe Aguirre's sleep-with-the-sheep-and-no-fire order, though he saddled the bay mare in the dark morning without saying much. Dawn came glassy-orange, stained from below by a gelatinous band of pale green. The sooty bulk of the mountain paled slowly until it was the same color as the smoke from Ennis's breakfast fire. The cold air sweetened, banded pebbles and crumbs of soil cast sudden pencil-long shadows, and the rearing lodgepole pines below them massed in slabs of somber malachite.

During the day Ennis looked across a great gulf and sometimes saw Jack, a small dot moving across a high meadow, as an insect moves across a tablecloth; Jack, in his dark camp, saw Ennis as night fire, a red spark on the huge black mass of mountain.

Jack came lagging in late one afternoon, drank his two bottles of beer cooled in a wet sack on the shady side of the tent, ate two bowls of stew, four of Ennis's stone biscuits, a can of peaches, rolled a smoke, watched the sun drop.

"I'm commutin four hours a day," he said morosely. "Come in for breakfast, go back to the sheep, evenin get embedded down, come in for supper, go back to the sheep, spend half the night jumpin up and checkin for coyotes. By rights I should be spendin the night here. Aguirre got no right a make me do this."

"You want a switch?" said Ennis. "I wouldn't mind herdin. I wouldn't mind sleepin out there."

"That ain't the point. Point is, we both should be in this camp. And that goddam pup tent smells

"Wouldn't mind bein out there.Tell you what, you got a get up a dozen times in the night out there over them coyotes. Happy to switch but give you warnin I can't cook worth a shit. Pretty good with a can opener."

"Can't be no worse than me, then. Sure, I wouldn't mind a do it.

They fended off the night for an hour with the yellow kerosene lamp, and around ten Ennis rode Cigar Butt, a good night horse, through the glimmering frost back to the sheep, carrying left-over

biscuits, a jar of jam, and a jar of coffee with him for the next day, saying he'd save a trip, stay out until supper.

"Shot a coyote just first light," he told Jack the next evening, sloshing his face with hot water, lathering up soap, and hoping his razor had some cut left in it, while Jack peeled potatoes. "Big son of a bitch. Balls on him size a apples. I bet he'd took a few lambs. Looked like he could a eat a camel. You want some a this hot water? There's plenty."

"It's all yours."

"Well, I'm goin a warsh everthing I can reach," he said, pulling off his boots and jeans (no drawers, no socks, Jack noticed), slopping the green washcloth around until the fire spat.

They had a high-time supper by the fire, a can of beans each, fried potatoes, and a quart of whiskey on shares, sat with their backs against a log, boot soles and copper jeans rivets hot, swapping the bottle while the lavender sky emptied of color and the chill air drained down, drinking, smoking cigarettes, getting up every now and then to piss, firelight throwing a sparkle in the arched stream, tossing sticks on the fire to keep the talk going, talking horses and rodeo, rough-stock events, wrecks and injuries sustained, the submarine Thresher lost two months earlier with all hands and how it must have been in the last doomed minutes, dogs each had owned and known, the military service, Jack's home ranch, where his father and mother held on, Ennis's family place, folded years ago after his folks died, the older brother in Signal and a married sister in Casper. Jack said his father had been a pretty well-known bull rider years back but kept his secrets to himself, never gave Jack a word of advice, never came once to see Jack ride, though he had put him on the woollies when he was a little kid. Ennis said the kind of riding that interested him lasted longer than eight seconds and had some point to it. Money's a good point, said Jack, and Ennis had to agree. They were respectful of each other's opinions, each glad to have a companion where none had been expected. Ennis, riding against the wind back to the sheep in the treacherous, drunken light, thought he'd never had such a good time, felt he could paw the white out of the moon.

The summer went on and they moved the herd to new pasture, shifted the camp; the distance between the sheep and the new camp was greater and the night ride longer. Ennis rode easy, sleeping with his eyes open, but the hours he was away from the sheep stretched out and out. Jack pulled a squalling burr out of the harmonica, flattened a little from a fall off the skittish bay mare, and Ennis had a good raspy voice; a few nights they mangled their way through some songs. Ennis knew the salty words to "Strawberry Roan." Jack tried a Carl Perkins song, bawling "What I say-ay-ay," but he favored a sad hymn, "Water-Walking Jesus," learned from his mother, who believed in the Pentecost, and that he sang at dirge slowness, setting off distant coyote yips.

"Too late to go out to them damn sheep," said Ennis, dizzy drunk on all fours one cold hour when the moon had notched past two. The meadow stones glowed white-green and a flinty wind worked over the meadow, scraped the fire low, then ruffled it into yellow silk sashes. "Got you a extra blanket I'll roll up out here and grab forty winks, ride out at first light."

"Doubt I'll feel nothin." But he staggered under canvas, pulled his boots off, snored on the ground cloth for a while, woke Jack with the clacking of his jaw.

"Jesus Christ, quit hammerin and get over here. Bedroll's big enough," said Jack in an irritable sleep-clogged voice. It was big enough, warm enough, and in a little while they deepened their intimacy considerably. Ennis ran full throttle on all roads whether fence mending or money spending, and he wanted none of it when Jack seized his left hand and brought it to his erect cock. Ennis jerked his hand away as though he'd touched fire, got to his knees, unbuckled his

belt, shoved his pants down, hauled Jack onto all fours, and, with the help of the clear slick and a little spit, entered him, nothing he'd done before but no instruction manual needed. They went at it in silence except for a few sharp intakes of breath and Jack's choked "Gun's goin off," then out, down, and asleep.

Ennis woke in red dawn with his pants around his knees, a top-grade headache, and Jack butted against him; without saying anything about it, both knew how it would go for the rest of the summer, sheep be damned.

As it did go. They never talked about the sex, let it happen, at first only in the tent at night, then in the full daylight with the hot sun striking down, and at evening in the fire glow, quick, rough, laughing and snorting, no lack of noises, but saying not a goddam word except once Ennis said, "I'm not no queer," and Jack jumped in with "Me neither. A one-shot thing. Nobody's business but ours." There were only the two of them on the mountain, flying in the euphoric, bitter air, looking down on the hawk's back and the crawling lights of vehicles on the plain below, suspended above ordinary affairs and distant from tame ranch dogs barking in the dark hours. They believed themselves invisible, not knowing Joe Aguirre had watched them through his 10x42 binoculars for ten minutes one day, waiting until they'd buttoned up their jeans, waiting until Ennis rode back to the sheep, before bringing up the message that Jack's people had sent word that his uncle Harold was in the hospital with pneumonia and expected not to make it. Though he did, and Aguirre came up again to say so, fixing Jack with his bold stare, not bothering to dismount.

In August Ennis spent the whole night with Jack in the main camp, and in a blowy hailstorm the sheep took off west and got among a herd in another allotment. There was a damn miserable time for five days, Ennis and a Chilean herder with no English trying to sort them out, the task almost impossible as the paint brands were worn and faint at this late season. Even when the numbers were right Ennis knew the sheep were mixed. In a disquieting way everything seemed mixed.

The first snow came early, on August 13th, piling up a foot, but was followed by a quick melt. The next week Joe Aguirre sent word to bring them down, another, bigger storm was moving in from the Pacific, and they packed in the game and moved off the mountain with the sheep, stones rolling at their heels, purple cloud crowding in from the west and the metal smell of coming snow pressing them on. The mountain boiled with demonic energy, glazed with flickering broken-cloud light; the wind combed the grass and drew from the damaged krummholz and slit rock a bestial drone. As they descended the slope Ennis felt he was in a slow-motion, but headlong, irreversible fall.

Joe Aguirre paid them, said little. He had looked at the milling sheep with a sour expression, said, "Some a these never went up there with you." The count was not what he'd hoped for, either. Ranch stiffs never did much of a job.

"You goin a do this next summer?" said Jack to Ennis in the street, one leg already up in his

"Maybe not." A dust plume rose and hazed the air with fine grit and he squinted against it. "Like I said, Alma and me's gettin married in December. Try to get somethin on a ranch. You?" He looked away from Jack's jaw, bruised blue from the hard punch Ennis had thrown him on the last day.

"If nothin better comes along. Thought some about going back up to my daddy's place, give him a hand over the winter, then maybe head out for Texas in the spring. If the draft don't get me."

Case 1:07-cv-00098-RMU    Document 1-3    Filed 01/16/2007    Page 6 of 59

"Well, see you around, I guess." The wind tumbled an empty feed bag down the street until it fetched up under the truck.

"Right," said Jack, and they shook hands, hit each other on the shoulder; then there was forty feet of distance between them and nothing to do but drive away in opposite directions. Within a mile Ennis felt like someone was pulling his guts out hand over hand a yard at a time. He stopped at the side of the road and, in the whirling new snow, tried to puke but nothing came up. He felt about as bad as he ever had and it took a long time for the feeling to wear off.

In December Ennis married Alma Beers and had her pregnant by mid-January. He picked up a few short-lived ranch jobs, then settled in as a wrangler on the old Elwood Hi-Top place, north of Lost Cabin, in Washakie County. He was still working there in September when Alma, Jr., as he called his daughter, was born and their bedroom was full of the smell of old blood and milk and baby shit, and the sounds were of squalling and sucking and Alma's sleepy groans, all reassuring of fecundity and life's continuance to one who worked with livestock.

When the Hi-Top folded they moved to a small apartment in Riverton, up over a laundry. Ennis got on the highway crew, tolerating it but working weekends at the Rafter B in exchange for keeping his horses out there. A second girl was born and Alma wanted to stay in town near the clinic because the child had an asthmatic wheeze.

"Ennis, please, no more damn lonesome ranches for us," she said, sitting on his lap, wrapping her thin, freckled arms around him. "Let's get a place here in town."

