# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Janice Scott-Blanton, *pro se* | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | Civil Case No. 1:07cv00098 |
| | ) | |
| Universal City Studios Productions, LLLP et al. | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Joseph E. diGenova as counsel in this case for: Universal City Studios Productions, LLLP, Universal Studios/Universal Pictures, Inc. (sic), Focus Features, LLC, Universal Studios Licensing, LLLP, Del Mar Productions, LLC, James Allen Schamus, Larry McMurtry, Diana Ossana, Annie Proulx, River Road Entertainment, LLC, Simon & Schuster/Scribner, and New Yorker/Advance Publications, Inc.

_____  _____
Date                                                                       Signature

  73320
BAR IDENTIFICATION

Joseph E. diGenova
DIGENOVA & TOENSING, LLP
1776 K Street, NW, Suite 737
Washington, D.C. 20006
(202) 289-7701 (Telephone)
(202) 289-7706 (Facsimile)