UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNIVERSAL CITY STUDIOS** )<br>**PRODUCTIONS, LLLP,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Case No. **1.07cv00098 (RMU)** |

### MOTION OF FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MARC E. MAYER

Pursuant to LCvR 83.2(d), attorney Joseph E. diGenova (D.C. Bar No. 73320), diGenova & Toensing LLP, 1776 K Street, NW, Suite 737, Washington, D.C. 20006, hereby moves for admission of attorney Marc E. Mayer *pro hac vice* as counsel of record in this action on behalf of defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, James Allen Schamus, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, and Diana Ossana ("Defendants").

The Affidavit of Marc E. Mayer, which sets forth all of the matters required under LCvR 83.2(d), is attached hereto and filed concurrently herewith. As set forth in Mr. Mayer's affidavit, Mr. Mayer is a member of good standing of the bar of the State of California and in the United States District Court for the Central District of California.

Defendants respectfully request that this Motion be expedited, in light of the unusual circumstances of this case (and, specifically, in light of the Plaintiff's February 13, 2007, motion for a preliminary injunction).

Date:  February 15, 2007                                   Respectfully submitted,


                                                           /s/ Joseph E. diGenova
                                                           Joseph E. diGenova (D.C. Bar No. 73320)
                                                           DIGENOVA & TOENSING, LLP
                                                           1776 K Street, NW, Suite 737
                                                           Washington, D.C. 20006
                                                           (202) 289-7701 (Telephone)
                                                           (202) 289-7706 (Facsimile)

                                                           /s/ Steven J. Metalitz
                                                           Steven J. Metalitz (application for admission to this Court pending) (D.C. Bar No. 944603)
                                                           MITCHELL SILBERBERG & KNUPP, LLP
                                                           2300 M Street, N.W., Suite 800
                                                           Washington, D.C. 20037
                                                           (202) 973-8136 (Telephone)
                                                           (202) 973-8110 (Facsimile)
                                                           *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No. **1.07cv00098 (RMU)** |
| **UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP,** *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

Good cause appearing, it hereby is ORDERED THAT Marc E. Mayer is admitted *pro hac vice* in the above-entitled action.


Dated: _____        _____
                                 Ricardo M. Urbina
                                 Judge, United States District Court,
                                 District of Columbia

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION OF DEFENDANTS FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MARC E. MAYER has been served, via U.S. Mail, to the following address on February 16, 2007:


Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172


  /s/ Joseph E. diGenova_ (D.C. Bar No. 73320)
DIGENOVA & TOENSING, LLP
1776 K Street, NW, Suite 737
Washington, D.C. 20006
(202) 289-7701 (Telephone)
(202) 289-7706 (Facsimile)
*Attorney for Defendants*

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANICE SCOTT-BLANTON, *pro se*<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS<br>PRODUCTIONS, LLLP, *et al.*,<br><br>Defendants. | Civil Case No. **1.07cv00098 (RMU)** |

### AFFIDAVIT OF MARC E. MAYER
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

STATE OF CALIFORNIA         )
                            )    SS:
COUNTY OF LOS ANGELES       )

I, Marc E. Mayer, being duly sworn, depose and state:

1. I am an attorney admitted to practice law in the State of California. I am over the age of 18 years and believe in the obligations of an oath. I make this affidavit in support of my application for admission *pro hac vice* on behalf of Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, James Allen Schamus, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, and Diana Ossana ("Defendants").

2.  I am a partner with the law firm of Mitchell Silberberg & Knupp LLP, located at 11377 West Olympic Boulevard, Los Angeles, California 90064. My telephone number is (310) 312-2000. My office fax number is (310) 231-8354. My office email address is mem@msk.com. Service of all papers herein upon me may also be made upon Joseph DiGenova, DiGenova & Toensing, LLP, 1776 K Street, NW, Suite 737, Washington, D.C. 20006, (202) 289-7701 (Telephone), (202) 289-7706 (Facsimile), a member of the bar of this Court having an office within the District of Columbia.

3.  I am admitted to the bar of the State of California (December 2, 1997, bar number 190969). I am also a member of the following bars: Central District of California, Northern District of California, Eastern District of California, United States Court of Appeals for the Sixth Circuit.

4.  I am a member in good standing of all the bars and courts to which I have been admitted. I have never been disciplined, suspended or discharged by any court or bar organization to which I belong. I have never been denied admission to the bar of any state or federal court to which I have applied.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

//
//
//
//

6.   I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Columbia.

Dated this 15 day of February, 2007.

_____
Marc E. Mayer

STATE OF CALIFORNIA      )
                         )   ss.
COUNTY OF LOS ANGELES    )

Sworn to and subscribed before me this 15th date of February, 2007 by Marc E. Mayer, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public
My Commission Expires: Sept. 8, 2010.



KATHY GOULD
Commission # 1692446
Notary Public - California
Los Angeles County
My Comm. Expires Sep 8, 2010

3