UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**JANICE SCOTT-BLANTON,** *pro se*  )
                                    )
          Plaintiff,          )
                                    )
v.                                  )   Civil Case No. **1.07cv00098 (RMU)**
                                    )
**UNIVERSAL CITY STUDIOS**          )
**PRODUCTIONS, LLLP,** *et al.*,    )
                                    )
          Defendants.         )
_____ )


## *EX PARTE* APPLICATION OF DEFENDANTS FOR AN ENLARGEMENT OF TIME OR FOR A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 16.1, Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, James Allen Schamus, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, and Diana Ossana ("Defendants") hereby request that the Court enlarge (by 14 days) the time required for Defendants to respond to the Motion for Preliminary Injunction of Plaintiff Janice Scott-Blanton ("Plaintiff") and set a briefing schedule on such Motion, such that Defendant's opposition papers shall be filed on or before *March 7, 2007*.

Good cause exists for the requested relief, and specifically for the requested briefing schedule. Plaintiff filed her initial Complaint on January 16, 2007, against 14 defendants, including a motion picture studio, three motion picture production companies, a magazine publisher, two screenwriters, an author, and a motion picture director. In her Complaint, Plaintiff alleges that Defendants infringed her 2005 novel, *My Husband Is On The Down Low*, by

creating, in 1997, a short story entitled *Brokeback Mountain*, adapting that story into a motion picture, and producing and distributing that motion picture. It is our understanding that Plaintiff served some, but not all, of defendants with her Complaint in late January 2007. In order to avoid disputes concerning service, the parties agreed and stipulated on February 6, 2007, that Defendants would execute and return to Plaintiff waivers of service of process of the Summons and Complaint and that Defendants' response to the Complaint would be filed on or before March 20, 2007.

Notwithstanding the parties' agreement, and without any prior notice, on February 13, 2007, Plaintiff filed and served an Amended Complaint and a Motion for a Preliminary Injunction. Plaintiffs' Motion for a Preliminary Injunction seeks to "immediately" prevent Defendants from in any manner manufacturing, distributing, marketing, showing, or "otherwise generating any revenues or profiting or selling in anyway whatsoever in connection with" the motion picture *Brokeback Mountain*. This request for relief, in essence, would force Defendants to remove *Brokeback Mountain*, an award-winning film, from the worldwide marketplace. As such, the relief requested is extremely drastic and would have a profound impact on Defendants. Plaintiff has supported her request with dozens of pages of charts purporting to outline similarities between the two works, but has failed to address the fact that *Brokeback Mountain* was created prior to *My Husband Is On The Down Low* and she has not identified which of the purported similarities were present in the original 1997 short story (and thus could not have been copied by Defendant from her novel). Although some of the defendants may not have yet been served by Plaintiff (either with her Complaint or Motion for Preliminary Injunction), pursuant to LCvR 65.1, those defendants that have been served must respond to Plaintiff's Motion by Wednesday, February 21, 2007.

In light of the broad and drastic nature of the relief sought, Defendants should be afforded a full and complete opportunity to address both the relief sought by Plaintiff and the merits of Plaintiffs' claims. However, in light of the amount and nature of the material submitted by Plaintiff (which include her 252-page novel) and the number of defendants and witnesses

involved in the action (which include the screenwriters, authors, and production companies involved with *Brokeback Mountain*), Defendants require additional time to prepare the necessary declarations and to fully analyze the nature and merits of Plaintiff's infringement claims. This process is particularly difficult in light of the facts that Monday, February 19, 2007, is a Federal holiday and many of the necessary witnesses are unavailable during the holiday weekend.

Accordingly, Defendants request a brief, 14-day extension of time to prepare the necessary opposition papers, such that Defendants' opposition papers shall be filed on or before **March 7, 2007.** In consideration for this additional time, Defendants would agree not to oppose Plaintiff filing any reply memorandum on or before March 14, 2007.

Defendants submit that the requested briefing schedule would not prejudice the Plaintiff in any manner. The short story *Brokeback Mountain* has been widely and publicly available since 1997. The motion picture was released to the public in 2005, well over one year ago. Further, although Plaintiff filed her Complaint on January 16, 2007, she waited several weeks after that filing to even seek injunctive relief. Nor did she confer with defendants (as required by LCvR7(m)) prior to filing her motion, nor give counsel any indication that she intended to do so. Accordingly, in light of Plaintiff's lengthy delay in seeking injunctive relief, and the fact that the motion picture already has been widely released to the public (and viewed by hundreds of thousands of people), an additional 14 days would be of little consequence with respect to any arguable harm purportedly suffered by Plaintiff.

Defendants have attempted to contact Plaintiff by telephone, e-mail, and courier delivery to discuss this request or to enter into a stipulation. However, Plaintiff has not responded to their inquiries.

Date:  February 15, 2007                              Respectfully submitted,


/s/ Joseph E. diGenova
Joseph E. diGenova (D.C. Bar No. 73320)
DIGENOVA & TOENSING, LLP
1776 K Street, NW, Suite 737
Washington, D.C. 20006
(202) 289-7701 (Telephone)
(202) 289-7706 (Facsimile)

/s/ Steven J. Metalitz
Steven J. Metalitz (application for admission to this Court pending) (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8136 (Telephone)
(202) 973-8110 (Facsimile)
*Attorneys for Defendants*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| **UNIVERSAL CITY STUDIOS** ) | |
| **PRODUCTIONS, LLLP,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Good cause appearing, and after consideration of the Ex Parte Application of Defendants For an Enlargement of time or for a Briefing Schedule on Plaintiff's Motion for Preliminary Injunction, it hereby is ORDERED THAT:

1. Defendants' Ex Parte Application For an Enlargement of time or for a Briefing Schedule on Plaintiff's Motion for Preliminary Injunction is GRANTED;

2. Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction shall be served and filed on or before March 7, 2007.

Dated: _____     _____
                          Ricardo M. Urbina
                          Judge, United States District Court,
                         District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing EX PARTE APPLICATION OF DEFENDANTS FOR AN ENLARGEMENT OF TIME OR FOR A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION has been served, via U.S. Mail, to the following address on February 16, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

     /s/ Joseph E. diGenova_ (D.C. Bar No. 73320)
DIGENOVA & TOENSING, LLP
1776 K Street, NW, Suite 737
Washington, D.C. 20006
(202) 289-7701 (Telephone)
(202) 289-7706 (Facsimile)
*Attorney for Defendants*