UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| **UNIVERSAL CITY STUDIOS** ) | |
| **PRODUCTIONS, LLLP,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, James Allen Schamus, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, and Diana Ossana ("Defendants"), hereby substitute the following counsel:

    Steven J. Metalitz (D.C. Bar No. 944603)
    Mitchell Silberberg & Knupp LLP
    2300 M Street, N.W., Suite 800
    Washington, D.C. 20037
    (202) 973-8132 (Telephone)
    (202) 973-8110 (Facsimile)

in place of attorney Joseph E. diGenova (D.C. Bar No. 73320), diGenova & Toensing LLP, 1776 K Street, NW, Suite 737, Washington, D.C. 20006.

Marc E. Mayer of Mitchell Silberberg & Knupp LLP (admitted *pro hac vice*) will remain a legal representative of Defendants.

Date:  March 6, 2007                              I hereby consent to the foregoing substitution,

/s/ Joseph E. diGenova
Joseph E. diGenova (D.C. Bar No. 73320)
DIGENOVA & TOENSING, LLP
1776 K Street, NW, Suite 737
Washington, D.C. 20006
(202) 289-7701 (Telephone)
(202) 289-7706 (Facsimile)

/s/ Steven J. Metalitz
Steven J. Metalitz  (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8132 (Telephone)
(202) 973-8110 (Facsimile)

/s/ Marc E. Mayer
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL has been served, via U.S. Mail and via the Court's electronic filing system, to the following address on March 6, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                       _/s/ Joseph E. diGenova_ (D.C. Bar No. 73320)
                                       DIGENOVA & TOENSING, LLP
                                       1776 K Street, NW, Suite 737
                                       Washington, D.C. 20006
                                       (202) 289-7701 (Telephone)
                                       (202) 289-7706 (Facsimile)
                                       *Attorney for Defendants*