UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNIVERSAL CITY STUDIOS** )<br>**PRODUCTIONS, LLLP,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Case No. **1.07cv00098 (RMU)** |

### CERTIFICATION OF INTERESTED PARTIES

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, counsel of record for Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana ("Defendants"), hereby certifies that to the best of its knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

- NBC Universal, Inc, a non-public entity, indirectly owns Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC and Del Mar Productions LLC.  NBC Universal, Inc. is owned indirectly by General Electric Company, a publicly held company, and Vivendi, S.A., a publicly held company.

- CBS Corporation, a publicly held company, owns 100% of the stock of CBS Operations Inc., which is the Sole Member of French Street Management LLC, which owns 100% of the stock of Simon & Schuster, Inc.

- Advance Publications, Inc. owns *The New Yorker* Magazine, and has no parent, subsidiary or affiliate that has any outstanding securities in the hands of the public.

- River Road Entertainment LLC has no parent, subsidiary or affiliate that has any outstanding securities in the hands of the public.

- Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana are individuals with no parents, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

March 6, 2007                               Respectfully Submitted:

/s/ Steven J. Metalitz
Steven J. Metalitz  (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8136 (Telephone)
(202) 973-8110 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing CERTIFICATION OF INTERESTED PARTIES has been served, via U.S. Mail and via the Court's electronic filing system, to the following address on March 6, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

        /s/ Marc E. Mayer
        Marc E. Mayer
        MITCHELL SILBERBERG & KNUPP LLP
        11377 West Olympic Boulevard
        Los Angeles, California 90064-1683
        (310) 312-2000 (Telephone)
        (310) 312-3100 (Facsimile)
        *Attorneys for Defendants*