# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANICE SCOTT-BLANTON, pro se | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1.07cv00098 (RMU) |
| | ) | |
| UNIVERSAL CITY STUDIOS | ) | |
| PRODUCTIONS, LLLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF JEFFREY ROTH</u>

I, Jeffrey Roth, declare as follows:

1.      I am the Senior Vice-President of post-production at Focus Features, LLC. ("Focus Features")  Focus Features is a motion picture production company and was responsible for the production and filming of the motion picture entitled "Brokeback Mountain."  As Senior Vice President of post-production, I am informed of all stages of production with respect to motion pictures produced by Focus Features (including "Brokeback Mountain").  I was directly responsible for overseeing and directing all post-production activities with respect to "Brokeback Mountain."  I have been employed by Focus Features (or its predecessor, Good Machine International) since 2001.  I know all of the following of my own personal knowledge or based

upon my review of documents retained at the offices of Focus Features and kept and maintained in the ordinary course of business.

2.     The motion picture "Brokeback Mountain" was filmed from a screenplay written by Larry McMurtry and Diana Ossama.  During the "pre-production" process of a full-length motion picture, it is typical for some revisions or edits to be made to a screenplay prior to the filming of the motion picture.  In order to keep track of the timing of those edits and the person making the changes, screenplay edits are color-coded.  Based on my review of the business records of Focus Features, the "white" script of "Brokeback Mountain" (*i.e.*, the original version of the script) was finalized on April 16, 2004.  Some edits were made to that script and embodied on "blue" pages and "pink" pages.  The blue pages and pink pages were completed on May 5 and May 20, 2004, respectively.  Accordingly, the "final shooting script" for "Brokeback Mountain" (i.e. the script used by the actors and film crew in filming the motion picture) was completed by May 20, 2004.  A true and correct copy of the cover page of the final shooting script (indicating the dates of the edits embodied in the blue pages and pink pages) is attached hereto as Exhibit A.

3.     Based on my review of the business records of Focus Features, principal photography (i.e., the shooting and filming) for "Brokeback Mountain" commenced on or about May 25, 2004, in and around Calgary, Alberta, Canada.  That process was completed in early August 2004 (specifically, by August 5, 2004).  By that time, with the exception of a few scenic (non-dialogue without actors) shots that were taken later, all of the raw footage for the motion picture had been created (was "in the can"), which included all of the acting and dialogue that was to comprise the final theatrical release of "Brokeback Mountain."  To the best of my knowledge and recollection, and based on my review of Focus Features' business records, no "reshooting" or additional photography took place after August 2004, with the exception of obtaining a scenic establishing shot with no dialogue and no actors in or about January 2005.  A

1220109.1

true and correct copy of excerpts of the "final" daily production report for August 5, 2004, is attached hereto as Exhibit B.

4.      On or about September 5, 2004, "Brokeback Mountain" entered "post-production." Post-production is the process by which the raw footage created during principal photography becomes a final, commercial motion picture. During production, the raw film footage is transferred to videotape and daily editing begins. During the post-production process, rough cuts of the film are created, editing continues, music is composed and/or synchronized with the footage, and visual effects are determined and polished. During post-production, the production company is working with footage created during the film's principal photography. Thus, in the case of "Brokeback Mountain," the post-production team was working solely with the footage created in May, June, July and August 2004 (with the only exception being one or two establishing scenic shots (with no dialogue and without actors) filmed in or about January 2005).

5.      Just prior to commencement of post-production for "Brokeback Mountain," I created (as is my standard practice) a calendar to guide the post-production team through the process and set a timetable for certain key milestones in the creation of the motion picture. A true and correct copy of my post-production calendar for "Brokeback Mountain" is attached hereto as Exhibit C. Based on my review of my post-production calendar and my own personal recollection, the footage of "Brokeback Mountain" was edited and "directors' cuts" (i.e. preliminary versions) of the motion picture were created during the period September 2004 through mid-January 2005. On or about January 14, 2005 (after 18 weeks of editing), the motion picture was "locked." This means that as of that date, the footage was in its final form and no further editing of the film took place. No changes to the storyline, dialogue, or characters were made after the film was "locked."

