UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANICE SCOTT-BLANTON, *pro se*

      Plaintiff,

v.

UNIVERSAL CITY STUDIOS
PRODUCTIONS, LLLP, *et al.*,

      Defendants.

Civil Case No. **1.07cv00098 (RMU)**

## DECLARATION OF RICHARD LONGWELL

I, RICHARD LONGWELL, declare as follows:

1. I am the Executive Vice-President of Sales and Category Management of Universal Studios Home Entertainment LLC ("USHE"), which is an affiliated company of Universal City Studios LLLP ("Universal") and Focus Features LLC ("Focus"), two of the defendants in the above-entitled action. USHE is responsible for DVD distribution of the motion picture *Brokeback Mountain*. I know all of the following facts from my own personal knowledge or based upon my review of corporate records maintained in the ordinary course of business.

2. In this day of massive production costs for films, motion picture studios do not undertake the financial burden of such expenses based on box office revenues alone, nor do they necessarily recoup their costs from such revenues. The studios actually often depend upon

subsequent distribution "windows" to realize a profit on their enormous investments. Among the most important of those distribution "windows" are DVD (or home video) sales, "on demand" or "pay-per-view" broadcasts, pay cable broadcasts, and free network television broadcasts. While *Brokeback Mountain* enjoyed immense artistic success in its theatrical release, the return on the investment in the Film largely is dependent on those distribution channels in which *Brokeback Mountain* currently is being distributed – namely, DVDs and cable television.

3.  The DVD for *Brokeback Mountain* was released on April 4, 2006. Since that time, hundreds of thousands of copies of the *Brokeback Mountain* DVD have been sold to retailers for sale to the public. It would be impossible to seek a "recall" of these DVDs, especially given the amount of time that has passed since the release of the DVD. Many of those DVDs already have been sold to consumers. The rest likely are in retail locations throughout the country. It would be a massive undertaking (to the extent it could be done at all) to determine where those DVDs are located – much less to contact the thousands (or tens of thousands) of retail outlets that may be carrying copies of the *Brokeback Mountain* DVD.

4.  In addition to the difficulty (if not impossibility) of recalling copies of the *Brokeback Mountain* DVD, to do so would cause substantial financial and reputational injury to Universal/USHE. Among other things, Universal and USHE's retailers might demand reimbursement for their lost advertising investments. Universal/USHE also would suffer diminished goodwill and reputation among the retailers for trying to institute a recall of a well-publicized DVD that has been on the market for nearly a year. Recalling the release would irreparably harm USHE and Universal's relationship with the retailers.

5.     As for those DVDs that have not yet been shipped to retailers, USHE/Universal has incurred substantial expense in manufacturing these DVDs and arranging for their shipment to retailers. If enjoined from selling or distributing these products, USHE/Universal would be unable to recoup its expenses and would suffer a significant loss of income. More critically, as time passes, consumer interest in purchasing the DVD almost invariably declines. Accordingly, if further sale or distribution of the DVD is suspended even temporarily, it is likely that USHE/Universal will suffer an overall loss of sales and income in connection with the DVD.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 5th of March, 2007, at Universal City, California.

_____
Richard Longwell

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing DECLARATION OF RICHARD LONGWELL has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 7, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                          /s/ Marc E. Mayer
                          Marc E. Mayer
                          MITCHELL SILBERBERG & KNUPP LLP
                          11377 West Olympic Boulevard
                          Los Angeles, California 90064-1683
                          (310) 312-2000 (Telephone)
                          (310) 312-3100 (Facsimile)