UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNIVERSAL CITY STUDIOS** )<br>**PRODUCTIONS LLLP,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Case No. **1.07cv00098 (RMU)** |

### NOTICE OF ERRATA RE: [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana (collectively, "Defendants") hereby lodge the attached [Proposed] Order denying Plaintiff's Motion for a Preliminary Injunction.

The attached [Proposed] Order accompanies Defendants' Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction, with was filed on March 7, 2007. The [Proposed] Order inadvertently was not attached to Defendant's Memorandum, and thus is attached hereto. Defendants respectfully request that such [Proposed] Order be lodged with the Court.

Date: March 21, 2007              Submitted by:

/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8109 (Telephone)
(202) 973-8110 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing NOTICE OF ERRATA RE: [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 21, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                      /s/ Marc E. Mayer
                                      Marc E. Mayer (*pro hac vice*)
                                      MITCHELL SILBERBERG & KNUPP LLP
                                      11377 West Olympic Boulevard
                                      Los Angeles, California 90064-1683
                                      (310) 312-2000 (Telephone)
                                      (310) 312-3100 (Facsimile)
                                      *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Case No. **1.07cv00098 (RMU)** |
| **UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.*, | | |
| Defendants. | | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

After review of the Motion of Plaintiff Janice Scott-Blanton for a Preliminary Injunction, Defendants' Memorandum In Opposition thereto, and the parties' supporting papers and affidavits, it hereby is ORDERED THAT Plaintiff's Motion for a Preliminary Injunction is DENIED.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　Judge, United States District Court,
　　　　　　　　　　　　　　　　　　　　District of Columbia

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing [PROPOSED] ORDER has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 21, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

      /s/ Marc E. Mayer
      Marc E. Mayer (*pro hac vice*)
      MITCHELL SILBERBERG & KNUPP LLP
      11377 West Olympic Boulevard
      Los Angeles, California 90064-1683
      (310) 312-2000 (Telephone)
      (310) 312-3100 (Facsimile)
      *Attorneys for Defendants*