UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* <br><br> Plaintiff, <br><br> v. <br><br> **UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Case No. **1.07cv00098 (RMU)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS

Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures, Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications, Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana (collectively, "Defendants") hereby move the Court for Summary Judgment on each of the claims for relief of Plaintiff Janice Scott-Blanton ("Plaintiff").

This Motion is made on the ground that Plaintiff's claims for relief are legally and factually meritless.  The undisputed evidence demonstrates that Defendants did not copy or otherwise infringe Plaintiff's work, *My Husband Is On The Down Low and I Know About It*, in the short story, screenplay, or motion picture entitled *Brokeback Mountain*.  Such evidence specifically confirms that the short story, screenplay, and motion picture entitled *Brokeback Mountain* were created prior to the publication of *My Husband Is On The Down Low and I Know About It*.  Accordingly, the undisputed evidence precludes even the possibility of access or copying by Defendants.  See Glover v. Austin, 447 F. Supp. 2d 357, 361-62 (S.D.N.Y. 2006).

Additionally, to the extent Plaintiff has purported to assert claims under the Lanham Act, Plaintiff's allegations fail to state a claim for relief pursuant to <u>Dastar Corp. v. Twentieth Century Fox Film Corp.</u>, 539 U.S. 23, 34-37 (2003).

Defendants rely upon this Motion, the accompanying Supporting Memorandum of Law, the Declarations of Jeffrey Roth, Nan Graham, and Marc E. Mayer filed concurrently herewith, the accompanying Separate Statement of Material Facts For Which There Is No Genuine Issue For Trial, the papers and pleadings on file in this action, and any argument or evidence presented prior to or at any hearing on this Motion.

Date:  March 23, 2007                                         Submitted by:


                                                              /s/ Steven J. Metalitz
                                                              Steven J. Metalitz (D.C. Bar No. 944603)
                                                              MITCHELL SILBERBERG & KNUPP LLP
                                                              2300 M Street, N.W., Suite 800
                                                              Washington, D.C. 20037
                                                              (202) 973-8109 (Telephone)
                                                              (202) 973-8110 (Facsimile)

                                                              Marc E. Mayer (*pro hac vice*)
                                                              MITCHELL SILBERBERG & KNUPP LLP
                                                              11377 West Olympic Boulevard
                                                              Los Angeles, California 90064-1683
                                                              (310) 312-2000 (Telephone)
                                                              (310) 312-3100 (Facsimile)
                                                              *Attorneys for Defendants*

2

1241872.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                        /s/ Marc E. Mayer
                                        Marc E. Mayer (*pro hac vice*)
                                        MITCHELL SILBERBERG & KNUPP LLP
                                        11377 West Olympic Boulevard
                                        Los Angeles, California 90064-1683
                                        (310) 312-2000 (Telephone)
                                        (310) 312-3100 (Facsimile)
                                        *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| **UNIVERSAL CITY STUDIOS** ) | |
| **PRODUCTIONS LLLP,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having considered the Motion of Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana (collectively, "Defendants") for Summary Judgment; the Memorandum, Separate Statement, and affidavits in support thereof; the Memorandum and supporting documents in Opposition thereto; the arguments in favor and in opposition to the motions; and for good cause shown, rules as follows:

Defendants are entitled to summary judgment as a matter of law on all claims asserted by Plaintiff Janice Scott-Blanton ("Plaintiff"). The undisputed facts demonstrate that Defendants did not copy or otherwise infringe Plaintiff's work, *My Husband Is On The Down Low and I Know About It*, in the short story, screenplay, or motion picture entitled *Brokeback Mountain*.

2

Plaintiff additionally fails to state a claim for relief under the Lanham Act. Defendants' Motion for Summary Judgment hereby is GRANTED.

Judgment hereby is entered in favor of Defendants.

Dated: _____       _____
                                      Ricardo M. Urbina
                                      Judge, United States District Court,
                                      District of Columbia

1241570.1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing [PROPOSED] ORDER has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

        /s/ Marc E. Mayer
        Marc E. Mayer (*pro hac vice*)
        MITCHELL SILBERBERG & KNUPP LLP
        11377 West Olympic Boulevard
        Los Angeles, California 90064-1683
        (310) 312-2000 (Telephone)
        (310) 312-3100 (Facsimile)
        *Attorneys for Defendants*