## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANICE SCOTT-BLANTON, pro se )
)
Plaintiff, )
)
v. )                    Civil Case No. 1.07cv00098 (RMU)
)
UNIVERSAL CITY STUDIOS )
PRODUCTIONS, LLLP, et al., )
)
Defendants. )
)

## DECLARATION OF NAN GRAHAM

I, Nan Graham, declare as follows:

1.      I am Vice President and Editor-in-Chief of Scribner, which is an imprint of book publisher Simon & Schuster, Inc. ("Scribner").  I also am the Editor at Scribner responsible for editing the works authored by Annie Proulx and published by Scribner, and I was personally involved in overseeing the publication of certain books  embodying or containing Ms. Proulx's short story *Brokeback Mountain*.  I state all of the following based on my own personal knowledge.

2.      The short story *Brokeback Mountain*, by Annie Proulx, first was published in the October 13, 1997, issue of *The New Yorker* Magazine.   In May 1999, Scribner published a

39258.2

hardcover edition of a collection of short stories by Annie Proulx entitled "Close Range: Wyoming Stories." Among the stories contained in "Close Range" was *Brokeback Mountain* which was substantively the same as the original story published in the *New Yorker*. The only changes to the story were the addition of a new introductory passage (the new passage was less than a page in length and was placed in italics) and two very slight changes in the description of one of the two main characters, Jack Twist. The trade paperback edition of "Close Range" (containing the same story *Brokeback Mountain* as was contained in the hardcover edition) was published in February 2000. Attached hereto as Exhibit 1 is a true and correct copy of the paperback edition of "Close Range."

3.      In December 2005, the short story *Brokeback Mountain* was published by Scribner, both in hardcover and paperback, as a "stand-alone" book. The story *Brokeback Mountain* contained in this "stand-alone" publication was exactly the same story included in "Close Range." No changes were made to the story between 1999 and 2005. Attached hereto as Exhibit 2 is a true and correct copy of the paperback edition of *Brokeback Mountain*.

4.      In December 2005, Scribner also published a book entitled *Brokeback Mountain: Story to Screenplay* in a trade paperback edition. *Story to Screenplay* contained the short story *Brokeback Mountain*. A hardcover edition of *Story to Screenplay* was published by Scribner in April 2006. Like the "stand-alone" book, the story *Brokeback Mountain* contained in *Story to Screenplay* (both trade paperback and hardcover) was exactly the same story included in "Close Range." A true and correct copy of the hardcover edition of *Story to Screenplay* is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of March, 2007, at New York, New York. .

Nan Graham

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DECLARATION OF NAN GRAHAM has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:


Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172


/s/ Marc E. Mayer
Marc E. Mayer
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)

1231135.1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **JANICE SCOTT-BLANTON,** *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| **UNIVERSAL CITY STUDIOS** ) | |
| **PRODUCTIONS LLLP,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibit 1, which is an attachment to the Declaration of Nan Graham, is in paper form only and is being maintained in the case file in the Clerk's Office.

Exhibit 1 will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Date:  March 23, 2007                    Submitted by:


/s/ Steven J. Metalitz_____
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8109 (Telephone)
(202) 973-8110 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE REGARDING BULKY EXHIBIT ATTACHMENT as well as a true and correct copy of EXHIBIT 1 have been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

/s/ Marc E. Mayer
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

2

1242346.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **JANICE SCOTT-BLANTON,** *pro se* | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Case No. **1.07cv00098 (RMU)** |
|  | ) | |
| **UNIVERSAL CITY STUDIOS** | ) | |
| **PRODUCTIONS LLLP,** *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibit 2, which is an attachment to the Declaration of Nan Graham, is in paper form only and is being maintained in the case file in the Clerk's Office.

Exhibit 2 will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Date:  March 23, 2007                    Submitted by:


/s/ Steven J. Metalitz
_____
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8109 (Telephone)
(202) 973-8110 (Facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing NOTICE REGARDING BULKY EXHIBIT ATTACHMENT as well as a true and correct copy of EXHIBIT 2 have been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:


Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172



<u>/s/ Marc E. Mayer</u>
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **JANICE SCOTT-BLANTON,** *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| **UNIVERSAL CITY STUDIOS** ) | |
| **PRODUCTIONS LLLP,** *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## <u>NOTICE REGARDING BULKY EXHIBIT ATTACHMENT</u>

Exhibit 3, which is an attachment to the Declaration of Nan Graham, is in paper form only and is being maintained in the case file in the Clerk's Office.

Exhibit 3 will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.


Date:  March 23, 2007                    Submitted by:


                                         /s/ Steven J. Metalitz
                                         Steven J. Metalitz (D.C. Bar No. 944603)
                                         MITCHELL SILBERBERG & KNUPP LLP
                                         2300 M Street, N.W., Suite 800
                                         Washington, D.C. 20037
                                         (202) 973-8109 (Telephone)
                                         (202) 973-8110 (Facsimile)

1242353.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing NOTICE REGARDING BULKY EXHIBIT ATTACHMENT as well as a true and correct copy of EXHIBIT 3 have been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

<u>/s/ Marc E. Mayer</u>
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

2