UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE SCOTT-BLANTON, pro se )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL CITY STUDIOS )<br>PRODUCTIONS, LLLP, et al., )<br>)<br>Defendants. )<br>) | Civil Case No. 1.07cv00098 (RMU) |

## DECLARATION OF MARC E. MAYER

I, Marc E. Mayer, declare as follows:

1.  I am an attorney at law, duly licensed to practice law in the State of California. I have been admitted to this Court, *pro hac vice*, in connection with the above-captioned action. I am, through my professional corporation, a partner of the law firm Mitchell Silberberg & Knupp, counsel of record for Defendants Universal City Studios Productions LLLP, Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment, Inc., Del Mar Productions LLC, Simon & Schuster, Inc., Larry McMurtry, Diana Ossana, Annie Proulx, and Advance Publications, Inc. ("Defendants"). I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.  Attached hereto as Exhibit A is a true and correct copy of the short story by Annie Proulx entitled *Brokeback Mountain*, as published in the October 13, 1997, issue of *The New

1242638.1

*Yorker* Magazine (along with the cover and table of contents for the October 13, 1997, issue). I obtained these pages from representatives of *The New Yorker*.

3.      Attached hereto as Exhibit B is a true and correct copy of an excerpt of the list of past recipients of the O. Henry Prize for short fiction, as made available on the Internet. Exhibit B reflects that Annie Proulx received the O. Henry Prize in 1998 for *Brokeback Mountain* as published in the October 13, 1997, issue of *The New Yorker*. I obtained (and printed) this document from the Internet website http://www.randomhouse.com/anchor/ohenry/winners/past.html on February 15, 2007.

4.      Attached hereto as Exhibit C is a true and correct copy of a printout of excerpts from the Internet website of the American Society of Magazine Editors, reflecting that *The New Yorker* received the 1998 National Magazine Award in connection with its publication of *Brokeback Mountain*. I obtained (and printed) this document from the Internet website http://www.magazine.org/Editorial/National_Magazine_Awards on February 15, 2007.

5.      Attached hereto as Exhibit D is a true and correct copy of the short story entitled *Brokeback Mountain* as it appeared in Annie Proulx's book of short stories: "Close Range: Wyoming Stories," along with the cover and copyright page of "Close Range," reflecting that the book was published in 1999. Exhibit D is from a copy of "Close Range" that I purchased from Internet retailer Amazon.com in February 2007.

6.      Attached hereto as Exhibit E is a true and correct copy of the copyright registration for "Close Range: Wyoming Stories," which my office obtained from the United States Copyright Office in March 2007. The document attached as Exhibit E reflects that "Close Range" was published on April 13, 1999 and was registered with the Copyright Office on August 30, 1999.

2

7.  Attached hereto as Exhibit F is a true and correct copy of the short story entitled *Brokeback Mountain* as it appeared in the book entitled "*Brokeback Mountain: Story to Screenplay.*" My office has compared the version of the story attached hereto as Exhibit F to the version of the story attached hereto as Exhibit D. The two versions are substantively identical.

8.  Attached hereto as Exhibit G is a true and correct copy of the front and back cover and excerpts of the book entitled *Brokeback Mountain* (published in 2006). My office has compared the version of the story attached hereto as Exhibit G to the versions of the story attached hereto as Exhibits D and F. The versions are substantively identical.

9.  Attached hereto as Exhibit H is a true and correct copy of excerpts from the essay entitled "Climbing Brokeback Mountain," by Diana Ossana, which was published in the book entitled *Brokeback Mountain: Story to Screenplay.*

10. Attached hereto as Exhibit I is a true and correct copy of a copyright report performed by the copyright search firm Thompson & Thompson concerning the title *Brokeback Mountain*, which was prepared at the request of, and provided to me by, representatives of defendant Focus Features LLC.

11. Attached hereto as Exhibit J is a true and correct copy of the copyright registration for the screenplay *Brokeback Mountain*, by Larry McMurtry and Diana Ossana, which my office obtained from the United States Copyright Office in March 2007. The document attached as Exhibit J reflects that the screenplay *Brokeback Mountain* was created in 1998 and was registered with the Copyright Office (as an unpublished work) on April 6, 2000.

12. Attached hereto as Exhibit K is a true and correct copy of the copyright registration for the revised version of the screenplay *Brokeback Mountain*, which my office

1242638.1

obtained from the United States Copyright Office in March 2007. The document attached as Exhibit K reflects that the screenplay *Brokeback Mountain*, as revised, was registered with the Copyright Office on August 16, 2004.

13. Attached hereto as Exhibit L is a true and correct copy of the front and back cover of the book entitled *My Husband Is On The Down Low And I Know About It*, which I obtained from Internet retailer Amazon.com in February 2007.

14. Attached hereto as Exhibit M is a true and correct copy of a chart that was prepared by my office comparing the plot and character elements of the motion picture *Brokeback Mountain* that Plaintiff Janice Scott-Blanton claims were copied from her book *My Husband Is On The Down Low* with the text of the original 1997 short story *Brokeback Mountain*. On the left column of the chart is the element of the motion picture that Plaintiff claims was copied from her book, taken verbatim from the chart attached to Plaintiff's Complaint (Docket No. 1-2, at pages 1-3 of 101); the right column contains the corresponding text (and page number) of the 1997 short story (from Exhibit A, *The New Yorker*). Exhibit M reflects that virtually every one of the motion picture story and character elements that Plaintiff claims was copied from her book in fact came directly from (or was a direct outgrowth of) the original 1997 short story.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23d day of March, 2007, at Los Angeles, California.

_____
Marc E. Mayer

1242638.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing DECLARATION OF MARC E. MAYER has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

      /s/ Marc E. Mayer
      Marc E. Mayer (*pro hac vice*)
      MITCHELL SILBERBERG & KNUPP LLP
      11377 West Olympic Boulevard
      Los Angeles, California 90064-1683
      (310) 312-2000 (Telephone)
      (310) 312-3100 (Facsimile)
      *Attorneys for Defendants*