<u>*Janice Scott-Blanton, pro se v. Universal City Studios Productions, LLLP, et al.*</u>

**Civil Case No. 1.07cv00098 (RMU)**

# EXHIBIT I

**THOMSON & THOMSON**

Focus Features
Alice Pope
November 13, 2003

## Copyright Report - BROKEBACK MOUNTAIN

A search of the records of the Copyright Office and the records and files of this office reveals that the **short story** entitled **BROKEBACK MOUNTAIN**, by Annie Proulx, was published in The New Yorker magazine, issue of October 13,1997. We find no record of separate copyright registration for the magazine article. The periodical issue was published October 13, 1997, and **registered for copyright** in the name of the New Yorker Magazine, Inc., October 14, 1997, under entry No. TX: 4-560-100. (The date of creation for this issue of the magazine was not given on the copyright application).

According to a memorandum in our files, Annie Proulx's 56-page story entitled **BROKEBACK MOUNTAIN**, was scheduled for publication in the United Kingdom in the fall of 1998.

In this connection, we find that a novel entitled **BROKEBACK MOUNTAIN**, by Annie Proulx, was published in London, by Fourth Estate, in 1998. No record of separate copyright registration for this novel is found.

It is currently listed as being in print in the United Kingdom and Australia through Fourth Estate. It is not currently in print in the United States.

This short story, as read by Suzy Amis, was also included on a sound recording entitled NEW YORKER OUT LOUD, published by Mouth Almighty Records in 1997. This sound recording, described as a work in two sound cassettes, was comprised of short stories originally published in the New Yorker. We find no record of copyright registration for this sound recording.

### Derivative Work

A screenplay entitled **BROKEBACK MOUNTAIN**, by Larry McMurtry and Diana Ossana, adapted from the aforementioned short story, was created in 1998 and **registered for copyright** as an unpublished work in the name of Columbia Pictures Industries Inc., April 6, 2000, under entry No. PAU: 2-417-125. The application author is listed as Saria Inc., employer for hire of Diana Ossana and Larry McMurtry. The application states that the short story by Anna Proulx was previously registered in 1997, under entry No. TX: 4-560-100.

### Recorded Instruments

By Assignment of Rights dated **as of January 26, 1999**, recorded March 23, 1999 in Vol. 3431, doc. 335, pages 1-17, Saria Inc. ('Owner'), Larry McMurtry and Diana Ossana (collectively 'Artist'), assigned to Columbia Pictures Industries Inc., exclusively in perpetuity (subject to the reversion provisions referenced below), for the entire universe, in all languages,

Search No.: 106706711        Analyst: Becky Martineau                Page: 1

**EXHIBIT I**

**Copyright Report – BROKEBACK MOUNTAIN**

all the Artist's right, title and interest in the Underlying Literary Property Agreements (as defined below), and the motion picture screenplay entitled **BROKEBACK MOUNTAIN**, written by Artist, based on the short story of the same title by Annie Proulx, and any other literary, dramatic or other material based thereon, including all copyrights therein (the "Rights"). These rights included: (a) the sole and exclusive Motion Picture rights, including the right to produce one or more Motion Pictures, including sequels, prequels, remakes, musicals, or serials based on the aforementioned property, and the right to release, distribute, exhibit or otherwise exploit the work in all media, including theatrical, non-theatrical (including airlines, ships and other carriers, military, educational, industrial and the like), pay-per-view, home video, all forms of television, video-on-demand and near video-on-demand, all forms of digital or on-line distribution and/or transmission (including the Internet), CD-ROMs, fiber optic or other exhibition and/or delivery systems; (b) all ancillary, incidental and subsidiary rights (subject only to the limitations on Artist's rights in the Short Story as set forth in Underlying Literary Property Agreements), including merchandising rights, commercial tie-ins, interactive media, multi-media, and theme park rights; and (c) the right to publish the Property or excerpts therefrom, subject to the same aforementioned limitations. The Company would have the right to adapt the Property and in this regard, the Artist waived exercise of any provisional law known as 'droit moral'. Columbia would also assume all obligations under the Underlying Literary Property Agreements required to be performed by Artist after the date of execution of this Assignment and prior to the Reversion Date (if any); and Columbia further agreed to make the "Additional Option Payment", as defined in the Longform, no later than February 15, 1999. The following rights were described as "frozen rights" between Owner, Artist, DL and Company (i.e. no party could exercise these rights without the written consent of all the others) which were described as the right to publish and distribute the screenplay for the Picture, and the right to publish and distribute so-called 'making of books' or 'film diaries', and to authorize others to do the same. The Underlying Literary Property Agreements were further defined as: (i) the Deal Memo dated as of February 1, 1998 between Dead Line, Ltd. ("DL"), f/s/o Proulx, on the one hand, and Artist, on the other hand, with respect to Artist's option to acquire all motion picture, television and allied rights in the Short Story; (ii) the Longform Agreement dated as of September 14, 1998, between DL and Artist, which was contemplated under the terms and supersedes the Deal Memo, and (iii) the First Amendment letter dated January 28, 1999, between DL and Artist). The Reversion Provisions were defined as the Owner and Artist having the right, upon written notice to Columbia, to cause all Rights granted to Columbia thereunder, to revert to Owner and Artist, subject to a lien in favor of Columbia, in addition to Owner's and Artist's execution and delivery to Columbia of specific Documentation. Notwithstanding the foregoing, Owner and Artist would have waived their right to cause the revision of the Rights if Columbia "greenlights" the Picture before Owner and Artist gave Columbia the aforementioned notice .

