UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se*<br><br>    Plaintiff,<br><br>v.<br><br>**UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.*,<br><br>    Defendants. | Civil Case No. **1.07cv00098 (RMU)** |

## ERRATA RE SEPARATE STATEMENT OF MATERIAL FACTS FOR WHICH THERE IS NO GENUINE ISSUE FOR TRIAL

Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana (collectively, "Defendants") hereby separately file the attached Separate Statement of Material Facts for Which There is No Genuine Issue for Trial ("Separate Statement").

The attached Separate Statement accompanies Defendants' Motion for Summary Judgment, but inadvertently was not included in the Court's e-filing system as an attachment to the electronic version of Defendants' Motion. Accordingly, the Separate Statement is being filed as a separate document as attached to this Errata.

1243306.1

Date:  March 23, 2007    Submitted by:

/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8109 (Telephone)
(202) 973-8110 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing ERRATA RE SEPARATE STATEMENT OF MATERIAL FACTS FOR WHICH THERE IS NO GENUINE ISSUE FOR TRIAL has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                        /s/ Marc E. Mayer
                                        Marc E. Mayer (*pro hac vice*)
                                        MITCHELL SILBERBERG & KNUPP LLP
                                        11377 West Olympic Boulevard
                                        Los Angeles, California 90064-1683
                                        (310) 312-2000 (Telephone)
                                        (310) 312-3100 (Facsimile)
                                        *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANICE SCOTT-BLANTON, *pro se* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Case No. **1.07cv00098 (RMU)** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, *et al.*, | | |
| Defendants. | | |

**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS**

Pursuant to LCvR 7(h) and LCvR 56.1, Defendants Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, James Allen Schamus, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, and Diana Ossana (collectively, "Defendants") submit the following Separate Statement of Undisputed Material Facts in support of their Motion for Summary Judgment:

1.   In its October 13, 1997, issue, *The New Yorker* Magazine published a short story by author Annie Proulx entitled *Brokeback Mountain* (the "Short Story").

**Citations to the Record:**  Declaration of Marc E. Mayer ("Mayer Decl."), Ex. A [*The New Yorke*r, October 13, 1997]; Declaration of Nan Graham ("Graham Decl."), ¶ 2.

1233764.1

2. The Short Story was re-published in 1999 and 2000 by defendant Scribner (an imprint of Simon & Schuster, Inc.), in a collection of short stories entitled *Close Range: Wyoming Stories*.

**Citations to the Record:** Mayer Decl., Exs. D & E; Graham Decl., ¶ 2.

3. The version of the Short Story contained in *Close Range* was substantively the same as the original version of the story as published in *The New Yorker*. The only difference between the Short Story as originally published in 1997 and the version published in *Close Range* was the addition of a new introductory passage and two very slight changes in the description of one of the two main characters.

**Citations to the Record:** Mayer Decl., Exs. A, D & E; Graham Decl., ¶ 2, Ex. 1.

4. The version of the Short Story published in *Close Range* in 1999 was re-published, verbatim, by Scribner in 2005 and 2006 as a stand-alone book (entitled *Brokeback Mountain*) and as part of the book entitled *Brokeback Mountain: Story to Screenplay*. The version of the Short Story contained in the stand-alone book and in *Story to Screenplay* is identical to the version published by Scribner in 1999.

**Citations to the Record:** Mayer Decl., Exs. F & G; Graham Decl., ¶¶ 3-4 & Exs. 2 & 3.

5. In 2005, *The New Yorker* posted on the Internet the Short Story *Brokeback Mountain*. The version of *Brokeback Mountain* published on the Internet in 2005 was the same version that appeared in the October 13, 1997, issue of *The New Yorker*.

**Citations to the Record:** Mayer Decl., Ex. A; Complaint, Ex. F.

1233764.1

6. In early 1998, screenwriters Diana Ossana and Larry McMurtry completed a draft of a screenplay based on the Short Story (also entitled *Brokeback Mountain*) (the "Screenplay").

**Citations to the Record:** Mayer Decl., Ex. H.

7. On January 26, 1999, McMurtry and Ossana assigned the copyright in and to the Screenplay to Columbia Pictures Industries, Inc., which registered the assignment on March 23, 1999, and separately registered the copyright in the Screenplay (as an unpublished work) on April 6, 2000.

**Citations to the Record.** Mayer Decl., Exs. I & J.

8. Some additional edits to the Screenplay were made prior to the filming of the Motion Picture *Brokeback Mountain*; the final shooting script was completed by May 20, 2004.

**Citations to the Record:** Declaration of Jeffrey Roth ("Roth Decl."), ¶ 2, Ex. A; Mayer Decl., Ex K.

9. Principal photography (i.e., the shooting and filming) for the Motion Picture *Brokeback Mountain* (the "Motion Picture") commenced on or about May 25, 2004, in Alberta, Canada.

**Citations to the Record:** Roth Decl., ¶ 3.

10. Principal photography of the Motion Picture was completed in August 2004; by then, all of the footage for the motion picture had been created.

**Citations to the Record:** Roth Decl., ¶ 3.

11. By August 2004, all of the dialog and plot elements contained in the final theatrical release of the Motion Picture were finished.

**Citations to the Record:** Roth Decl., ¶ 3.

12. On or about September 5, 2004, the Motion Picture entered the "post production" phase, during which time the footage is edited; rough cuts of the film are created; music and sound effects are created, composed and/or synchronized with the footage; and visual effects are determined and polished.

**Citations to the Record:** Roth Decl., ¶ 4.

13. On January 14, 2005, the Motion Picture was "locked," meaning that editing on all of the visual elements and dialog was completed.

**Citations to the Record:** Roth Decl., ¶ 5, Ex. C.

14. On or about March 9, 2005, the final print (i.e., the "printmaster") was created, which was a final version of the Motion Picture (containing all of the dialog, music, beginning and end credits, and visual and audio effects) used to make the "prints" for delivery and distribution.

**Citations to the Record:** Roth Decl., ¶ 6.

4

15. After March 2005, the only work done on the film was highly technical, quality control work, which had nothing to do with the dialog, story, or characters.

**Citations to the Record:** Roth Decl., ¶ 6.

16. *Down Low* was self-published by Plaintiff on March 15, 2005 – nearly eight years after the Short Story and Screenplay were written, six months after principal photography of the Motion Picture had been completed, two months after all the visual elements of the Motion Picture were "locked," and six days after the final printmaster of the Motion Picture was completed.

**Citations to the Record:** Complaint, ¶ 22.

Date: March 23, 2007                          Submitted by:


/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP, LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8109 (Telephone)
(202) 973-8110 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

5

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

              /s/ Marc E. Mayer
              Marc E. Mayer (*pro hac vice*)
              MITCHELL SILBERBERG & KNUPP LLP
              11377 West Olympic Boulevard
              Los Angeles, California 90064-1683
              (310) 312-2000 (Telephone)
              (310) 312-3100 (Facsimile)
              *Attorneys for Defendants*