## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| **JANICE SCOTT-BLANTON,** *pro se* ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | Civil Case No. **1.07cv00098 (RMU)** |
| ) | | |
| **UNIVERSAL CITY STUDIOS** ) | | |
| **PRODUCTIONS LLLP,** *et al.,* ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

### OPPOSITION OF DEFENDANTS TO PLAINTIFF'S MOTION
### TO AMEND COMPLAINT

Defendants oppose Plaintiff's Second Motion to Amend her Complaint.[1]  While the Federal Rules state that leave to amend should be "freely given when justice so requires," Fed. R. Civ. P. 15(a), this is not such a case.  Indeed, it would be unjust to permit Plaintiff to amend her complaint, since she appears to be using the amendment procedure to force Defendants to respond repetitively to the same baseless allegations.   Furthermore, since neither her original complaint nor her amended complaint can survive Defendants' Motion for Summary Judgment (filed concurrently with this Opposition), granting her leave to amend would be futile and thus not required by the rule.

Plaintiff filed her initial Complaint on January 16, 2007.[2]  On February 6, 2007, Plaintiff and Defendants agreed that Defendants would execute and return to Plaintiff waiver of service

---

[1]  Plaintiff's first such motion was dismissed by the Court *sua sponte* on February 16, 2007 for failure to comply with the requirement to confer, pursuant to LCvR 7(m).

[2]  To avoid unnecessary repetition, Defendants incorporate here by reference their more thorough discussion of the facts as contained in the Memorandum in Support of their Motion for Summary Judgment, which Defendants filed along with this Opposition Memorandum.

forms and answer Plaintiff's complaint by March 20, 2007.  Declaration of Steven J. Metalitz ("Metalitz Decl."), Ex. A.  On March 14, 2007, Plaintiff filed a second motion to amend her complaint, alleging virtually identical facts, but adding the additional baseless allegations that Defendants also had violated two federal statutes, the laws of all 50 states, the U.S. territories, and foreign nations.  On March 15, Defendants contacted Plaintiff, reminded her of the previously agreed March 20 deadline for filing their Answer, and requested that Plaintiff agree to allow Defendants to postpone filing an Answer until 10 days after the court ruled on Plaintiff's Motion to Amend her Complaint.  Id., Ex. B.  On March 16, 2007, Plaintiff refused.  Id., Ex. C. As a result, Defendants had no choice but to file an Answer to Plaintiff's Original Complaint on March 20, 2007, as previously agreed.

If the court grants Plaintiff's current Motion to Amend her Complaint, Defendants will be forced to incur unnecessary costs responding twice to essentially identical versions of the same baseless copyright infringement claim.[3]  This is not what "justice … requires."  Had Plaintiff acceded to Defendants' reasonable request, she would have obtained, ten days after her motion was granted, a single response to her preferred version of her claim.  The Court should not indulge her for refusing to take this route.

More critically, Plaintiffs' Motion should be denied because the claims set forth therein are without merit and cannot survive Defendants' Motion for Summary Judgment.  "While leave to amend 'shall be freely given when justice so requires,' a district court has discretion to deny a motion to amend on grounds of futility where the proposed pleading would not survive a motion to dismiss[.]"  Nat'l Wrestling Coaches Ass'n v. Dep't of Educ., 366 F.3d 930, 945 (D.C. Cir. 2004) (internal citations omitted).  See also Robinson v. The Detroit News, Inc., 211 F. Supp. 2d 101, 114 (D.D.C. 2002).  As set forth in Defendants' Motion for Summary Judgment (and memorandum in support), plaintiff cannot prevail on her copyright infringement claims – or on

---

[3] As set forth in their Answer (and as they previously have informed Plaintiff) Defendants intend to seek to recover from Plaintiff their costs, including reasonable attorneys' fees, if they prevail in this action.  17 U.S.C. § 505.

any other legal theory based on the same alleged facts – because, among other reasons, every one of Defendants' works (a short story, a motion picture screenplay, and motion picture) was completed well before Plaintiff published or even created her novel.   None of the proposed amendments to Plaintiff's Complaint can change this basic fact or save Plaintiff's claims from dismissal.