"I guess," said Ennis, slipping his hand up her blouse sleeve and stirring the silky armpit hair, fingers moving down her ribs to the jelly breast, the round belly and knee and up into the wet gap all the way to the north pole or the equator depending which way you thought you were sailing, working at it until she shuddered and bucked against his hand and he rolled her over, did quickly what she hated. They stayed in the little apartment, which he favored because it could be left at any time.

The fourth summer since Brokeback Mountain came on and in June Ennis had a general-delivery letter from Jack Twist, the first sign of life in all that time.

Friend this letter is a long time over due. Hope you get it. Heard you was in Riverton. I'm coming thru on the 24th, thought I'd stop and buy you a beer. Drop me a line if you can, say if your there.

The return address was Childress, Texas. Ennis wrote back, "You bet," gave the Riverton address.

The day was hot and clear in the morning, but by noon the clouds had pushed up out of the west rolling a little sultry air before them. Ennis, wearing his best shirt, white with wide black stripes, didn't know what time Jack would get there and so had taken the day off, paced back and forth,

the Knife & Fork for supper instead of cooking it was so hot, if they could get a babysitter, but Ennis said more likely he'd just go out with Jack and get drunk. Jack was not a restaurant type, he said, thinking of the dirty spoons sticking out of the cans of cold beans balanced on the log.

Late in the afternoon, thunder growling, that same old green pickup rolled in and he saw Jack get out of the truck, beat-up Resistol tilted back. A hot jolt scalded Ennis and he was out on the landing pulling the door closed behind him. Jack took the stairs two and two. They seized each other by the shoulders, hugged mightily, squeezing the breath out of each other, saying son of a

bitch, son of a bitch; then, and as easily as the right key turns the lock tumblers, their mouths came together, and hard, Jack's big teeth bringing blood, his hat falling to the floor, stubble rasping, wet saliva welling, and the door opening and Alma looking out for a few seconds at Ennis's straining shoulders and shutting the door again and still they clinched, pressing chest and groin and thigh and leg together, treading on each other's toes until they pulled apart to breathe and Ennis, not big on endearments, said what he said to his horses and daughters, "Little darlin."

The door opened again a few inches and Alma stood in the narrow light.

What could he say? "Alma, this is Jack Twist. Jack, my wife, Alma." His chest was heaving. He could smell Jack—the intensely familiar odor of cigarettes, musky sweat, and a faint sweetness like grass, and with it the rushing cold of the mountain. "Alma," he said, "Jack and me ain't seen each other in four years." As if it were a reason. He was glad the light was dim on the landing but did not turn away from her.

"Sure enough," said Alma in a low voice. She had seen what she had seen. Behind her in the room, lightning lit the window like a white sheet waving and the baby cried.

"You got a kid?" said Jack. His shaking hand grazed Ennis's hand, electrical current snapped between them.

"Two little girls," Ennis said. "Alma, Jr., and Francine. Love them to pieces." Alma's mouth twitched.

"I got a boy," said Jack. "Eight months old. Tell you what, I married a cute little old Texas girl down in Childress—Lureen." From the vibration of the floorboard on which they both stood Ennis could feel how hard Jack was shaking.

"Alma," he said. "Jack and me is goin out and get a drink. Might not get back tonight, we get drinkin and talkin."

"Sure enough," Alma said, taking a dollar bill from her pocket. Ennis guessed she was going to ask him to get her a pack of cigarettes, bring him back sooner.

"Please to meet you," said Jack, trembling like a run-out horse.

"Ennis—" said Alma in her misery voice, but that didn't slow him down on the stairs and he called back, "Alma, you want smokes there's some in the pocket a my blue shirt in the bedroom."

They went off in Jack's truck, bought a bottle of whiskey, and within twenty minutes were in the Motel Siesta jouncing a bed. A few handfuls of hail rattled against the window, followed by rain and a slippery wind banging the unsecured door of the next room then and through the night.

The room stank of semen and smoke and sweat and whiskey, of old carpet and sour hay, saddle leather, shit and cheap soap. Ennis lay spread-eagled, spent and wet, breathing deep, still half tumescent; Jack blew forceful cigarette clouds like whale spouts, and said, "Christ, it got to be all

didn't know we was goin a get into this again—yeah, I did. Why I'm here. I fuckin knew it. Red-lined all the way, couldn't get here fast enough."

"I didn't know where in the hell you was," said Ennis. "Four years. I about give up on you. I figured you was sore about that punch."

"Friend," said Jack, "I was in Texas rodeoin. How I met Lureen. Look over on that chair."

On the back of a soiled orange chair he saw the shine of a buckle. "Bull ridin?"

"Yeah. I made three fuckin thousand dollars that year. Fuckin starved. Had to borrow everthing but a toothbrush from other guys. Drove grooves across Texas. Half the time under that cunt truck fixin it. Anyway, I didn't never think about losin. Lureen? There's some serious money there. Her old man's got it. Got this farm-machinery business. Course he don't let her have none a the money, and he hates my fuckin guts, so it's a hard go now but one a these days—"

"Well, you're goin a go where you look. Army didn't get you?" The thunder sounded far to the east, moving from them in its red wreaths of light.

"They can't get no use out a me. Got some crushed vertebres. And a stress fracture, the arm bone here, you know how bull ridin you're always leverin it off your thigh?—she gives a little ever time you do it. Even if you tape it good you break it a little goddam bit at a time. Tell you what, hurts like a bitch afterward. Had a busted leg. Busted in three places. Come off the bull and it was a big bull with a lot a drop, he got rid a me in about three flat and he come after me and he was sure faster. Lucky enough. Friend a mine got his oil checked with a horn dipstick and that was all she wrote. Bunch a other things, fuckin busted ribs, sprains and pains, torn ligaments. See, it ain't like it was in my daddy's time. It's guys with money go to college, trained athaletes. You got to have some money to rodeo now. Lureen's old man wouldn't give me a dime if I dropped it, except one way. And I know enough about the game now so I see that I ain't never goin a be on the bubble. Other reasons. I'm gettin out while I still can walk."

Ennis pulled Jack's hand to his mouth, took a hit from the cigarette, exhaled. "Sure as hell seem in one piece to me. You know, I was sittin up here all that time tryin to figure out if I was—? I know I ain't. I mean, here we both got wives and kids, right? I like doin it with women, yeah, but Jesus H., ain't nothin like this. I never had no thoughts a doin it with another guy except I sure wrang it out a hunderd times thinkin about you. You do it with other guys, Jack?"

"Shit no," said Jack, who had been riding more than bulls, not rolling his own. "You know that. Old Brokeback got us good and it sure ain't over. We got to work out what the fuck we're goin a do now."

"That summer," said Ennis. "When we split up after we got paid out I had gut cramps so bad I pulled over and tried to puke, thought I ate somethin bad at that place in Dubois. Took me about a year to figure out it was that I shouldn't a let you out a my sights. Too late then by a long, long while."

"Friend," said Jack. "We got us a fuckin situation here. Got a figure out what to do."

"I doubt there's nothin now we can do," said Ennis. "What I'm sayin, Jack, I built a life up in them years. Love my little girls. Alma? It ain't her fault. You got your baby and wife, that place in Texas. You and me can't hardly be decent together if what happened back there"—he jerked his head in the direction of the apartment—"grabs on us like that. We do that in the wrong place we'll be dead. There's no reins on this one. It scares the piss out a me."

"Got to tell you, friend, maybe somebody seen us that summer. I was back there the next June, ... he says to me, he says, 'You boys found a way to make the time pass up there, didn't you,' and I gave him a look but when I went out I seen he had a big-ass pair a binoculars hangin off his rearview." He neglected to add that the foreman had leaned back in his squeaky wooden tilt chair and said, "Twist, you guys wasn't gettin paid to leave the dogs baby-sit the sheep while you stemmed the rose," and declined to rehire him. Jack went on, "Yeah, that little punch a yours surprised me. I never figured you to throw a dirty punch."

"I come up under my brother K.E., three years older'n me, slugged me silly ever day. Dad got

tired a me come bawlin in the house and when I was about six he set me down and says, Ennis, you got a problem and you got a fix it or it's goin a be with you until you're ninety and K.E.'s ninety-three. Well, I says, he's bigger'n me. Dad says, You got a take him unawares, don't say nothin to him, make him feel some pain, get out fast and keep doin it until he takes the message. Nothin like hurtin somebody to make him hear good. So I did. I got him in the outhouse, jumped him on the stairs, come over to his pillow in the night while he was sleepin and pasted him damn good. Took about two days. Never had trouble with K.E. since. The lesson was, Don't say nothin and get it over with quick." A telephone rang in the next room, rang on and on, stopped abruptly in mid-peal.

"You won't catch me again," said Jack. "Listen. I'm thinkin, tell you what, if you and me had a little ranch together, little cow-and-calf operation, your horses, it'd be some sweet life. Like I said, I'm gettin out a rodeo. I ain't no broke dick rider but I don't got the bucks a ride out this slump I'm in and I don't got the bones a keep gettin wrecked. I got it figured, got this plan Ennis, how we can do it, you and me. Lureen's old man, you bet he'd give me a bunch if I'd get lost. Already more or less said it—"

"Whoa, whoa, whoa. It ain't goin a be that way. We can't. I'm stuck with what I got, caught in my own loop. Can't get out of it. Jack, I don't want a be like them guys you see around sometimes. And I don't want a be dead. There was these two old guys ranched together down home, Earl and Rich—Dad would pass a remark when he seen them. They was a joke even though they was pretty tough old birds. I was what, nine years old, and they found Earl dead in a irrigation ditch. They'd took a tire iron to him, spurred him up, drug him around by his dick until it pulled off, just bloody pulp. What the tire iron done looked like pieces a burned tomatoes all over him, nose tore down from skiddin on gravel."