6.    During the remainder of January through early March 2005, the film's sound was edited, the score was recorded, sound effects were added, and the beginning and end titles were created. On or about Wednesday, March 9, 2005, the "printmaster" was created, which is a final version of the movie's optical sound track to be coordinated with the negative and inter-negatives (i.e., the cut film as of the date the picture "locked") to make the "prints" of the movie. The printmaster must exactly match the negative -- i.e., the "locked" film -- so the sound coordinates with the images in the prints. After that March 9 date, post-production work on "Brokeback Mountain" consisted only of technical work to prepare the final film for release to the public -- primarily touch-up work to improve the audio quality of the print. No changes were made to any of the dialogue, storyline, or characters -- all of these elements had been completed and finalized by the end of August 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execution on this __5th__ day of March, 2007, at Los Angeles, California.

Jeffrey Roth

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DECLARATION OF JEFFREY ROTH has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 7, 2007:


Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172


/s/ Marc E. Mayer
Marc E. Mayer
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)

*Janice Scott-Blanton, pro se v. Universal City Studios Productions, LLLP, et al.*

**Civil Case No. 1.07cv00098 (RMU)**

# EXHIBIT A

## Declaration of Jeffrey Roth

# BROKEBACK MOUNTAIN
## A Screenplay

April 16, 2004 WHITE
May 5, 2004 BLUE PAGES
May 20, 2004 PINK PAGES

**EXHIBIT A**

*Janice Scott-Blanton, pro se v. Universal City Studios Productions, LLLP, et al.*

**Civil Case No. 1.07cv00098 (RMU)**

# EXHIBIT B

## Declaration of Jeffrey Roth

# DAILY PRODUCTION REPORT
## **FINAL**

Producers: Diana Ossana, James Schamus
Executive Producers: Michael Costigan, Larry McMurtry, Michael Hausman, Bill Pohlad
Co Producer: Scott Ferguson

DATE: Thursday, August 05, 2004
START DATE: May 25, 2004

Weather:  sunny in am; rain late afternoon
SHOOT DAY:  51 of 48

| DAYS | MAIN UNIT | REDUCED UNIT | PREP/WRAP | HOLIDAY | TRAVEL |
|---|---|---|---|---|---|
| SCHED. | 48 | 4 | 2 | 3 | 0 |
| REVISED | 50 | 2 | 3 | | |
| ACTUAL | 51 | 2 | 2 | 2 | 0 |
| AHEAD/(BEHIND) | (2) | 2 | (1) | | |

| | | | | | |
|---|---|---|---|---|---|
| SETS: Ext. WY: Side of the Road; Ext. Middle of the Road–Ennis' POV: Ext. Juarez-Texas/Mexican Border | | | | | |
| LOCATION:  Dorothy, Alberta | | | | | |
| CREW CALL: 1200 | 1st SHOT: 1355 | | LUNCH: 1816-1910 | | 1st SHOT AFTER LUNCH: N/A |
| DINNER: | 1st SHOT: | | WRAP: 1950 | | |
| | GRIP: 2048 | | ELECTRIC: 2030 | | CAMERA: 2100 |

| | SCENES | PAGES | MINUTES | | SCENES SHOT | SCHEDULED NOT SHOT |
|---|---|---|---|---|---|---|
| TOTAL IN SCRIPT | 181 | 112 7/8 | 152:03 | | 95E, 161 | 152, 116 |
| ADDED + | | | | | | |
| DELETED - | | | | | | |
| TOTAL TO DATE | 181 | 112 7/8 | 152:03 | | | |
| SCHEDULED TODAY | 4 | 1 1/8 | | SETUPS | SHOT NOT SCHEDULED | OMIT |
| SHOT PREV | 163 | 106 5/8 | 146:25 | 903 | | |
| SHOT TODAY | 2 | 6/8 | 0:30 | 11 | | |
| SHOT TO DATE | 165 | 107 3/8 | 146:55 | 914 | | |
| TO BE SHOT | 16 | 5 4/8 | 5:08 | | | |