By Short Form Option Agreement dated **as of February 22, 1999**, recorded March 18, 1999 in Vol. 3431, doc. 454, pages 1-2, Dead Line Ltd. (Assignor) granted to Sarla Inc. (Producer) the exclusive option to acquire all its right, title and interest (except for certain reserved rights) in the literary work entitled **BROKBACK MOUNTAIN**, written by E. Annie Proulx, throughout the universe in perpetuity, including all motion picture, television, televised motion picture and allied rights in the aforementioned literary work, in all languages and versions, including remake, sequel, prequel, pay, cable, and subscription television rights, including all copyrights, renewals and extensions thereof, subject to an agreement between the parties dated as of September 14, 1998 and revised January 28, 1999.

There is of record a Security Agreement and Mortgage of Copyright dated **as of March 31, 2000**, recorded June 27, 2000, in Vol. 3454, doc. 869, pages 1-5, which stated that pursuant to the provisions of an Assignment of Rights between Sarla, Inc., Larry McMurtry and Diana

**Copyright Report – BROKEBACK MOUNTAIN**

Ossana ("Debtor") and Columbia Pictures, a division of Columbia Pictures Industries, Debtor had the right to cause the reversion of rights granted to Columbia under the Assignment Agreement, subject to a lien in favor of Columbia and Debtor's execution of certain "Documentation" (as defined in the Assignment Agreement), Debtor thereby granted to Columbia Pictures a first priority continuing security interest and copyright mortgage of all their right, title and interest in the Collateral (ad defined below). This security interest would commence on the date of this Security Agreement and continue in the Collateral until Columbia's receipt of (i) the "Buy-Out Price" (as defined in the Assignment Agreement); and (ii) written undertakings in form and substance satisfactory to Columbia, by a financially responsible party, pursuant to which such party agreed to assume and hold Columbia harmless from all liabilities, judgments, and claims relating to (a) any contracts or commitments made in connection with the development and production of the Picture prior to the date the Buy-Out Price was paid to Columbia, and/or (b) the development, production, distribution and exploitation of the Picture and any rights therein. Such security interest and copyright mortgage would be senior to all other security interests, liens, pledges, charges and encumbrances. The Collateral was further defined as the motion picture project presently entitled **BROKEBACK MOUNTAIN**, based upon the short story of the same name written by Annie Proulx and the unpublished screenplay based thereon written by Larry McMurtry & Diana Ossana, including all literary material upon which it is based, and all other scripts, screenplays, stories, treatments or novels, and all drafts, versions and variations thereof; all copyrights and all renewals and extensions thereof; and all rights in all agreements with third parties furnishing services and/or rights relating to the production of the Picture.