Date:  March 23, 2007

Submitted by:


/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP LLP
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 973-8109 (Telephone)
(202) 973-8110 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

.

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:


Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172


<u>/s/ Marc E. Mayer</u>
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

4

1240686.3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE SCOTT-BLANTON, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| UNIVERSAL CITY STUDIOS ) | |
| PRODUCTIONS LLLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF STEVEN J. METALITZ

I, Steven J. Metalitz, declare as follows:

1.      I am an attorney at law, duly licensed to practice law in the District of Columbia. I am a member of the Bar of this Court. I am a partner of the law firm Mitchell Silberberg & Knupp LLP, and counsel of record for Defendants Universal City Studios Productions LLLP, Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster, Inc., Larry McMurtry, Diana Ossana, James Allen Schamus, Annie Proulx, and The New Yorker Magazine/Advance Publications, Inc. ("Defendants"). I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a printout of a February 6, 2007 email from the Plaintiff confirming an agreement between the parties that Defendants would answer Plaintiff's original complaint by March 20, 2007.

.242150.1

3.      Attached hereto as Exhibit B is a true and correct copy of a March 15, 2007 letter that I wrote on behalf of Defendants to Plaintiff reminding her of the previous agreement that Defendants would answer her original complaint by March 20, 2007, and requesting that Plaintiff agree to allow Defendants to postpone filing an Answer until 10 days after the court ruled on Plaintiff's Motion to Amend her Complaint.

4.      Attached hereto as Exhibit C is a true and correct copy of a printout of a March 16, 2007 letter that I received from the Plaintiff, in which she refused Defendants' March 15, 2007, request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March, 2007, at Washington, District of Columbia

Steven J. Metalitz

2

242150.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DECLARATION OF STEVEN J. METALITZ has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:


Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172


/s/ Marc E. Mayer
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

3

1242150.1

# EXHIBIT A

**Metalitz, Steven**

| | |
|---|---|
| **From:** | Janice Scott-Blanton [jsblanton@hotmail.com] |
| **Sent:** | Tuesday, February 06, 2007 9:12 AM |
| **To:** | Metalitz, Steven |
| **Subject:** | RE: Scott-Blanton v. Universal City Studios Productions |

Mr. Metalitz,

I did receive your voice message last evening. All defendants listed in your email and my complaint were sent a copy of the summons on January 19, 2007. However, River Road Entertainment, LLC was re-sent on January 26, 2007 due to an agent address mix up. I am in receipt of all the return receipts from your clients, to include River Road's.

I am in agreement with your proposed date, by March 20, 2007, for your clients response to my complaint based on the date of the form.

In addition to your inquiry in the voicemail, I am currently *pro se* in this matter.

I welcome the opportunity to speak with you regarding this matter.

Regards,

Janice Scott-Blanton

---

From: "Metalitz, Steven" <met@msk.com>
To: <jsblanton@hotmail.com>
CC: <janice.scottblanton@jaronpublishing.com>
Subject: *Scott-Blanton v. Universal City Studios Productions*
Date: *Mon, 5 Feb 2007 16:41:59 -0800*

Dear Ms. Scott-Blanton:

This follows up on the voice mail I left at 703/861-0028 earlier today.

My law firm, Mitchell Silberberg & Knupp LLP, represents Universal City Studios Productions LLLP, Universal City Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, James Allen Schamus, Larry McMurtry, Diana Ossana and Ang Lee in the copyright infringement lawsuit that you filed against them on January 16, 2007 in the U.S. District Court for the District of Columbia (No. 1:07CV00098), and may be representing other defendants in this case as well. It is not clear which of these parties have been served with your lawsuit and when they were served. In order to respond in the most efficient way possible, I propose that we agree that my above-mentioned clients (and any others who subsequently retain our firm) would waive service of summons, execute the waiver of service form that accompanied the papers you delivered to at least some of the defendants, and all answer your complaint within 60 days of the January 19 date on the form (i.e., by March 20, 2007).

Please let me know, by return e-mail if possible, if this is agreeable to you. Of course I would be glad to discuss this with you by phone, and if we are in agreement, I would execute and return to you waiver of service forms on behalf of all my clients which you could then file with the District Court.