"You seen that?"

"Dad made sure I seen it. Took me to see it. Me and K.E. Dad laughed about it. Hell, for all I know he done the job. If he was alive and was to put his head in that door right now you bet he'd go get his tire iron. Two guys livin together? No. All I can see is we get together once in a while way the hell out in the back a nowhere—"

"How much is once in a while?" said Jack. "Once in a while ever four fuckin years?"

"No," said Ennis, forbearing to ask whose fault that was. "I goddam hate it that you're goin a drive away in the mornin and I'm goin back to work. But if you can't fix it you got a stand it," he said. "Shit. I been lookin at people on the street. This happen a other people? What the hell do they do?"

"It don't happen in Wyomin and if it does I don't know what they do, maybe go to Denver," said Jack, sitting up, turning away from him, "and I don't give a flyin fuck. Son of a bitch, Ennis, take a couple days off. Right now. Get us out a here. Throw your stuff in the back a my truck and let's get up in the mountains. Couple a days. Call Alma up and tell her you're goin. Come on, Ennis, you just shot my airplane out a the sky—give me somethin a go on. This ain't no little thing that's

The hollow ringing began again in the next room, and as if he were answering it Ennis picked up the phone on the bedside table, dialled his own number.

A slow corrosion worked between Ennis and Alma, no real trouble, just widening water. She was working at a grocery-store clerk job, saw she'd always have to work to keep ahead of the bills on what Ennis made. Alma asked Ennis to use rubbers because she dreaded another

pregnancy. He said no to that, said he would be happy to leave her alone if she didn't want any more of his kids. Under her breath she said, "I'd have em if you'd support em." And under that thought, Anyway, what you like to do don't make too many babies.

Her resentment opened out a little every year: the embrace she had glimpsed, Ennis's fishing trips once or twice a year with Jack Twist and never a vacation with her and the girls, his disinclination to step out and have any fun, her yearning for low-paid, long-houred ranch work, his propensity to roll to the wall and sleep as soon as he hit the bed, his failure to look for a decent permanent job with the county or the power company put her in a long, slow dive, and when Alma, Jr., was nine and Francine seven she said, What am I doin, hangin around with him, divorced Ennis, and married the Riverton grocer.

Ennis went back to ranch work, hired on here and there, not getting much ahead but glad enough to be around stock again, free to drop things, quit if he had to, and go into the mountains at short notice. He had no serious hard feelings, just a vague sense of getting short-changed, and showed it was all right by taking Thanksgiving dinner with Alma and her grocer and the kids, sitting between his girls and talking horses to them, telling jokes, trying not to be a sad daddy. After the pie Alma got him off in the kitchen, scraped the plates and said she worried about him and he ought to get married again. He saw she was pregnant, about four, five months, he guessed.

"Once burned," he said, leaning against the counter, feeling too big for the room.

"You still go fishin with that Jack Twist?"

"Some." He thought she'd take the pattern off the plate with the scraping.

"You know," she said, and from her tone he knew something was coming, "I used to wonder how come you never brought any trouts home. Always said you caught plenty. So one time I got your creel case open the night before you went on one a your little trips—price tag still on it after five years—and I tied a note on the end of the line. It said, 'Hello, Ennis, bring some fish home, love, Alma.' And then you come back and said you'd caught a browns and ate them up. Remember? I looked in the case when I got a chance and there was my note still tied there and that line hadn't touched water in its life." As though the word "water" had called out its domestic cousin, she twisted the faucet, sluiced the plates.

"That don't mean nothin."

"Don't lie, don't try to fool me, Ennis. I know what it means. Jack Twist? Jack Nasty. You and him—"

She'd overstepped his line. He seized her wrist and twisted; tears sprang and rolled, a dish clattered.

"Shut up," he said. "Mind your own business. You don't know nothin about it."

"I'm goin a yell for Bill."

"You fuckin ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... wira a burning bracelet, shoved his hat on backward and slammed out. He went to the Black and Blue Eagle bar that night, got drunk, had a short dirty fight, and left. He didn't try to see his girls for a long time, figuring they would look him up when they got the sense and years to move out from Alma.

They were no longer young men with all of it before them. Jack had filled out through the shoulders and hams; Ennis stayed as lean as a clothespole, stepped around in worn boots, jeans,

and shirts summer and winter, added a canvas coat in cold weather. A benign growth appeared on his eyelid and gave it a drooping appearance; a broken nose healed crooked.

Years on years they worked their way through the high meadows and mountain drainages, horse-packing into the Big Horns, the Medicine Bows, the south end of the Gallatins, the Absarokas, the Granites, the Owl Creeks, the Bridger-Teton Range, the Freezeouts and the Shirleys, the Ferrises and the Rattlesnakes, the Salt River range, into the Wind Rivers over and again, the Sierra Madres, the Gros Ventres, the Washakies, the Laramies, but never returning to Brokeback.

Down in Texas Jack's father-in-law died and Lureen, who inherited the farm-equipment business, showed a skill for management and hard deals. Jack found himself with a vague managerial title, travelling to stock and agricultural-machinery shows. He had some money now and found ways to spend it on his buying trips. A little Texas accent flavored his sentences, "cow" twisted into "kyow" and "wife" coming out as "waf." He'd had his front teeth filed down, set with steel plugs, and capped, said he'd felt no pain, wore Texas suits and a tall white hat.

In May of 1983 they spent a few cold days at a series of little icebound, no-name high lakes, then worked across into the Hail Strew River drainage.

Going up, the day was fine, but the trail deep-drifted and slopping wet at the margins. They left it to wind through a slashy cut, leading the horses through brittle branch wood, Jack lifting his head in the heated noon to take the air scented with resinous lodgepole, the dry needle duff and hot rock, bitter juniper crushed beneath the horses' hooves. Ennis, weather-eyed, looked west for the heated cumulus that might come up on such a day, but the boneless blue was so deep, said Jack, that he might drown looking up.

Around three they swung through a narrow pass to a southeast slope where the strong spring sun had had a chance to work, dropped down to the trail again, which lay snowless below them. They could hear the river muttering and making a distant train sound a long way off. Twenty minutes on they surprised a black bear on the bank above them rolling a log over for grubs, and Jack's horse shied and reared, Jack saying "Wo! Wo!" and Ennis's bay dancing and snorting but holding. Jack reached for the .30-.06 but there was no need; the startled bear galloped into the trees with the lumpish gait that made it seem it was falling apart.

The tea-colored river ran fast with snowmelt, a scarf of bubbles at every high rock, pools and setbacks streaming. The ochre-branched willows swayed stiffly, pollened catkins like yellow thumbprints. The horses drank and Jack dismounted, scooped icy water up in his hand, crystalline drops falling from his fingers, his mouth and chin glistening with wet.

"Get beaver fever doin that," said Ennis, then, "Good enough place," looking at the level bench above the river, two or three fire rings from old hunting camps. A sloping meadow rose behind the bench, protected by a stand of lodgepole. There was plenty of dry wood. They set up camp without saying much, picketed the horses in the meadow. Jack broke the seal on a bottle of whiskey, took a long, hot swallow, exhaled forcefully, said, "That's one a the two things I need

On the third morning there were the clouds Ennis had expected, a gray racer out of the West, a bar of darkness driving wind before it and small flakes. It faded after an hour into tender spring snow that heaped wet and heavy. By nightfall it had turned colder. Jack and Ennis passed a joint back and forth, the fire burning late, Jack restless and bitching about the cold, poking the flames with a stick, twisting the dial of the transistor radio until the batteries died.

Ennis said he'd been putting the blocks to a woman who worked part-time at the Wolf Ears bar in

Case 1:07-cv-00098-RMU    Document 1-3    Filed 01/16/2007    Page 12 of 59

Signal where he was working now for Car Scrope's cow-and-calf outfit, but it wasn't going anywhere and she had some problems he didn't want. Jack said he'd had a thing going with the wife of a rancher down the road in Childress and for the last few months he'd slank around expecting to get shot by Lureen or the husband, one. Ennis laughed a little and said he probably deserved it. Jack said he was doing all right but he missed Ennis bad enough sometimes to make him whip babies.

The horses nickered in the darkness beyond the fire's circle of light. Ennis put his arm around Jack, pulled him close, said he saw his girls about once a month, Alma, Jr., a shy seventeen-year-old with his beanpole length, Francine a little live wire. Jack slid his cold hand between Ennis's legs, said he was worried about his boy who was, no doubt about it, dyslexic or something, couldn't get anything right, fifteen years old and couldn't hardly read, he could see it though goddam Lureen wouldn't admit to it and pretended the kid was O.K., refused to get any bitchin kind a help about it. He didn't know what the fuck the answer was. Lureen had the money and called the shots.

"I used a want a boy for a kid," said Ennis, undoing buttons, "but just got little girls."

"I didn't want none a either kind," said Jack. "But fuck-all has worked the way I wanted. Nothin never come to my hand the right way." Without getting up he threw deadwood on the fire, the sparks flying up with their truths and lies, a few hot points of fire landing on their hands and faces, not for the first time, and they rolled down into the dirt. One thing never changed: the brilliant charge of their infrequent couplings was darkened by the sense of time flying, never enough time, never enough.

A day or two later in the trailhead parking lot, horses loaded into the trailer, Ennis was ready to head back to Signal, Jack up to Lightning Flat to see the old man. Ennis leaned into Jack's window, said what he'd been putting off the whole week, that likely he couldn't get away again until November, after they'd shipped stock and before winter feeding started.