**KODAK 5246**

| FILM USE | TOTAL | PRINT | NO GOOD | WASTE | SHORT ENDS | FILM INVENTORY | |
|---|---|---|---|---|---|---|---|
| PREVIOUS | 261060 | 192820 | 44190 | 24050 | 1430 | PREV. BALANCE | 10400 |
| TODAY | 3920 | 3000 | 510 | 410 | 1480 | NEW STOCK | 2000 |
| TO DATE | 264980 | 195820 | 44700 | 24460 | 2910 | USED TODAY | 3920 |
| | | | | | | NEW BALANCE | 8480 |

**KODAK 5218**

| FILM USE | TOTAL | PRINT | NO GOOD | WASTE | SHORT ENDS | FILM INVENTORY | |
|---|---|---|---|---|---|---|---|
| PREVIOUS | 99170 | 76930 | 12220 | 10020 | 2930 | PREV. BALANCE | 26440 |
| TODAY | 0 | 0 | 0 | 0 | 0 | NEW STOCK | 0 |
| TO DATE | 99170 | 76930 | 12220 | 10020 | 2930 | USED TODAY | 0 |
| | | | | | | NEW BALANCE | 26440 |

**KODAK 5245**

| FILM USE | TOTAL | PRINT | NO GOOD | WASTE | SHORT ENDS | FILM INVENTORY | |
|---|---|---|---|---|---|---|---|
| PREVIOUS | 128730 | 90750 | 23350 | 14630 | 1520 | PREV. BALANCE | 20570 |
| TODAY | 0 | 0 | 0 | 0 | 0 | NEW STOCK | 0 |
| TO DATE | 128730 | 90750 | 23350 | 14630 | 1520 | USED TODAY | 0 |
| | | | | | | NEW BALANCE | 20570 |

**KODAK 5279**

| FILM USE | TOTAL | PRINT | NO GOOD | WASTE | SHORT ENDS | FILM INVENTORY | |
|---|---|---|---|---|---|---|---|
| PREVIOUS | 35540 | 26460 | 5510 | 3570 | 2160 | PREV. BALANCE | 6460 |
| TODAY | 0 | 0 | 0 | 0 | 0 | NEW STOCK | 0 |
| TO DATE | 35540 | 26460 | 5510 | 3570 | 2160 | USED TODAY | 0 |
| | | | | | | NEW BALANCE | 6460 |

| TOTAL USED TODAY: | 3920 |
|---|---|

| TOTAL FILM INVENTORY: | TOTAL |
|---|---|
| TOTAL DRAWN: | 63870 |
| TOTAL NEW: | 2000 |
| TOTAL USED TODAY: | 3920 |
| TOTAL ON HAND: | 61950 |

| DAT TAPES | |
|---|---|
| PREV: | 91 |
| TODAY: | 2 |
| TO DATE: | 93 |

**EXHIBIT B**

| # | CAST | CHARACTER | STATUS (see note)* | P/U | H/MU/ WRD | ON SET | LUNCH IN | LUNCH OUT | DISMISS ON SET | ARRV. HOTEL | NDB | ST ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Jake Gyllenhaal | Jack | W | 1230 | 1430 | 1530 | 1815 | 1915 | 2000 | 2200 | | |
| 4 | Anne Hathaway | Lureen | TR | TRAVEL: Calgary to Los Angeles | | | | | | | | |
| 52 | Kade Phillips | Ennis Age 9 | SWF | 1030 | 1200 | 1300 | | | 1615 | 1745 | | |
| 53 | Steffen Cole | KE Del Mar | SWF | 1030 | 1200 | 1300 | | | 1615 | 1745 | | |
| 2X | Shane Pollitt | Jack Stunt Double | WF | 1030 | 1200 | 1430 | 1800 | 1900 | 2000 | 2130 | | |