By Copyright Mortgage and Assignment dated **June 7, 2000**, recorded June 27, 2000, in Vol. 3454, doc. 868, pages 1-2, Saria, Inc., Larry McMurtry and Diana Ossana ("Mortgagor"), mortgaged and assigned for security to Columbia Picture, a division of Columbia Pictures Industries, Inc., all their right, title and interest in all copyrights and all renewals and extensions thereof throughout the world in perpetuity in the motion picture project presently entitled **BROKEBACK MOUNTAIN** (the "Work"), and in all works based upon or relating to the Work, including: (i) the published short story entitled **BROKEBACK MOUNTAIN**, written by Annie Proulx; (ii) the unpublished screenplay based thereon written by Larry McMurtry & Diana Ossana; and (iii) any motion picture (and all literary material based thereon) produced by Mortgagor based upon the work, subject to the terms of a Security Agreement between the parties dated as of March 31, 2000.

No further document affecting any right, title or interest in this work is found of record in the Copyright Office.

## Newspaper and Trade Notices

New York Daily News, issue of July 6, 1998, reported that Gus Van Sant was going to direct a cowboy romance movie with a twist. The film, **BROKEBACK MOUNTAIN**, would be about two cowboys who fall in love with each other. The script was written by Larry McMurtry and his writing partner Diana Ossana, and based on the New Yorker story by Annie L. Proulx.

"FilmTracker.com", last updated September 5, 2001, reported that a motion picture entitled **BROKEBACK MOUNTAIN**, was in development by Diana Ossana and Larry McMurtry for Good Machine. This motion picture was based on a screenplay by Larry McMurtry and Diana Ossana, from the short story of the same title by E. Annie Proulx. (The "Thomson

## Copyright Report – BROKEBACK MOUNTAIN

Intellectual Property (TIP)" database, had reported on July 13, 1998, that this motion picture was previously in development at Columbia Pictures.)

### Biographical Information

Enclosed is a biographical sketch of E. Annie Proulx from "Biography Resource Center" (The Gale Group, Inc., 2003). The address of her agent is given on the biographical sketch as: Liz Darhansoff, Darhansoff & Verrill Literary Agency, 1220 Park Ave., New York, NY 10128.

Copyright Report -- **BROKEBACK MOUNTAIN**

# E(dna) Annie Proulx

1935-

**Nationality:** American
**Source:** *Contemporary Authors Online*, Gale, 2002.
Entry Updated : 12/03/2002

## TABLE OF CONTENTS

Awards
Career
Further Readings
Media Adaptations
Personal Information
Sidelights
Source Citation
Writings

### "Sidelights"

While raising three sons, E. Annie Proulx struggled to support her family, working as a freelance journalist and writing several on-assignment "how-to" books. She also managed to set aside some time for fiction writing, penning various short stories, later compiled into the volume *Heart Songs and Other Stories*. After the late 1980s Proulx's writing career blossomed, earning her much critical and public acclaim for her fiction. Her 1992 novel, *Postcards*, won the PEN/Faulkner Award for Fiction, while *The Shipping News*, published a year later, received numerous honors, including the National Book Award and a Pulitzer Prize.

Proulx related her feelings toward the publication of *Heart Songs and Other Stories* to John Blades of the *Chicago Tribune*. "After 19 years of writing tedious non-fiction, " she said, "all these stories were just bottled up inside me, waiting to get out. Now writing fiction is sheer play." Assessing the volume, Elaine Kendall of the *Los Angeles Times* described *Heart Songs* as "hard stories set in a bleak climate; a closed, narrow world hostile to strangers and rough on its own." Set in northern New England, the nine stories collected in *Heart Songs* feature characters that Kenneth Rosen of the *New York Times Book Review* called "shy, battered, depleted." As they would with her subsequent fiction, some critics noted the strange names of Proulx's characters and what reviewer Kendall called "a terse quirky humor" displayed in several stories. Of Proulx's tales, Rosen concluded: "Their sometimes enigmatic, often lyrical images seem to complement New England's lavish but barren beauty."

Each chapter of Proulx's first novel, *Postcards*, begins with a postcard connected in some way to the character Loyal Blood or to the parents and siblings he left behind after the ambiguous death of his girlfriend. The Blood family has worked their farm in New England for generations, but with Loyal's departure a decline begins, and through descriptions of his aimless wanderings over the next thirty years, *Postcards* documents the slow death of the small American family farm.