I look forward to speaking with you about this. If you have retained an attorney to represent you in this litigation, please forward this to him or her as soon as possible and let me know how to contact him or her. Please note that nothing in this email is intended as a full recitation of the relevant facts or law and that I expressly reserve all of my clients' rights, remedies and defenses. Thank you in advance for your prompt response.

Sincerely yours,

Steven J. Metalitz

**Steven J. Metalitz** | Mitchell Silberberg & Knupp LLP | 2300 M Street, N.W., Suite 800, Washington, D.C. 20037 | tel: 202 973-8132| fax: **310 231-8432**| met@msk.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

<u>Valentine's Day -- Shop for gifts that spell L-O-V-E at MSN Shopping</u>

3/22/2007

**EXHIBIT B**

# MITCHELL SILBERBERG & KNUPP LLP

A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS



Steven J. Metalitz
Partner
(202) 973-8132 Phone
(310) 231-8432 Fax
met@msk.com

March 15, 2007

Ms. Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

Re:     <u>Scott-Blanton v. Universal City Studios Productions, LLP, et al (Case No. 1.07cv00098
        (RMU) (D.D.C.))</u>

Dear Ms. Scott-Blanton:

We received yesterday your motion to amend the complaint in the above-referenced case.

As you know, we have a prior agreement with you to respond to the original complaint no later than
March 20.  It is doubtful that the court will have acted on your motion by that date.

In order to eliminate any uncertainty about response deadlines, my clients would agree not to oppose your
motion to amend the complaint, in return for your agreement that we will not be required to respond to the
original complaint by March 20. Instead, we would respond within  10 days of the court's decision on
your motion, either to the amended complaint, assuming the court grants your motion, or to the original
complaint, if your motion is denied.

Please indicate your agreement to this proposal by signing a copy of this letter where indicated and
returning it to us as soon as possible using the enclosed Fed Ex documentation.   In view of the short time
remaining before the March 20 deadline, it would be appreciated if you would also advise us by e-mail
(met@msk.com) or telephone of your agreement to this proposal.

Sincerely yours,

Steven J. Metalitz
of
MITCHELL SILBERBERG & KNUPP LLP

cc:     Marc Mayer, Esq.

AGREED:     _____          _____
            Janice Scott-Blanton                       Date

2300 M Street NW, Suite 800, Washington, DC  20037-1434
Phone: (202) 973-8109 Fax: (202) 973-8110 Website: WWW.MSK.COM

# EXHIBIT C

March 16, 2007

VIA EMAIL AND U. S. MAIL

Steven J. Metalitz, Esquire
Mitchell, Silberberg & Knupp, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037-1434



     Re:    Scott-Blanton v. Universal City Studios Productions, LLLP, et al.
               United States District Court
               Civil Action No. 1:07cv00098

Dear Mr. Metalitz:

     Thank you for your letter dated March 15, 2007 received via email.

     In your letter, you indicated that your clients would not oppose my recently filed motion to amend my complaint in exchange for delaying their response to the complaint until after the court rules on the motion to amend. You previously indicated that your clients would respond as appropriate to the motion to amend the complaint.

     I would prefer to keep the scheduled date for your clients' response to the complaint. Therefore, I will not agree to delay the time within which your clients should respond to the complaint.

     Thank you for your time and attention given to this matter.

                       Regards.

                       /s/
                       Janice Scott-Blanton
                       Plaintiff, pro se

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>**JANICE SCOTT-BLANTON,** *pro se* )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**UNIVERSAL CITY STUDIOS** )<br>**PRODUCTIONS LLLP,** *et al.*, )<br> )<br>Defendants. )<br>_____ ) | Civil Case No. **1.07cv00098 (RMU)** |

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT

Good cause appearing, it hereby is ORDERED THAT Plaintiff's Motion to Amend
Complaint is DENIED.


Dated: _____                    _____

                                                                        Ricardo M. Urbina
                                                                        Judge, United States District Court,
                                                                        District of Columbia

1241225.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing [PROPOSED] ORDER has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 23, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

/s/ Marc E. Mayer
Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

2