"November. What in hell happened a August? Tell you what, we said August, nine, ten days. Christ, Ennis! Whyn't you tell me this before? You had a fuckin week to say some little word about it. And why's it we're always in the friggin cold weather? We ought a do somethin. We ought a go South. We ought a go to Mexico one day."

"Mexico? Jack, you know me. All the travellin I ever done is goin around the coffeepot lookin for the handle. And I'll be runnin the baler all August, that's what's the matter with August. Lighten up, Jack. We can hunt in November, kill a nice elk. Try if I can get Don Wroe's cabin again. We had a good time that year."

"You know, friend, this is a goddam bitch of a unsatisfactory situation. You used a come away easy. It's like seein the Pope now."

"Jack, I got a work. Them earlier days I used a quit the jobs. You got a wife with money, a good job. You forget how it is bein broke all the time. You ever hear a child support? I been payin out ⟨illegible⟩ ⟨illegible⟩ don't. Scrope is a hell-raiser and he raised hell about me takin the week. I don't blame him. He probly ain't got a night's sleep since I left. The trade-off was August. You got a better idea?"

"I did once." The tone was bitter and accusatory.

Ennis said nothing, straightened up slowly, rubbed at his forehead; a horse stamped inside the trailer. He walked to his truck, put his hand on the trailer, said something that only the horses could hear, turned and walked back at a deliberate pace.

Case 1:07-cr-00098-RMU    Document 1-3    Filed 01/16/2007    Page 13 of 59

"You been a Mexico, Jack?" Mexico was the place. He'd heard. He was cutting fence now, trespassing in the shoot-em zone.

"Hell yes, I been. Where's the fuckin problem?" Braced for it all these years and here it came, late and unexpected.

"I got a say this to you one time, Jack, and I ain't foolin. What I don't know," said Ennis, "all them things I don't know could get you killed if I should come to know them."

"Try this one," said Jack, "and I'll say it just one time. Tell you what, we could a had a good life together, a fuckin real good life. You wouldn't do it, Ennis, so what we got now is Brokeback Mountain. Everthing built on that. It's all we got, boy, fuckin all, so I hope you know that if you don't never know the rest. Count the damn few times we been together in twenty years. Measure the fuckin short leash you keep me on, then ask me about Mexico and then tell me you'll kill me for needin it and not hardly never gettin it. You got no fuckin idea how bad it gets. I'm not you. I can't make it on a couple a high-altitude fucks once or twice a year. You're too much for me, Ennis, you son of a whoreson bitch. I wish I knew how to quit you."

Like vast clouds of steam from thermal springs in winter the years of things unsaid and now unsayable—admissions, declarations, shames, guilts, fears—rose around them. Ennis stood as if heart-shot, face gray and deep-lined, grimacing, eyes screwed shut, fists clenched, legs caving, hit the ground on his knees.

"Jesus," said Jack. "Ennis?" But before he was out of the truck, trying to guess if it was a heart attack or the overflow of an incendiary rage, Ennis was back on his feet, and somehow, as a coat hanger is straightened to open a locked car and then bent again to its original shape, they torqued things almost to where they had been, for what they'd said was no news. Nothing ended, nothing begun, nothing resolved.

What Jack remembered and craved in a way he could neither help nor understand was the time that distant summer on Brokeback when Ennis had come up behind him and pulled him close, the silent embrace satisfying some shared and sexless hunger.

They had stood that way for a long time in front of the fire, its burning tossing ruddy chunks of light, the shadow of their bodies a single column against the rock. The minutes ticked by from the round watch in Ennis's pocket, from the sticks in the fire settling into coals. Stars bit through the wavy heat layers above the fire. Ennis's breath came slow and quiet, he hummed, rocked a little in the sparklight, and Jack leaned against the steady heartbeat, the vibrations of the humming like faint electricity and, standing, he fell into sleep that was not sleep but something else drowsy and tranced until Ennis, dredging up a rusty but still usable phrase from the childhood time before his mother died, said, "Time to hit the hay, cowboy. I got a go. Come on, you're sleepin on your feet like a horse," and gave Jack a shake, a push, and went off in the darkness. Jack heard his spurs tremble as he mounted, the words "See you tomorrow," and the horse's shuddering snort, grind of

Later, that dozy embrace solidified in his memory as the single moment of artless, charmed happiness in their separate and difficult lives. Nothing marred it, even the knowledge that Ennis would not then embrace him face to face because he did not want to see or feel that it was Jack he held. And maybe, he thought, they'd never got much farther than that. Let be, let be.

Ennis didn't know about the accident for months until his postcard to Jack saying that

November still looked like the first chance came back stamped "deceased." He called Jack's number in Childress, something he had done only once before, when Alma divorced him, and Jack had misunderstood the reason for the call, had driven twelve hundred miles north for nothing. This would be all right; Jack would answer, had to answer. But he did not. It was Lureen and she said who? who is this? and when he told her again she said in a level voice yes, Jack was pumping up a flat on the truck out on a back road when the tire blew up. The bead was damaged somehow and the force of the explosion slammed the rim into his face, broke his nose and jaw and knocked him unconscious on his back. By the time someone came along he had drowned in his own blood.

No, he thought, they got him with the tire iron.

"Jack used to mention you," she said. "You're the fishing buddy or the hunting buddy, I know that. Would have let you know," she said, "but I wasn't sure about your name and address. Jack kept most a his friends' addresses in his head. It was a terrible thing. He was only thirty-nine years old."

The huge sadness of the Northern plains rolled down on him. He didn't know which way it was, the tire iron or a real accident, blood choking down Jack's throat and nobody to turn him over. Under the wind drone he heard steel slamming off bone, the hollow chatter of a settling tire rim.

"He buried down there?" He wanted to curse her for letting Jack die on the dirt road.

The little Texas voice came slip-sliding down the wire, "We put a stone up. He use to say he wanted to be cremated, ashes scattered on Brokeback Mountain. I didn't know where that was. So he was cremated, like he wanted, and, like I say, half his ashes was interred here, and the rest I sent up to his folks. I thought Brokeback Mountain was around where he grew up. But knowing Jack, it might be some pretend place where the bluebirds sing and there's a whiskey spring."

"We herded sheep on Brokeback one summer," said Ennis. He could hardly speak.

"Well, he said it was his place. I thought he meant to get drunk. Drink whiskey up there. He drank a lot."

"His folks still up in Lightnin Flat?"

"Oh yeah. They'll be there until they die. I never met them. They didn't come down for the funeral. You get in touch with them. I suppose they'd appreciate it if his wishes was carried out."

No doubt about it, she was polite but the little voice was as cold as snow.

The road to Lightning Flat went through desolate country past a dozen abandoned ranches distributed over the plain at eight- and ten-mile intervals, houses sitting blank-eyed in the weeds, corral fences down. The mailbox read "John C. Twist." The ranch was a meagre little place, leafy spurge taking over. The stock was too far distant for him to see their condition, only that they were dark and moving slowly. In the house seemed to see their condition, only that they were dark and moving slowly, on a ridge.

Ennis sat at the kitchen table with Jack's father. Jack's mother, stout and careful in her movements as though recovering from an operation, said, "Want some coffee, don't you? Piece a cherry cake?"

"Thank you, Ma'am, I'll take a cup a coffee but I can't eat no cake just now."

The old man sat silent, his hands folded on the plastic tablecloth, staring at Ennis with an angry, knowing expression. Ennis recognized in him a not uncommon type with the hard need to be the

stud duck in the pond. He couldn't see much of Jack in either one of them, took a breath.

"I feel awful bad about Jack. Can't begin to say how bad I feel. I knew him a long time. I come by to tell you that if you want me to take his ashes up there on Brokeback like his wife says he wanted I'd be proud to."

There was a silence. Ennis cleared his throat but said nothing more.

The old man said, "Tell you what, I know where Brokeback Mountain is. He thought he was too goddam special to be buried in the family plot."

Jack's mother ignored this, said, "He used a come home every year, even after he was married and down in Texas, and help his daddy on the ranch for a week, fix the gates and mow and all. I kept his room like it was when he was a boy and I think he appreciated that. You are welcome to go up in his room if you want."

The old man spoke angrily. "I can't get no help out here. Jack used a say, 'Ennis del Mar,' he used a say, 'I'm goin a bring him up here one a these days and we'll lick this damn ranch into shape.' He had some half-baked idea the two a you was goin a move up here, build a log cabin, and help me run this ranch and bring it up. Then this spring he's got another one's goin a come up here with him and build a place and help run the ranch, some ranch neighbor a his from down in Texas. He's goin a split up with his wife and come back here. So he says. But like most a Jack's ideas it never come to pass."

So now he knew it had been the tire iron. He stood up, said you bet he'd like to see Jack's room, recalled one of Jack's stories about this old man. Jack was dick-clipped and the old man was not; it bothered the son, who had discovered the anatomical disconformity during a hard scene. He had been about three or four, he said, always late getting to the toilet, struggling with buttons, the seat, the height of the thing, and often as not left the surroundings sprinkled down. The old man blew up about it and this one time worked into a crazy rage. "Christ, he licked the stuffin out a me, knocked me down on the bathroom floor, whipped me with his belt. I thought he was killin me. Then he says, 'You want a know what it's like with piss all over the place? I'll learn you,' and he pulls it out and lets go all over me, soaked me, then he throws a towel at me and makes me mop up the floor, take my clothes off and warsh them in the bathtub, warsh out the towel, I'm bawlin and blubberin. But while he was hosin me down I seen he had some extra material that I was missin. I seen they'd cut me different like you'd crop a ear or scorch a brand. No way to get it right with him after that."