**NOTES:**
: All cast and crew in before crew call received a NDB.
: J. Gyllenhaal's (#2) pick up was changed to 1230 in order to receive his 12 hour turnaround.
: Crew in and out times do not include travel to Dorothy (1 hour 24 minutes IATSE; 1 hour 30 minutes DGC).
: Jack's last truck, ND truck, Jack's 1st truck, Jack's 2nd truck, Ennis' truck worked.
: Splinter unit worked.
: Crew broke for a half hour lunch from 1816-1910 and went into 16 minutes of meal penalty.  Cast received a one hour lunch from 1800-1900 except for J. Gyllenhaal (#2) who broke from 1815-1915.  Splinter unit broke for a half hour lunch from, 1845-1930 and went into 45 minutes of meal penalty.
: G. Major (sound) worked with splinter unit 1845 and then began working with main unit after lunch.
: Due to extreme weather after lunch, scene 152 and 116 were unable to be shot.
: Steadi cam worked.
: G. Longmore upgraded to 1AC; K. Strong upgraded to 2AC.
: G. Major's (sound) in and out times allow for driving sound van.
: Splinter unit traveled from Beiseker at the end of their day.  (No paid travel.)

**EXHIBIT B**

_Janice Scott-Blanton, pro se v. Universal City Studios Productions, LLLP, et al._

**Civil Case No. 1.07cv00098 (RMU)**

# EXHIBIT C

## Declaration of Jeffrey Roth



# September 2004

## Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Aug 2004 / Oct 2004 | | | 1 | 2 | 3 | 4 |
| 5 | 6 **Labor Day - Union Holiday** | 7 **Editor Starts** | 8 | 9 | 10 | 11 |
| Post Week 1 | | Editor's Assembly (Week 1) | | | | Post Week 1 |
| 12 | 13 | 14 | 15 | 16 | 17 **Screen Editor's Assembly** | 18 |
| Post Week 2 | | Editor's Assembly (Week 2) | | | | Post Week 2 |
| 19 | 20 **Prelim Source Music Cue Sheet** / *Preliminary VFX List to Buzz* | 21 | 22 | 23 | 24 | 25 |
| Post Week 3 | | Director's Cut (Week 1) | | | | Post Week 3 |
| 26 | 27 | 28 | 29 | 30 | | |
| Post Week 4 | | Director's Cut (Week 2) | | | | |

Aug 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

Oct 2004
S M T W T F S
          1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**EXHIBIT C**



# October 2004

### Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | Sep 2004 / Nov 2004 calendars | | | | **1** Director's Cut | **2** Post Week 4 |
| **3** Post Week 5 | **4** | **5** | **6** VFX Creative Meeting with Buzz | **7** | **8** | **9** Post Week 5 |
| | | | Director's Cut (Week 3) | | | |
| **10** Post Week 6 | **11** Columbus Day | **12** | **13** | **14** | **15** Circulate Draft Main Title Copy | **16** Post Week 6 |
| | | | Director's Cut (Week 4) | | | |
| **17** Post Week 7 | **18** | **19** | **20** | **21** | **22** | **23** Post Week 7 |
| | | | Director's Cut (Week 5) | | | |
| **24** Post Week 8 | **25** Prelim. Music Spotting with Gustavo | **26** | **27** | **28** | **29** | **30** Post Week 8 |
| | | | Director's Cut (Week 6) | | | |
| **31** Halloween Post Week 9 | | | | | | |

Sep 2004
S M T W T F S
          1  2  3  4
5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

Nov 2004
S M T W T F S
   1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30



# November 2004

### Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | *1* | *2* <br> Election Day | *3* | *4* | *5* <br> Lock Temp VFX for Preview | *6* <br> Post Week 9 |
| | | | | Director's Cut (Week 7) | | |
| *7* <br> Post Week 10 | *8* | *9* | *10* | *11* <br> Veteran's Day Holiday | *12* <br> Gustavo Delivers New Temp Score | *13* <br> Post Week 10 |
| | | | Director's Cut (Week 8) | | | |
| *14* <br> Post Week 11 | *15* | *16* | *17* | *18* | *19* | *20* <br> Post Week 11 |
| | | | Director's Cut (Week 9) | | | |
| *21* <br> Post Week 12 | *22* | *23* <br> Screen Director's Cut | *24* | *25* <br> Thanksgiving Holiday | *26* <br> Director's Cut | *27* <br> Post Week 12 |
| | | Director's Cut (Week 10) | | | | |
| *28* <br> Post Week 13 | *29* <br> 2nd Assistant Editor Starts <br> Focus Notes | *30* | | | | |
| | Director's Cut (Week 11) | | | | | |