Reviewers praised *Postcards* for its commentary on the American condition, but reserved their most lavish accolades for Proulx's abilities as a storyteller. Frederick Busch of *Chicago Tribune*

Search No.: 106706711    Analyst: Becky Martineau    Page:    5

**EXHIBIT I**

## Copyright Report – BROKEBACK MOUNTAIN

*Book World* stated: "What makes this rich, dark and brilliant feast of a book is its furious action, its searing contemplations, its language born of the fury and the searching and the author's powerful sense of the gothic soul of New England." David Bradley of the *New York Times Book Review* concluded: "Story makes this novel compelling; technique makes it beautiful. What makes *Postcards* significant is that Ms. Proulx uses both story and technique to make real the history of post-World War II America."

The thread that connects Proulx's second novel, *The Shipping News*, to her earlier fiction is its setting in a hostile climate. Newfoundland, a remote Canadian province known for its sudden storms and icy seas, provides the harsh backdrop to the story of Quoyle, a huge, hapless journalist living in upstate New York. His unfaithful wife dies in a car wreck, leaving him with their two daughters and an overwhelming grief. When Quoyle's aunt arrives she easily convinces him to pack up his family and travel to Newfoundland to reclaim the family land and start over. According to a reviewer for the *Atlantic:* "Proulx blends Newfoundland argot, savage history, impressively diverse characters, fine descriptions of weather and scenery, and comic horseplay without ever lessening the reader's interest in Quoyle's progress."

*The Shipping News* received much critical acclaim upon its release. Howard Norman of the *New York Times Book Review* acknowledged "Proulx's surreal humor and her zest for the strange foibles of humanity." Emphasizing the effect of the watery setting of *The Shipping News* on the reader, Stephen Jones of the *Chicago Tribune Book World* asserted: "In spite of Proulx's invitations to dream in the coves, her plot rushes out of a confluence between the force of the characters and their environment to buoy you on. The result is that rare creation, a lyric page turner."

Proulx told Nicci Gerrard of the *Observer:* "Eight years ago, I was looking for canoeing waters and I unfolded an old map of Newfoundland. Each place-name had a story--Dead Man's Cove, Seldom Come Bay and Bay of Despair, Exploits River, Plunder Beach. I knew I had to go there, and within 10 minutes of arriving, I'd fallen in love. I am pulled by the harshness of the weather, the strength of the landscape which is dark and stormy and rough, . . . the sense of a land holding its own against people."

After the commercial and critical success of *The Shipping News*, Proulx returned with *Accordion Crimes*. A novel in the picaresque tradition, this work follows an accordion as it moves from owner to owner during a period of 100 years. Proulx uses this technique as a forum in which to discuss the immigrant experience in America, with the novel's nine sections each set among a different ethnic group: a German settlement in Iowa; a Louisiana Cajun family; and a Mexican immigrant in Texas, among others. The accordion's change-of-ownership is initiated in each instance by a disaster of some sort; many of these, in typical Proulx fashion, take the form of grisly deaths related in parentheses by the author. "Instead of the river of time, you get a lawn sprinkler effect, a kind of jittery, jammed, off-balance feeling, " Proulx told Sybil Steinberg in a interview for *Publishers Weekly*.

While not greeted with the kind of uniform praise as its immediate predecessor, *Accordion Crimes* nonetheless elicited many warm reviews from critics. Chicago *Tribune Books* reviewer Bharati Mukherjee remarked, "With Proulx as biographer, the accordion's life story becomes more than an occasion for dazzling displays of writing. . . . Proulx proves her thesis with bleak persistence: America hates its non-Anglo immigrants." Writing in the *Bloomsbury Review,* Steven C. Ballinger praised Proulx's storytelling skill: "She can pick the telling characteristic the way a watercolorist's stroke sets the scene. When she sets a dialect in motion through a character, it is absolute and sure." Some reviewers felt that Proulx's technique resulted in less-than-fully developed characters. *New York Times* critic Christopher Lehmann-Haupt, for

## Copyright Report – BROKEBACK MOUNTAIN

instance, noted that "the moment you begin to identify with any of the novel's characters, the narrative pushes you away by conveying in various ways that they aren't worth bothering with." And *Newsweek* reviewer Malcolm Jones, Jr., called *Accordion Crimes* "a book with no unifying narrative drive. The chapters are meant to work as separate stories, but that's all they are, a collection of stories." Still, explained Lehmann-Haupt, "Such is the energy of Ms. Proulx's prose, the authenticity of her dialogue and the brilliance of her invention that you can't help being caught up by some of her set pieces." Commenting on her use of creative devices in this book, Proulx told Steinberg: "Everything that happens to characters comes welling out of the place. Even their definition of themselves, and a lot of this book is about the definition of self."