The bedroom, at the top of a steep stair that had its own climbing rhythm, was tiny and hot, afternoon sun pounding through the west window, hitting the narrow boy's bed against the wall, an ink-stained desk and wooden chair, a B.B. gun in a hand-whittled rack over the bed. The window looked down on the gravel road stretching south and it occurred to him that for Jack's growing-up years that was the only road he knew. An ancient magazine photograph of some dark-haired movie star was taped to the wall beside the bed, the skin tone gone magenta. He could hear Jack's mother downstairs running water, filling the kettle and setting it back on the

The closet was a shallow cavity with a wooden rod braced across, a faded cretonne curtain on a string closing it off from the rest of the room. In the closet hung two pairs of jeans crease-ironed and folded neatly over wire hangers, on the floor a pair of worn packer boots he thought he remembered. At the north end of the closet a tiny jog in the wall made a slight hiding place and here, stiff with long suspension from a nail, hung a shirt. He lifted it off the nail. Jack's old shirt from Brokeback days. The dried blood on the sleeve was his own blood, a gushing nosebleed on the last afternoon on the mountain when Jack, in their contortionistic grappling and wrestling, had

slammed Ennis's nose hard with his knee. He had stanched the blood, which was everywhere, all over both of them, with his shirtsleeve, but the stanching hadn't held, because Ennis had suddenly swung from the deck and laid the ministering angel out in the wild columbine, wings folded.

The shirt seemed heavy until he saw there was another shirt inside it, the sleeves carefully worked down inside Jack's sleeves. It was his own plaid shirt, lost, he'd thought, long ago in some damn laundry, his dirty shirt, the pocket ripped, buttons missing, stolen by Jack and hidden here inside Jack's own shirt, the pair like two skins, one inside the other, two in one. He pressed his face into the fabric and breathed in slowly through his mouth and nose, hoping for the faintest smoke and mountain sage and salty sweet stink of Jack, but there was no real scent, only the memory of it, the imagined power of Brokeback Mountain of which nothing was left but what he held in his hands.

In the end the stud duck refused to let Jack's ashes go. "Tell you what, we got a family plot and he's goin in it." Jack's mother stood at the table coring apples with a sharp, serrated instrument. "You come again," she said.

Bumping down the washboard road Ennis passed the country cemetery fenced with sagging sheep wire, a tiny fenced square on the welling prairie, a few graves bright with plastic flowers, and didn't want to know Jack was going in there, to be buried on the grieving plain.

A few weeks later, on the Saturday, he threw all the Coffeepot's dirty horse blankets into the back of his pickup and took them down to the Quik Stop Car Wash to turn the high-pressure spray on them. When the wet clean blankets were stowed in the truck bed he stepped into Higgins' gift shop and busied himself with the postcard rack.

"Ennis, what are you lookin for, rootin through them postcards?" said Linda Higgins, throwing a sopping brown coffee filter into the garbage can.

"Scene a Brokeback Mountain."

"Over in Fremont County?"

"No, north a here."

"I didn't order none a them. Let me get the order list. They got it I can get you a hunderd. I got a order some more cards anyway."

"One's enough," said Ennis.

When it came—thirty cents—he pinned it up in his trailer, brass-headed tack in each corner. Below it he drove a nail and on the nail he hung a wire hanger and the two old shirts suspended from it. He stepped back and looked at the ensemble through a few stinging tears.

"Jack, I swear——" he said, though Jack had never asked him to swear anything and was himself not the swearing kind.

Around that time Jack began to appear in his dreams, Jack as he had first seen him, curly-headed and smiling and buck-toothed, talking about getting up off his pockets and into the control zone, but the can of beans with the spoon handle jutting out and balanced on the log was there as well, in a cartoon shape and lurid colors that gave the dreams a flavor of comic obscenity. The spoon handle was the kind that could be used as a tire iron. And he would wake sometimes in

grief, sometimes with the old sense of joy and release; the pillow sometimes wet, sometimes the sheets.

There was some open space between what he knew and what he tried to believe, but nothing could be done about it, and if you can't fix it you've got to stand it. ✦

**EXHIBIT G**

**ACADEMY OF MOTION PICTURE ARTS & SCIENCES**

**MOTION PICTURE SCRIPTS DATABASE**

**CREDITED WRITERS FOR BROKEBACK MOUNTAIN**

**LARRY MCMURTRY & DIANA OSSANA**

@AMPAS®

# ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

HOME · ACADEMY AWARDS® · EVENTS · PRESS · SITE MAP / SEARCH    Directory

MARGARET HERRICK LIBRARY

## Motion Picture Scripts Database

[ New Search ] | < | <<

---

1 records found                Photocopying of unpublished scripts is strictly prohibited.

**Brokeback Mountain** (Focus Features 2005)

  Credited writer(s): Larry McMurtry, Diana Ossana
  Institution(s):
      Academy of Motion Picture Arts and Sciences (Core Collection)
      American Film Institute (AFI)

[ New Search ] | < | <<

---

Powered by CS/*WebPublisher PRO*, from **INMAGIC**

© Academy of Motion Picture Arts and Sciences

07  0098

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**EXHIBIT H**

**LIBRARY OF CONGRESS ONLINE CATALOG**

**BROKEBACK MOUNTAIN AUTHOR SEARCH RESULTS**



The Library of Congress

>> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG



| Help ❶ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Title = Brokeback mountain
**SEARCH RESULTS:** Displaying 1 through 4 of 4.

◀ Previous   Next ▶

Resort results by:

Add Limits to Search Results

| # | Title | Name: Main Author, Creator, etc. | Full Title | Date | |
|---|-------|----------------------------------|------------|------|---|
| ☐ [ 1 ] | Brokeback mountain / | Proulx, Annie. | Brokeback mountain / Annie Proulx. | 2005 | |
| | SELECT TITLE FOR HOLDINGS INFORMATION | | | | |
| ☐ [ 2 ] | Brokeback mountain / | Proulx, Annie. | Brokeback mountain / Annie Proulx. | 1998 | |
| | SELECT TITLE FOR HOLDINGS INFORMATION | | | | |
| ☐ [ 3 ] | Brokeback Mountain (Motion picture) | Proulx, Annie. | Brokeback Mountain : story to screenplay / Annie Proulx, Larry McMurtry, and Diana Ossana. | 2006 | |
| | LIBRARY OF CONGRESS HOLDINGS INFORMATION NOT AVAILABLE | | | | |
| ☐ [ 4 ] | Brokeback Mountain [sound recording] : original motion picture soundtrack. | | Brokeback Mountain [sound recording] : original motion picture soundtrack. | 2005 | |
| | SELECT TITLE FOR HOLDINGS INFORMATION | | | | |

Clear Marked Records     Retain Marked Records

◀ Previous   Next ▶

| Save, Print or Email Records (View Help) | | |
|---|---|---|
| | Text (Brief information) | Press to SAVE or PRINT |
| All (this page only) Selected (this page only) Selected (across pages) | Email Text (Full Info) to: | Press to SEND EMAIL |

Revise Search: Brokeback mountain     Select Type: Title*

07 0098

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://catalog.loc.gov/cgi-bin/Pwebrecon.cgi?BoolSearchSortRed=NULL&HID=149119...

LC Control Number:   2005057459

Type of Material:   Book (Print, Microform, Electronic, etc.)

Personal Name:   Proulx, Annie.

Main Title:   Brokeback Mountain : story to screenplay / Annie Proulx,
              Larry McMurtry, and Diana Ossana.

Published/Created: New York : Scribner, 2006.

Description:   p. cm.

Projected Publication Date:
              0601

ISBN:          9780743294164 (alk. paper)
               0743250788 (alk. paper)

CALL NUMBER:   Library of Congress Holdings Information Not Available

=================================================================================

LIBRARY OF CONGRESS ONLINE CATALOG
Library of Congress
101 Independence Ave., SE
Washington, DC 20540

Questions? Ask a Librarian:
http://www.loc.gov/rr/askalib/ask-digital.html

# EXHIBIT I

## U.S. COPYRIGHT OFFICE SEARCH RESULTS FOR

### TXu-1-217-828

 **Copyright** | **Search Records Results**

Registered Works Database (Author Search)
**Search For:** SCOTT-BLANTON, JANICE
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

---

1. Registration Number: TXu-1-217-828
                 Title: My husbasnd is on the down low ... and I know about it.
                  Note: Cataloged from appl. only.
              Claimant: acJanice Scott-Blanton
               Created: 2004
            Registered: 20Jan05
         Miscellaneous: Rights & permissions info. on original appl. in C.O.
         <u>Special Codes:</u> 1/B

---

<u>Home</u> | <u>Contact Us</u> | <u>Legal Notices</u> | <u>Freedom of Information Act (FOIA)</u> | <u>Library of Congress</u>

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

07 0098

# FILED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

 **Copyright** | Search Records Results

Registered Works Database (Author Search)
**Search For:** SCOTT-BLANTON, JANICE, 1963-/SCOTT-BLANTON, JANICE
**Items 1 - 3 of 3**
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

**Conduct Another Search**

---

1. Registration Number:  TXu-911-536
              Title:  The calendar of black history trivia for the year 2000 (version 1)
           Claimant:  acJanice Scott-Blanton , 1963-
            Created:  1999
          Registered:  27Apr99
       <u>Special Codes:</u>  1/B

---

2. Registration Number:  TXu-1-125-346
              Title:  Succulent sex,
         Description:  115 p.
               Note:  Text.
           Claimant:  acJanice Scott-Blanton
            Created:  2003
          Registered:  22Oct03
       <u>Special Codes:</u>  1/B

---

3. Registration Number:  TXu-1-217-828
              Title:  My husbasnd is on the down low ... and I know about it.
               Note:  Cataloged from appl. only.
           Claimant:  acJanice Scott-Blanton
            Created:  2004
          Registered:  20Jan05
      Miscellaneous:  Rights & permissions info. on original appl. in C.O.
       <u>Special Codes:</u>  1/B

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# EXHIBIT J

## EMAIL CORRESPONDENCE BETWEEN JANICE SCOTT-BLANTON & CHUCK SHELTON

## Information

**From:** CShelton@vnuinc.com
**Sent:** Sunday, June 12, 2005 6:01 PM
**To:** Janice Scott-Blanton
**Subject:** RE: My Book

Janice,

Thanks for all this information. You've definitely got something big going. I love the concept, and I especially love this kind of story when it comes out of self-publishing, something that we're covering more and more now that it's such an industry-driver. Keep me updated. Especially regarding other publishers approaching you about print rights and about studios contacting you about film rights. (Are there any companies you can mention at this point?) I'm weighing whether there's a story angle here within a bigger story, or if there's something else we could do. We'll see, in the coming couple of weeks.