Oct 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

Dec 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**EXHIBIT C**



# December 2004
### Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Nov 2004 / Jan 2005 | | | 1 | 2 | 3 — 2nd VFX Turnover | 4 |
| | | | Director's Cut (Week 11) | | | Post Week 13 |
| 5 — Post Week 14 | 6 | 7 | 8 | 9 | 10 | 11 — Post Week 14 |
| | | Director's Cut (Week 12) | | | | |
| 12 — Post Week 15 | 13 — Preliminary Sound Spotting with CG | 14 | 15 | 16 | 17 — Editorial / Sound Screening - NYC | 18 — Post Week 15 |
| | | Director's Cut (Week 13) | | | | |
| 19 — Post Week 16 | 20 — Circulate End Titles Draft | 21 | 22 — LOCK ALL FINAL VFX SHOTS | 23 — Final VFX Turnover - All outstanding shots | 24 | 25 — Christmas Day — Post Week 16 |
| | | Director's Cut (Week 14) | | | | |
| 26 — Holiday Hiatus Week | 27 — Start Assistant Sound Editor | 28 | 29 | 30 | 31 | |
| | | Final VFX Pulling / Scanning (Week 1) | | | | |

Nov 2004
S M T W T F S
          1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

Jan 2005
S M T W T F S
                      1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**EXHIBIT C**



# January 2005

## Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | Dec 2004<br>S M T W T F S<br>1 2 3 4<br>5 6 7 8 9 10 11<br>12 13 14 15 16 17 18<br>19 20 21 22 23 24 25<br>26 27 28 29 30 31 | Feb 2005<br>S M T W T F S<br>1 2 3 4 5<br>6 7 8 9 10 11 12<br>13 14 15 16 17 18 19<br>20 21 22 23 24 25 26<br>27 28 | | | **1**<br>Holiday Hiatus Week<br>New Year's Day |
| **2**<br><br>Post Week 17 | **3**<br>Dialogue Editor Starts | **4** | **5** | **6**<br>Focus Screening #2 | **7**<br>Prelim Music Spotting #2 - NYC (Tentative) | **8**<br><br>Post Week 17 |
| | | Sound Edit (Week 1)<br>Final VFX Pulling / Scanning (Week 2)<br>Director's Cut (Week 16) | | | | |
| **9**<br><br>Post Week 18 | **10**<br>FX Editor Starts | **11** | **12** | **13** | **14**<br>LOCK | **15**<br><br>Post Week 18 |
| | | Negative Pulling / Cutting (Week 1)<br>Sound Edit (Week 2)<br>Director's Cut (Week 17) | | | | |
| **16**<br>AL / DT to LA for Music Spotting<br>Post Week 19 | **17**<br>Final Music Spotting (LA) | **18** | **19** | **20** | **21**<br>Final Dialogue, ADR, FX Spotting | **22**<br><br>Post Week 19 |
| | | Negative Pulling / Cutting (Week 2)<br>Sound Edit (Week 3) | | | | |
| **23**<br>Principal ADR Week 1<br>Post Week 20 | **24**<br>Begin Color Grading | **25** | **26** | **27** | **28**<br>Main Titles Approved for Filmout | **29**<br><br>Post Week 20 |
| | | Foley (Week 1)<br>Negative Pulling / Cutting (Week 3)<br>Sound Edit (Week 4) | | | | |
| **30**<br>Field Record Week<br>Principal ADR Week 2<br>Post Week 21 | **31**<br>Shoot Main<br>Music Edit<br>Foley (Week 2)<br>Sound Edit | | | | | |