Of her writing career, Proulx told Gerrard: "I came to writing late, and I'm racing against the clock to get everything down. My head is jammed with stories; they are pushing to get out." After living for many years in Vermont, Proulx now lives in Wyoming where, as she told Steinberg in *Publishers Weekly*, there is "room to walk. There's something about being able to shoot your eyes very far ahead. In northern New England, the trees got in the way."

Proulx once wrote: "I am the oldest of five girls. I was born August 22, 1935, in Norwich, Connecticut, the state where my mother's family of farmers, mill workers, inventors, artists have lived since 1635. Because my father was in the textile trade we moved frequently when I was a child, North Carolina, Vermont, Maine, Rhode Island, town after town. For a while I attended the one-room schoolhouse in Brookfield, Vermont, then Black Mountain High School in North Carolina, Deering High School in Portland, Maine. I have continued the restless shifting, traveling around North America with favorite stops in Newfoundland and Wyoming. My father grew up in textile mill work as did so many Francos, deliberately cut himself off from his childhood culture and reinvented himself as a New England Yankee. My mother is a painter and amateur naturalist.

"I briefly attended Colby College in Waterville, Maine, in the early ' 50s. In 1963 I returned to Vermont and went back to school. I studied history at the University of Vermont and went on to graduate school in Montreal at Sir George Williams University (now renamed Concordia University), took an M.A. degree in 1973 and passed my doctoral orals in 1975. The department's leaning toward the French Annales school of history was invaluable training for novel-writing--examining the lives of individuals against the *longue duree* of events.

"In 1975, facing the lack of teaching jobs in my field, I abandoned my doctoral thesis and jumped head-first into freelance journalism. A classic example of shifting from the frying pan to the fire. I lived, at this time, with a friend in a rural shack in Canaan, Vermont, up on the Canadian border in brutally poor circumstances. Compensations were silence and decent fishing, both vanished now. From 1975 to 1988 I wrote articles on weather, apples, canoeing, mountain lions, mice, cuisine, libraries, African beadwork, cider and lettuces for dozens of magazines.

"Whenever I could squeeze in the time I wrote short stories, and averaged about two a year. Most were published. In 1988 a collection of these short stories was published as *Heart Songs and Other Stories*. In 1989, I made the shift to full-time fiction writing."

After writing her three novels, Proulx turned her focus once again to short stories. In an interview with Katie Bolick for *Atlantic Unbound*, Proulx discussed the shift from writing novels to penning short fiction as "intensely pleasurable--a break in the set of mind for a novel, which is a long, hard piece of work. At least you can see the end of a short story in a fairly short period; a month or six weeks for each one. There's a pleasing rhythm in the writing of short stories, and the challenge is greater; I find them harder than novels to write, not only because of the

conciseness and the fact that every single word, every piece of punctuation, has to drive the story forward, but also because writing stories with both depth and surface is a considerable challenge."

As far as most reviewers were concerned, Proulx met that challenge with *Close Range: Wyoming Stories.* Set in the Wyoming plains, the eleven stories, as Dean Bakopoulos noted in the *Progressive,* focus on "the mythic legends of drunken cowboys, rodeo heroes, betrayed lovers, and aging ranchers, while exploring all the loneliness, blood, and dirt of the Western landscape." Bakopoulos also commented, "This is powerful fiction, and somehow Proulx manages to give each story the plot, depth of character, sense of setting, and thematic weight of an entire novel." Charlotte L. Glover, writing in the *Library Journal,* said, "Proving that the Pulitzer Prize for *The Shipping News* was no fluke, Proulx once again demonstrates her creative mastery of the English language in her second collection of short stories, several of which have already won awards." The award-winners include "Brokeback Mountain, " which received a *New Yorker* award for fiction and focuses on two tough ranchers who have an erotic relationship, go on to have traditional family lives, and then come together once again. A *Publishers Weekly* reviewer, noting that the stories in *Close Range* run the gamut from "bleakly humorous" to "poignant, " commented, "Her ability to merge the matter-of-fact and the macabre, and her summary of life's pain in a terse closing sentence, will elicit gasps of pain and understanding. In the close range of a distinctive landscape, Proulx encapsulates the wide range of human experience: loss, longing and the Spartan determination to go on from day to day."