Thanks again.

cs


Chuck Shelton
Managing Editor, VNU US Literary Group
www.thebookstandard.com
www.kirkusreviews.com
770 Broadway
New York, NY 10003
direct (646) 654-4685
fax (646) 654-4706

07 0098

**"Janice Scott-Blanton"**
**<janice.scottblanton@jaronpublishing.com>**

06/10/2005 08:10 AM

To <CShelton@vnuinc.com>
cc
Subject RE: My Book

FILED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Chuck,

Thank you for replying. It would be my pleasure to keep you abreast of my progress.  My first print was for 1,000 copies, they sold in 3 weeks. I didn't expect that; I printed 1000 copies to see how my book would be received. A distributor in Brooklyn, NY ordered 300 copies and sold them in 4 days and have since ordered an additional 300 copies and 2200 copies for Waldenbooks. Another distributor in Brooklyn order 500 copies, but I was only able to send my remaining 195 copies. She has since ordered an additional 500 copies. I received a letter from Barnes & Noble and they want to order 350 copies through one of their distributors, i.e., Baker & Taylor, Ingram, etc. I have $25,000 in purchase orders in 2 months. I'm going into my second print and it will be for 10,000 copies. Some of

my customers include, Karibu Books, Borders, Nubian Bookstore, AfroBooks, A&B Distributors, Culture Plus Distributors, Lushena Books, Inc. and several others. As for Borders, they called me initially and asked if I would hold a signing event in there store. Don't know how they heard about the book :-)

As for marketing & advertising, I've spent to date, approximately $700 on press releases,online bookstore ads, and direct mailings. I've taken advantage of whatever FREE advertising I could get. I used my email address book, online YAHOO! book clubs, I ordered business cards that included 5000 free postcards, and most importantly, word of mouth. I have a TRUE story about a HOT topic that people are interested in hearing about. And I must say, the only thing embellished in the story are the dates and names, for legal and protective reasons of course. The filmmaker in Hollywood heard about my book before it was released because I posted it on one of the online groups' message boards. I'm also getting a lot of radio, newspaper and magazine interview time. I haven't heard from any major publishers yet, but I truly hope too.

I hope this helps with your story.

Regards,
JSB
-----Original Message-----
**From:** CShelton@vnuinc.com [mailto:CShelton@vnuinc.com]
**Sent:** Wednesday, June 08, 2005 4:46 PM
**To:** Janice Scott Blanton
**Subject:** Re: My Book

Janice,

Sorry for the delayed response. I did receive the book. Like I said, I'm interested in tracking this as a possible self-publishing success story for an article on The Book Standard. Any information you can give me regarding your marketing efforts and how exactly you've been able to sell so many copies would be very helpful. Thanks a lot, and good luck!

www.thebookstandard.com
Chuck Shelton
Managing Editor, VNU US Literary Group
770 Broadway
New York, NY 10003
direct (646) 654-4685
fax (646) 654-4706

"Janice Scott Blanton" <janice.scottblanton@jaronpublishing.com>

06/01/2005 05:53 PM

To <cshelton@vnubuspubs.com>

cc

6/21/2006

Chuck Shelton,

Did you receive your copy of *My Husband is on the Down Low and I Know About It?*

FYI, I have received orders totaling over 3100 copies in the last three weeks from distributors and bookstores.

Regards,

Janice Scott-Blanton, Author

*My Husband is on the Down Low...And I Know About It*

www.janicescottblanton.com

# EXHIBIT K

## U.S. COPYRIGHT OFFICE SEARCH RESULTS FOR COPYRIGHT OWNERSHIP FOR BROKEBACK MOUNTAIN

### PA-1-318-774

 **Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** BROKEBACK MOUNTAIN
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

---

|  |  |
|---|---|
| 1. Registration Number: | PA-1-318-774 |
| Title: | Brokeback Mountain. |
| Description: | 7 film reels ; 35 mm. |
| Note: | Cataloged from appl. only. |
|  | Based on a short story by aAnnie Proulx. |
| Claimant: | Universal City Studios Productions, LLLP |
| Created: | 2005 |
| Published: | 9Dec05 |
| Registered: | 21Feb06 |
| Author on © Application: | Del Mar Productions, LLC, employer for hire. |
| Previous Related Version: | Prev. pub. music. |
| Claim Limit: | NEW MATTER: all other cinematographic material. |
| Special Codes: | 4/X/L |

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

07 0098

**FILED**

JAN 1 6 2007

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

# EXHIBIT L

## COPY OF REGISTERED/RETURN RECEIPT DELIVERY TO

### BOB WRIGHT, CHAIRMAN/CEO
### NBC UNIVERSAL, INC

### JAMES A. SCHAMUS, CO-PRESIDENT
### FOCUS FEATURES, LLC

### RON MEYER, PRESIDENT/COO
### UNIVERSAL STUDIOS

### ANNIE PROULX c/o LIZ DARHANSOFF
### AUTHOR, BROKEBACK MOUNTAIN SHORT STORY

### CAROLYN REIDY, PRESIDENT
### SIMON & SCHUSTER, INC./SCRIBNER

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bob Wright
Chairman & CEO
NBC Universal, Inc
10 Universal City Plaza
Universal City, CA
91608

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
CONNIE V-                          12/4/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☑ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    RR 516 802 462 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**Registered No.** RR516802462US

**Date Stamp**
0314
03
11/27/06

| Reg. Fee | $7.90 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $6.05 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $  $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

FROM
Bernice Scott-Blant
P.O. Box 371
Triangle, VA 22172

Bob Wright, CEO
NBC Universal Inc
Universal City, CA 91608

PS Form 3806,  **Receipt for Registered Mail**  (See Information on Reverse)
May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

**07 0098**

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James A. Schamus
CEO
Focus Features
100 Universal City Plaza
Universal City, CA
91608

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

CONNIE V.   12/4/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RR JI6 802 102 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

— **Registered No.**

RR516802502US

Reg. Fee   $7.90

Handling Charge   $0.00   Return Receipt   $1.85

Postage   $6.05   Restricted Delivery   $0.00

Received by

Customer Must Declare Full Value $   $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

**Date Stamp**

0314

03

11/27/06

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

FROM   Patrice Scott-Blanton
P.O. Box 371
Triangle, VA 22172

TO   James A. Schamus, CEO
UNIVERSAL CITY CA 91608
100 Universal City Plaza
Universal City, CA 91608

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
CONNIE V.   12/4/00

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Ron Meyer
President & COO
Universal Studios
100 Universal City Plaza
Universal City, CA
91608

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RR 516 802 493 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Registered No.** RR516802493US

| | | Date Stamp |
|---|---|---|
| Reg. Fee $7.90 | | 0314 |
| Handling Charge $0.00 | Return Receipt $1.85 | 03 |
| Postage $6.05 | Restricted Delivery $0.00 | 11/27/06 |
| Received by | | |

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Terrace Scott-Blanton
P.O. Box 371
Triangle, VA 22172

Ron Meyer, Presid...
100 Universal City Plaza
Universal City, CA 91608

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES
POSTAL SERVICE

Track/Confirm - Intranet Item Inquiry - Domestic

| | |
|---|---|
| **Item: RR51 6802 476U S** | **Date/Time Mailed:** 11/27/2006 10:05 |

| Destination | ZIP Code: 10020 | City: NEW YORK | State: NY |
|---|---|---|---|
| Origin | ZIP Code: 22172-9998 | City: TRIANGLE | State: VA |

**Class:** Priority Mail

**Anticipated Delivery Date:** 11/29/2006

**Weight:** 1 lb(s) 15 oz(s)        **Postage:** $4.20

**Firm Book ID:** 51M1 H36A 87U0 0002 9692

**Delv Rqmt:** Normal        **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $1.85 |
| REGISTERED MAIL | RR51 6802 476U S | $7.90 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/04/2006 15:25 | NEW YORK, NY 10020 | K767939 |
| | Firm Name: SIMON SCHUSTER | | |
| | Recipient: 'K BAILEY' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 12/04/2006 08:35 | NEW YORK, NY 10020 | M1H36A87U |
| ACCEPT OR PICKUP | 11/27/2006 10:05 | TRIANGLE, VA 22172 | |

**Enter Request Type and Item Number:**

**Quick Search** ◉        **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Annie Proulx
C/o Liz Darhansoff
236 West 26th St.
Suite 802
NYC, NY 10001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery
PERROTTA.                              12/0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail        ☐ Express Mail
   ☒ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)    RR   576   802   480   US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

Registered No.   RR516802480US          Date Stamp

| To Be Completed By Post Office | Reg. Fee | $7.90 | | | 0314 |
| | Handling Charge | $0.00 | Return Receipt | $1.85 | 03 |
| | Postage | $4.20 | Restricted Delivery | $0.00 | 11/27/06 |
| | Received by | | | | |
| | Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance | | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| | | | ☐ Without Postal Insurance | | |

OFFICIAL USE

| Completed By Customer (Please Print) Must Be in Ballpoint or Typed | FROM | Janice Scott-Blont |
| | | P.O. Box 371 |
| | | Triangle, VA 22172 |
| | All | Annie Proulx |
| | | NYC, NY 10001 |

PS Form 3806,   Receipt for Registered Mail        Copy 1 - Customer
May 2004 (7530-02-000-9051)                        (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT M

## CEASE AND DESIST LETTER DATED NOVEMBER 27, 2006 TO

### BOB WRIGHT, CHAIRMAN/CEO
### NBC UNIVERSAL, INC

November 27, 2006

Bob Wright
Vice Chairman and Executive Officer, GE
Chairman & Chief Executive Officer, NBC Universal, Inc.
10 Universal City Plaza
Universal City, CA  91608

Dear Sir:

In December 2005, your movie production and distribution companies Focus Features, River Road Entertainment, LLC and Universal Studios, released the Academy Award Winning movie *Brokeback Mountain*, a movie based on a short story written by Annie Proulx.