**EXHIBIT C**



# February 2005

### Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | *1* | *2* | *3* | *4* | *5* |
| | | | Sound Edit (Week 5) / **Music Edit** / Foley (Week 2) | | | Post Week 21 |
| *6* Travel to Seattle / Post Week 22 | *7* Record Score | *8* | *9* | *10* | *11* | *12* End Rental Avid #1 |
| | | | Mixdown Score (LA) / Sound Edit (Week 6) | | | Post Week 22 |
| *13* Post Week 23 | *14* ADR NY / LA - Heath & Michelle | *15* | *16* | *17* | *18* | *19* |
| | | | Linda's Pre-Dub / Watson's Pre-Dub / **Music Edit** | | | Post Week 23 |
| *20* Post Week 24 | *21* ADR Edit Catchup / Union Holiday - MLK Day | *22* Dialogue | *23* | *24* Final Dub | *25* | *26* Post Week 24 |
| *27* Post Week 25 | *28* Final Dub | | | | | |

| Jan 2005 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| Mar 2005 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

Printed by Calendar Creator for Windows on 7/11/2005

**EXHIBIT C**



# March 2005

### Post Production Schedule v.3 (26 Weeks - 3/1/05)

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Feb 2005** <br> S M T W T F S <br> 1 2 3 4 5 <br> 6 7 8 9 10 11 12 <br> 13 14 15 16 17 18 19 <br> 20 21 22 23 24 25 26 <br> 27 28 | | **1** <br> 1st Mute Answer Print w/slugs (NYC) <br> CH / RP to NYC | **2** <br> 1st Mute Answer Print w/slugs (NYC - Backup) | **3** <br> End Title Copy Approved <br> MPAA Screening <br> *Digital Grade Opticals / VFX* | **4** <br> 2nd Mute Answer Print w/slugs (TOR) <br> Circulate Final End Title Gallies | **5** <br> Post Week 25 |
| **6** <br> Post Week 26 | **7** <br> 2nd Mute Answer Print w/slugs (NYC) <br> End Title Gallies Approved for Filmout | **8** <br> Shoot End Titles <br> Cut in VFX / Main & End Titles | **9** | **10** <br> Shoot Optical Track #1 | **11** <br> 3rd AP with ALL VFX / Main & End Titles - Composite | **12** <br> Post Week 26 |
| **13** <br> DELIVERY WEEK 1 | **14** | **15** | **16** | **17** | **18** <br> Final Composite Answer Print | **19** <br> DELIVERY WEEK 1 <br> End Rental Avid #2 |
| **20** <br> DELIVERY WEEK 2 | **21** <br> QC Optical Soundtrack #1 <br> Interpositive #1 | **22** | **23** <br> Internegative #1 | **24** | **25** <br> Final Composite Check Print #1 | **26** <br> DELIVERY WEEK 2 |
| **27** <br> DELIVERY WEEK 3 | **28** <br> IP #1 to Video Facility for notching <br> Interpositive #2 | **29** <br> Notch IP For Videomastering | **30** <br> DoP to Screen Final AP with Video Colorist <br> Videomastering (Week 1) <br> Internegative #2 | **31** | **Apr 2005** <br> S M T W T F S <br> 1 2 <br> 3 4 5 6 7 8 9 <br> 10 11 12 13 14 15 16 <br> 17 18 19 20 21 22 23 <br> 24 25 26 27 28 29 30 | |

Printed by Calendar Creator for Windows on 7/11/2005

**EXHIBIT C**



# April 2005

**Post Production Schedule v.3 (26 Weeks - 3/1/05)**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | Mar 2005 / May 2005 | | | | *1* Final Composite Check Print #2 — Videomastering Sound Element | *2* DELIVERY WEEK 3 |
| *3* DELIVERY WEEK 4 | *4* QC Optical Soundtrack #2 | *5* | *6* | *7* | *8* DELIVERY COMPLETE — HD Masters to Uni for Dirt Call / Prelim QC | *9* DELIVERY WEEK 4 |
| | | | Videomastering (Week 2) | | | |
| *10* | *11* | *12* | *13* | *14* | *15* | *16* |
| *17* | *18* | *19* | *20* | *21* | *22* | *23* |
| *24* | *25* | *26* | *27* | *28* | *29* | *30* |

Mar 2005
S M T W T F S
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

May 2005
S M T W T F S
 1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**EXHIBIT C**