## PERSONAL INFORMATION

Family: Surname is pronounced "Pru"; born August 22, 1935, in Norwich, CT; daughter of George Napolean and Lois Nelly (Gill) Proulx; married and divorced three times, including James Hamilton Lang, 1969 (divorced 1990), children: Jon Lang, Gillis Lang, Morgan Lang, Muffy Clarkson. Education: Attended Colby College; University of Vermont, Burlington, B.A. (cum laude), 1969; Sir George Williams University (now Concordia University), M.A., 1973, enrolled in Ph.D. program until 1975. Avocational Interests: Hunting, fishing, canoeing, skiing, bicycling, adult illiteracy. Memberships: PEN, Phi Beta Kappa, Phi Alpha Theta. Addresses: Home: Wyoming. Office: c/o Scribner Publishing Co., 866 Third Ave. Fl. 7, New York, NY 10022. Agent: Liz Darhansoff, Darhansoff & Verrill Literary Agency, 1220 Park Ave., New York, NY 10128.

## AWARDS

Kress fellow, Harvard University, 1974; work selected among "100 Other Distinguished Short Stories" in *Best American Short Stories,* 1983 and 1987; Gardens Writers of America Award, 1986; Vermont Council on the Arts fellowship, 1989; National Endowment for the Arts grant, 1991; Guggenheim fellow, 1992; PEN/Faulkner Award for Fiction, 1993, for *Postcards;* National Book Critics Circle Award nomination for best fiction, National Book Award for fiction, *Chicago Tribune* Heartland Prize for Fiction, and *Irish Times* International Fiction Prize, all 1993, and Pulitzer Prize for fiction, 1994, all for *The Shipping News;* Honorary Doctor of Humane Letters, University of Maine, 1994; Dos Passos Prize for Literature, 1996, for *Accordion Crimes;* National Magazine award, 1998, for short story "Brokeback Mountain"; award for fiction, *New Yorker,* 2000, for *Close Range: Wyoming Stories.*

## CAREER

Writer of articles, book reviews, and fiction and nonfiction books, 1975--. Founder and editor of rural Vermont newspaper *Behind the Times,* 1984-86.

## Copyright Report – BROKEBACK MOUNTAIN

**WRITINGS BY THE AUTHOR:**

- *Heart Songs and Other Stories,* Scribner (New York, NY), 1988.
- *Postcards* (novel), Scribner (New York, NY), 1992.
- *The Shipping News* (novel), Scribner (New York, NY), 1993.
- *Accordion Crimes* (novel), Scribner (New York, NY), 1996.
- *Close Range: Wyoming Stories,* watercolors by William Matthews, Scribner (New York, NY), 1999.
- *That Old Ace in the Hole,* Scribner (New York, NY), 2002.

**OTHER**

- (With Lew Nichols) *Sweet and Hard Cider: Making It, Using It, and Enjoying It,* Garden Way (Charlotte, VT), 1980, second edition, Storey Communications (Pownal, VT), 1997.
- *"What'll You Take for It?": Back to Barter,* Garden Way (Charlotte, VT), 1981.
- (With Lew Nichols) *The Complete Dairy Foods Cookbook: How to Make Everything from Cheese to Custard in Your Kitchen,* Rodale Press (Emmaus, PA), 1982.
- *The Gardener's Journal and Record Book,* Rodale Press (Emmaus, PA), 1983.
- *Plan and Make Your Own Fences and Gates, Walkways, Walls and Drives,* Rodale Press (Emmaus, PA), 1983.
- *The Fine Art of Salad Gardening,* Rodale Press (Emmaus, PA), 1985.
- *The Gourmet Gardener: Growing Choice Fruits and Vegetables with Spectacular Results,* illustrated by Robert Byrd, Fawcett Columbine (New York, NY), 1987.