I recently became aware that my novel, *My Husband is on the Down Low and I Know About It*, had been stolen and adapted into the motion picture film *Brokeback Mountain* and camouflaged with Annie Proulx's 10-page short story titled *Brokeback Mountain,* Story to Screenplay adaptation by Larry McMurtry and Diana Ossana, story by Annie Proulx 2005; directed by Ang Lee.

I own all of the rights to this novel. Enclosed is a copy of the novel in question; the background of my awareness, a timeline of a 20-year relationship, a list of similarities and a side by side comparison of similarities between My *Husband is on the Down Low and I Know About It*, *Brokeback Mountain* Motion Picture, *Brokeback Mountain Screenplay*, and Annie Proulx's short story *Brokeback Mountain 2005*. Please note the copyright notice is in my name. My novel was registered with the Copyright Office on January 20, 2005, created 2004, and released for publication March 15, 2005.

I do not know the screenwriters Larry McMurtry and Diana Ossana, have never been contacted by either of them, and never gave him/her or anyone else, permission to use my novel and adapt it into a motion picture film, to which I own all the copyright rights.

This letter is to demand that you immediately cease and desist from producing and selling any copies of the *Brokeback Mountain* DVD and book, as well as showing it in movie theaters, both domestic and internationally, which contain material from my novel *My Husband is on the Down Low and I Know About It.* In addition, I demand that I be compensated for the use of my novel from sales of copies already sold, as well as profits made from all movie box offices, both domestic and internationally.

07  0098

Regards,

Janice Scott-Blanton, Author

FILED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Cc:**
 Ron Meyer
President and Chief Operations Officer
Universal Studios/Universal Pictures
100 Universal City Plaza
Universal City, CA 91608

James A. Schamus
Chief Executive Officer
Focus Features, Rogue Pictures and Focus Features International
100 Universal City Plaza
Universal City, CA 91608

Carolyn Reidy, President
Simon & Schuster, Inc/Scribner
1230 Avenue of the Americas
New York, New York 10020


**Encls:**
My novel *My Husband is on the Down Low and I Know About It*
Background of My Awareness
A Timeline of a 20-Year Relationship
A List of Similarities
A Side by Side Comparison of Similarities

# EXHIBIT N

## RESPONSE LETTER FROM "UNIVERSAL'S" ATTORNEY
## SHANNON H. ALEXANDER, ESQ

### DATED DECEMBER 18, 2006



December 18, 2006

**Via Certified Mail,**
**Return Receipt Requested &**
**Regular First Class Mail**

Ms. Janice Scott-Blanton
P.O. Box 371
Triangie, VA 22172

　　　　　　Re:　　"Brokeback Mountain"

Dear Ms. Scott-Blanton:

On behalf of Universal City Studios, LLLP and its affiliated companies (collectively "Universal"), I write in response to your November 27, 2006 letter in which you claim that the "Brokeback Mountain" movie, screenplay and Annie Proulx novel (collectively, the "Brokeback Mountain Materials") contain material from your book entitled "My Husband Is on the Down Low and I Know About it."

We reviewed the allegations contained in your letter, as well as the additional materials you provided. Universal has concluded that your book and each of the Brokeback Mountain Materials are not substantially similar. Rather, the elements of the Brokeback Mountain Materials that you have identified as being similar to your novel constitute *scenes a faire*, i.e., story elements which logically stem from a generic plot line such as a story about a married man who conceals the fact that he is gay from his wife.

Moreover, it is well-established that Annie Proulx's short story, upon which the "Brokeback Mountain" screenplay was based, was first published in the October 1997 issue of "The New Yorker." Later in 1997, the Pulitzer Prize winning team of Larry McMurtry and Diana Ossana optioned Ms. Proulx's short story and, by the end of 1997, completed a screenplay based on it. Thereafter, director Ang Lee became involved in the project in 2003 and principal photography on the movie "Brokeback Mountain" was completed in August 2004, before your novel was published and/or registered with the

0'7 0098

Accordingly, Universal cannot honor your request to cease and desist from displaying, selling and/or distributing the "Brokeback Mountain" movie or DVD, nor will Universal compensate you for these alleged similarities.

**Vivendi U N I V E R S A L Entertainment**
100 UNIVERSAL CITY PLAZA  UNIVERSAL CITY  CA  91608
www.universalstudios.com

FILED

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Janice Scott-Blanton
December 18, 2006
Page Two

    If you wish to discuss these issues further, please do not hesitate to contact me.  I can be reached at (818) 777-1865.  Please note that this letter is not intended to be a full recitation of the relevant facts and law and that all of Universal's rights, remedies and defenses are expressly reserved.

                              Very truly yours,

                              Shannon H. Alexander, Esq.

cc:    David Burg, Esq. (via e-mail)

# EXHIBIT O

## COPY OF REGISTERED/RETURNED RECEIPT DELIVERY TO

### BILL POHLAD, OWNER
### RIVER ROAD ENTERTAINMENT

**Registered No.** RR516802683US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | 0314 |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $5.15 | Restricted Delivery | $0.00 |
| Received by | | | 12/02/06 |

03

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

**FROM** Bruce Scott - Blanton
P.O. Box 371
Triangle, VA 02172

**TO** Bill Pohlad
MINNEAPOLIS MN 55402
4050 Dain Rauscher Plaza
60 S. 6th Street
Minneapolis MN 55402

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

C. Date of Delivery

1. Article Addressed to:

Bill Pohlad, Owner
River Road Entertainment
4050 Dain Rauscher Plaza
60 S. 6th Street
Minneapolis, MN 55402

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED

JAN 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RR 516 803 683 US

# EXHIBIT P

## CEASE AND DESIST LETTER DATED DECEMBER 1, 2006 TO

### BILL POHLAD, OWNER
### RIVER ROAD ENTERTAINMENT

December 1, 2006

Bill Pohlad, Owner
River Road Entertainment, LLC
4050 Dain Rauscher Plaza
60 S. 6th Street
Minneapolis, MN 55402

Dear Sir:

In December 2005, your movie production in cooperation with Focus Features and
Universal Studios, released the Academy Award Winning movie *Brokeback Mountain*, a
movie based on a short story written by Annie Proulx.

I recently became aware that my novel, *My Husband is on the Down Low and I Know
About It*, had been stolen and adapted into the motion picture film *Brokeback Mountain*
and camouflaged with Annie Proulx's 10-page short story titled *Brokeback Mountain*,
Story to Screenplay adaptation by Larry McMurtry and Diana Ossana, story by Annie
Proulx 2005; directed by Ang Lee.

I own all of the rights to this novel. Enclosed is a copy of the novel in question; the
background of my awareness, a timeline of a 20-year relationship, a list of similarities
and a side by side comparison of similarities between My *Husband is on the Down Low
and I Know About It*, *Brokeback Mountain* Motion Picture, *Brokeback Mountain
Screenplay*, and Annie Proulx's short story *Brokeback Mountain 2005*. Please note the
copyright notice is in my name. My novel was registered with the Copyright Office on
January 20, 2005, created 2004, and released for publication March 15, 2005.

I do not know the screenwriters Larry McMurtry and Diana Ossana, have never been
contacted by either of them, and never gave him/her or anyone else, permission to use my
novel and adapt it into a motion picture film, to which I own all the copyright rights.

This letter is to demand that you immediately cease and desist from producing and selling
any copies of the *Brokeback Mountain* DVD and book, as well as showing it in movie
theaters, both domestic and internationally, which contain material from my novel *My
Husband is on the Down Low and I Know About It*. In addition, I demand that I be
compensated for the use of my novel from sales of copies already sold, as well as profits
made from all movie box offices, both domestic and internationally.

Regards,

Janice Scott Blanton, Author

07 0098

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Encls:**
My novel *My Husband is on the Down Low and I Know About It*
Background of My Awareness
A Timeline of a 20-Year Relationship
A List of Similarities
A Side by Side Comparison of Similarities

## BACKGROUND

On June 11, 2006, at approximately 4:30pm, myself along with a friend watched the

Academy Award Winning *Brokeback Mountain*, a movie based on a short story written

by Annie Proulx that was published in the New Yorker October 13, 1997; Story to

Screenplay adaptation by Larry McMurtry and Diana Ossana, story by Annie Proulx,

2005; directed by Ang Lee; produced by Focus Features and River Road Entertainment;

distributed by Universal Studios.

Just as it had done with *Million Dollar Baby*, the movie received numerous

nominations and awards, I wanted to see what the movie was about. After about 5 or 10

minutes into the movie, I noticed some similarity of expressions in the protected elements

of the story and scenes.