Contributor of stories to anthologies, including *Fiction, Flyfishing, and the Search for Innocence,* Birch Brook Press, 1994; contributor of essay to Andrea Modica, *Treadwell: Photographs,* Chronicle Books (San Francisco, CA), 1996.

Contributor of articles to periodicals, including *African Arts, Equinox, New York Times, National Wildlife, Yankee, Down East, Country Journal, Outside, Chicago Tribune, Walking,* and *Horticulture.* Contributor of short stories to periodicals, including *Ploughshares, Gray's Sporting Journal, Seventeen, Esquire,* and *Harrowsmith.*

**MEDIA ADAPTATIONS**

*The Shipping News* was adapted for film in 2001 and released by Miramax.

**FURTHER READINGS ABOUT THE AUTHOR:**

**BOOKS**

- *Contemporary Literary Criticism,* Gale, Volume 81, 1994.

**PERIODICALS**

## Copyright Report – BROKEBACK MOUNTAIN

- *Atlantic*, April, 1993, pp. 131-132.
- *Booklist*, March 15, 1999, Donna Seaman, review of *Close Range: Wyoming Stories*, p. 1261.
- *Bloomsbury Review*, September/October, 1996, p. 18.
- *Chicago Tribune*, March 29, 1993, section 5, p. 3.
- *Commonweal*, December 1, 1995, p. 24.
- *English Journal*, January, 1996, p. 94.
- *Library Journal*, May 1, 1999, Charlotte L. Glover, review of *Close Range: Wyoming Stories*, p. 115.
- *Los Angeles Times*, December 30, 1988; January 20, 1992, p. E2.
- *Nation*, June 24, 1996, p. 29.
- *New Republic*, May 30, 1994, p. 35.
- *New Statesman and Society*, December 3, 1993, p. 39.
- *Newsweek*, June 10, 1996, p. 88.
- *New York Times*, April 21, 1993, p. C15; June 17, 1996, p. C14.
- *New York Times Book Review*, January 29, 1989, p. 30; March 22, 1992, p. 7; April 4, 1993, p. 13; June 23, 1996, p. 12.
- *Observer*, November 14, 1993, p. 18.
- *Progressive*, September, 1999, Dean Bakopoulos, review of *Close Range: Wyoming Stories*, p. 43.
- *Publishers Weekly*, August 15, 1980, p. 53; March 18, 1983, pp. 68-69; April 18, 1994, p. 10; April 15, 1996, p. 48; June 3, 1996, Sybil Steinberg, "E. Annie Proulx: An American Odyssey," p. 57; March 29, 1999, review of *Close Range: Wyoming Stories*, p. 91.
- *Time*, June 24, 1996, p. 82; May 17, 1999, John Skow, review of *Close Range: Wyoming Stories*, p. 88.
- *Tribune Books* (Chicago), January 12, 1992, pp. 1, 4; March 21, 1993, pp. 1, 9; June 9, 1996, p. 1.
- *Voice Literary Supplement*, April, 1993, p. 29.
- *Wall Street Journal*, June 14, 1996, p. A12.
- *Washington Post*, April 21, 1993, p. B1; May 17, 1993, pp. B1, B4.
- *Women's Review of Books*, September, 1996, p. 11.
- *Yale Review*, October, 1993, pp. 133-135.

**EXHIBIT I**

## Copyright Report – BROKEBACK MOUNTAIN

**OTHER**

- *Atlantic Online: Atlantic Unbound,* http://www.theatlantic.com/unbound/ (November 12, 1997), Katie Bolick, "Imagination Is Everything: A Conversation with E. Annie Proulx."*

**SOURCE CITATION**

*Contemporary Authors Online*, Gale, 2003. Reproduced in *Biography Resource Center.* Farmington Hills, Mich.: The Gale Group. 2003. http://galenet.galegroup.com/servlet/BioRC

**Document Number:** H100011695

Copyright Report – BROKEBACK MOUNTAIN