I continued to watch the movie. It was evident to me that my novel *My Husband is*

*on the Down Low and I Know About It*, which is about a woman witnessing her husband

in a homosexual activity and the emotional effect it has on her and a doomed affair

between two bisexual men who also experiences emotional and psychological turmoil

because society won't allow them to express their sexuality, and *Brokeback Mountain*

were one in the same. It was clear to me that my novel, Copyright January 2005, had

been stolen and adapted into the motion picture film *Brokeback Mountain* and

camouflaged with Annie Proulx's revised 10-page short story *Brokeback Mountain* 2005.

of the short story in which the movie was based and the screenwriters. I couldn't believe

that Annie Proulx and I had written the exact same story with the exact same thematic

scheme and scenes, in the same sequence of events. As I researched, I learned that Annie

Proulx's original short story that was printed in the New Yorker, October 13, 1997, had indeed been changed. I made several visits to the Library of Congress in Wash, D.C. to read the "original" short story before the changes were made, however, the magazine had been removed and it was unknown where it was located. Later, in doing research, I found an audio interview with Annie Proulx, who'd confirmed that her "original" short story had been changed.

I began to think back to how the screenwriters could've gotten a copy of my book. I learned that Larry McMurtry owned a bookstore here in Washington, D.C. Although my novel is not widely distributed, it is sold on Amazon.com, Borders and Barnes & Noble and can be ordered through most bookstores. Also, I thought back to May/June 2005 and a telephone call I'd received from Chuck Sheldon, Managing Editor, VNU US Literary Group out of New York, who worked at Kirkus Review. He told me that he'd heard about my book and wanted to do a "story" about me and my self-publishing success for his website *The Book Standard*. He'd asked me if any publishing or film companies had contacted me for publishing and film rights and if not, someone would, and if I had, if I could tell him who they were. I was excited about this opportunity because I'd learned after researching Kirkus Review, that an author must pay them $350 to even review their book. Of course I was ecstatic because "they'd" called me. He gave me his address and I immediately mailed him a copy of *My Husband is on the Down Low and I Know About It*. He'd told me that he was "weighing whether there's a story angle here within a bigger story". After which, *Brokeback Mountain* was released. Chuck Sheldon and I followed up with subsequent emails until June 12, 2005. I gave him all the information he'd requested. I didn't hear from him anymore nor did I see a "story" about me on his website

about me on his website *The Book Standard*. In fact, after perusing his website, I found that his website did not have any "personal success stories" on it. Therefore, I feel that I was manipulated for information based on these facts. To me, my novel was the perfect target simply because it wasn't "widely" distributed.

As I continued to watch the movie, the architecture, schematic theme, sequence of events and the expressions of the protected elements were even more familiar, to include the names of two of the characters. I was stunned and speechless. I couldn't believe what I was seeing on my television screen in the basement of my home. All I could do was curse and cry. There were two particular expressions in *My Husband is on the Down Low and I Know About It* that had a cause and effect where one could not occur without the other. That scene being, the wife Annette, in *My Husband is on the Down Low and I Know About It*, witnesses her husband James, perform oral sex on a man the night of their anniversary, unbeknownst to him. At the time this occurs, she doesn't say anything. In *Brokeback Mountain*, Alma, the wife, witnesses her husband Ennis, passionately kissing a man, unbeknownst to him. At the time this occurs, she doesn't say anything. In *My Husband is on the Down Low and I Know About It*, Annette confronts James on his homosexual activity the morning after their 9th Anniversary, in the kitchen. He tells her that he'd purposely written a letter to her in his journal because he knew she was reading it and he didn't know any other way to tell her. In the movie *Brokeback Mountain*, Alma confronts Ennis on his homosexual activity the evening after Thanksgiving dinner, in the kitchen. She tells him that he'd purposely written a note and put it on the end of his fishing line for him to find it because she knew he wasn't going to the mountains to fish. In *Brokeback Mountain* Alma's husband Ennis was going on fishing trips to meet Jack.

Ennis' fishing trips represented James' journal. Each time Ennis went on one of these trips, Alma became more withdrawn and developed addictive behaviors. Her smoking increased and she'd obviously gained weight. Also, Alma had the mail and saw that Ennis had received a postcard from Jack saying he'd be in town in 2 weeks, unbeknownst to Alma. She read it and then hid it under a stack of sale papers. James and Annette maintained a journal. Annette found his journal and would hide to read it each opportunity she got. One day she hid it under a stack of towels. It became evident to her that James was having an affair. Each time she read his journal, she became more withdrawn and developed addictive behaviors. Her drinking increased and she'd gained weight. She became a hostage within her self. Annette had taken a message from Thomas for James about him staying in Los Angeles for the holidays, but unbeknownst to Annette, Thomas had come to town.

In *Brokeback Mountain*, Alma & Ennis had a daughter name Alma Jr. Towards the end of the movie, Ennis called her *Junior*. They had a second daughter, who was obsolete in the movie. She was seen only a few times throughout the movie. My guess is, in *My Husband is on the Down Low and I Know About It,* Annette & James had one daughter, and in *Brokeback Mountain*, the second daughter was added as a cover-up. She had no role in the movie. The second daughter's name in Annie Proulx's short story is Francine; in the movie they called her *Jenny*. In *My Husband is on the Down Low and I Know About It*, Annette & James had a daughter. Throughout Annette's pregnancy, James

Although Alma remarried after divorcing Ennis, her husband Monroe played an insignificant role. Alma was pregnant. She and Ennis argued violently in the kitchen after

she confronted him on his homosexual activity and her husband Monroe stayed out of the scene. It is my theory that had Monroe interfered with their argument, it would've thrown the scene off and the screenwriters would've had to rewrite the script once again because in *My Husband is on the Down Low and I Know About It*, the argument after Annette confronted James on his homosexual activity, was between Annette and James, no one else was present.

*Brokeback Mountain* began where *My Husband is on the Down Low and I Know About It* ends. Some of the scenes in the movie were reversed, like the 'dance hall' scene with Jack, Lureen, Randall and LaShawn.

When it comes to sexuality preferences, Blacks and Whites view it differently. In the Black community, a man who is married and have children but have a "secret" homosexual relationship, is considered to be on the "down low". On the other hand, in the White community, when a man is married and has children, but has a "secret" homosexual relationship, he is considered "gay". Therefore, *Brokeback Mountain* was released and dubbed a "gay cowboy" movie, which I believe was purposely done to alleviate the chances of anyone in the African American community, including myself, from seeing it and recognizing it's theme. Generally, Blacks do not *want* to see "gay cowboy" movies. Had it not won so many awards the same would be true for me.

I feel that because my novel and its central theme have been stolen and adapted into the motion picture film *Brokeback Mountain*, my chances of seeing the *real* story in motion picture films have been prevented. I'm sure the filmmakers who'd contact me last year, won't touch it.

# EXHIBIT Q

## RESPONSE LETTER DATED DECEMBER 8, 2006 FROM
## RIVER ROAD ENTERTAINMENT'S

## ANGIE CLIPPER



December, 8th 2006

Dear Janice Scott-Blanton,

Enclosed please find the script that you submitted to River Road Entertainment. Although we appreciate your interest, we have a firm policy of returning all unsolicited material unread.

Your unsolicited submission has not been, and will not be disclosed to any executive or other employee of River Road Entertainment or any other person. You should be aware that many ideas are generated by our employees and our clients or other sources. To the extent that any projects are generated which contain elements similar to what you submitted, the similarities are purely coincidental.

Thank you for considering River Road Entertainment. We wish you much luck in your endeavors.

All the best,

Angie Clipper

07 0098

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT R

## LETTER DATED JANUARY 8, 2007 TO "UNIVERSAL'S" ATTORNEY
## SHANNON H. ALEXANDER, ESQ.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

UNIVERSAL CITY CA 91608

| | | |
|---|---|---|
| Postage | $0.39 | 0314 |
| Certified Fee | $2.40 | 03 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.64 | 01/08/2007 |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

7006 0810 0005 2747 7035

0⁷ 0098

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

January 8, 2007,

"Universal"
ATTN: Shannon H. Alexander, Esq.
100 Universal City Plaza
Universal City, CA 91608

Re: "Brokeback Mountain"

Dear Ms. Alexander,

This letter is to thank you for taking the time to address my issues concerning similarities between the Academy Award Winning Movie *Brokeback Mountain* and my novel *My Husband is on the Down Low and I Know About It.*

Regards,

Janice Scott-Blanton, Author

F-98
07-98
RMU

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Janice Scott-Blanton

88888

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

88888

**DEFENDANTS**

Universal City Studios Productions, LLLP ("Universal"), et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

3578 Wharf Ln
Triangle, VA 22172
(703) 861-0028

CASE NUMBER  1:07CV00098

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 01/16/2007

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZE...
FOR PLAINTI...

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**        OR        ◉ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

14

| O  G. *Habeas Corpus/ 2255* | O  H. *Employment Discrimination* | O  I. *FOIA/PRIVACY ACT* | O  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O  K. *Labor/ERISA (non-employment)* | O  L. *Other Civil Rights (non-employment)* | O  'M. *Contract* | O  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   O 2 Removed from State Court   O 3 Remanded from Appellate Court   O 4 Reinstated or Reopened   O 5 Transferred from another district (specify)   O 6 Multi district Litigation   O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

17 U.S.C. Section 101 et seq. Copyright Infringement--Defendants have infringe on Plaintiff protected rights in the motion picture film Brokeback Mountain

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 250,000,000    Check YES only if demanded in complaint<br>**JURY DEMAND:**   YES ☒   NO ☐ |
|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  January 1, 2007    **SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.