**In The**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Washington, D.C.**

**JANICE SCOTT-BLANTON,** *pro se,*

      **Plaintiff,**

**v.**                         **CIVIL ACTION NO. 1:07cv00098 (RMU)**

**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,**

      **Defendants.**

PLAINTIFF'S RESPONSE IN OPPOSITION TO
THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Janice Scott-Blanton, proceeding *pro se,* pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, submits her Response in Opposition to the Defendants' Motion for Summary Judgment. Plaintiff relies on exhibits attached to this response and on her Affidavit filed herewith.

**I.    INTRODUCTION**

Plaintiff notes at the outset that all of the defendants have not yet been served with the lawsuit or, as the defendants have erroneously alleged in their answer, properly served. In particular, defendant Ang Lee has not been served even though plaintiff has sought to serve this defendant-requesting waiver of service of summons. Mr. Lee has thus far refused to accept the U. S. certified mail delivery from the plaintiff.

The principal argument of the defendants is that all of their works, including the motion picture, screenplay and short story, were created and completed prior to

RECEIVED

APR 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

publication of the plaintiff's novel. Consequently, as the defendants suggest, it is "factually impossible" for them to have copied the plaintiff's novel and that they "could not possibly have had access to plaintiff's work before they ***created*** their own." *Def. Mem.*, p. 2 (emphasis added). In fact, the defendants claim that their works were "created" and completed years before plaintiff even conceived let alone published her novel in March 2005.

Plaintiff submits that during the time the defendants were engaged in producing the motion picture, the revised short story and the screenplay there was no litigation questioning their timeline for producing those works. Thus, it was during that time the defendants made representations as to when they created the motion picture. As discussed below, it was the defendants who stated in their copyright application that "creation" of the motion picture occurred in 2005, who stated on the cover of the book *Brokeback Mountain: Story to Screenplay* that the screenplay was copyrighted in 2005, who stated on the cover page for the screenplay included in the book *Brokeback Mountain: Story to Screenplay*, *Graham Decl.* Exhibit 3, p. 29 (submitted by defendants), that the screenplay was published in October 2005, who stated on the DVD packaging for the motion picture that the motion picture was copyrighted in 2005, and who caused the British Library (Britain's equivalent to the United States Library of Congress) to change its cataloging records to reflect a reissue/republished version of defendant Proulx's book *Close Range: Brokeback Mountain and other stories* in 2006 and, moreover, included in the general note section of the cataloguing information, "film tie-in." A copy of the British Library record and instructions are attached hereto as Exhibit A. Now, in the face of civil litigation over the timeline for production of the motion picture, screenplay and

2

revised short story, the defendants have filed with this Court self-serving declarations that make dated assertions, which fly-in-the-face of their own copyright application and registrations with the Library of Congress for the screenplay and revised short story. Plaintiff submits that the defendants are attempting to work a fraud upon this Court with manipulated evidence and by withholding evidence related to the real original short story and screenplay.

## II.    NEED FOR DISCOVERY

### i. Motion Picture

Plaintiff has attached hereto as Exhibit B copyright registration number PA-1-318-774 for the motion picture from the Copyright Office's Registered Works Database. In that registration as well as in paragraph 3a on a copy of the original copyright application, Exhibit C attached hereto, submitted to the Copyright Office by the defendants, they stated clearly and unambiguously that 2005 was the "YEAR IN WHICH ***CREATION OF THIS WORK WAS COMPLETED.***"[1]  Exhibit C (Emphasis added). Notably, if as the defendants' stated that the majority of the work on the motion picture was created and completed in 2004, then 2004 was the "year in which creation of this work was completed."[2]

---

[1]    Inclusion of the phrase "creation of" substantially narrowed and specifically defined the character of the information sought by paragraph 3 of the copyright application. Removal of the phrase "creation of" from the stated requirement would hypothetically leave "year in which this work was completed." Consequently, plaintiff need not elaborate on the meaning of "creation" as it is clear that the defendants, in stating 2005, represented to the copyright office that the motion picture's "creation" occurred in 2005.

[2]    It is the defendants who initiated and completed the copyright application and they were free to state 2004 as the "year in which creation of this [motion picture] was completed," and did not. Moreover, in part 5 of the copyright application, the defendants indicated that there was a previous copyright registration for the motion picture or for an earlier version of it. Though the defendants failed to provide the previous registration number in part 5 of the copyright application as required, and plaintiff can find no such registration at the copyright office or in a search of its website, they listed "Previously published music used with permission, based on the short story by Annie Proulx" as the derivative work in part 6a of the copyright application. Significantly, in part 6b of the copyright application, the defendants listed as

The defendants have discussed at length the accolades and awards the motion picture has received. In connection with those accolades and awards defendants Ossana, McMurtry and Lee conducted numerous public interviews discussing the evolution of the motion picture and screenplay and how they came to being. The interviews of Ossana, McMurtry and Lee are quite telling and exposed discrepancies between the representations made by the defendants in this litigation and the representations made by them in their interviews. Plaintiff has attached hereto as Exhibit D comments made by defendant Lee posted by Rebecca Murray for www.movies.about.com. In discussing the two main actors, Lee stated:

> **Ang Lee on Heath Ledger and Jake Gyllenhaal's Chemistry Onscreen:** "The chemistry I pretty much played in my head because nobody sees. I didn't see it. I just imagined they were a good couple. I cast Heath very much as the short story required. I did something quite different with Jake. *In the novel,* he is even stronger, bulkier, shorter, very rough. And Jake, of course, is more like a city boy. I think he is a good romantic lead and I think he is a good counterpart to Heath.

Exhibit D (emphasis added). After indicating that one main character was cast in accord with the short story, defendant Lee made reference to a "novel" in describing the physical characteristics of the other main character. Plaintiff should be allowed to conduct

---

"Material Added to This Work", **"All other cinematographic material."** In short, the defendants stated in their copyright application dated February 21, 2006, eleven months after the plaintiff published her novel, that they were adding the motion picture for copyrighting under registration number PA 1-318-774 and that its "creation" occurred in 2005. In light of the hype and promotion surrounding the motion picture, it is highly unusual that the defendants did not seek copyright protection on such valuable work until a year after they suggested the motion picture was "locked" and even three months after its December 2005 theatrical release to the public. Lastly, the defendants represented in the beginning images of the motion picture and later on the cover of the DVD packages that the motion picture was copyrighted in 2005 when they knew no such copyright even existed and that they had not even applied for a copyright of the motion picture. Inclusion of the year 2005 as the "year in which *creation* of this [motion picture] was completed," on the copyright application directly disputes paragraphs 9 through 12 of the defendants undisputed facts where it was asserted that certain work on the motion picture occurred in 2004. The "creation" of the motion picture occurred in 2005, not 2004, according to the defendants own copyright application for the motion picture. Therefore, the defendants, by their own actions, created the genuine issue of material fact regarding the timing for the creation and production of the motion picture. The issue of timing for the motion picture is ripe for discovery and plaintiff should be allowed to pursue discovery on this issue.

4

discovery with regards to defendant Lee's comment and reference to a "novel" when the defendants have made clear that the motion picture was based on the screenplay.

### ii. Screenplay

There purportedly exist three copyrights for a screenplay entitled *Brokeback Mountain,* Registration Number PAu-2-417-125 dated April 6, 2000, Exhibit E attached hereto, Registration Number PAu2-885-025 dated August 16, 2004, Exhibit F attached hereto, and, according to the representations made by the defendants on the cover of the book *Brokeback Mountain: Story to Screenplay,* a copyright obtained in 2005 for a screenplay.[3] The defendants have suggested that defendants Ossana and McMurtry, upon completing a rough draft of the screenplay in 1998, they assigned the rights to the screenplay to Columbia Pictures Industries, Inc. According to the defendants, Columbia Pictures Industries, Inc. obtained a copyright on the assigned screenplay as an unpublished work in 2000, Exhibit E. The defendants also mentioned that defendant Del Mar Productions, LLC, obtained a copyright for a 113-page screenplay in 2004, Exhibit E. In section 5 of the application for the 2004 copyright, Exhibit F, the defendants stated

---

[3]     The copyright obtained on April 6, 2000 was for a 95-page screenplay. The copyright obtained on August 16, 2004 was for a 113-page screenplay. On or about November 20, 2005, in an interview conducted by Matt Anderson of Movie Habit, http://www.moviehabit.com/essays/brokeback05.shtml, and responding to a question about the "work of adaptation" for the motion picture, defendant McMurtry stated:

> "We thought that story was perfection, we thought it was a story of genius. We did a preliminary script in which we used every single sentence and line and phrase, somehow. It came out to be a little less than *60 pages, about a third of the complete script.* And yet we used everything, we stuck to Annie's language like a tick. When we saw we were going to have to amplify in order to get a feature-length film, we amplified absolutely along the lines that she had suggested, mostly adding domestic life to these two guys." (Emphasis added).

McMurtry clearly inferred and admitted that the final script was nearly **180-pages** and specifically acknowledged that he and Ossana added the domestic lives for the two main male characters, Jake and Heath. Notably, the screenplay copyrighted on August 16, 2004, about three months after the defendants stated the final screenplay was completed, was only **113-pages.** Defendants McMurtry and Ossana released "For Publication October 2005" a screenplay for *Brokeback Mountain,* seven months after the plaintiff's novel was published.

that a previous copyright had been issued for the works, TX-4-560-100.[4]  Moreover, the

2004 copyright application, Exhibit F, plainly stated that the screenplay was created in

2003.  Significantly, in the book *Brokeback Mountain: Story to Screenplay,* Exhibit B

attached to the plaintiff's complaint, the defendants stated clearly and unambiguously,

*"Screenplay,* cover, interior artwork, photographs copyright © 2005 by Focus Features

LLC."  Complaint Exhibit B (emphasis added).  In sum, there are three claimed

screenplays that the defendants, by their own actions, indicated were copyrighted in three

different years, including in 2005 the year plaintiff's novel was published.[5]

### iii. Short Story

In both the stand alone book entitled *Brokeback Mountain, Graham Decl.* Exhibit

2 (submitted by defendants) and as part of the book entitled *"Brokeback Mountain: Story

to Screenplay", Graham Decl.* Exhibit 3, the defendants stated on the covers, "Copyright

© 1997 by Dead Line Ltd."  Plaintiff submits that no such copyright exists with Dead

Line, Ltd. as the claimant in 1997.  The defendants contend that the short story, with

minor exceptions for an added introductory passage and other minor changes, remained

virtually identical between its publication in the *New Yorker Magazine* in 1997 and its

---

[4]     This copyright refers to the October 13, 1997 issue of the *New Yorker Magazine* and, notably, not the screenplay copyrighted in 2000 by Columbia Pictures Industries, Inc. though the application indicated that the screenplay was a changed version.  A copy of the copyright application for TX-4-560-100 is attached hereto as Exhibit K. Moreover, the 2004 copyright application, Exhibit F, plainly stated that the screenplay was created in 2003.  Ironically, in section 3 of the copyright application, "The Date of Creation" is blank. It is not insignificant that the only application for copyrighting the *New Yorker Magazine* from 1978-1999 in the U. S. Copyright Office that does not have a date of creation happens to be the application for the issue in which the short story was apparently originally published.  A history of the copyright numberss for the *New Yorker Magazine* for the years 1978 to 1999 is attached hereto as Exhibit L.

[5]     It is noteworthy that one of three aforementioned versions or perhaps another version of screenplay stated on its face, "For Publication October 2005," Exhibit G attached hereto.  This publication occurred seven months after the plaintiff's novel was published.  Publication of the screenplay in October 2005, seven months after publication of the plaintiff's novel, raises the inference of copying and, at a minimum, creates a need for discovery as to the creation and publication of the screenplay.

publication as a stand-alone book and as part of the book *Brokeback Mountain: Story to Screenplay* published in 2005 and 2006. Defendant Proulx, in an interview conducted by Michael Silverblatt of the website KCRW, on January 19, 2006, located at http://www.kcrw.com/etc/programs/bw/bw060119annie_proulx, Proulx acknowledged changes to her short story. Plaintiff has attached hereto as Exhibit H the audio recording of Mr. Silverblatt's interview of defendant Proulx obtained from http://www.kcrw.com/etc/programs/bw/bw060119annie_proulx.

Plaintiff has already pointed out that defendants Ossana, McMurtry and Lee conducted numerous interviews with various media organizations regarding the making of the screenplay and motion picture. In one such interview of Ossana and McMurtry by Megan White, contributing editor of Cinemalogue, on February 14, 2006, http://www.cinemalogue.com/2006/02/14/brokeback-interview/, full text of interview attached hereto as Exhibit I, as well as in the interview with Movie Habit mentioned above, McMurtry pronounced that in writing the screenplay, they expanded the domestic life of main characters, Heath and Jake. Ossana added that the defendant Proulx's short story was only eleven pages in the *New Yorker Magazine* and amounted to only about one-third of their screenplay. McMurtry and Ossana also acknowledge that the scenes involving the wives of Jake and Heath were added scenes and that the short story said very little about their wives. It becomes extremely clear from even a cursory reading of the short story that it is replete with in depth dialogue and expansive scenes involving the wives. In fact, the wives of Jake and Heath figure quite prominently in the short story. If, as McMurtry and Ossana suggested, the scenes involving the wives were newly added scenes in their screenplay, then the version of the short story the defendants have filed

7

with this Court and asserted that it is virtually identical to the 1997 and 2000 versions should not contain the expansive dialogue involving the wives that are included in the short story.

In particular, in the Cinemalogue interview, Ms. White asked both screenplay writers Ossana and McMurtry about their "favorite" "new scenes that were written specifically for the screenplay." Exhibit H. Ossana's response revealed four (4) specific new scenes that were not in the short story, but were added in the screenplay.[6] The question/response exchange between Ms. White and Ossana and McMurtry went as follows:

> "**MW:** Of all the *new scenes that were written specifically for the screenplay,* do you have a favorite? Was there one in particular that you struggled with writing?
>
> **LM:** I am affected most by the scenes involving the women. One of the scenes I find particularly appealing is the last scene in the film between Ennis and his daughter Alma Jr (Kate Mara). No scene was any more or less a struggle than another; all of the additional scenes came from our collective imaginations, mine and Diana's.
>
> **DO:** I found (and still find) several scenes particularly affecting—*the scene where Ennis staggers into the gangway after he and Jack's first parting; their reunion scene after four years apart; the confrontation scene about Mexico (the last time we see Jack); and the scene when Ennis goes to Jack's home and interacts with Jack's parents.* All the added scenes were a challenge, but I found myself excited and exhilarated every morning to be returning to the script and doing the actual writing of these scenes."

Exhibit H (emphasis added).

Miraculously, the four (4) "new scenes that were written specifically for the screenplay," Exhibit H, mentioned by Ossana also appear in all versions of the short story

---

[6]    Plaintiff has attached hereto as Exhibit J the four (4) scenes Ossana mentioned in the Cinemalogue interview and how they compared to similar scenes from her novel.

the defendants claim to be "verbatim" to the original short story written by defendant

Proulx in 1997. The added scenes Ossana mentioned in her interview response were:

> **1) Ennis staggers into the gangway after he and Jack's first parting**. This scene appears in the *Brokeback Mountain* short story printed in the *New Yorker Magazine* at the top of page 8; on page 5 (2nd para.) of the 2005 Internet version from the *New Yorker Magazine;* in the short story at the top of page 9 that was included in the book *Brokeback Mountain: Story to Screenplay*; on page 18 (2nd para.) in the stand-alone book *Brokeback Mountain* short story printed in 2005 and 2006 by Simon & Schuster, Inc.; and at the top of page 264 in the book *Close Range: Wyoming Stories*, printed by Simon & Schuster, Inc.;

> **2) their reunion scene after four years apart**. This scene appears in the *Brokeback Mountain* short story printed in the *New Yorker Magazine* on pages 8-10; on pages 5-8 of the 2005 Internet version from the *New Yorker Magazine;* in the short story on pages 10-15 that was included in the book *Brokeback Mountain: Story to Screenplay*; on pages 20-30 in the stand-alone book *Brokeback Mountain* short story printed in 2005 and 2006 by Simon & Schuster, Inc; and on pages 265-271 in the book *Close Range: Wyoming Stories*, printed by Simon & Schuster, Inc.;

> **3) the confrontation scene about Mexico (the last time we see Jack)**. This scene appears in the *Brokeback Mountain* short story printed in the *New Yorker Magazine* on page 14, (4th para.); on pages 11-12 (5th para.) of the 2005 Internet version from the *New Yorker Magazine;* on pages 20-21 in the *Brokeback Mountain: Story to Screenplay*; on pages 40-43 in the stand-alone book *Brokeback Mountain* short story printed in 2005 and 2006 by Simon & Schuster, Inc.; on pages 276-278 (5th para.) in the book *Close Range: Wyoming Stories*, printed by Simon & Schuster, Inc.; and

> **4) the scene when Ennis goes to Jack's home and interacts with Jack's parents.** This scene appears in the *Brokeback Mountain* short story printed in the *New Yorker Magazine* on pages 15-16 (middle column 2nd para.); on pages 13-15 (11th para.) of the 2005 Internet version from the *New Yorker Magazine;* on pages 24-27 (3rd para.) in the book *Brokeback Mountain: Story to Screenplay*; on pages 47-53 in the stand-alone book *Brokeback Mountain* short story printed in 2005 and 2006 by Simon & Schuster, Inc; and on pages 281-284 in the book *Close Range: Wyoming Stories*, printed by Simon & Schuster, Inc.

This is compelling evidence that, contrary to the defendants' assertions that the short

story remained virtually the same since it was written in 1997, the short story has been

changed substantially. This is sufficient to create a genuine issue of material fact and certainly worthy of further discovery. This is especially true because as plaintiff pointed out in Exhibit I attached hereto, these four scenes are very similar to scenes from her novel.[7]

In summary, plaintiff has thus far raised sufficient doubt as to the defendants' asserted timeline regarding when they created and completed their work on the motion picture, short story and screenplay. Moreover, plaintiff has presented sufficient evidence to create genuine factual disputes over the defendants' timeline, as well as evidence of the publishing and or republishing of the motion picture, screenplay and short story months after plaintiff published her novel in March 2005.

## III.    ARGUMENT AND DISCUSSION

### Defendants' Motion for Summary Judgment

Federal Rule of Civil Procedure 56(c) provides for summary judgment if the Court, viewing the record as a whole, determines "that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c); *See also Haulbrook v. Michelin N. Am., Inc.,* 252 F.3d 696, 702 (4th Cir. 2001) (stating that "[S]ummary judgment should be granted only when it is perfectly clear that no issue of material fact exists, and it is not necessary to inquire further into the facts in order to clarify the operation of the law."). However, "As a general rule, summary judgment is appropriate only after 'adequate time for discovery.'" *Evans v.*

---

[7]        The defendants' suggested that a cursory review of the plaintiff's novel would reveal that its "total concept and fee" is very different from their works. Plaintiff submits that the defendants pirated her novel to add domestic meat on the bones for the domestic life of defendant Proulx's admitted skeletally written short story. Indeed, as defendants McMurtry and Ossana admitted in several different interviews, they added the domestic scenes for the main characters, Heath and Jack, particularly those involving the wives for both characters.

*Techs Applications & Serv. Co.,* 80 F.3d 954, 961 (4th Cir. 1996) (quoting *Celotex Corp. v. Catrett,* 477 U.S. 317, 322 (1986)). "Federal Rule of Civil Procedure 56(f) permits a court to deny summary judgment or to order a continuance if the nonmovant shows through affidavits that it could not properly oppose a motion for summary judgment without a chance to conduct discovery." *Id.* The Rule 56(f) affidavit is meant "to ensure that the nonmoving party is invoking the protections of Rule 56(f) in good faith and to afford the trial court the showing necessary to assess the merit of a party's opposition." *First Chicago Int'l v. United Exch. Co.,* 836 F.2d 1375, 1380 (D.C. Cir. 1988); see also *Harrods Ltd. v. Sixty Internet Domain Names,* 302 F.3d 214, 244 (4th Cir. 2002). A Rule 56(f) affidavit should "specif[y] legitimate needs for further discovery." *Nguyen v. CAN Corp.,* 44 F.3d 234, 242 (4th Cir. 1995).

Plaintiff in her response to the defendants' motion for summary judgment invokes Rule 56(f) and has provided a Rule 56(f) affidavit. In her affidavit, plaintiff stated that the conference required under Federal Rule of Civil Procedure 26(f) has not taken place in this case. Federal Rule of Civil Procedure 26(d) provides that with a few exceptions, discovery cannot commence until the Rule 26(f) conference has occurred. As the defendants pointed out in opposing the plaintiff's motion for preliminary injunction, this litigation is in its infancy. Further, no Rule 26(f) conference has occurred and discovery has not yet commenced. At this early stage of the litigation, the Court only has the defendants' self-serving version of their timeline, and actions they took in connection with the short story, screenplay and motion picture.

Moreover, plaintiff has submitted with this opposition some publicly available information that raises doubt, and indeed creates genuine issues of material fact,

11

regarding the timeline asserted by the defendants as to when their works were actually completed and published, regarding the short story the defendants contend has essentially not been changed since it was written in 1997, regarding when the screenplay was completed and or published, and regarding when the motion picture was completed and or published. The interviews of defendants Ossana, McMurtry and Lee submitted by the plaintiff in this opposition raise doubts as to the defendants' contentions in their motion for summary judgment and their relevant undisputed facts.

In this case, the Court should defer ruling on the defendants' motion for summary judgment until after the plaintiff has been given the opportunity to engage in discovery. Plaintiff has not had the opportunity to conduct any discovery of any of the defendants. Notwithstanding the publicly available information plaintiff has submitted in connection with this opposition, she cannot fully test the allegations raised in the defendants' Answer to her Complaint or the self-serving Declarations attached to the defendants' motion for summary judgment. Through discovery, plaintiff is likely to discover facts that create genuine disputes of the defendants' asserted undisputed facts. At the present time, the Court is presented with only the defendants' side of the story. In light of this, the Court should either deny the defendants' motion for summary judgment or defer ruling on the defendants' motion for summary judgment until all of the facts are before the Court.[8]

**IV.    CONCLUSION**

---

[8]    Plaintiff is asking the Court to delay ruling or deny the defendants motion for summary judgment in its entirety, including on all other state and federal law claims alleged in her complaint beyond the copyright claims. If the Court denies the plaintiff the opportunity to pursue discovery, then plaintiff requests that the Court give her additional time and allow her to respond to the defendants motion for summary judgment and address all arguments raised by the defendants.

For the foregoing reasons, plaintiff Janice Scott-Blanton requests respectfully that the Court:  (1) deny the defendants' motion for summary judgment; and (2) award the plaintiff such other and further relief as the Court deems appropriate and just.

Respectfully submitted,

Janice Scott-Blanton
Plaintiff, *pro se*

3578 Wharf Lane
Triangle, VA 22172
Telephone: (703) 861-0028

13

## CERTIFICATE OF SERVICE

I hereby certify that I hand-delivered the foregoing to the following defendants and or their representative on this the 3rd day of April 2007:

**UNIVERSAL CITY STUDIOS, INC.,**
**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP,**
**UNIVERSAL STUDIOS LICENSING, LLLP,**
**FOCUS FEATURES, LLC,**
**RIVER ROAD ENTERTAINMENT, INC.,**
**DEL MAR PRODUCTIONS, LLC,**
**SIMON & SCHUSTER, INC.,**
**ADVANCED PUBLICATIONS, INC.,**
**LARRY MCMURTRY,**
**DIANA OSSANA,**
**ANNIE PROULX**
c/o Steven J. Metalitz, Esquire                          **HAND-DELIVERED**
**Mitchell, Silberberg & Knupp, LLP,**
**Counsel for Defendants**
**2300 M. Street, N.W., Suite 800**
**Washington, D.C.  20037**

Janice Scott-Blanton, *pro se*

14

<div align="center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

</div>

| | | |
|---|---|---|
| JANICE SCOTT-BLANTON, *pro se*, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 1:07cv00098 (RMU)** |
| | ) | |
| UNIVERSAL CITY STUDIOS | ) | |
| PRODUCTIONS, LLLP, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

<div align="center">

PROPOSED ORDER DENYING THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

</div>

In this case, the defendants filed a motion for summary judgment on March 23, 2007. Plaintiff Janice Scott-Blanton filed a response to the motion for summary judgment on April 3, 2007. In her response, plaintiff requested the Court delay ruling on the defendants' motion for summary judgment and to allow this matter to proceed to discovery pursuant to Federal Rule of Civil Procedure 26(f). Plaintiff argued that she only has the defendants' version of production of the *Brokeback Mountain* short story, screenplay and motion picture.

Having considered the Memoranda and supporting documents filed by the parties, and for good cause shown, the Court will **DEFER** ruling on the defendants' motion for summary judgment until the parties have had an adequate opportunity to conduct discovery.

**SO ORDERED.**

<div align="right">

_____
RICARDO M. URBINA
United States District Judge

</div>

_**Exhibit A**_
_**British Library Catalogue Record And Instructions**_





view basket   0 item(s) in basket

search >

Home   News   New Releases   Authors   Extracts   Competitions   About HC   Help and Info

subject browse:
Audio
Biog. & non-fiction
• Children's
• Crime
• Education
• Entertainment
Literary Fiction
• Maps & Atlases
• Mind, Body & Spirit
Popular Fiction
• Fantasy & SF
Sport



trade:
• Special Sales & Incentives
Translation & US Rights



Spirits crossing



Is your town a ghost town?

# Books...

## CLOSE RANGE: Brokeback Mountain and other stories [Film tie-in edition] by Annie Proulx

Brokeback Mountain is set in the beautiful, wild landscape of Wyoming where cowboys live as they have done for generations. Hard, lonely lives in unforgiving country. Jack Twist and Ennis del Mar are two ranch hands – 'drop-out country boys with no prospects, brought up to hard work and privation, both rough-mannered, tough spoken' – glad to have found each other's company where none had been expected. But companionship becomes something else on Brokeback Mountain, something not looked for, something deadly.

**Reviews**

Praise for Bad Dirt:

'Proulx writes in wonderful stews, everything thrown in together...the stories demand a second reading.' Daily Telegraph

'Her keen eye for idiosyncrasy ensures her continuing reputation as one of the shrewdest chroniclers of contemporary America.' David Robson, Sunday Telegraph

Praise for The Shipping News:

'A very impressive achievement. So funny, so full of delights.' Guardian

'As stark and ruggedly beautiful as the storm-battered coast of Newfoundland itself.' Sunday Telegraph

Praise for Accordion Crimes:

'The detail is breathtaking, her ear for dialogue matchless, her observation unsentimental, her pace infectious. She tackles death, sex and the gruesome with black hilarity and the skills of a born storyteller. Rich and dense, Accordion Crimes is a splendid novel.' The Times

'The power and presence of this book cannot be overstated.' Sunday Express

'Exhilarating magic, leaves you begging for an encore.' Daily Telegraph

For more information on E. Annie Proulx and a list of titles currently published click here.



Format: Paperback

Pub date: 07.11.05

Imprint: Harper Perennial

ISBN: 978-0-00-720558-5

Series: n/a

Price (RP): £7.99

Buy from Amazon

Add to Basket

working with
amazon.co.uk

Case 1:07-cv-00098-RMU   Document 30-3   Filed 04/03/2007   Page 3 of 28

By using this site you agree to our Terms and Conditions. Read about our Privacy Policy, Legal Notices and Disclaimer.

© HarperCollins Publishers Ltd 2007 .

Other sites:

     





See larger image

Publisher: learn how customers can search inside this book.

# Brokeback Mountain (Paperback)
by Annie Proulx (Author)

★★★★☆ (29 customer reviews)

**RRP:** ~~£7.99~~
**Price:** **£6.39** & eligible for **Free UK delivery** on orders over £15 with Super Saver Delivery. See details and conditions
**You Save:** £1.60 (20%)

**Availability:** In stock. Dispatched from and sold by Amazon.co.uk.

**Want guaranteed delivery by 1pm Wednesday, April 4?** Choose **Express** delivery at checkout. See Details

**71 used & new** available from £0.01

**Price: £6.39**
In stock
Dispatched from and sold by Amazon.co.uk

🛒 Add to Shopping Basket
**or**
Sign in to turn on 1-Click ordering.

**More Buying Choices**

**71 used & new** from £0.01

Have one to sell? Sell yours here

Add to Wish List
Add to Wedding List
Tell a friend

## Perfect Partner

Buy this book with Brokeback Mountain ~ Original Soundtrack today!
**Buy Together Today: £15.87**

 +   Buy both now!

## Customers who bought this item also bought

Brokeback Mountain ~ Original Soundtrack
Brokeback Mountain [2005] DVD ~ Jake Gyllenhaal
The Constant Gardener by John Le Carre
Stuart: A Life Backwards by Alexander Masters
"Brokeback Mountain": Story to Screenplay by Annie Proulx
Saturday by Ian McEwan

▸ **Explore similar items :** Books (40) DVD (8) Music (1)

## Product details

**Paperback:** 320 pages
**Publisher:** HarperPerennial; Film Tie-in Ed edition (30 Sep 2005)
**Language** English
**ISBN-10:** 0007205589
**ISBN-13:** 978-0007205585
**Product Dimensions:** 7.6 x 5 x 0.9 inches

**Average Customer Review:** ☆☆☆☆ based on 29 reviews. (Write a review.)

**Amazon.co.uk Sales Rank:** 6,827 in Books
(Publishers and Manufacturers: Improve Your Sales)

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

## Reviews

### Synopsis

Film tie-in edition of the story by Annie Proulx, now a movie starring Jake Gyllenhaal, Randy Quaid, Anne Hathaway and Heath Ledger. Brokeback Mountain is set in the beautiful, wild landscape of Wyoming where cowboys live as they have done for generations. Hard, lonely lives in unforgiving country. Jack Twist and Ennis del Mar are two ranch hands -- 'drop-out country boys with no prospects, brought up to hard work and privation, both rough-mannered, tough spoken' -- glad to have found each other's company where none had been expected. But companionship becomes something else on Brokeback Mountain, something not looked for, something deadly.

## Customers who viewed this item also viewed

Bad Dirt: Wyoming Stories by Annie Proulx

Postcards by Annie Proulx

The Shipping News by Annie Proulx

Heart Songs by Annie Proulx

I Wish I Knew How to Quit You: An Unofficial Brokeback Mountain Trivia Book by Joshua Michaelmas

That Old Ace in the Hole by Annie Proulx

▸ **Explore similar items :** Books (38) DVD (5) Music (1)

## Customer Reviews

**Average Customer Review:** ☆☆☆☆☆

**Write an online review** and share your thoughts with other customers.

2 of 3 people found the following review helpful:

☆☆☆☆☆  **un-romanticised yet touching**, 22 Jan 2007
Reviewer: **L. Eden "Batch of turkey love biscuits"** (Britain) - See all my reviews
REAL NAME

Although i found her style of writing rather difficult and in some ways irritating, i did enjoy the main story of the book. I liked the way their relationship wasn't melodramatic or in anyway a soppy love story, which made it more realistic. Also, the fact that Ennis and Jack weren't supposed to be atall feminine or very attractive broke away from the gay fiction stereotypes; it was quite refreshing to read. I thought that the ending was very emotive and sad, and the callousness of Jacks wife was quite chilling. The only thing i didn't really like was the way the novel, and for that matter the film, jumped years at a time. It seemed to kill the atmosphere a little. Overall, worth a read.

Was this review helpful to you?  Yes   No   (Report this)

1 of 1 people found the following review helpful:

☆☆☆☆☆ **A Masterpiece**, 21 Dec 2006
Reviewer: **Janjo** (UK) - See all my reviews
I saw the film of Brokeback Mountain before I read this lovely book of short stories, and now read eveything by Annie Proulx that I can lay hands to.
All of the stories are good, bit in my opinion Brokeback Mountain which is the last story in the book is a masterpiece, probably the finest short story ever written in the English language.
It is so emotional and multi-layered that it will keep one speculating on it's true meaning for months.
The film is very faithful to the book and is completely heartrending, with wonderful acting and direction.

The soundtrack is terrific too!

Was this review helpful to you?   Yes   No   (Report this)


2 of 8 people found the following review helpful:

★☆☆☆☆ **Disappointing**, 30 Aug 2006
Reviewer: **J. Wheeler** (Hull, UK) - See all my reviews
REAL NAME

I saw the film which I enjoyed and which prompted me to buy the book. I have to say that I found the language difficult to follow at times and actually gave up after I had read about 3 of the stories which is unlike me as I usually persevere. It did give you a better understanding of the main characters. Most books have more depth than the film - not this one.

Was this review helpful to you?   Yes   No   (Report this)


4 of 4 people found the following review helpful:

★★★★★ **"If you can't fix it, you gotta stand it."**, 22 Aug 2006
Reviewer: **Mary Whipple** (New England) - See all my reviews
TOP 10 REVIEWER

First published in the New Yorker magazine in 1997, this powerful short story won the National Magazine Award for Fiction and an O. Henry Award. Exploding the stereotype of the cowboy, author Annie Proulx creates a passionate love story between two young ranch hands who believe their love and relationship are unique. Both are nineteen, and neither will entertain the thought that he might be gay ("I'm not no queer...it's a one-shot thing.").

In vibrant prose filled with unusual images of nature, Proulx depicts the intensity of their love, which first begins in a high pasture on Brokeback Mountain, where they tend sheep and sleep in a tent to protect the sheep from predators. From the outset, nineteen-year-old Ennis del Mar is so elated with the company of the equally young Jack Twist that he "felt he could paw the white out of the moon." When their attraction suddenly bursts into passion, they feel themselves "flying in the euphoric, bitter air, looking down on the hawk's back." And when, at the end of the season, they bring the sheep down the mountain, "the mountain boiled with demonic energy," and Ennis "felt he was in a slow-motion, but headlong, irreversible fall."

At the end of the season, they separate, and over the next twenty years they both live as straight men, seeing each other rarely, and keeping their love a secret. Ennis has never forgotten the time when he was nine and his father took him to see the remains of a gay man who was tortured, then beaten to death with a tire iron. His father laughed about this atrocity, regarding it as appropriate punishment for the man's violation of the "western code."

Proulx concentrates on themes and on the intensity of the men's love story, subordinating everything else, including her imagery and character development, to it. The dramatic ending conjures up images from the beginning of the story on Brokeback Mountain and ties all the details together, while the thematic line "If you can't fix it, you gotta stand it," which is first spoken at the story's turning point, is repeated in the conclusion for emphasis. Inexorable forces act on Ennis and Jack throughout the story, some forces originating in nature and some coming from other men--and Ennis and Jack just "gotta stand it." Mary Whipple

Was this review helpful to you?   Yes   No   (Report this)


1 of 9 people found the following review helpful:

★☆☆☆☆ **A foreign Language**, 19 Jul 2006
Reviewer: **Lce** (Bristol UK) - See all my reviews

Let me start by saying I enjoyed Annie Proulx'The Shipping News, which is why I bought this book. (I have not seen the film). I would probably have enjoyed these short stories more, if I had understood the language better. I have never experienced the sensation before of reading something in English, and not understanding what it means. You need to speak fluent American or have a good dictionary at hand.

Was this review helpful to you?  [Yes] [No]  (Report this)

3 of 3 people found the following review helpful:

★★★★★ 'there's no reins on this one', 14 Jul 2006
Reviewer: **Lindann "Lindann"** (Northumbria, UK) - See all my reviews
I saw the film first - thanks Amazon DVD rental. The most thought-provoking film I've seen in years. It makes you knot up inside, the subject could apply to any forbidden relationship. So I had to read the story. And Wow! it did not disappoint. Everything was so clear and gave an insight into Ennis and Jack's backgrounds pre Brokeback. The only thing that wasn't true to the book was that Jake Gyllenhaal and Heath Ledger are far better looking than Annie's discription! I have now read the first two stories and they are equally as well written.

I have also read 'The Shipping News'- also by Annie Proulx - and can recommend that to other readers, too.

Was this review helpful to you?  [Yes] [No]  (Report this)

**See all 29 customer reviews...**

## Listmania!

 STRANGE AND WONDERFUL Amazon.com Picks!: A list by Terry Whittaker

 DVDs You Need To Own: A list by Steven Hitchens "steyo"

 Books which Didn't Live Up To Expectations: A list by Bookthrift

Create a Listmania! list

## Look for similar items by category

Subjects > Fiction > Short Stories

## Look for similar items by subject

☐ Short stories
☐ Fiction

[ Find products matching ALL checked subjects ]
i.e., each product must be in subject 1 AND subject 2 AND ...

## Feedback

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

I am the Author, and I want to comment on my book.

I am the Publisher, and I want to comment on this book.

**DVD Rental**
Enjoy a free two-week trial on any one of our DVD rental plans. Find out more.

**Where's My Stuff?**

track your recent orders

view or change your orders in Your Account

**Delivery and Returns**

see our delivery rates and policies

thinking of returning an item? (See our Returns Policy)

**Need Help?**

forgot your password? Click here.

redeem or buy a gift certificate

still have questions? Visit our Help Pages

**Search our shops** All Products    GO!

BOOK SEARCH | BROWSE CATEGORIES | SPECIAL OFFERS | Bestsellers | AUDIO BOOKS | PAPERBACKS - 3 FOR £12 | TEXTBOOKS & REVISION | NEW RELEASES | SELL YOUR BOOKS

Amazon Home

International Sites: United States | Germany | France | Japan | Canada | China

Contact Us | Help | View Basket | Your Account

About Amazon.co.uk | Careers at Amazon | Join Associates

Conditions of Use & Sale | Privacy Notice  © 1996-2007, Amazon.com, Inc. and its affiliates

Login | End session | Display options | Feedback | FAQs | Help

## INTEGRATED CATALOGUE

**BRITISH LIBRARY**

**Catalogue:** Integrated Catalogue

Home | About | Search | Results | Previous searches | My folder | Blank order form
Add to My folder |

## Full Record

**Format options:** Standard format  Summary  MARC tags

**Record 2 out of 2**            ← Previous record      Next record →

| | |
|---|---|
| System number | 013278403 |
| Author - personal | ●Proulx, Annie. |
| Title | ●Close range : **Brokeback Mountain** and other stories / Annie Proulx. |
| Publisher/year | ●London : Harper Perennial, 2006. |
| Physical descr. | 318 p. : 20 cm. |
| General note | Film tie-in. |
| | Originally published as Close range: Wyoming Stories : London: Fourth Estate, 1999. |
| | Formerly CIP. Uk |
| Subject | ●Male friendship -- Fiction. |
| | ●Cowboys -- Fiction. |
| Subject | ●Wyoming -- Fiction. |
| Holdings (All) | Details |
| Shelfmark | H.2006/831 Request |
| ISBN | ●9780007205585 (pbk.) : £7.99 |
| | ●0007205589 (pbk.) : £7.99 |
| Dewey class. no. | ●813.54 22 |

← Previous record      Next record →

Logout/end session | Display options | Feedback | Help
Home | About | Search | Results | Previous Searches | My folder

Privacy Disclaimer Copyright © The British Library Board

x3

Login | End session | Display options | Feedback | FAQs | Help



# INTEGRATED CATALOGUE

**Catalogue:** Integrated Catalogue

Home | About | Search | Results | Previous searches | My folder | Blank order form
Add to My folder |

## Full Record

**Format options:** <u>Standard format</u> <u>Summary</u> <u>MARC tags</u>

**Record 2 out of 2**      ← Previous record    Next record →

| | |
|---|---|
| **FMT** | BK |
| **LDR** | pam a2200205 a 4500 |
| **001** | 013278403 |
| **003** | Uk |
| **005** | 20060214134617.0 |
| **008** | 050616r20061999enk          000 1 eng |
| **015** | \|a GBA570645 \|2 bnb |
| **020** | \|a 9780007205585 (pbk.) : \|c £7.99 |
| **020** | \|a 0007205589 (pbk.) : \|c £7.99 |
| **040** | \|a StDuBDS \|b eng \|c StDuBDS \|d Uk |
| **042** | \|a ukblsr |
| **08204** | \|a 813.54 \|2 22 |
| **1001** | \|a Proulx, Annie. |
| **24510** | \|a Close range : \|b Brokeback Mountain and other stories / \|c Annie Proulx. |
| **260** | \|a London : \|b Harper Perennial, \|c 2006. |
| **300** | \|a 318 p. : \|c 20 cm. |
| **500** | \|a Film tie-in. |
| **500** | \|a Originally published as Close range: Wyoming Stories : London: Fourth Estate, 1999. |
| **500** | \|a Formerly CIP. \|5 Uk |
| **650 0** | \|a Male friendship \|v Fiction. |
| **650 0** | \|a Cowboys \|v Fiction. |
| **651 0** | \|a Wyoming \|v Fiction. |
| **85241** | \|a British Library \|b HMNTS \|j H.2006/831 |
| **SYS** | 013278403 |

← Previous record    Next record →

Logout/end session | Display options | Feedback | Help
Home | About | Search | Results | Previous Searches | My folder

Privacy Disclaimer Copyright © The British Library Board

x4



# THE BRITISH LIBRARY   The world's knowledge

About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards



| British National Bibliography | Services   Bibliographic |
|---|---|
| Data licensing | |
| Standards | |

print
search
back
site map

- → Bibliographic Standards Home
- → News
- → Standards Development
- → The National Bibliography
- → Moving to MARC 21
- → UKMARC Manual
- → Contact Us

## The UKMARC Manual

## Tags 001 - 099: Control fields / Coded and other information

Select from the full list of MARC tags to go to a full description of the tag, including examples to help you see recommended usage:

| TAG | FULL FIELD NAME |
|---|---|
| 001 | Record control number |
| 002 | Subrecord directory |
| 003 | Control number identifier |
| 005 | Date and time of latest transaction |
| 008 | Information codes |
| 010 | Library of Congress card number |
| 015 | National bibliography number |
| 016 | Authority control information |
| 017 | Correction message |
| 018 | Amendment message |
| 021 | International Standard Book Number (ISBN) |
| 022 | International Standard Serial Number (ISSN) |
| 023 | Other standard number or code |
| 024 | Blaise number |
| 027 | International Standard Report Number (ISRN) |
| 031 | Maps: relief, projection and prime meridian data |
| 032 | Maps: geodetic, grid and vertical measurement data |
| 033 | Date, time, and place of an event |
| 034 | Maps: scale and co-ordinates data |
| 036 | Maps: dates |
| 037 | Physical description coded information |
| 038 | Aerial photography and remote sensing |
| 040 | Cataloguing source |
| 041 | Language |
| 043 | Geographic area |
| 044 | Country of production |
| 046 | Music information |
| 050 | Library of Congress class number |
| 062 | Cartographic class number |
| 080 | Universal Decimal Class number |
| 081 | Dewey Decimal Class number: earlier editions |
| 082 | Dewey Decimal Class number: current edition |
| 083 | Verbal feature heading |
| 085 | British Catalogue of Music Class number |
| 087 | National library pressmark |
| 091 | Previous control number |
| 092 | British Library Document Supply pressmark |

Complete listing of UK MARC fields

------------------------------------------------------------

--→ Moving to MARC 21    Following extensive consultation with the UK library and
information community, the British Library is committed to
adopting the MARC 21 format in place of UKMARC. News,
assistance and information about the change from UKMARC to
MARC 21 can be found here.

------------------------------------------------------------

## For further information please contact:

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk



print
search
back
site map
top

About us    Collections    Catalogues    Services    What's on    News    Contact us
Site map    Privacy    Disclaimer    Copyright © The British Library Board





## THE BRITISH LIBRARY    The world's knowledge

About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards

**British National Bibliography**

**Data licensing**

**Standards**

**Services  Bibliographic**

print
search
back
site map

→ Bibliographic Standards Home
→ News
→ Standards Development
→ The National Bibliography
→ Moving to MARC 21
→ UKMARC Manual
→ Contact Us

## The UKMARC Manual

### Field 005: Date and Time of Latest Transaction

The 005 field is a fixed length field of 16 character positions which can be used to hold the date and time of the last record transaction.

There are no indicators or subfields in this field.

NOT REPEATABLE

**Note**

The date is given in Year/Month/Day/Hour/Minute/Second/Tenth of a Second order, as follows:

- Year code. Four numeric characters, right justified with zero fill.
- Month code. Two numeric characters, right justified with zero fill.
- Day code. Two numeric characters, right justified with zero fill.
- Hour code. Two numeric characters, right justified with zero fill. Based on a 24 hour clock. Always to be given as Greenwich Mean Time (GMT).
- Minute code. Two numeric characters, right justified with zero fill.
- Second code. Two numeric characters, right justified with zero fill.
- Tenth of a Second code. A decimal point and one numeric character, right justified with zero fill.

**BNB Practice**

This field is not used in BNBMARC records.

**Examples**

1. **005 19940926143643.4**
   **008 940713**
   **040.00$aOX/N-1$dAB/N-1$dCA/U-1**
   *The record was created by the Bodleian Library on 13 July 1994 and last modified by Cambridge University Library on 26 September at 43.4 seconds past 2:36 pm.*

2. **001 0712310843**
   **005 19970206090030.5**
   **008 960720**
   **040.00$aCA/U-1$dOX/N-1**
   *The record was created by Cambridge University Library on 20 July 1996 and last modified by the Bodleian Library on 6 February 1997 at 30.5 seconds past 9 am.*

3. **001 0712310843**
   **005 19970306110350.5**
   **008 960720**
   **040.00$aCA/U-1$dOX/N-1$dAB/N-1**
   *The record from the previous example, subsequently updated by the National Library of Wales on 6 March 1997 at 50.5 seconds past 11.03 am.*

Tag 001 - 099 list

Complete listing of UK MARC fields

---

→ Moving to MARC 21    Following extensive consultation with the UK library and information community, the British Library is committed to adopting the MARC 21 format in place of UKMARC. News, assistance and information about the change from UKMARC to MARC 21 can be found here.

---

## For further information please contact:

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk

print 
search
back
site map
top

About us    Collections    Catalogues    Services    What's on    News    Contact us
Site map    Privacy    Disclaimer    Copyright © The British Library Board



# THE BRITISH LIBRARY    The world's knowledge



About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards

| British National Bibliography | Services  Bibliographic |
|---|---|

Data licensing

Standards

print 🖶
search 🔍
back ←
site map 🗗

⋯→ Bibliographic Standards Home
⋯→ News
⋯→ Standards Development
⋯→ The National Bibliography
⋯→ Moving to MARC 21
⋯→ UKMARC Manual
⋯→ Contact Us

## The UKMARC Manual

### Field 008 : Information Codes

The 008 field is a fixed length field of 40 character positions each one of which can be used to hold coded information about the item being catalogued.

There are no indicators in this field.

NOT REPEATABLE

| CHARACTER POSITION | DEFINITION | SUBFIELD CODES |
|---|---|---|
| 1 - 6 | Date entered on file | |
| 7 - 15 | Date of publication | $a |
| 7 | Nature of publication | |
| 8 - 11 | Date 1 | |
| 12 - 15 | Date 2 | |
| 16 - 18 | Country of publication | $b |
| 19 - 22 | Illustrations | $o |
| 23 | Intellectual level | $c |
| 24 | Material designation | $p |
| 25 - 28 | Form of publication | $p |
| 29 | Government publication | $d |
| 30 | Conference proceedings | $f |
| 31 | Festschrift | $g |
| 32 | Index | $h |
| 33 | Heading repeated in title | $i |
| 34 | Literary text | $j |
| 35 | Biography | $k |
| 36 - 38 | Language | $l |
| 39 | Periodical | $m |
| 40 | Provenance | $n |

**Note**

Because the meaning of the coded information is determined by character position, the subfield codes are, strictly speaking, superfluous and are not held in the automated version of the record. They are used at input simply as an aid to the cataloguer, to help define the character position of the data being input and are not repeatable.

### Date first entered on file (character positions 1-6)

The date is given in Year/Month/Day order with two character positions for each. This information is machine-generated.

### Nature and date of publication ($a character positions 7-15)

The nature of the publication is shown by a single lower-case alphabetic character code; this is followed by one or two 4-digit dates.
The nature of publication codes used are:

| CODE | DEFINITION |
|------|------------|
| m | Multiple date of serial. Date 1 is the year the serial was first published. Date 2 is the year the serial ceased publication. While the serial is still being published Date 2 is filled with 9999. |
| r | Reprint date. The work is a reprint of a work of which the original or probable date of publication is known. Date 1 is the date of the reprint. Date 2 is the date of the original. If the work is reprinted in the United Kingdom in the same year as its original publication in another country, then it is not considered a reprint and code s is used. |
| s | Single date. A work which is not a reprint or the first issue of a serial, with a known or probable date of publication. If the date of publication is a group date the earliest date is given, e.g. for a multi-volume work published between 1975 and 1978 catalogued in 1990 the date is 1975. Date 1 is the date of publication. Date 2 is filled with blanks. |
| z | Facsimile reprint date. Date 1 is the date of the facsimile reprint. Date 2 is the date of the original. |

## Country of publication ($b character positions 16-18)

This is indicated by a two character code taken from Appendix A. The codes are left-justified with a blank in the remaining character position. For items with more than one country of publication, one or more of which is within the UK, it is BNB practice to use the code for the first UK country.

## Illustration codes ($o character positions 19-22)

Up to four codes may be input in alphabetical order, according to the type of illustrations input in field 300. If there are fewer than four, the codes are left-justified and the remaining character positions filled with blanks.
The codes used are:

| CODE | DEFINITION | CODE | DEFINITION |
|------|------------|------|------------|
| a | Illustrations | h | Facsimiles |
| b | Maps | i | Coats of arms |
| c | Portraits | j | Genealogical tables |
| d | Charts | k | Forms |
| e | Plans | l | Samples |
| g | Music | | |

## Intellectual level code ($c character position 23)

Only one code may be used. The position contains a blank if not used. There is a choice of two sources for the codes used. The first is, International target audience code (ITAC) (London: IFLA International Office for UBC, 1977). This is the source used for BNBMARC records, though currently only code 'j' is used.
The codes used are:

| CODE | DEFINITION | CODE | DEFINITION |
|------|------------|------|------------|
| b | Pre-school | m | Higher education, age 16+ |
| c | School texts, primary, ages 5-11 | p | Postgraduate, research |
| g | School texts, secondary, ages 11-16 | r | Adult, general |
| j | Children, up to ages 12 or 13 | v | Adult, serious |

| | | | |
|---|---|---|---|
| k | Adolescent, teenage, young adult, ages ca. 13-18 | z | Special |

An alternative list of codes has been devised for use by the book trade.
The codes used are:

| CODE | DEFINITION | CODE | DEFINITION |
|---|---|---|---|
| a | Pre-school | g | Postgraduate |
| b | Ages 5 - 12 | h | Professional (including technical, vocational) |
| c | Teenagers | j | Children (including teenagers), used only when a more specific code cannot be applied |
| d | Primary | k | General adult |
| e | Secondary | m | English language teaching material |
| f | Tertiary | | |

## Material designation ($p character position 24)

This is an upper case alphabetic corresponding to categories based on the general material designations (GMDs) given in list 2 of AACR2 Rule 1.1C1.
The codes used are:

| CODE | DEFINITION | CODE | DEFINITION |
|---|---|---|---|
| A | Map | M | Microform |
| B | Globe | N | Motion Picture |
| C | Art original | O | Kit |
| D | Chart | P | Music |
| E | Filmstrip | Q | Diorama |
| F | Flash card | R | Game |
| G | Picture | S | Microscope slide |
| H | Slides | T | Model |
| I | Technical drawing | U | Realia |
| J | Transparency | V | Sound recording |
| K | Computer file or electronic resource, e.g. CD-ROM, DVD | W | Text |
| L | Manuscript | X | Video recording |

## Form of publication ($d character positions 25-28)

Up to four codes may be used to describe the kind of work being catalogued. It is important to distinguish between a work which, for example, carries a bibliography or index etc and one which is itself a bibliography or index etc. Codes are input in alphabetical order, and left-justified with blanks input if fewer than four codes are used.
The codes used are:

| CODE | DEFINITION |
|---|---|
| a | Bibliographies |
| b | Catalogues, e.g. book catalogues, exhibition catalogues |
| c | Indexes |
| d | Abstracts or summaries |
| e | Dictionaries (not only language dictionaries) |
| f | Encyclopaedias |
| | Directories, calendars, membership lists, |

| | |
|---|---|
| g | herdbooks, etc. |
| h | Annuals |
| i | Statistics |
| k | Programmed texts |
| m | Theses |

## Government publication ($e character position 29)

Contains a 1 if the record has a local, national or international government heading, a government added entry or an official government publisher, otherwise a 0 is used.

## Conference proceedings ($f character position 30)

Contains a 1 if the publication contains the proceedings of a conference, either verbatim or in edited form, otherwise a 0 is used.

## Festschrift ($g character position 31)

Contains a 1 if the work is a festschrift, otherwise a 0 is used.

## Index ($h character position 32)

Contains a 1 if an index is present in the work, otherwise a 0 is used. For a publication which is an index the 'Form of publication' code 'c' is used. For cartographic materials this character position contains a 1 only if an ordinary word index is present. The presence of a graphic index is recorded in field 557.

## Heading repeated in title ($i character position 33)

Contains a 1 if the person or body named in the main entry author heading is repeated in the title and statement of responsibility area, or if the work is entered under a title main entry heading, otherwise a 0 is used.

## Literary text ($j character position 34)

A single code may be held in this position to show the (mainly literary) form of publication of the item as listed below. Codes 'c' and 'r' refer solely to the content of items, and not to the physical form (see character position 24). If no code is used, this position contains a blank.
The codes used are:

| CODE | DEFINITION |
|---|---|
| c | Cartographic materials |
| d | Drama (including television plays, scenarios, etc.) |
| e | Essays |
| f | Fiction |
| h | Humour, satire, etc. (not cartoons) |
| i | Letters (as a literary form; for correspondence see 'Biography' – character position 35) |
| j | Short stories |
| m | Miscellany, containing several of the forms in this table |
| p | Poetry (including non-literary works in verse) |
| r | Music |
| s | Speeches, oratory |
| t | Treaties |
| w | Official standards (e.g. those published by BSI, ISO) |
| x | Laws |

## Biography ($k character position 35)

Only one code may be used. If more than one is appropriate, the priority for input is the order given below. If unused, this position contains a blank.
The codes used are:

| CODE | DEFINITION |
|------|------------|
| a | Autobiographies (including letters, correspondence) |
| b | Biographies |
| c | Collective biographies |

## Language ($l character positions 36-38)

A single code should be used from Appendix B to indicate the main language of the work. If the language of a work is unknown to the cataloguer the code 'und' (undetermined) is used. If the work contains more than six languages the code 'mul' (multiple) is used. If the language is known but not listed in Appendix B, use the code for the language group or family. If no such code is listed, the code 'mis' (miscellaneous) is used.

## Periodical ($m character position 39)

The code 'p' is held in this character position if the publication is a serial, otherwise a blank is used.

## Provenance ($n character position 40)

An alphabetical code is input to show the cataloguing agency. These codes are assigned by the UKMARC Office at the British Library. Most agencies should use 'd' with the source indicated in field 040. If not used, this position contains a blank.

| CODE | DEFINITION |
|------|------------|
| a | BLCMP |
| b | British Library |
| c | CURL (Consortium of Research Libraries) |
| d | Other sources |
| e | BDS (Bibliographic Data Services) |
| o | OCLC (Online Computer Library Center, Inc) |
| r | RLG (Research Libraries Group) |
| s | SLS (Information Systems) Ltd |

## Example

**008 940919$as1992$ben$e1$f1$g0$h0$i1$leng$nb$pW**
*A record created by the British Library and added to the file on 19th September 1994 for an item first published in 1992 in England which was a government publication. The work is the proceedings of a colloquium and the heading is repeated in the title. The work is in the English language and is a text.*

Tag 001 - 099 list

Complete listing of UK MARC fields

--------------------------------------------------------

→ Moving to MARC 21        Following extensive consultation with the UK library and
                           information community, the British Library is committed to
                           adopting the MARC 21 format in place of UKMARC. News,
                           assistance and information about the change from UKMARC to
                           MARC 21 can be found here.

--------------------------------------------------------

## For further information please contact:

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk

print

search

back

site map

top

About us    Collections    Catalogues    Services    What's on    News    Contact us

Site map    Privacy    Disclaimer    Copyright © The British Library Board



## THE BRITISH LIBRARY  The world's knowledge

About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards



**British National Bibliography**

**Data licensing**

**Standards**

**Services   Bibliographic**

print
search
back
site map

→ Bibliographic Standards Home
→ News
→ Standards Development
→ The National Bibliography
→ Moving to MARC 21
→ UKMARC Manual
→ Contact Us

## The UKMARC Manual

### Field 081 : Dewey Decimal Class Number: Earlier Editions

The 081 field contains one or more class numbers derived from an earlier edition of the schedules of the Dewey Decimal Classification Scheme than the one currently being used by the cataloguer to describe the subject or subjects of the item being catalogued.

| INDICATORS | | DEFINITION |
|---|---|---|
| 1st | 2nd | |
| 0 | 0 | |

**SUBFIELD CODES**

| | |
|---|---|
| $a | Base DDC number (NR) |
| $b | Segmentation point |
| $d | Fiction code (NR): |
| | F - fiction |
| | FS - short stories |
| | J - juvenile fiction |
| $c | Edition of DDC schedules (NR) |

### Note

The first segmentation point is introduced to indicate the end of an abridged number (as it appears in the relevant abridged edition of the DDC schedules) or the beginning of a standard subdivision. Up to three segmentation points may be used. Subfield $b is repeated at each segmentation point.

### BNB Practice

This field is not used in BNBMARC records.

### Examples

1. 302.5'42'0973 19th ed.
   **081.00$a302.5$b42$b0973$c19**

2. 823'.914[J] 19th ed.
   **081.00$a823$b.914$dJ$c19**

3. 629.136'16'0941 18th ed.
   **081.00$a629.136$b16$b0941$c18**

4. 940.3'14 and 940.53'11 18th ed.
   **081.00$a940.3$b14$c18**
   **081.00/1 $a940.53$b11$c18**
   *The field is repeated if more than one class number is used.*

   Tag 001 - 099 list

   Complete listing of UK MARC fields

→• Moving to MARC 21    Following extensive consultation with the UK library and
                        information community, the British Library is committed to
                        adopting the MARC 21 format in place of UKMARC. News,
                        assistance and information about the change from UKMARC to
                        MARC 21 can be found here.

**For further information please contact:**

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk

print

search

back

site map

top

About us   Collections   Catalogues   Services   What's on   News   Contact us
Site map   Privacy   Disclaimer   Copyright © The British Library Board



# THE BRITISH LIBRARY   The world's knowledge

About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards



| British National Bibliography | Services   Bibliographic |
| --- | --- |
| Data licensing | |

Standards

print 🖷
search 🔍
back ←
site map 🖵

→ Bibliographic Standards Home
→ News
→ Standards Development
→ The National Bibliography
→ Moving to MARC 21
→ UKMARC Manual
→ Contact Us

## The UKMARC Manual

### Field 082 : Dewey Decimal Class Number: Current Edition

The 082 field contains one or more class numbers derived from the edition of the schedules of the Dewey Decimal Classification Scheme currently being used by the cataloguer which describe the subject or subjects of the item being catalogued.

| INDICATORS | | DEFINITION |
| --- | --- | --- |
| 1st | 2nd | |
| 0 | 0 | |

**SUBFIELD CODES**

| | |
| --- | --- |
| $a | Base DDC number (NR) |
| $b | Segmentation point |
| $d | Fiction code (NR): |
| | F - fiction |
| | FS - short stories by different authors |
| | J - juvenile fiction, including short stories |
| $c | Edition of DDC schedules (NR) |

#### Note

The first segmentation point is introduced to indicate the end of an abridged number (as it appears in the relevant abridged edition of the DDC schedules) or the beginning of a standard subdivision. Up to three segmentation points may be used. Subfield $b is repeated at each segmentation point.

#### BNB Practice

Subfield $b is not used in BNBMARC records.

#### Examples

1. 510 20th ed.
   **082.00$a510$c20**

2. 823.912[F]. 20th ed.
   **082.00$a823.912$dF$c20**

3. 738.37'0941 20th ed.
   **082.00$a738.37$b0941$c20**

4. 940.314 and 940.5311 20th ed.
   **082.00$a940.314$c20**
   **082.00/1$a940.5311$c20**
   *The field is repeated if more than one class number is used.*

   Tag 001 - 099 list

<u>Complete listing of UK MARC fields</u>

---

⋯▸ <u>Moving to MARC 21</u>    Following extensive consultation with the UK library and information community, the British Library is committed to adopting the MARC 21 format in place of UKMARC. News, assistance and information about the change from UKMARC to MARC 21 can be found here.

---

**For further information please contact:**

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk

print

search

back

site map

top

<u>About us</u>   <u>Collections</u>   <u>Catalogues</u>   <u>Services</u>   <u>What's on</u>   <u>News</u>   <u>Contact us</u>
<u>Site map</u>   <u>Privacy</u>   <u>Disclaimer</u>   <u>Copyright</u> © The British Library Board



# THE BRITISH LIBRARY   The world's knowledge

About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards



| British National Bibliography | Services   Bibliographic |
|---|---|
| Data licensing | |

Standards

print 🖶
search 🔍
back ←
site map 🗂

...→ Bibliographic Standards Home
...→ News
...→ Standards Development
...→ The National Bibliography
...→ Moving to MARC 21
...→ UKMARC Manual
...→ Contact Us

## The UKMARC Manual

### Field 260 : Publication, Distribution and Production

The 260 field records information relating to the person or body responsible for causing the item to be produced, distributed and made available, e.g. the publisher of a book, the production company responsible for a film.

| INDICATORS | | DEFINITION | |
|---|---|---|---|
| 1st | 2nd | | |
| 0 | | Publisher is not the main entry heading | |
| 1 | | Publisher is the main entry heading | |
| | 0 | Data relates to work | |
| | 1-9 | Data relates to volume or part of work | |
| | A-Z | | |
| SUBFIELD CODES | | | AACR2 |
| $a | | Place of publication | 1.4C |
| $b | | Publisher's imprint | 1.4D |
| $c | | Date of publication | 1.4F |
| $d | | Full address of publisher | 1.4CF |
| $e | | Statement of function, e.g. publisher, distributor | 1.4E |
| $f | | Place of distribution | 1.4C |
| $g | | Name of distributor (NR) | 1.4D |
| **$h** | | **Date of distribution (NR)** | **1.4F** |
| $i | | Place of manufacture | 1.4G |
| $j | | Name of manufacturer | 1.4G |
| $k | | Date of manufacture (NR) | 1.4G |
| $l | | Address of distributor (NR) | 1.4C7 |
| $m | | Name of publishing house | |
| $y | | Standard address code (non-printing) (NR) | |

### Notes

1. The field is repeatable only when the repeats have different second indicator settings.

2. First indicator 1 is used if the publisher named in subfield $b is the same as the person or body named in the main entry heading, whether or not the name is given in the same form.

3. The second indicator is set to place the publication data in the correct relationship to the work or parts of the work. A second indicator setting other than zero may occur only when one or more 248 fields are present. In such cases, the second indicator in field 260 is set to the same value as the first indicator of the 248 field to which it is related.

4. If the publisher's imprint in subfield $b is only one publishing division within a larger publishing house, then the name of the publishing house, if different from the name in subfield $b, may be recorded in subfield $m.

5. Subfields $d and $l can occur only immediately following subfields $a and $f respectively.

6. Subfield $y contains an address code for the UK distributor of an item. This follows subfield $g if present, otherwise subfield $m if present, otherwise subfield $b. Address codes are further explained in the Glossary.

## BNB Practice

1. Subfields $i-$j are only used in BNBMARC records when no specific place of publication nor name of publisher are given, and the item does not carry an ISBN.

2. Subfields $l-$y are not used in BNBMARC records.

## Examples

1. Boston Spa : The British Library, 1995
   **260.00$aBoston Spa$bThe British Library$c1995**

2. Bordesley, Worcestershire : A. Horton, 1995 ([1996] printing)
   **100.10$aHorton$hA. V. M.**
   **260.10$aBordesley, Worcestershire$bA. Horton$c1995$k[1996] printing**
   *A. Horton is also the person named in the main entry heading.*

3. London : Collins [for] the Crime Club, 1972 (1993 [printing])
   **260.00$aLondon$bCollins [for] the Crime Club$c1972$k1993 [printing]**

4. Utrecht ; Oxford : Jon Carpenter, 1996
   **260.00$aUtrecht$aOxford$bJon Carpenter$c1996**

5. [London] : Fontana, 1995, c1975
   **260.00$a[London]$bFontana$c1995, c1975**

6. New York : SIGS ; London : Prentice Hall, 1996
   **260.00$aNew York$bSIGS$aLondon$bPrentice Hall$c1996**

7. [S.l. ; Scotland : P.N. Paterson-Brown] ; Hawick (Carnarvon St., Hawick, Scotland) : Buccleuch Printers Ltd. [distributor], 1977 (1980 [printing])
   **260.00$a[S.l.$aScotland$bP.N. Paterson-Brown]$fHawick$iCarnarvon St., Hawick, Scotland$gBuccleuch Printers Ltd.$edistributor$c1977$k1980 [printing]**

8. London : Macmillan, 1971 [distributed 1973]
   **260.00$aLondon $bMacmillan $c1971$h[distributed 1973]**

9. [Eire] : [s.n.], c1995 (Cullen, Co. Tipperary : Aisling Printers [printer])
   **260.00$a[Eire]$b[s.n.]$cc1995$iCullen, Co. Tipperary$jAisling Printers$eprinter**

10. [S.l.] : [s.n.], 1991 (Carmarthen : Lewis Printers)
    **260.00$a[S.l.]$b[s.n.]$c1991$iCarmarthen$jLewis Printers**
    *Printed and bound in Carmarthen by Lewis Printers.*

11. Science activities for children / George C. Lorbeer, Leslie W. Nelson. - Madison ; London : Brown & Benchmark. Vol.1. - c1996
    **245.30$aScience activities for children$eGeorge C. Lorbeer, Leslie W. Nelson**
    **248.10$gVol.1**
    **260.00$aMadison$aLondon$bBrown & Benchmark**
    **260.01/1$cc1996**
    *A record for an individual part of a multipart item. Those parts of the imprint which refer to the item as a whole are recorded in a 260 field with second indicator 0. The date, which refers to the individual part of the work, is recorded in a separate 260 field with the second indicator set to the same value (in this case 1) as the first indicator of the 248 field to which it is related.*

12. [London] : Viking (Penguin), 1991
    **260.00$a[London]$bViking$mPenguin$y123456789$c1991**

Tag 100 - 299 list

Complete listing of UK MARC fields

---

 Moving to MARC 21       Following extensive consultation with the UK library and
                                            information community, the British Library is committed to
                                            adopting the MARC 21 format in place of UKMARC. News,
                                            assistance and information about the change from UKMARC to
                                            MARC 21 can be found here.

---

## For further information please contact:

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk

print

search

back

site map

top

About us    Collections    Catalogues    Services    What's on    News    Contact us
Site map    Privacy    Disclaimer    Copyright © The British Library Board



## THE BRITISH LIBRARY   The world's knowledge



About us | Collections | Catalogues | Services | What's on | News | Contact us

Home > Services > Bibliographic > Standards

| British National Bibliography | Services   Bibliographic |
| --- | --- |
| Data licensing | |

Standards

print 🖶

search 🔍

back ⬅

site map 🗂

→ Bibliographic Standards Home

→ News

→ Standards Development

→ The National Bibliography

→ Moving to MARC 21

→ UKMARC Manual

→ Contact Us

## The UKMARC Manual

### Tag 500 - 586 : Notes

Each field allows certain types of information relating to the item in hand to be added to the record. The nature of the information is usually apparent from the name of the field. Where this is not the case, a further definition has been added.

All notes fields (except fields 524 and 535) have a first indicator value of 0. The second indicator is set to place the note in the correct relationship to the work or parts of the work. A second indicator setting other than zero may occur only when one or more 248 fields are present. In such cases, the second indicator in the 5XX field is set to the same value as the first indicator of the 248 field to which it is related, i.e. in the range 0-9, A-Z.

All notes fields (except fields 524 and 580) are repeatable, though as an alternative to repeating a note field, two or more separate notes of one type may be input to one field and separated by the prescribed punctuation. Most notes fields consist of a single $a subfield. In fields where there is more than one subfield, all subfields for that field are listed and named. Subfields are not repeatable, unless otherwise stated. Such exceptions occur mainly in fields introduced to cater for the special needs of the book trade and cataloguers of rare and antiquarian books. All notes fields are used in BNBMARC records unless stated otherwise.

Select from the list of MARC 'Notes' tags to go to a full description of the tag, including examples to help you see recommended usage:

| TAG | FULL FIELD NAME |
| --- | --- |
| 500 | General |
| 501 | 'With' Note |
| 502 | Dissertation Note |
| 503 | Bibliographic History |
| 504 | Bibliography and Index |
| 505 | Contents |
| 506 | Restrictions and Access |
| 508 | Statement of Responsibility |
| 511 | ISBN and ISSN |
| 512 | Detailed Summary |
| 513 | Summary |
| 514 | Title Information |
| 515 | Sequence Designation of Serials |
| 516 | Cartographic Data |
| 518 | Change of Control Number |
| 521 | Audience |
| 524 | Preferred Citation of Described Materials |
| 525 | Accompanying Materials and Supplements |
| 528 | Publication, Production and Distribution |
| 530 | Availability of Other Versions |
| 531 | Physical Description |
| 532 | Series |
| 534 | Reference to Published Descriptions |

| 535 | Location of Originals or Duplicates |
| 536 | Notes Relating to an Original |
| 537 | Type of Computer File or Data |
| 538 | Numbers on the Item |
| 540 | Terms Governing Use and Reproduction |
| 541 | Acquisition |
| 542 | Mode of Use (Computer Files) |
| 544 | Location of Associated Materials |
| 546 | Language |
| 554 | Frequency of Serials |
| 555 | Indexes to Serials |
| 556 | Item Described - when not the first issue of a serial |
| 557 | Graphic Index and Characteristic Sheet |
| 561 | Provenance |
| 563 | Binding Information |
| 580 | Linking Entry Complexity |
| 583 | Preservation Action |
| 584 | Rate of Accumulation and Frequency of Use |
| 586 | Awards |

Complete listing of UK MARC fields

---

···◆ Moving to MARC 21        Following extensive consultation with the UK library and
                             information community, the British Library is committed to
                             adopting the MARC 21 format in place of UKMARC. News,
                             assistance and information about the change from UKMARC to
                             MARC 21 can be found here.

---

**For further information please contact:**

The British Library
Bibliographic Development
Boston Spa, Wetherby
West Yorkshire
LS23 7BQ
United Kingdom

Tel: + 44 (0) 1937 546548
Fax: + 44 (0) 1937 546586
Email: bd-info@bl.uk

print 🖶
search 🔍
back ←
site map 
top ↑

About us    Collections    Catalogues    Services    What's on    News    Contact us
Site map    Privacy    Disclaimer    Copyright © The British Library Board

*Exhibit B*
*Motion Picture*
*Copyright Registration Number PA-1-318-774*
*U. S. Copyright Office's Registered Works Database*

| **C**opyright | Search Records Results |

Registered Works Database (Title Search)
**Search For:** BROKEBACK MOUNTAIN
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

---

<table>
<tr><td>1. Registration Number:</td><td>PA-1-318-774</td></tr>
<tr><td>Title:</td><td>Brokeback Mountain.</td></tr>
<tr><td>Description:</td><td>7 film reels ; 35 mm.</td></tr>
<tr><td>Note:</td><td>Cataloged from appl. only.</td></tr>
<tr><td></td><td>Based on a short story by aAnnie Proulx.</td></tr>
<tr><td>Claimant:</td><td>Universal City Studios Productions, LLLP</td></tr>
<tr><td>Created:</td><td>2005</td></tr>
<tr><td>Published:</td><td>9Dec05</td></tr>
<tr><td>Registered:</td><td>21Feb06</td></tr>
<tr><td>Author on © Application:</td><td>Del Mar Productions, LLC, employer for hire.</td></tr>
<tr><td>Previous Related Version:</td><td>Prev. pub. music.</td></tr>
<tr><td>Claim Limit:</td><td>NEW MATTER: all other cinematographic material.</td></tr>
<tr><td><u>Special Codes:</u></td><td>4/X/L</td></tr>
</table>

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

http://www.loc.gov/cgi-bin/formprocessor/copyright/locis.pl                4/2/2007

***Exhibit C***
***Motion Picture Copyright Application &***
***Copyright Office Application Instructions***
***Obtained From U. S. Copyright Office***


# Form PA

*Detach and read these instructions before completing this form.*
*Make sure all applicable spaces have been filled in before you return this form.*

BASIC INFORMATION

**When to Use This Form:** Use Form PA for registration of published or un-published works of the performing arts. This class includes works prepared for the purpose of being "performed" directly before an audience or indirectly "by means of any device or process." Works of the performing arts include: (1) musical works, including any accompanying words; (2) dramatic works, including any accompanying music; (3) pantomimes and choreographic works; and (4) motion pictures and other audiovisual works.

**Deposit to Accompany Application:** An application for copyright registration must be accompanied by a deposit consisting of copies or phonorecords representing the entire work for which registration is made. The following are the general deposit requirements as set forth in the statute:

  **Unpublished Work:** Deposit one complete copy (or phonorecord).

  **Published Work:** Deposit two complete copies (or one phonorecord) of the best edition.

  **Work First Published Outside the United States:** Deposit one complete copy (or phonorecord) of the first foreign edition.

  **Contribution to a Collective Work:** Deposit one complete copy (or phonorecord) of the best edition of the collective work.

  **Motion Pictures:** Deposit *both* of the following: (1) a separate written description of the contents of the motion picture; and (2) for a published work, one complete copy of the best edition of the motion picture; or, for an unpublished work, one complete copy of the motion picture or identifying material. Identifying material may be either an audiorecording of

the entire soundtrack or one frame enlargement or similar visual print from each 10-minute segment.

**The Copyright Notice:** Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notice.*

**For Further Information:** To speak to a Copyright Office staff member, call (202) 707-3000 (TTY: (202) 707-6737). Recorded information is available 24 hours a day. Order forms and other publications from the address in space 9 or call the Forms and Publications Hotline at (202) 707-9100. Access and download circulars, forms, and other information from the Copyright Office website at *www.copyright.gov.*

**PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579)**
  The authority for requesting this information is title 17 *USC* secs. 409 and 410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 *USC.*
  The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code.
  Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request.
  NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

LINE-BY-LINE INSTRUCTIONS

**Please type or print using black ink. The form is used to produce the certificate.**

## SPACE 1: Title

**Title of This Work:** Every work submitted for copyright registration must be given a title to identify that particular work. If the copies or phonorecords of the work bear a title (or an identifying phrase that could serve as a title), transcribe that wording *completely* and *exactly* on the application. Indexing of the registration and future identification of the work will depend on the information you give here. If the work you are registering is an entire "collective work" (such as a collection of plays or songs), give the overall title of the collection. If you are registering one or more individual contributions to a collective work, give the title of each contribution, followed by the title of the collection. For an unpublished collection, you may give the titles of the individual works after the collection title.

  **Previous or Alternative Titles:** Complete this space if there are any additional titles for the work under which someone searching for the registration might be likely to look, or under which a document pertaining to the work might be recorded.

  **Nature of This Work:** Briefly describe the general nature or character of the work being registered for copyright. Examples: "Music"; "Song Lyrics"; "Words and Music"; "Drama"; "Musical Play"; "Choreography"; "Pantomime"; "Motion Picture"; "Audiovisual Work."

## SPACE 2: Author(s)

  **General Instructions:** After reading these instructions, decide who are the "authors" of this work for copyright purposes. Then, unless the work is a "collective work," give the requested information about every "author" who contributed any appreciable amount of copyrightable matter to this version of the work. If you need further space, request additional Continuation Sheets. In the case of a collective work such as a songbook or a collection of plays, give information about the author of the collective work as a whole.

**Name of Author:** The fullest form of the author's name should be given. Unless the work was "made for hire," the individual who actually created the work is its "author." In the case of a work made for hire, the statute provides that "the employer or other person for whom the work was prepared is considered the author."

**What Is a "Work Made for Hire"?** A "work made for hire" is defined as: (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire." If you have checked "Yes" to indicate that the work was "made for hire," you must give the full legal name of the employer (or other person for whom the work was prepared). You may also include the name of the employee along with the name of the employer (for example: "Elster Music Co., employer for hire of John Ferguson").

**"Anonymous" or "Pseudonymous" Work:** An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name. If the work is "anonymous" you may: (1) leave the line blank; or (2) state "anonymous" on the line; or (3) reveal the author's identity. If the work is "pseudonymous" you may: (1) leave the line blank; or (2) give the pseudonym and identify it as such (example: "Huntley Haverstock, pseudonym"); or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example: "Judith Barton, whose pseudonym is Madeline Elster"). However, the citizenship or domicile of the author *must* be given in all cases.

**Dates of Birth and Death:** If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional, but is useful as a form of identification. Leave this space blank if the author's contribution was a "work made for hire."

**Author's Nationality or Domicile:** Give the country of which the author is a citizen, or the country in which the author is domiciled. Nationality or domicile *must* be given in all cases.

**Nature of Authorship:** Give a brief general statement of the nature of this particular author's contribution to the work. Examples: "Words"; "Coauthor of Music"; "Words and Music"; "Arrangement"; "Coauthor of Book and Lyrics"; "Dramatization"; "Screen Play"; "Compilation and English Translation"; "Editorial Revisions."

## SPACE 3: Creation and Publication

**General Instructions:** Do not confuse "creation" with "publication." Every application for copyright registration must state "the year in which creation of the work was completed." Give the date and nation of first publication only if the work has been published.

**Creation:** Under the statute, a work is "created" when it is fixed in a copy or phonorecord for the first time. Where a work has been prepared over a period of time, the part of the work existing in fixed form on a particular date constitutes the created work on that date. The date you give here should be the year in which the author completed the particular version for which registration is now being sought, even if other versions exist or if further changes or additions are planned.

**Publication:** The statute defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending"; a work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display." Give the full date (month, day, year) when, and the country where, publication first occurred. If first publication took place simultaneously in the United States and other countries, it is sufficient to state "U.S.A."

## SPACE 4: Claimant(s)

**Name(s) and Address(es) of Copyright Claimant(s):** Give the name(s) and address(es) of the copyright claimant(s) in this work even if the claimant is the same as the author. Copyright in a work belongs initially to the author of the work (including, in the case of a work made for hire, the employer or other person for whom the work was prepared). The copyright claimant is either the author of the work or a person or organization to whom the copyright initially belonging to the author has been transferred.

**Transfer:** The statute provides that, if the copyright claimant is not the author, the application for registration must contain "a brief statement of how the claimant obtained ownership of the copyright." If any copyright claimant named in space 4 is not an author named in space 2, give a brief statement explaining how the claimant(s) obtained ownership of the copyright. Examples: "By written contract"; "Transfer of all rights by author"; "Assignment"; "By will." Do not attach transfer documents or other attachments or riders.

## SPACE 5: Previous Registration

**General Instructions:** The questions in space 5 are intended to show whether an earlier registration has been made for this work and, if so, whether there is any basis for a new registration. As a general rule, only one basic copyright registration can be made for the same version of a particular work.

**Same Version:** If this version is substantially the same as the work covered by a previous registration, a second registration is not generally possible unless: (1) the work has been registered in unpublished form and a second registration is now being sought to cover this first published edition; or (2) someone other than the author is identified as copyright claimant in the earlier registration, and the author is now seeking registration in his or her own name. If either of these two exceptions applies, check the appropriate box and give the earlier registration number and date. Otherwise, do not submit Form PA; instead, write the Copyright Office

for information about supplementary registration or recordation of transfers of copyright ownership.

**Changed Version:** If the work has been changed and you are now seeking registration to cover the additions or revisions, check the last box in space 5, give the earlier registration number and date, and complete both parts of space 6 in accordance with the instructions below.

**Previous Registration Number and Date:** If more than one previous registration has been made for the work, give the number and date of the latest registration.

## SPACE 6: Derivative Work or Compilation

**General Instructions:** Complete space 6 if this work is a "changed version," "compilation," or "derivative work," and if it incorporates one or more earlier works that have already been published or registered for copyright or that have fallen into the public domain. A "compilation" is defined as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." A "derivative work" is "a work based on one or more preexisting works." Examples of derivative works include musical arrangements, dramatizations, translations, abridgments, condensations, motion picture versions, or "any other form in which a work may be recast, transformed, or adapted." Derivative works also include works "consisting of editorial revisions, annotations, or other modifications" if these changes, as a whole, represent an original work of authorship.

**Preexisting Material (space 6a):** Complete this space *and* space 6b for derivative works. In this space identify the preexisting work that has been recast, transformed, or adapted. For example, the preexisting material might be: "French version of Hugo's 'Le Roi s'amuse'." Do not complete this space for compilations.

**Material Added to This Work (space 6b):** Give a brief, general statement of the *additional* new material covered by the copyright claim for which registration is sought. In the case of a derivative work, identify this new material. Examples: "Arrangement for piano and orchestra"; "Dramatization for television"; "New film version"; "Revisions throughout; Act III completely new." If the work is a compilation, give a brief, general statement describing both the material that has been compiled *and* the compilation itself. Example: "Compilation of 19th Century Military Songs."

## SPACE 7, 8, 9: Fee, Correspondence, Certification, Return Address

**Deposit Account:** If you maintain a Deposit Account in the Copyright Office, identify it in space 7a. Otherwise, leave the space blank and send the fee with your application and deposit.

**Correspondence (space 7b):** Give the name, address, area code, telephone number, fax number, and email address (if available) of the person to be consulted if correspondence about this application becomes necessary.

**Certification (space 8):** The application cannot be accepted unless it bears the date and the handwritten signature of the author or other copyright claimant, or of the owner of exclusive right(s), or of the duly authorized agent of the author, claimant, or owner of exclusive right(s).

**Address for Return of Certificate (space 9):** The address box must be completed legibly since the certificate will be returned in a window envelope.

---

**How to Register a Recorded Work:** If the musical or dramatic work that you are registering has been recorded (as a tape, disk, or cassette), you may choose either copyright application Form PA (Performing Arts) or Form SR (Sound Recordings), depending on the purpose of the registration.

Use Form PA to register the underlying musical composition or dramatic work. Form SR has been developed specifically to register a "sound recording" as defined by the Copyright Act—a work resulting from the "fixation of a series of sounds," separate and distinct from the underlying musical or dramatic work. Form SR should be used when the copyright claim is limited to the sound recording itself. (In one instance, Form SR may also be used to file for a copyright registration for both kinds of works—see (4) below.) Therefore:

(1) **File Form PA** if you are seeking to register the musical or dramatic work, not the "sound recording," even though what you deposit for copyright purposes may be in the form of a phonorecord.

(2) **File Form PA** if you are seeking to register the audio portion of an audiovisual work, such as a motion picture soundtrack; these are considered integral parts of the audiovisual work.

(3) **File Form SR** if you are seeking to register the "sound recording" itself, that is, the work that results from the fixation of a series of musical, spoken, or other sounds, but not the underlying musical or dramatic work.

(4) **File Form SR** if you are the copyright claimant for both the underlying musical or dramatic work and the sound recording, *and* you prefer to register both on the same form.

(5) **File both forms PA and SR** if the copyright claimant for the underlying work and sound recording differ, or you prefer to have separate registration for them.

**"Copies" and "Phonorecords":** To register for copyright, you are required to deposit "copies" or "phonorecords." These are defined as follows:

Musical compositions may be embodied (fixed) in "copies," objects from which a work can be read or visually perceived, directly or with the aid of a machine or device, such as manuscripts, books, sheet music, film, and videotape. They may also be fixed in "phonorecords," objects embodying fixations of sounds, such as tapes and phonograph disks, commonly known as phonograph records. For example, a song (the work to be registered) can be reproduced in sheet music ("copies") or phonograph records ("phonorecords"), or both.

151801332

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-318-774**

EFFECTIVE DATE OF REGISTRATION

**FEB 2 1 2006**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

# 1

**TITLE OF THIS WORK ▼**

BROKEBACK MOUNTAIN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

# 2

**NAME OF AUTHOR ▼**
a  Del Mar Productions, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work except as noted in space 6

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

# 3

a  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◄ Year

b  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 9   Year ▶ 2005
United States   ◄ Nation

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Universal City Studios Productions LLLP
100 Universal City Plaza
Universal City, California  91608

APPLICATION RECEIVED
FEB 2 1 2006
ONE DEPOSIT RECEIVED
FEB 2 1 2006 (?) 35mm
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY **RG**                                          **FORM PA**

CHECKED BY **PDW**

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box) ▼ If your answer is  no   go to space 7

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published music used with permission, based on the short story by Annie Proulx

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

All other cinematographic material

**a**
**b**

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                       Account Number ▼

**a**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
Universal Studios
100 Universal City Plaza
Universal City, Ca  91608
Attn   Patricia Villalobos

Area code and daytime telephone number ▶  ( 818 )  777-1899          Fax number ▶  ( 818 )  866-6339

Email ▶  pat.villalobos@unistudios.com

**b**

**7**

**CERTIFICATION\***  I  the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Universal City Studios Productions LLLP
                          Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Patricia Villalobos

Date ▶ February 15, 2006

Handwritten signature (X) ▼

x _Patricia Villalobos_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Universal City Studios LLLP
Attn   Patricia Villalobos

Number/Street/Apt ▼
100 Universal City Plaza, 1280/6

City/State/ZIP ▼
Universal City, California  91608

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in
connection with the application  shall be fined not more than $2 500
June 1999—200 000    **FP BROKEBACK MOUNTAIN**    ⬤ PRINTED ON RECYCLED PAPER                    ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/59
WEB REV  June 1999

*Exhibit D*
*Rebecca Murray Interview Of Ang Lee*
*For www.movies.about.com*

# About : Hollywood Movies

# Director Ang Lee Discusses "Brokeback Mountain"

From Rebecca Murray,
Your Guide to Hollywood Movies.
FREE Newsletter. Sign Up Now!



Director Ang Lee and Jake
Gyllenhaal on the set of
"Brokeback Mountain"
© Focus Features

## Ang Lee on "Brokeback Mountain," His Cast, and the Western Genre

**"Brokeback Mountain" Director Ang Lee on Working with Heath Ledger and Jake Gyllenhaal:** "They are pretty opposite. I think Heath is very methodic. I don't usually ask them. They don't have to tell me; they just understand what I tell them. When I see something I like, that's all that counts. What they use, how they get there, I never bother them.

I guess Heath has a very meticulous way of approaching the character, because from take to take there is not a lot of difference. It's not like he pre-programmed it and he actually went without responding. He would respond, but he set himself in a certain zone that seemed to me pre-determined and he kept refining it. Jake, on the other hand, was more free style.
Every take he would have a wide variety with an understanding of what the scene was about, what the character develops. That might conflict with Heath's performance sometimes. He'll respond differently. In a way, I think it's good, because Heath is really the anchor for that Western mood. So, it's good that he's reliable and always that way with very subtle changes.

Jake, I sometimes had to remind him that innocence is on his side. As a young actor they are scary good, but they can forget that innocence is on their side. They are too skillful; they take away some of the innocence. So, basically just remind them."

**Ang Lee on Heath Ledger and Jake Gyllenhaal's Chemistry Onscreen:** "The chemistry I pretty much played in my head because nobody sees. I didn't see it. I just imagined they were a good couple. I cast Heath very much as the short story required. I did something quite different with Jake. In the novel, he is even stronger, bulkier, shorter, very rough. And Jake, of course, is more like a city boy. I think he is a good romantic lead and I think he is a good counterpart to Heath.

I cast Jake first and then Heath. I was hoping I would meet somebody like Heath. As soon as I met Heath, I imagined they would be a good match for a romantic love story. The first time I met them together we were in L.A. in a restaurant. So, that was the first time all three of us were together."

**Ang Lee Describes His Approach to the Lovemaking Scenes:** "I am a shy person. The way I go about a lovemaking scene is that we will talk about it during the rehearsing time. At what point in the drama does it fit in? Is there a character development? The psychological aspect? Chemistry, attention to him, what have you. But we don't rehearse or exercise that. Just roll the camera and expect them to deliver. I will tell them, 'If you don't believe it nobody will. So you have to see it.' And it's their job to deliver."

**Ang Lee Doesn't Think About the Performances in Terms of Being Brave:** "Once you are in a zone, whatever scares you, once you are believing you are falling in love with something, it disappears. All they are worrying about is how to make it work. And after you make it, you have to talk your way out of it. You see what happens and you're concerned again. But when we're doing that, we are happy. We are just happy and we are anxious whether a scene will work or not. They are good actors. That is what they should do. I believe that much. So it never occurred to me that female fans, girls, what would happen to their careers... They knew what they were getting into.

Ang Lee on Brokeback Mount.    Jake Gyllenhaal and Heath Ledger    Page 3 of 3    Page 2 of 2

Case 1:07-cv-00098-RMU    Document 30-8    Filed 04/03/2007

I remember at one point in the first lovemaking scene in the tent, I remember thinking, 'This is brave,' particularly of Jake. The way he pounds. You see in the dark...but I see very clear right in front of my eyes, the detail, and it was very close with a hand-held camera. The whole scene was in one shot. So many times you see beautiful lovemaking scenes with a lot of exposure or an awkward lovemaking scene, but I think it's very rare that you see it private. And that's what we were shooting for with this story. And I think you see some private moment there [with] actors kind of beside themselves. I think, as actors are, they are pretty brave."

**Page 2:** Director Ang Lee on Heath Ledger and Michelle Williams Falling in Love on the Set, Almost Giving up Directing After "The Hulk," and Revisiting the Western Genre

1
2
3
Next

-

**_Exhibit E_**
**_Copyright Application For Screenplay_**
**_Registration Number PAu-2-417-125, April 6, 2000_**



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT
R



PAu 2 – 417 – 125



108263237

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| 4 | 6 | 00 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

BROKEBACK MOUNTAIN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Screenplay

---

**2**

**NAME OF AUTHOR ▼**

a) Saria, Inc. (Employer-for-hire of Diana Ossana)

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of Entire Work (except as noted in space 6a)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b) Saria, Inc. (Employer-for-hire of Larry McMurtry)

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Co-Author of Entire Work (except as noted in space 6a)

**NAME OF AUTHOR ▼**

c)

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ Nation
Unpublished

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, California 90232

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by written agreement

**APPLICATION RECEIVED**
apr 6, 2000
**ONE DEPOSIT RECEIVED**
APR 6, 2000
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)   **5**
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.   **6**
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
   Short Story by Annie Proulx, published in the October 13, 1997 issue of The New Yorker Magazine, registered for copyright
   on October 14, 1997, under entry No. TX: 4-560-100.

*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Rest of entire work.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **7**
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
   Michael Kramer
   Sony Pictures
   10202 West Washington Blvd.
   Culver City, CA  90232
   Area Code & Telephone Number ▶ (310) 244-7532

*Be sure to give your daytime phone number.*

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   **8**
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Columbia Pictures Industries, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Michael Kramer                                          date ▶ April 5, 2000

Handwritten signature (X) ▼
   *Michael Kramer*

**MAIL CERTIFI- CATE TO**   **9**

| Name ▼   Michael Kramer Sony Pictures Entertainment |
|---|
| Number/Street/Apartment Number ▼   10202 W. Washington Blvd. |
| City/State/ZIP ▼   Culver City, California  90232-3195 |

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.*

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

*Exhibit F*
*Copyright Application For Screenplay*
*Registration Number PAu2-885-025, August 16, 2004*



141978142



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGI    **PAu2-885-025**

EFFECTIVE DATE OF REGISTRATION

Month 8  Day 16  Year 04

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

BROKEBACK MOUNTAIN

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

SCREENPLAY (113 pages)

**2**

NAME OF AUTHOR ▼ Lava Films LLC
(Employer of Sara Inc  Larry McMurtry  Diana Ossana  James Schamus)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructio n

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
AUTHOR OF ENTIRE SCREENPLAY

**NOTE**
Under the law the author of a work made for hire is gene ally the employer not the employee (see Instruc hons) For any part of this work that was made for hire check Yes n the space provided give the employer (or other person for whom the work was p epared) as Author of that part and leave the space for dates of birth and death blank

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003  Year  This Information must be given in all cases

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month _____ Day _____ Year _____  Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

DEL MAR PRODUCTIONS LLC c/o Focus Features
100 Universal City Plaza, Bldg 9128
Universal City  CA 91608

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
TRANSFER OF ALL RIGHTS BY WRITTEN ASSIGNMENT

APPLICATION RECEIVED
APR 2 2 2004
ONE DEPOSIT RECEIVED
APR 2 2 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

FUNDS RECEIVED AUG 1 6 2004

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | DSB/ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A  B  or C

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▼  **TX 4 560 100**          Year of Registration ▼  **1997**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Original short story entitled  Brokeback Mountain  written by Annie Proulx and published by The New Yorker magazine in the issue dated October 13  1997

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Original  full length motion picture screenplay version based on the above short story

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼          Account Number ▼

SHEPPARD MULLIN RICHTER & HAMPTON          DA 92647

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

BENJAMIN MULCAHEY  ESQ  c/o SHEPPARD MULLIN RICHTER & HAMPTON  LLP
10940 WILSHIRE BLVD  SUITE 2030
LOS ANGELES  CA  90024

Area code and daytime telephone number    ( 310  ) 824 0097          Fax number    ( 310  ) 824 9788

Email  bmulcahy@sheppardmullin com

**CERTIFICATION**   I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **DEL MAR PRODUCTIONS, LLC**

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

BENJAMIN MULCAHY  ESQ          Date  APRIL 21  2004

Handwritten signature (X) ▼

x

| Certificate will be mailed in window envelope to this address | Name ▼ SHEPPARD MULLIN RICHTER &HAMPTON  Attn  Benjamin Mulcahy | Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 10940 WILSHIRE BOULEVARD  SUITE 2030 | 1  Application form 2  Nonrefundable filing fee in check or money order payable to Register of Copyrights 3  Deposit material |
| | City/State/ZIP ▼ LOS ANGELES  CA  90024 | Library of Congress Copyright Office 101 Independence Avenue  S E Washington  D C  20559-6000 |

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper

U S Government Printing Office  2000-461 113/20 021

### _Exhibit G_
### _Cover Page From Screenplay Included In The_
### _Book Brokeback Mountain: Story To Screenplay_

# BROKEBACK MOUNTAIN
## A Screenplay

By
Larry McMurtry and Diana Ossana
Based on a Short Story
By
Annie Proulx

For Publication
October 2005

*__Exhibit H__*
*__Audio Recording Of Annie Proulx__*
*__http://www.kcrw.com/etc/programs/bw/bw060119annie_proulx__*

*__Exhibit I__*
*__Megan White, Contributing Editor Of Cinemalogue__*
*__Interview Of Diana Ossana And Larry McMurtry__*
*__On February 14, 2006__*

- Cinemalogue
- Noise
- Features
- Forums
- Staff
- Contact

## 14 February 2006

### Brokeback Mountain: Interview with Larry McMurtry & Diana Ossana

Interview by Meghan White



Jake Gyllenhaal (left) and Heath Ledger (right) star in Ang Lee's
BROKEBACK MOUNTAIN, a Focus Features release. Photo: Kimberly French

*Films produced from Larry McMurtry's works have garnered ten Oscars and 34 Oscar nominations, beginning with his first novel Horseman Pass By, which in 1963 was made into the film "HUD," starring Paul Newman. Larry was previously nominated for an Oscar back in 1971 for Best Adapted Screenplay along with Peter Bogdanovich for their adaptation of Mr. McMurtry's novel "The Last Picture Show."*

*His first attendance at a Hollywood awards ceremony was for the Broadcast Film Critics awards in Los Angeles (January 9th, 2006), and his first writing award ever received in Hollywood was at the 78th annual Golden Globes (January 16, 2006), where he received, along with Diana Ossana, the Golden Globe for Best Screenplay of 2005 for "Brokeback Mountain."*

*On February 4th, McMurtry and Ossana won the WGA award for Best Adapted Screenplay. They have also been nominated by the Academy of of Motion Picture Arts and Sciences in the Best Adapted Screenplay category for "Brokeback Mountain." Larry will turn 70 years old on June 3, 2006.*

---

**MEGHAN WHITE:** Diana, you read the short story "Brokeback Mountain" (written by E. Annie Proulx) and immediately recommended it to Larry. Was your primary intention to adapt it into a screenplay, or did that come later?

**DIANA OSSANA:** When I first read the short story in October 1997, I knew immediately that this was a masterpiece of a short story, with the potential to touch many, many people. And so yes, it was most definitely my intention to adapt it into a screenplay. I asked Larry to read it because I wanted him to agree to adapt it with me, and to ask him as well to option the rights together with me. We weren't certain in what incarnation it would reach the screen, although we were fairly certain it would be an independent film with a modest budget. We never did lose faith in the power of Annie's story or in our screenplay, even though it took eight years to get it up and going. It was worth every bit of hard work it took to get this film made. We feel very, very fortunate

**MW:** Would Proulx's story have appealed to you as much if it had been a tale of forbidden love between a man and a woman?

**DO:** If I had read a story about forbidden love between a man and a woman that were written as powerfully, precisely and

affectingly as Annie's, the answer is yes, of course. But it was THIS story I read—Annie's story—about a forbidden love between two men.

**MW:** When tackling someone else's story, how do you approach the creative process?

**DO:** We approach the creative process in adapting someone else's story much in the same way as we would adapting Larry's and/or my own material. Larry and I are unsentimental when it comes to the adaptation process. We make the same kinds of choices no matter what the source material. When the source material is a long novel, we often find it necessary to cut large portions of the book, and many times simply create new scenes from our imaginations as well. When it's a short story, it is even more necessary to access our imaginations in order to fill in, flesh out, and create new scenes that aren't contained within the story itself, in order to enrich the context of the screenplay.

**MW:** Because you were expanding a short story to accommodate feature film length, you had to delve more into the psychology of the main characters. Who did you find the most fascinating to explore? The most tragic? Who did you relate to the most?

**LARRY MCMURTRY:** I definitely found the women most fascinating—I always do, even in my own works. My belief is that if one wants to find out about, access or examine emotion, one must go to women.

**DO:** I found each and every character intriguing, and their specific circumstances tragic in their own way. I relate to all of the characters, and didn't really think about who was more tragic than the others while writing the screenplay.

**MW:** Was there one character in particular that was the easiest/most enjoyable to write? Who was the most challenging?

**DO:** We both found the process of adapting this particular short story a challenge in the sense that the material was written in a very specific manner, both technically and emotionally. We were extremely concerned about staying true to the tone of the story and determined not to veer off into sentimentality nor to lose the language of the characters and the time and place. We wanted the finished screenplay to be as emotionally honest and straightforward as the short story from which it was adapted.

**MW:** The film's script had a wonderful element of humor, more so than the short story. How did this evolve? Was it conscious, or did it happen as part of an organic writing process?

**DO:** The humor in the screenplay was simply a product of the actual writing process, in developing the characters and their interaction. It felt completely natural to us, particularly during their time up on Brokeback Mountain and in the development of their emotional connection. Larry is excellent when writing humor into a script.

**MW:** Of all the new scenes that were written specifically for the screenplay, do you have a favorite? Was there one in particular that you struggled with writing?

**LM:** I am affected most by the scenes involving the women. One of the scenes I find particularly appealing is the last scene in the film between Ennis and his daughter Alma Jr (Kate Mara). No scene was any more or less a struggle than another; all of the additional scenes came from our collective imaginations, mine and Diana's.

**DO:** I found (and still find) several scenes particularly affecting—the scene where Ennis staggers into the gangway after he and Jack's first parting; their reunion scene after four years apart; the confrontation scene about Mexico (the last time we see Jack); and the scene when Ennis goes to Jack's home and interacts with Jack's parents. All the added scenes were a challenge, but I found myself excited and exhilarated every morning to be returning to the script and doing the actual writing of these scenes

**MW:** There were some moments from the short story that didn't make it into the screenplay or film, in particular Jack's (Jake Gyllenhaal) recollection of a painful childhood experience with his father. Was there any particular reason for the omissions?

**DO:** Any omissions from the short story to the screenplay were dramatic choices. Most of what is in the short story is contained within the finished screenplay, although when we actually scripted the short story, it only amounted to about a third of the final script. We had to imagine and create the scenes that we added or fleshed out, meaning, essentially, that we had to create two-thirds of the screenplay from our imaginations.

**MW:** Do you feel there was any significance in Jack's relationship with his father, and the moment when he finally stands up to his father-in-law at Thanksgiving? How important was this moment for the character of Jack?

**DO:** Jack's father was narrow-minded and culturally deprived, not unlike other men who come from similar backgrounds and places. Jack, however, was clearly more open and adventurous about life and the world outside his childhood home, and what that world had to offer.

When Jack finally stands up to Lureen's father (Graham Beckel) in the Thanksgiving scene, it is a reflection of his own emotional frustrations, not just in his relationship with Ennis, but within his life as a whole. His response to the stud duck father-in-law demonstrates that he has just about reached the end of his patience rope.

**MW:** When writing the screenplay, did you envision the characters' aging process, and if so, how did it affect the way you wrote them? For instance, did Lureen's (Anne Hathaway) physical transformation reflect the growing cynicism of her character through the years of her marriage?

**LM:** We did envision the characters as we wrote them, as they developed, as they aged and as they experienced their own lives. To us, Lureen's physical transformation merely reflected her general dissatisfaction and frustration with her life, her disappointments and the realities within her marriage: that she and Jack's marriage was, at least internally, emotionally superficial and somewhat hollow–though for appearances's sake, successful.

**MW:** Larry, when expanding on the characters of Ennis and Jack, did you ever feel an echo of Call and Gus? In his review of Brokeback, Roger Ebert said that you seem to be wondering what your Lonesome Doves would have been like if the characters had been gay. Do you think this is an accurate assessment?

> *The movie is based on a short story by E. Annie Proulx. The screenplay is by Larry McMurtry and Diana Ossana. This summer I read McMurtry's Lonesome Dove trilogy, and as I saw the movie I was reminded of Gus and Woodrow, the two cowboys who spend a lifetime together. They aren't gay; one of them is a womanizer and the other spends his whole life regretting the loss of the one woman he loved. They're straight, but just as crippled by a society that tells them how a man must behave and what he must feel.*

-Roger Ebert, Chicago *Sun-Times*

**LM:** reading this paragraph, it seems to me that Mr. Ebert is comparing Call's emotional repression with that of Ennis's, and relating it more to society's expectations of them as men, rather than any notion that their sexuality is similar in any way. This seems to be an accurate assessment on Mr. Ebert's part. Gus and Call's bond is one of friendship, not passion.

**MW:** Were there any alterations made to the shooting script that you may have disagreed with initially, but reacted to differently on the big screen? How well do you think Ang Lee's interpretation of your script honors Proulx's original words?

**LM:** In the original script, we had the dialogue in the reunion motel scene and the dialogue soon after up on the mountain occurring all in one scene: in the motel. Ang wanted to divide that dialogue into two scenes, with the scene wherein Ennis returns for his things and has to confront Alma's (Michelle Williams) confusion in between. We weren't certain at the time whether or not it would work onscreen, but of course, it does. Ang also questioned whether the audience seeing Alma's reaction to witnessing Ennis and Jack kissing wouldn't be too shocking, too powerful for the audience, that their reaction would create a kind of narrative sag in the film. But we argued, convincingly as it turns out, that this scene is pivotal, and that Alma must see them kiss—otherwise, how would she know that her husband was in love with another man? Thus the scene that you see in the final film.

Ang's translation of our screenplay up onto the screen feels very true to the tone and tenor of Annie's short story, simply because our screenplay maintains, fleshes out, and expands the emotionally straightforward nature of her writing. Annie herself said that her writing is mainly skeletal, but that our screenplay added the flesh to the long bones of her story. We're honored she feels that way.

**MW:** Diana, you were a producer on the film in addition to being a writer, and took a very hands-on approach in the filming process. How close was the set, and what kind of relationship did you develop with the young cast?

**DO:** Our crew was small—less than 150 people, including all support staff—and so we developed a very familial kind of interaction on set. Each person working on the film at one time or another approached me during filming and expressed to me how much they admired the screenplay, and how privileged they felt to be working on the film, which was both extremely gratifying and humbling, to say the least.

Ang worked very closely with all the actors before filming began. He interacted with each of them, one-on-one and in a very detailed fashion, in order to make certain they understood their characters' natures and motivations. Once filming began, the actors approached me a few times to ask some additional questions about their characters' motivations, back stories, why or why not they felt and/or behaved in a certain way. At times they had questions about specific turns of phrase in the dialogue, what a phrase meant or if it were "fish and game" or "game and fish". One actor didn't know what "talking a blue streak" meant, for example. I had lived with these characters for nearly eight years, and the actors knew this, and simply considered me a reliable source of information. I also worked with the wranglers and props departments concerning details of authenticity and time and place and simply served as moral support and an information resource as needed on set.

**MW:** For what purpose did you expand the role of Cassie (Linda Cardellini), and what part did she play in Ennis' relationship to the women in his life?

**DO:** Cassie somewhat exemplifies Ennis's continual denial of his emotional makeup, and his attempts to have what he believed was a "normal" relationship with a woman. After his and Jack's final confrontation about Mexico, Ennis realizes that it is Jack he truly loves, and he simply cannot continue in his attempts at a relationship with Cassie, thus her confronting him in the diner about his whereabouts and her frustrations and painful realization that she's not "the one."

**MW:** What is your reaction to the film's warm reception at various critics' awards, and its leading 7 nominations at the Golden Globes? How do you feel about its sudden transition from dark horse to front-runner, and what are your hopes for the Academy Awards?

**DO:** The response to our film at the various awards shows has been immensely gratifying. We both feel incredibly, incredibly fortunate, all the way around. We never imagined, when we were writing the screenplay and trying to get the film made, that it would seep into the culture to the degree that it has, that it would enter the zeitgeist.

**MW:** Do you have any response to the charges by some conservative groups that the film promotes adultery and is anti-family? Do you think there will be a backlash over the film's critical success?

**DO:** "Brokeback Mountain"doesn't promote the "gay lifestyle", or any lifestyle, for that matter, and there are no winners in its outcome. It is a tragic story about a doomed love between two unremarkable men from working-class, rural backgrounds in Wyoming. It is a realistic story, and a human story, universal in its humanity, but very specific in its detailing of the tragic consequences of a love denied.

*Meghan White is a contributing editor to Cinemalogue.com. Read her essay on "Brokeback Mountain" in the Editor's Blog.*

**Does Brokeback Mountain**
make you wonder about sexual orientation?
Read "Silent Lives."
Ads by Goooooogle

**Brokeback mountain**
Browse a huge selection now. Find exactly
what you want today.
Advertise on this site

**Sell Your Screenplay**
Is Your Work Ready For Market? Find Out
Now!
Ads by Goooooogle

**Horrorfest Films on DVD**
See Reincarnation, Dark Ride, Penny
Dreadful & More. Buy 3/27. $19.98

## 3 Letters »

*Letter from Steven Coster - London, UK — 14 February 2006*

A great interview with good questions and not the standard ones about sex sex sex! Well done!

*Letter from Phillip Dampier — 14 February 2006*

An outstanding catch for you Meghan. You're *really* making a great contribution to the accumulated visions of everyone involved in the making of this outstanding movie. I'm going to link to it on my own site, which is devoted to helping people take Annie Proulx's story to heart and help them finish the story in their own lives.

We're trying to make sure our endings are ultimately happier than Jack and Ennis, and your interview helps document what made such a life-changing movie possible.

Thanks for the referral. It's always encouraging to see others who share a passion for outstanding cinema.
- Meghan

*Letter from Mark Sanders - Santa Monica, CA — 15 February 2006*

Diana Ossana's last reply in this interview says it all...it is indeed a realistic story in every sense about the consequences of love denied. Being forced to live a lie is like attempting to escape an ideology which is near to impossible. The tidal waves of emotion in response to this little movie are far from over. It's a key that has once again unlocked Pandora's box, and I hope it serves to move people towards greater acceptance versus tolerance of other's needs.

Ms. Ossana provided very astute observations regarding the film and was instrumental in bringing "Brokeback Mountain" to so many people across the globe. I'm grateful to have interviewed both her and Mr. McMurtry, and for the opportunity to share these insights with others.
- Meghan

RSS feed for feedback on this article. TrackBack URI

## Send Feedback

Name (required)

E-Mail (required)

Website



Security code (from image above)

XHTML: You can use these tags: <a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <code> <em> <i> <strike> <strong>

Submit

By clicking "Submit," you agree to the Terms of Use and Privacy Policy--see links in page footer. Any feedback submitted to the site is the property of Cinemalogue.com and Avatar Digital Studios.

**The Hoax - April 6th**
Based on the Story By Clifford Irving &
Starring Richard Gere!
Ads by Gooooooogle

**Diana Voyajolu Prints**
We have 11 Diana Voyajolu prints Free
Shipping! Orders $35 or more
Advertise on this site

o

Search Reviews

o ## Categories:

All          ·    Go

o ## Archives:

Archives    [Go]

---

# . Related Links:

- o Cinemalogue Merchandise
  Conclusive Evidence
  IMDb
  More Cowbell
  Roger Ebert
  Rotten Tomatoes
  slant // magazine.com



---



---

*WordPress* template design based on the Framefake theme by Kai Ackermann of Northern-Web-Coders.

All other design elements, template modifications, images and content, Copyright ©2005, Avatar Digital Studios--except where otherwise attributed.

**LEGAL/DISCLAIMER:** Reviews by Cinemalogue.com staff writers, columnists and editors are provided independently of any synopses or other promotional materials displayed on behalf of distributors through this web site. Promotional materials, artwork, images, etc. provided by third parties for use in conjunction with this web site in any context, have been provided free of charge and without obligation to their respective distributors unless specifically identified as an advertisement. Theatrical one-sheets, graphic art, images and video excerpts for motion pictures are copyright by their respective distributors.

*Dolby and the double-D symbol are registered trademarks of Dolby Laboratories. Apple, the Apple logo, and Mac are trademarks of Apple Computer, Inc., registered in the U.S. and other countries. The Made on a Mac Badge is a trademark of Apple Computer, Inc., used with permission. QuickTime and the QuickTime Logo are trademarks of Apple Computer, Inc., registered in the U.S. and other countries. The Get QuickTime Badge is a trademark of Apple Computer Inc., used with permission.*



*Powered by WordPress* | Best viewed with Safari RSS or Firefox

Copyright ©2005, Avatar Digital Studios | Privacy Policy | Terms of Use

***Exhibit J***
***Plaintiff's Chart Of Similarities For 4 Scenes***
***Ossana Stated In Cinemalogue Interview Were New***
***Scenes Written Specifically For The Screenplay***

**1) Ennis staggers into the gangway after he and Jack's first parting.**

| My Husband is on the Down Low | BBM Short Story © 2005 |
|---|---|
| Wednesday evening before James was due to come home for Christmas, Jess, her fiancé Brian and Annette were having dinner at Ruth Chris' Steakhouse when Annette became ill. Her stomach was cramping. She thought that maybe it was the medium rare steak. However, she'd never gotten sick before and that's the way she normally cooked her steaks...

As she approached her car, she felt another sharp pain in her lower abdomen. She leaned on the car and grabbed her stomach. *Oh God! What's wrong with me?* She unlocked and opened the door then sat down. She thought of what she'd eaten that day, but realized she hadn't eaten anything unusual. *Oh no! I can't be! Lord no! I can't be! Please don't let me be pregnant! Not now, Lord!*

She started the car and drove to the nearest Wal-Mart to get an over-the-counter pregnancy test. She didn't sleep at all that night. The next morning she peed on the stick and almost passed out when she saw the result. It was positive. | Within a mile Ennis felt like someone was pulling his guts out hand over hand a yard at a time. He stopped at the side of the road and in the whirling new snow, tried to puke but nothing came up. He felt about as bad a he ever had and it took a long time for the feeling to wear off.

"…That summer," Ennis said. "When we split up after we got paid out I had gut cramps so bad I pulled over and tried to puke, thought I ate something bad at that place in Dubois. Took me about a year to figure out it was that I shouldn't let you out a my sights. Too late then by a long, long while." |

| My Husband is on the Down Low | BBM Screenplay © October 2005 | Explanation and Interpretation |
|---|---|---|
| Wednesday evening before James was due to come home for Christmas, Jess, her fiancé Brian and Annette were having dinner at Ruth Chris' Steakhouse when Annette became ill. Her stomach was cramping. She thought that maybe it was the medium rare steak. However, she'd never gotten sick before and that's the way she normally cooked her steaks...<br><br>As she approached her car, she felt another sharp pain in her lower abdomen. She leaned on the car and grabbed her stomach. *Oh God! What's wrong with me?* She unlocked and opened the door then sat down. She thought of what she'd eaten that day, but realized she hadn't eaten anything unusual. *Oh no! I can't be! Lord no! I can't be! Please don't let me be pregnant! Not now, Lord!*<br><br>She started the car and drove to the nearest Wal-Mart to get an over-the counter pregnancy test. She didn't sleep at all that night. The next morning she peed on the stick and almost passed out when she saw the result. It was positive. | WYOMING: STREET: DAY: 1963<br><br>WE SEE JACK look back at ENNIS thru his rearview mirror.<br><br>ENNIS puts his hands in his pockets, watches him go. Stands there in the wind. JACK's pickup is soon out of sight.<br><br>He starts down the street, but before he can get a half a block, JACK'S leaving proves too much: he feels like someone's pulling his guts out, hand over hand, a yard at a time.<br><br>He stumbles into an alley, drops to his knees. Kneels there, silent, as pain, longing, loneliness, overpower ENNIS—emotions stronger than he's ever frlt for another person consume him: he feels as bad and confused as he ever has in his life. Conflicted—he is angry at himself, for all that has happened, and for all that he is feeling. Punches the wall, bloodying both his knuckles.<br><br>A COWBOY passes the alley. Pauses, looks at ENNIS.<br><br>ENNIS glares at him.<br><br>ENNIS (growls)<br>   What the fuck you lookin' at?<br><br>The COWBOY moves on. | In My Husband is on the Down Low and Brokeback Mountain Screenplay © October 2005, Ennis' portrayal of Annette have them both doubled over. Annette leaves the restaurant after having dinner with her friends. She walks alone to her car. Similarly, Ennis leaves the employment trailer after talking to his friend Jack. He walks down the street alone.<br><br>Annette found herself doubled over with severe stomach cramps as she approached her car. She stopped and leaned on her car. She thought it was from something she'd eaten at Ruth Chris. Similarly, Ennis found himself doubled over with severe stomach cramps as he approached an alley way. He thought it was something he'd eaten at Dubois. He stopped on the side of the road.<br><br>Annette became up at the thought of being pregnant. However, she soon realized that she was.<br><br>Similarly, this scene is portrayed with Ennis telling Jack that it took him almost a year to figure out what was wrong with him.<br><br>Most pregnancies last for nine months, "almost a year". |

| My Husband is on the Down Low | BBM Motion Picture © 2005 |
|---|---|
| Wednesday evening before James was due to come home for Christmas, Jess, her fiancé Brian and Annette were having dinner at Ruth Chris' Steakhouse when Annette became ill. Her stomach was cramping. She thought that maybe it was the medium rare steak. However, she'd never gotten sick before and that's the way she normally cooked her steaks... | As Ennis is walking down the street, he passes an alley way. He began to feel sick and grabs his stomach as he turns to walk down the alley. He dropped his bag and bends over and tries to puke, but nothing comes up. He leans forward on the wall, balancing himself with his left hand. |
| As she approached her car, she felt another sharp pain in her lower abdomen. She leaned on the car and grabbed her stomach. *Oh God! What's wrong with me?* She unlocked and opened the door then sat down. She thought of what she'd eaten that day, but realized she hadn't eaten anything unusual. *Oh no! I can't be! Lord no! I can't be! Please don't let me be pregnant! Not now, Lord!* | He hit the wall with his right fist, still, nothing comes up. His breathing deepens. He turned to his left and sees a man looking at him and says, "What the fuck you looking at!" The man walks away. |
| She started the car and drove to the nearest Wal-Mart to get an over-the counter pregnancy test. She didn't sleep at all that night. The next morning she peed on the stick and almost passed out when she saw the result. It was positive. | |

## 2) Their reunion scene after four years apart

| My Husband is on the Down Low | BBM Short Story<br>© 2005 |
|---|---|
| "…I can get her ready. You know I'm off today."<br><br>"You are? Why are you off?"<br><br>"I took off to be with you. It's our anniversary, remember?"<br><br>"You know we're meeting Reginald at six."<br><br>"Who? What are you talking about? Who the fuck is that? I don't know no damn Reginald."<br><br>"The man from Houston. He's here. We're meeting for drinks at the bar."<br><br>"James, I'm not in the mood for that."<br><br>"Yeah, okay. Are you going to the bar or not?"<br><br>"No, I'm not going. You go ahead."<br><br>All she knew was that she needed to talk to him about it. She was so anxious and hyped that she went jogging. She ran for thirty-five minutes.<br><br>When she returned, James was sitting in the living room with Reginald.<br><br>"Annette, this is Reginald. This is my wife, Annette." | "Ennis, wearing his best shirt, white with wide black stripes, didn't know what time Jack would get there and so had taken the day off…"<br><br>Late in the afternoon, thunder growling, that same old green pickup truck rolled in and he saw Jack get out of the truck, beat-up Resistol titled back. A hot jolt scaled Ennis and he was out on the landing pulling the door closed behind him. Jack took the stairs two and two. They seized each other by the shoulders, hugged mightily, squeezing the breath out of each other, saying, son of a bitch, son of a bitch, then, and easily as the right key turns the lock tumblers, their mouths came together, and hard, Jack's big teeth bringing blood, his hat falling to the floor, stubble rasping, wet saliva welling, and the door opening and Alma looking out for a few seconds at Ennis's straining shoulders and shutting the door again and still they clinched, pressing chest and groin and thigh and leg together, treading on each other's toes until they pulled apart to breathe and Ennis, not big on endearments, said what he said to his horses and daughters, little darling.<br><br>The door opened again a few inches an Alma stood in the narrow light. What could he say? "Alma, this is Jack Twist. Jack, my wife, Alma." His chest was heaving. He could smell Jack-the intensely familiar odor of cigarettes, musky sweat, and a faint sweetness like grass, and with it the rushing cold |

"Nice to meet you Annette."

She was still breathing heavily from her run. "It's nice to meet you too. I'd shake your hand but I'm sweaty…"

She was livid.

…She went into the guest bedroom and pulled a quilt from the shelf in the closet.

She walked back into the living room and stopped short of the threshold, her eyes wide open.

She didn't say a word.

She just stood there and watched James, who was on his knees, performing oral sex on Reginald. She looked at the camera to see if it was recording.

Reginald threw his head back and closed his eyes.

They didn't notice she'd returned. James was suckling his penis as if he were in love with it…

She couldn't believe what she was witnessing. James looked up at Reginald, his tongue taunting the head of his penis.

of the mountain."

"Alma," he said, "Jack and me ain't seen each other in four years." As if it were a reason. He was glad the light was dim on the landing but did not turn away from her. "Sure enough," Alma said in a low voice.

| My Husband is on the Down Low | BBM Screenplay © October 2005 | Explanation and Interpretation |
|---|---|---|
| "...I can get her ready. You know I'm off today."<br><br>"You are? Why are you off?"<br><br>"I took off to be with you. It's our anniversary, remember?"<br><br>"You know we're meeting Reginald at six."<br><br>"Who? What are you talking about? Who the fuck is that? I don't know no damn Reginald."<br><br>"The man from Houston. He's here. We're meeting for drinks at the bar."<br><br>"James, I'm not in the mood for that."<br><br>"Yeah, okay. Are you going to the bar or not?"<br><br>"No, I'm not going. You go ahead."<br><br>All she knew was that she needed to talk to him about it. She was so anxious and hyped that she went jogging. She ran for thirty-five minutes.<br><br>When she returned, James was sitting in the living room with Reginald.<br><br>"Annette, this is Reginald. This is my wife, Annette."<br><br>"Nice to meet you Annette." | ENNIS has stepped out of his apartment onto a small landing at the top of the back stairs outside, closes the door behind him, as he sees JACK.<br><br>ENNIS hurries down the stairs, taking them two at a time.<br><br>Seize each other by the shoulders, hug mightily, squeezing the breath out of each other, saying sonofabitch, sonofabitch.<br><br>Then ENNIS looks around. Pulls JACK over to a small gangway. Shoves him up against the wall.<br><br>Then, as easily as the right key turns the lock tumblers, their mouths come together.<br><br>ALMA comes to the door at the top of the second-story landing. ALMA starts to open it, then looks out: and ALMA sees ENNIS'S straining shoulders. She sees them, kissing, JACK'S tilted the other direction, their arms around one another.<br><br>ALMA quickly and quietly closes the door again.<br><br>She backs away from the front door a step or two, pale, struggling, trying to take in what she has just witnessed.<br><br>ENNIS and JACK have pulled back from one another now and come up the back stairs and stand | In this scene, another character is introduced, Reginald; Jack is portrayed in this role as Reginald. James found Reginald on the internet for him and Annette to have sex with on their ninth anniversary.<br><br>In My Husband is on the Down Low, James took the day off so he could prepare for their anniversary celebration, Reginald's visit to their home.<br><br>Similarly in Brokeback Mountain Screenplay © October 2005, Ennis had taken the day off for Jack's visit to their home.<br><br>Both James and Ennis took the day off. In addition, both Reginald and Jack were coming to both James and Ennis' home respectively.<br><br>In the Brokeback Mountain Screenplay © October 2005, Ennis introduced Alma to Jack almost verbatim to James introducing Annette to Reginald in My Husband is on the Down Low.<br><br>The actions in this scene are switched. In My Husband is on the Down Low, Annette is breathing heavily when she returned from her run. Similarly, in the Brokeback Mountain Screenplay © October 2005, Jack is portrayed with his chest heaving when he enters Ennis and |

She was still breathing heavily from her run. "It's nice to meet you too. I'd shake your hand but I'm sweaty…"

She was livid.

…She went into the guest bedroom and pulled a quilt from the shelf in the closet.

She walked back into the living room and stopped short of the threshold, her eyes wide open.

She didn't say a word.

She just stood there and watched James, who was on his knees, performing oral sex on Reginald. She looked at the camera to see if it was recording.

Reginald threw his head back and closed his eyes.

They didn't notice she'd returned. James was suckling his penis as if he were in love with it…

She couldn't believe what she was witnessing. James looked up at Reginald, his tongue taunting the head of his penis.

…Annette looked towards the front door, *It's true, he is bisexual*. She felt the tears building up as she turned to watch the life she once knew die a slow, painful death. "Our life together will never be the same…"

Annette couldn't believe her eyes. The man she once knew had become a stranger in a matter of two

in the little foyer. ALMA stands in the kitchen.

ENNIS (glad for the dim light)
    Alma, this is Jack Twist. Jack, my wife, Alma.

JACK
    Howdy.

ALMA (flat voice)
    'lo.

ENNIS, his chest heaving, does not turn away from ALMA, but can still smell JACK—the intensely familiar odor of cigarettes, musky sweat, and a faint sweetness like grass, and with it the rushing cold of the mountain.

ALMA has seen what she has seen, having aged years in the space of a few moments: see her husband's turmoil…and notices JACK'S trembling hands.

…Alma is stone-faced.
…ENNIS is eager to leave.

ENNIS
    Jack and me is goin' out and get a drink. Might not get back tonight, we get to drinkin' and talkin'.

ALMA
    Sure enough.

Alma's apartment.

In addition, Annette from My Husband is on the Down Low was livid when she returned from her run and Reginald was there. Similarly, Alma from Brokeback Mountain Screenplay © October 2005 was "stone-faced" when Ennis brought Jack inside.

This kissing scene with Ennis and Jack is a depiction of the oral sex scene with James and Reginald.

When Annette returned to the room and sees James on his knees performing oral sex on Reginald, she stopped in her tracks. She couldn't believe what she was witnessing. She now knew that her suspicions were right. That her husband was bisexual.

Similarly, when Alma opens the door and sees Ennis kissing Jack, she "quickly and quietly closes the door again. She backs away from the front door a step or two, pale, struggling, trying to take in what she has just witnessed." She now knew that her husband was bisexual.

Annette couldn't believe her eyes. The man she once knew had become a stranger in a matter of two hours. She noticed how calm he was. His demeanor had changed from what she knew. He was relaxed.

Similarly, Alma has seen what she has seen, having aged years in the space of a few moments: sees her husband's turmoil…and

| hours. She noticed how calm he was. His demeanor had changed from what she knew. He was relaxed. | | notices Jack's trembling hands. |
| --- | --- | --- |

| My Husband is on the Down Low | BBM Motion Picture © 2005 |
|---|---|
| "…I can get her ready. You know I'm off today." | Ennis stands on the landing looking down at Jack. He says, "Jack fucking Twist," as he hurries down the steps. |
| "You are? Why are you off?" | |
| "I took off to be with you. It's our anniversary, remember?" | They hug violently. Ennis's eyes are closed. Jack whispers, "sonofabitch." They lean back then look at each other. Ennis looks around then grabs Jack by his vest, pushes him against the house and kisses him, holding Jack's face in his hands. Jack's hat falls to the ground. They didn't notice Alma standing in the door looking down at them. |
| "You know we're meeting Reginald at six." | |
| "Who? What are you talking about? Who the fuck is that? I don't know no damn Reginald." | |
| "The man from Houston. He's here. We're meeting for drinks at the bar." | Jack then grabs Ennis's face. They stop kissing and look into each other's eyes. Jack pushes Ennis against the house and they kiss passionately. |
| "James, I'm not in the mood for that." | |
| "Yeah, okay. Are you going to the bar or not?" | Unbeknownst to them, Alma opens the door and stand at the threshold. She looks down as she opens the storm door slightly. She sees Ennis and Jack kissing. Her eyes widen; shocked by what she is witnessing. |
| "No, I'm not going. You go ahead." | |
| All she knew was that she needed to talk to him about it. She was so anxious and hyped that she went jogging. She ran for thirty-five minutes. | |
| | She doesn't say anything. She closed the door and walked away. |
| When she returned, James was sitting in the living room with Reginald. | |
| "Annette, this is Reginald. This is my wife, Annette." | |
| "Nice to meet you Annette." | |
| She was still breathing heavily from her run. "It's nice to meet you too. I'd shake your hand but I'm sweaty…" | |
| She was livid. | |
| …She went into the guest bedroom and pulled | |

a quilt from the shelf in the closet.

She walked back into the living room and stopped short of the threshold, her eyes wide open.

She didn't say a word.

She just stood there and watched James, who was on his knees, performing oral sex on Reginald. She looked at the camera to see if it was recording.

Reginald threw his head back and closed his eyes.

They didn't notice she'd returned. James was suckling his penis as if he were in love with it…

She couldn't believe what she was witnessing. James looked up at Reginald, his tongue taunting the head of his penis.

…Annette looked towards the front door, *It's true, he is bisexual*. She felt the tears building up as she turned to watch the life she once knew die a slow, painful death. "Our life together will never be the same…"

Annette couldn't believe her eyes. The man she once knew had become a stranger in a matter of two hours. She noticed how calm he was. His demeanor had changed from what she knew. He was relaxed.

### 3) The confrontation scene about Mexico (the last time we see Jack)

| My Husband is on the Down Low | BBM Short Story © 2005 |
|---|---|
| "When I was fifteen, I was out walking about 6:30p.m. It was dark because of daylight savings time. I ran into Darryl, one of my friends. He's the one I told you about who was with me watching the old man. He had a troubled childhood as well. His parents neglected him, leaving him to find comfort and acceptance in the streets." | "...We ought a do something. We ought a go south. We ought a go to Mexico one day..." "Mexico? Jack, you know me. All the travelin I ever done is goin around the coffeepot lookin for the handle." ..."You been a Mexico, Jack?" Mexico was the place. He'd heard. He was cutting fence now, trespassing in the shoot-em zone. "Hell yes, I been. Where's the fuckin problem?" Braced for it all these years and her it came, late and unexpected. |
| "Anyway, we walked and talked, sharing our dreams of going to college and getting out of the neighborhood and finding a good wife and having children. As we were walking down the street, we veered down the street where the corner store was. For some reason, that night the street seemed darker. Anyway, as we approached the store, he pointed to the back of the store and told me to come with him that he wanted to show me something. Then, before I knew it, he'd pulled my shorts down and was giving me head." He paused, looking at the floor. | |
| "I'm sad to say that it felt good—it felt so good, I came on him. Then he told me to suck his dick, and I did, but not as long as he sucked mine. My dick got hard again and he wanted me to fuck him in the ass, and I did. At the time, neither one of us didn't know a whole lot about condoms, so we didn't have any." | |
| By this point in his story, James and Annette had cried many tears. She got up to get some tissues. | |

| My Husband is on the Down Low | BBM Screenplay © October 2005 | Explanation and Interpretation |
|---|---|---|
| "When I was fifteen, I was out walking about 6:30p.m. It was dark because of daylight savings time. I ran into Darryl, one of my friends. He's the one I told you about who was with me watching the old man. He had a troubled childhood as well. His parents neglected him, leaving him to find comfort and acceptance in the streets."<br><br>"Anyway, we walked and talked, sharing our dreams of going to college and getting out of the neighborhood and finding a good wife and having children. As we were walking down the street, we veered down the street where the corner store was. For some reason, that night the street seemed darker. Anyway, as we approached the store, he pointed to the back of the store and told me come with him that he wanted to show me something. Then, before I knew it, he'd pulled my shorts down and was giving me head." He paused, looking at the floor.<br><br>"I'm sad to say that it felt good—it felt so good, I came on him. Then he told me to suck his dick, and I did, but not as long as he sucked mine. My dick got hard again and he wanted me to fuck him in the ass, and I did. At the time, neither one of us didn't know a whole lot about condoms, so we didn't have any."<br><br>By this point in his story, James and Annette had cried many tears. She got up to get some tissues. | WE SEE a highway mileage sign: EL PASO 65; JUAREZ-MEXICO BORDER 68.<br><br>WE SEE JACK in his pickup truck crossing the border into Mexico.<br><br>Sultry Mexican night. The street swarms with activity.<br><br>Jack wanders the streets, solemn, desperate in his loneliness.<br><br>TOURIST FAMILIES and LOCALS intermingle on the streets and sidewalks. A FAMILY poses for a picture with a DONKEY wearing a sombrero.<br><br>A swarm of LITTLE BEGGAR CHILDREN hit up JACK for change. He gives them a few coins and moves on.<br><br>JACK makes his way through the crowded streets, entering the seedier part of the town. HOOKERS stand in doorways enticing passersby. The sidewalks are crowded with VENDORS. People yelling, Mexican polka music.<br><br>JACK turns down an alley. MEN line walls on each side. Direct looks.<br><br>A HANDSOME YOUNG MEXICAN, masculine, dressed for a night out, makes eye contact with JACK—gives him a knowing, seductive look. | In this scene, a new character is introduced, Darryl. Darryl, who is James' childhood friend, is portrayed as the male prostitute and Jack portrays James' character.<br><br>James tells Annette about another childhood experience that contributed to the shaping of his personality and behavior.<br><br>This scene depicts James as a grown man walking down a dark alley with a male prostitute.<br><br>This scene is set in the west; therefore, Mexico just happens to be a place where male prostitutes can be easily found.<br><br>Jack walks down an alley in search of sex from another man. He sees one and they walks down a dark alley into the night. It's apparent he's going to have sex, just as James and his childhood friend did.<br><br>Although James and Darryl were not in Mexico, and they were only fifteen years old, they did walk down a dark alley and have sex. |

|  | YOUNG MEXICAN<br>   …Senor…<br><br>JACK stops. Hesitates a moment.<br><br>Then nods.<br><br>They walk off together. |  |

| **My Husband is on the Down Low** | **BBM Motion Picture © 2005** |
|---|---|
| "When I was fifteen, I was out walking about 6:30p.m. It was dark because of daylight savings time. I ran into Darryl, one of my friends. He's the one I told you about who was with me watching the old man. He had a troubled childhood as well. His parents neglected him, leaving him to find comfort and acceptance in the streets."<br><br>"Anyway, we walked and talked, sharing our dreams of going to college and getting out of the neighborhood and finding a good wife and having children. As we were walking down the street, we veered down the street where the corner store was. For some reason, that night the street seemed darker. Anyway, as we approached the store, he pointed to the back of the store and told me to come with him that he wanted to show me something. Then, before I knew it, he'd pulled my shorts down and was giving me head." He paused, looking at the floor.<br><br>"I'm sad to say that it felt good—it felt so good, I came on him. Then he told me to suck his dick, and I did, but not as long as he sucked mine. My dick got hard again and he wanted me to fuck him in the ass, and I did. At the time, neither one of us didn't know a whole lot about condoms, so we didn't have any."<br><br>By this point in his story, James and Annette had cried many tears. She got up to get some tissues. | Jack enters a populated area in Juarez, Mexico where men, women and children line the streets. He stop and look ahead down a dim alley way. There are men along the walls and men walking through and out of the alley.<br><br>Jack walks down a dim alley. Several men are lined along the alley.<br><br>He looks to his right at a man leaning on the wall.<br><br>He comes to a man wearing a striped shirt and black pants; his arms are folded. The man looks at Jack, unfolds his arms and say, "Senor?"<br><br>Jack looks at him and nods. They walk together, down the dim alley, fading into the darkness. |

**4) and the scene when Ennis goes to Jack's home and interacts with Jack's parents.**

| My Husband is on the Down Low | BBM Short Story<br>© 2005 |
|---|---|
| James visits Annette's mother in the hospital. She implies that she knows about James, just before she passed away.<br><br>Annette received a call from Cora, her younger sibling. She told her their mother was in the hospital. Her cancer had come out of remission and had spread. She was now terminal.<br><br>Annette explained to Jess and the staff that she had to go to Decatur to be with her mother. Jess held her close. She knew in the past that Annette's mother had been sick. Her supervisor put her on an extended leave of absence.<br><br>She left for Decatur that afternoon and called James on her way. She could hear him cry. She asked him if he could come home and he told her he'd be there, no matter what.<br><br>He arrived at the hospital on Friday evening. Kynosha ran to him and he lifted her in the air. He told her she was getting too big for him to lift her like that. He saw Cora and Dennis standing in the waiting area and asked them where Annette was. They pointed to their mother's room, and he went in. Annette was sitting by her mother's side, her head resting face-down on her mother's arm. When she looked up and saw James, she felt relieved. They held each other with Kynosha between them. James pulled back and walked to her mother's | Ennis sat at the kitchen table with Jack's father. Jack's mother, stout and careful in her movements as though recovering from an operation, said, "Want some coffee, don't you? Piece a cherry cake?"<br>"Thank you, Ma'am, I'll take a cup a coffee but I can't eat no cake just now."<br><br>The old man sat silent, his hands folded on the plastic tablecloth, staring at Ennis with an angry, knowing expression. Ennis recognized in him a not uncommon type with the hard need to be the stud duck in the pond. He couldn't see much of Jack in either one of them, took a breath.<br><br>"I feel awful bad about Jack. Can't begin to say how bad I feel. I knew him a long time. I come by to tell you that if you want me to take his ashes up there on Brokeback like his wife says he wanted I'd be proud to."<br><br>There was a silence. Ennis cleared his throat but said nothing more.<br><br>The old man said, "Tell you what, I know where Brokeback Mountain is. He thought he was too goddam special to be buried in the family plot."<br><br>Jack's mother ignored this, said, "He used a come home every year, even after he was married and down in Texas, and help his daddy on the ranch for a week, fix the gates and mow and all. I kept his room like it was when he was a boy and I think he appreciated |

bedside, then leaned down and kissed her forehead.

"How are you doing, Momma?"

Her voice was weak. She turns her head to see who was talking to her "Obviously not too good. I'm in this hospital bed." She tried to laugh.

"Well, I guess that's true."

She smiled at him. "How are you doing, Baby? Annette told me you were in Kansas playing with Dorothy and Toto."

Laughing he said, "Yeah, that's where I am, but I ain't there for fun and games."

"Where's Annette?"

She moved in front of James. "Here I am Momma. I'm right here."

"Girl, you better keep this man. Any man who will leave Dorothy and Toto to come and be by his mother-in-law's side is a good man."

She gasped for a breath of air.

Annette turned to face James. "Yes, I know Momma. I will. He is a good man."
"Don't let no other woman take your man. Nowadays, don't let no other man take him either."

"You can believe me, Momma, ain't nobody taking him from us."

Annette couldn't believe what her mother had said to her. It was as if she knew what was going on between

that. You are welcome to go up in his room if you want."

The old man spoke angrily. "I can't get no help out here. Jack used a say, 'Ennis del Mar,' he used a say, 'I'm goina bring him up here one a these days and we'll lick this damn ranch into shape.' He had some half-baked idea the two a you was goina move up here, build a log cabin, and help me run this ranch and bring it up. Then this spring he's got another one's goin a come up here with him and build a place and help run the ranch, some ranch neighbor a his from down in Texas. He's goin a split up with his wife and come back here. So he says. But like most a Jack's ideas it never come to pass."

So now he knew it had been the tire iron. He stood up, said you bet he'd like to see Jack's room, recalled one of Jack's stories about this old man. Jack was dick-clipped and the old man was not; it bothered the son, who had discovered the anatomical disconformity during a hard scene. He had been about three or four, he said, always late getting to the toilet, struggling with buttons, the seat, the height of the thing, and often as not left the surroundings sprinkled down. The old man blew up about it and this one time worked into a crazy rage. "Christ, he licked the stuffin out a me, knocked me down on the bathroom floor, whipped me with his belt. I thought he was killin me. Then he says, 'You want a know what it's like with piss all over the place? I'll learn you,' and he pulls it out and lets go all over me, soaked me, then he throws a towel at me and makes me mop up the floor, take my clothes off and warsh them in the bathtub, warsh out the towel, I'm bawlin and

them. Shortly afterwards, she died

blubberin. But while he was hosin me down I seen he had some extra material that I was missin. I seen they'd cut me different like you'd crop a ear or scorch a brand. No way to get it right with him after that."

The bedroom, at the top of a steep stair that had its own climbing rhythm, was tiny and hot, afternoon sun pounding through the west window, hitting the narrow boy's bed against the wall, an ink-stained desk and wooden chair, a B.B. gun in a hand-whittled rack over the bed. The window looked down on the gravel road stretching south and it occurred to him that for Jack's growing-up years that was the only road he knew. An ancient magazine photograph of some dark-haired movie star was taped to the wall beside the bed, the skin tone gone magenta. He could hear Jack's mother downstairs running water, filling the kettle and setting it back on the stove, asking the old man a muffled question.

The closet was a shallow cavity with a wooden rod braced across, a faded cretonne curtain on a string closing it off from the rest of the room. In the closet hung two pairs of jeans crease-ironed and folded neatly over wire hangers, on the floor a pair of worn packer boots he thought he remembered. At the north end of the closet a tiny jog in the wall made a slight hiding place and here, stiff with long suspension from a nail, hung a shirt. He lifted it off the nail. Jack's old shirt from Brokeback days. The dried blood on the sleeve was his own blood, a gushing nosebleed on the last afternoon on the mountain when Jack, in their contortionistic grappling and wrestling, had slammed Ennis's nose

hard with his knee. He had stanched the blood, which was everywhere, all over both of them, with his shirtsleeve, but the stanching hadn't held, because Ennis had suddenly swung from the deck and laid the ministering angel out in the wild columbine, wings folded.

The shirt seemed heavy until he saw there was another shirt inside it, the sleeves carefully worked down inside Jack's sleeves. It was his own plaid shirt, lost, he'd thought, long ago in some damn laundry, his dirty shirt, the pocket ripped, buttons missing, stolen by Jack and hidden here inside Jack's own shirt, the pair like two skins, one inside the other, two in one. He pressed his face into the fabric and breathed in slowly through his mouth and nose, hoping for the faintest smoke and mountain sage and salty sweet stink of Jack, but there was no real scent, only the memory of it, the imagined power of Brokeback Mountain of which nothing was left but what he held in his hands.

In the end the stud duck refused to let Jack's ashes go. "Tell you what, we got a family plot and he's goin in it." Jack's mother stood at the table coring apples with a sharp, serrated instrument. "You come again," she said.

| My Husband is on the Down Low | BBM Screenplay © October 2005 | Explanation and Interpretation |
|---|---|---|
| He arrived at the hospital on Friday evening. Kynosha ran to him and he lifted her in the air. He told her she was getting too big for him to lift her like that. He saw Cora and Dennis standing in the waiting area and asked them where Annette was. They pointed to their mother's room, and he went in. Annette was sitting by her mother's side, her head resting face-down on her mother's arm. When she looked up and saw James, she felt relieved. They held each other with Kynosha between them.<br><br>James pulled back and walked to her mother's bedside, then leaned down and kissed her forehead.<br><br>"How are you doing, Momma?"<br><br>Her voice was weak. She turns her head to see who was talking to her "Obviously not too good. I'm in this hospital bed." She tried to laugh.<br><br>"Well, I guess that's true."<br><br>She smiled at him. "How are you doing, Baby? Annette told me you were in Kansas playing with Dorothy and Toto."<br><br>Laughing he said, "Yeah, that's where I am, but I ain't there for fun and games." | ENNIS sits at the little kitchen table with JACK'S parents.<br><br>Across from him sits JACK'S father, his hands folded on the plastic tablecloth. The father is tough, weatherbeaten, testy, critical—makes it clear by his manner that he expects to be stud duck in the pond.<br><br>JACK'S MOTHER—silent, defeated—stands.<br><br>ENNIS can't see JACK in either of them.<br><br>JACK'S MOTHER (a polite shell of a woman)<br>    Want a cup a coffee, don't you? Piece of cherry cake?<br><br>ENNIS (stiff but polite)<br>    Thank you ma'am. I'll take a cup a coffee, but I can't eat no cake just now.<br><br>JACK'S MOTHER<br>    I kept his room like it was when he was a boy. I think he appreciated that (pause).<br>You are welcome to go up in his room, if you want.<br><br>ENNIS<br>    I'd like that, ma'am, thank you.<br><br>**CONT'D**<br><br>ENNIS is back downstairs, his hat | This scene has two new characters, Jack's mother and father. This scene is more about the mother's actions and words and lack there of, than the father's. This scene is portrayed with two character switches and it's about death. Jack's death portrayal is synonymous with Annette's mother's death. In addition, although Jack is now dead, Annette's mother is dying in the hospital and her last minute actions and words are portrayed by Jack's mother who's living. Annette's mother dies minutes after James' arrival.<br><br>In Brokeback Mountain Screenplay © October 2005, Jack's mother is portrayed as Annette's mother before she dies.<br><br>In My Husband is on the Down Low and Brokeback Mountain Screenplay © October 2005, both scenes relate to the death of a loved one.<br>James visits Annette's mother who's terminally ill in the hospital. James and Annette's mother talk briefly before she dies. Similarly, after Jack's death, Ennis visits Jack's parents. They talk briefly about Jack's death.<br><br>In the Brokeback Mountain Screenplay © October 2005, Jack's mother is described as "stout and careful in her |

"Where's Annette?"

She moved in front of James. "Here I am Momma. I'm right here."

"Girl, you better keep this man. Any man who will leave Dorothy and Toto to come and be by his mother-in-law's side is a good man."

She gasped for a breath of air.

Annette turned to face James. "Yes, I know Momma. I will. He is a good man."
"Don't let no other woman take your man. Nowadays, don't let no other man take him either."

"You can believe me, Momma, ain't nobody taking him from us."

Annette couldn't believe what her mother had said to her. It was as if she knew what was going on between them. Shortly afterwards, she died.

…After leaving the hospital, they all went back to their mother's house to make arrangments for the funeral. They chose a plot next to their father, who'd passed away five years earlier.

---

in his hand, standing in the kitchen.

JACK'S MOTHER places the two shirts in a paper sack for ENNIS.

JOHN TWIST still sits at the table, stiff and angry as ever.

JOHN TWIST
    Tell you what, we got a family plot and he's goin' in it.

ENNIS, resigned to this fact, nods at the old man as if he understands.

ENNIS
    Yes sir.

JACK'S MOTHER (sympathetic)
    You come back and see us again.

ENNIS (nods)
    Ma'am. Thank you for this.

ENNIS puts his hat on.

Leaves.

---

movements as though recovering from an operation". Similarly, Annette's mother is in the hospital on her death bed.

In My Husband is on the Down Low and Brokeback Mountain Screenplay © October 2005, both mothers gave implications that they knew about the homosexual affairs of their son-in-law and son, respectively. Annette's mother said to her "Don't let no other woman take your man. Nowadays, don't let no other man take him either."

Similarly, Jack's mother told Ennis, "He used a come home every year, even after he was married and down in Texas, and help his daddy on the ranch for a week, fix the gates and mow and all. I kept his room like it was when he was a boy and I think he appreciated that. You are welcome to go up in his room if you want." In the motion picture, her facial expression welcomed Ennis.

In this part of the scene Jack's father is only repeating what Jack once told him and what he'd offered Ennis in the past, a life together with a cow and calf operation. This scene was taken from James' journal. He'd written that Thomas wanted to start a business with one of his friends and that he'd divorced his wife. Jack's father said to Ennis: "He had some half-baked idea the two a you was goin a move up here, build a log cabin, and help me run

| | | this ranch and bring it up." |
|---|---|---|
| | | In My Husband is on the Down Low and Brokeback Mountain Screenplay © October 2005, both families discuss plots.<br><br>In My Husband is on the Down Low, "After leaving the hospital, they all went back to their mother's house to make arrangements for the funeral. They chose a plot next to their father, who'd passed away five years earlier."<br><br>This scene is also portrayed at the end. The father says to Ennis: "Tell you what, we got a family plot and he's goin in it." |

| My Husband is on the Down Low | BBM Motion Picture © 2005 |
|---|---|
| He arrived at the hospital on Friday evening. Kynosha ran to him and he lifted her in the air. He told her she was getting too big for him to lift her like that. He saw Cora and Dennis standing in the waiting area and asked them where Annette was. They pointed to their mother's room, and he went in. Annette was sitting by her mother's side, her head resting face-down on her mother's arm. When she looked up and saw James, she felt relieved. They held each other with Kynosha between them. | Ennis arrives at Jack's parents' house. Jack's mother is standing in the door. She walks onto the porch.

They go inside. Ennis is sitting in the kitchen at the table across from Jack's father. Jack's mother offers Ennis a cup of coffee and a piece of cherry cake.

Jack's mother put her hand on Ennis' shoulder and says, "I kept his room like it was when he was a boy. I think he appreciated it." She paused, and as if she knew about Jack and Ennis, she says, "You're welcome to go up to his room if you want." |
| James pulled back and walked to her mother's bedside, then leaned down and kissed her forehead. | |
| "How are you doing, Momma?" | Ennis looks at her and says, "Yeah, I'd like that. Thanks." |
| Her voice was weak. She turns her head to see who was talking to her "Obviously not too good. I'm in this hospital bed." She tried to laugh. | Ennis comes downstairs holding the shirts. Jack's mother looks at him and he looks at her. Jack's father is sitting at the table, turns to look at Ennis carrying the shirts. |
| "Well, I guess that's true." | Ennis walks towards Jack's mother. She nods an approval 'yes' and smiles at him. She sits her cup of coffee on the counter and pick up a brown paper bag. |
| She smiled at him. "How are you doing, Baby? Annette told me you were in Kansas playing with Dorothy and Toto." | |
| Laughing he said, "Yeah, that's where I am, but I ain't there for fun and games." | She walks towards Ennis, opens the bag and takes the shirts and put them in the bag, her hand on top of Ennis'. She gives Ennis the bag. |
| "Where's Annette?" | She stands in front of Ennis and grabs her neck and gasp for air. |
| She moved in front of James. "Here I am Momma. I'm right here." | Jack's father says, "I tell you what, we got a family plot and he's going in it." |
| "Girl, you better keep this man. Any man who will leave Dorothy and Toto to come and be by | Jack's mother stands there holding her neck as |

his mother-in-law's side is a good man."

She gasped for a breath of air.

Annette turned to face James. "Yes, I know Momma. I will. He is a good man."
"Don't let no other woman take your man. Nowadays, don't let no other man take him either."

"You can believe me, Momma, ain't nobody taking him from us."

Annette couldn't believe what her mother had said to her. It was as if she knew what was going on between them. Shortly afterwards, she died.

…After leaving the hospital, they all went back

to their mother's house to make arrangements

for the funeral. They chose a plot next to their

father, who'd passed away five years earlier.

if she can't speak.

Ennis stands with tears in his eyes and say, "Yes sir."
Jack's mother, still holding her neck as she gasp for air, her voice weak, barely able to speak says, "You come back and see us again."

Ennis leaves and walks onto the porch.

Jack's mother stands in the door. Ennis turns and says, "Thank you."

She nods, 'yes'.

**_Exhibit K_**
**_Copyright Application For The New Yorker Magazine_**
**_Registration Number TX-4-560-100_**



**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-560-100



*TX0004560100*

EFFECTIVE DATE OF REGISTRATION

10      14      97
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

THE NEW YORKER

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 73 | 31 | October 13 1997 | Weekly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

## 2

**NAME OF AUTHOR ▼**

a   The New Yorker Magazine, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A. }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed ▼
☒ Collective Work      Other

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work      Other

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work      Other

---

## 3

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**   This information must be given in all cases.      ▼ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 6   Year ▶ 1997
U.S.A.   ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The New Yorker Magazine, Inc.
20 West 43rd Street, 17th Floor
New York, New York   10036-7441

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
OCT 14 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 14 1997
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____                          FORM SE

CHECKED BY _____

☐ CORRESPONDENCE                                         FOR
  Yes                                                    COPYRIGHT
                                                         OFFICE
                                                         USE
                                                         ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ The New Yorker Magazine, Inc.     **Account Number** ▼     DA011967

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

The New Yorker Magazine, Inc., c/o Devereux Chatillon, Esq.
20 West 43rd Street, 17th Floor
New York, New York  10036--7441

    **Area Code & Telephone Number** ▶ 212/536-5797

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  The New Yorker Magazine, Inc.

    Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Devereux Chatillon, Esq.     date▶ October 6, 199[?]

✗ Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼ Devereux Chatillon, Esq.
The New Yorker Magazine, Inc.

Number/Street/Apartment Number ▼
20 West 43rd Street, 17th Floor

City/State/ZIP ▼
New York, New York  10036-7441

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990: 282-170/20,005

## *Exhibit L*
## *List Of Copyright Numbers For 1978 to 1999*
## *For The New Yorker Magazine*

**Copyright** | Search Records Results

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---:|:---|
| Title: | The New Yorker. |
| Note: | Weekly. |
| Copyright Information: | Appl. au.: The New Yorker Magazine, Inc., employer for hire. |
| Holdings: | * acThe New Yorker Magazine, Inc. |
| | v. 53, no. |
| | TX6-382. 3Jan78; 46, 2Jan78. DCR 1978; PUB 1Jan78; |
| | TX23-282. 10Jan78; 47, 9Jan78. DCR 1978; PUB 4Jan78; |
| | TX23-283. 13Jan78; 48, 16Jan78. DCR 1978; PUB 11Jan78; |
| | TX23-280. 20Jan78; 49, 23Jan78. DCR 1978; PUB 18Jan78; |
| | TX23-281. 27Jan78; 50, 30Jan78. DCR 1978; PUB 25Jan78; |
| | TX20-278. 3Feb78; 51, 6Feb78. DCR 1978; PUB 1Feb78; |
| | TX47-208. 13Feb78; 52, 13Feb78. DCR 1978; PUB 8Feb78; |
| | v. 54, no. |
| | TX47-207. 17Feb78; 1, 20Feb78. DCR 1978; PUB 15Feb78; |
| | TX38-296. 24Feb78; 2, 27Feb78. DCR 1978; PUB 22Feb78; |
| | TX58-376. 10Apr78; 3, 6Mar78. DCR 1978; PUB 1Mar78; |
| | TX10-423. 10Mar78; 4, 13Mar78. DCR 1978; PUB 8Mar78; |
| | TX58-377. 16Mar78; 5, 20Mar78. DCR 1978; PUB 15Mar78; |
| | TX20-277. 27Mar78; 6, 27Mar78. DCR 1978; PUB 22Mar78; |
| | TX20-276. 31Mar78; 7, 3Apr78. DCR 1978; PUB 29Mar78; |
| | TX20-275. 7Apr78; 8, 10Apr78. DCR 1978; PUB 5Apr78; |
| | TX21-319. 14Apr78; 9, 17Apr78. DCR 1978; PUB 12Apr78; |
| | TX32-744. 24Apr78; 10, 24Apr78. DCR 1978; PUB 19Apr78; |
| | TX38-297. 1May78; 11, 1May78. DCR 1978; PUB 26Apr78; |
| | TX38-298. 5May78; 12, 8May78. DCR 1978; PUB 3May78; |
| | TX51-568. 12May78; 13, 15May78. DCR 1978; PUB 10May78; |
| | TX47-206. 19May78; 14, 22May78. DCR 1978; PUB 17May78; |
| | TX46-261. 25May78; 15, 29May78. DCR 1978; PUB 24May78; |
| | TX47-205. 23Jun78; 19, 26Jun78. DCR 1978; PUB 21Jun78; |
| | TX58-460. 5Jul78; 20, 3Jul78. DCR 1978; PUB 28Jun78; |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---|---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |
| Copyright Information: | Appl. au.: The New Yorker Magazine, Inc., employer for hire. |
| Holdings: | * The acNew Yorker Magazine, Inc. |

v. 57, no.
TX 721-053. 30Jun81; 19, 29Jun81. DCR 1981; PUB 24Jun81;
TX 724-222. 6Jul81; 20, 6Jul81. DCR 1981; PUB 1Jul81;
TX 731-092. 14Jul81; 21, 13Jul81. DCR 1981; PUB 8Jul81;
TX 735-328. 20Jul81; 22, 20Jul81. DCR 1981; PUB 15Jul81;
TX 736-557. 24Jul81; 23, 27Jul81. DCR 1981; PUB 22Jul81;
TX 747-051. 3Aug81; 24, 3Aug81. DCR 1981; PUB 29Jul81;
TX 747-781. 7Aug81; 25, 10Aug81. DCR 1981; PUB 5Aug81;
TX 750-218. 14Aug81; 26, 17Aug81. DCR 1981; PUB 12Aug81;
TX 758-023. 25Aug81; 27, 24Aug81. DCR 1981; PUB 19Aug81;
TX 755-743. 28Aug81; 28, 31Aug81. DCR 1981; PUB 26Aug81;
TX 758-207. 8Sep81; 29, 7Sep81. DCR 1981; PUB 2Sep81;
TX 766-732. 14Sep81; 30, 14Sep81. DCR 1981; PUB 9Sep81;
TX 768-243. 21Sep81; 31, 21Sep81. DCR 1981; PUB 16Sep81;
TX 776-525. 28Sep81; 32, 28Sep81. DCR 1981; PUB 23Sep81;
TX 776-252. 2Oct81; 33, 5Oct81. DCR 1981; PUB 30Sep81;
TX 781-481. 13Oct81; 34, 12Oct81. DCR 1981; PUB 7Oct81;
TX 784-104. 18Oct81; 35, 19Oct81. DCR 1981; PUB 14Oct81;
TX 785-795. 23Oct81; 36, 26Oct81. DCR 1981; PUB 21Oct81;
TX 790-062. 30Oct81; 37, 2Nov81. DCR 1981; PUB 28Oct81;
TX 796-987. 6Nov81; 38, 9Nov81. DCR 1981; PUB 4Nov81;
TX 800-355. 13Nov81; 39, 16Nov81. DCR 1981; PUB 11Nov81;
TX 806-661. 23Nov81; 40, 23Nov81. DCR 1981; PUB 18Nov81;
TX 807-763. 27Nov81; 41, 30Nov81. DCR 1981; PUB 25Nov81;
TX 815-433. 7Dec81; 42, 7Dec81. DCR 1981; PUB 2Dec81;
TX 823-542. 14Dec81; 43, 14Dec81. DCR 1981; PUB 9Dec81;
TX 819-051. 28Dec81; 45, 28Dec81. DCR 1981; PUB 23Dec81;

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

| **Copyright** | Search Records Results |
|---|---|

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*2 Items*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---|---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |
| Copyright Information: | Appl. au.: the New Yorker Magazine, Inc., employer for hire. |
| Holdings: | * the actNew Yorker Magazine, Inc. |

v. 61, no.
TX 1-723-865. 23Dec85; 20, 8Jul85. DCR 1985; PUB 3Jul85;
TX 1-713-789. 9Dec85; 42, 9Dec85. DCR 1985; PUB 4Dec85;
TX 1-742-301. 17Dec85; 43, 16Dec85. (C.O. corres.) DCR 1985; PUB 11Dec85;
TX 1-723-698. 27Dec85; 44, 23Dec85. DCR 1985; PUB 18Dec85;
TX 1-725-255. 30Dec85; 45, 30Dec85. DCR 1985; PUB 25Dec85;
TX 1-728-537. 6Jan86; 46, 6Jan86. DCR 1986; PUB 2Jan86;
TX 1-737-588. 13Jan86; 47, 13Jan86. DCR 1986; PUB 8Jan86;
TX 1-739-013. 21Jan86; 48, 20Jan86. DCR 1986; PUB 15Jan86;
TX 1-744-836. 27Jan86; 49, 27Jan86. DCR 1986; PUB 22Jan86;
TX 1-754-669. 5Feb86; 50, 3Feb86. DCR 1986; PUB 29Jan86;
TX 1-754-755. 10Feb86; 51, 10Feb86. DCR 1986; PUB 5Feb86;
TX 1-781-139. 12Mar86; 52, 17Feb86. DCR 1986; PUB 12Feb86;
v. 62, no.
TX 1-761-777. 25Feb86; 1, 24Feb86. DCR 1986; PUB 19Feb86;
TX 1-763-493. 3Mar86; 2, 3Mar86. DCR 1986; PUB 26Feb86;
TX 1-770-949. 10Mar86; 3, 10Mar86. DCR 1986; PUB 5Mar86;
TX 1-782-816. 17Mar86; 4, 17Mar86. DCR 1986; PUB 12Mar86;
TX 1-778-895. 24Mar86; 5, 24Mar86. DCR 1986; PUB 19Mar86;
TX 1-783-220. 28Mar86; 6, 31Mar86. DCR 1986; PUB 26Mar86;
TX 1-804-849. 7Apr86; 7, 7Apr86. DCR 1986; PUB 2Apr86;
TX 1-794-581. 14Apr86; 8, 14Apr86. DCR 1986; PUB 9Apr86;
TX 1-803-259. 21Apr86; 9, 21Apr86. DCR 1986; PUB 16Apr86;
TX 1-809-475. 28Apr86; 10, 28Apr86. DCR 1986; PUB 23Apr86;
TX 1-814-239. 5May86; 11, 5May86. DCR 1986; PUB 30Apr86;
TX 1-818-076. 12May86; 12, 12May86. DCR 1986; PUB 7May86;
TX 1-819-672. 27May86; 14, 26May86. DCR 1986; PUB 21May86;

| | |
|---|---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |

Copyright Information:  Appl. au.: the New Yorker Magazine, Inc., employer for hire.
          Holdings:  * the actNew Yorker Magazine, Inc.
                     v. 64, no.
                     TX 2-777-994. 23Jan89; 49, 23Jan89. DCR 1989; PUB 16Jan89;
                     v. 65, no.
                     TX 2-701-658. 5Dec89; 42, 4Dec89. DCR 1989; PUB 27Nov89;
                     TX 2-701-933. 11Dec89; 43, 11Dec89. DCR 1989; PUB 4Dec89;
                     TX 2-712-984. 19Dec89; 44, 18Dec89. DCR 1989; PUB 11Dec89;
                     TX 2-710-946. 26Dec89; 45, 25Dec89. DCR 1989; PUB 18Dec89;
                     TX 2-731-123. 2Jan90; 46, 1Jan90. DCR 1989; PUB 25Dec89;
                     TX 2-726-713. 17Jan90; 48, 15Jan90. DCR 1990; PUB 8Jan90;
                     TX 2-726-421. 23Jan90; 49, 22Jan90. DCR 1990; PUB 15Jan90;
                     TX 2-737-006. 29Jan90; 50, 29Jan90. DCR 1990; PUB 22Jan90;
                     TX 2-746-765. 7Feb90; 51, 5Feb90. DCR 1990; PUB 29Jan90;
                     TX 2-749-666. 13Feb90; 52, 12Feb90. DCR 1990; PUB 5Feb90;
                     v. 66, no.
                     TX 2-747-435. 21Feb90; 1, 19Feb90. DCR 1990; PUB 12Feb90;
                     TX 2-755-653. 26Feb90; 2, 26Feb90. DCR 1990; PUB 19Feb90;
                     TX 2-756-223. 5Mar90; 3, 5Mar90. DCR 1990; PUB 26Feb90;
                     TX 2-770-329. 12Mar90; 4, 12Mar90. DCR 1990; PUB 5Mar90;
                     TX 2-775-016. 19Mar90; 5, 19Mar90. DCR 1990; PUB 12Mar90;
                     TX 2-780-334. 26Mar90; 6, 26Mar90. DCR 1990; PUB 19Mar90;
                     TX 2-784-918. 2Apr90; 7, 2Apr90. DCR 1990; PUB 26Mar90;
                     TX 2-791-657. 9Apr90; 8, 9Apr90. DCR 1990; PUB 2Apr90;
                     TX 2-796-273. 13Apr90; 9, 16Apr90. DCR 1990; PUB 9Apr90;
                     TX 2-810-324. 23Apr90; 10, 23Apr90. DCR 1990; PUB 16Apr90;
                     TX 2-811-367. 30Apr90; 11, 30Apr90. DCR 1990; PUB 23Apr90;
                     TX 2-819-576. 8May90; 12, 7May90. DCR 1990; PUB 30Apr90;
                     TX 2-820-055. 14May90; 13, 14May90. DCR 1990; PUB 7May90;

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*2 Items*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---:|:---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |
| Holdings: | * actNew Yorker Magazine, Inc. |

v. 71, no.
TX 4-142-171. 10Aug95; 24, 14Aug95. (CO corres.) DCR 1995; PUB 7Aug95;
TX 4-135-361. 16Aug95; 25, 21 & 28Aug95. DCR 1995; PUB 14Aug95;
TX 4-160-504. 18Sep95; 27, 11Sep95. DCR 1995; PUB 4Sep95;
TX 4-134-367. 2Oct95; 30, 2Oct95. DCR 1995; PUB 25Sep95;
TX 4-134-366. 13Oct95; 32, 16Oct95. DCR 1995; PUB 9Oct95;
TX 4-173-017. 13Nov95; 34, 30Oct95. DCR 1995; PUB 23Oct95;
TX 4-136-960. 13Nov95; 35, 6Nov95. DCR 1995; PUB 30Oct95;
TX 4-156-595. 20Nov95; 36, 13Nov95. DCR 1995; PUB 6Nov95;
TX 4-181-089. 29Nov95; 37, 20Nov95. DCR 1995; PUB 13Nov95;
TX 4-181-088. 29Nov95; 38, 27Nov95. DCR 1995; PUB 20Nov95;
TX 4-181-090. 29Nov95; 39, 4Dec95. DCR 1995; PUB 27Nov95;
TX 4-192-482. 18Dec95; 40, 11Dec95. DCR 1995; PUB 4Dec95;
TX 4-175-110. 29Dec95; 41, 18Dec95. DCR 1995; PUB 11Dec95;
TX 4-189-145. 22Dec95; 42, 25Dec95-1Jan96. DCR 1995; PUB 18Dec95;
TX 4-213-377. 25Jan96; 44, 15Jan96. DCR 1996; PUB 8Jan96;
TX 4-213-376. 25Jan96; 45, 22Jan96. DCR 1996; PUB 15Jan96;
TX 4-213-378. 25Jan96; 46, 29Jan96. DCR 1996; PUB 22Jan96;
TX 4-199-566. 26Feb96; 47, 5Feb96. DCR 1996; PUB 29Jan96;
TX 4-200-014. 29Feb96; 48, 12Feb96. DCR 1996; PUB 5Feb96;
v. 72, no.
TX 4-199-567. 26Feb96; 1, 19Feb96. DCR 1996; PUB 12Feb96;
TX 4-211-248. 27Feb96; 2, 26Feb-4Mar96. DCR 1996; PUB 19Feb96;
TX 4-212-115. 12Apr96; 3, 11Mar96. DCR 1996; PUB 4Mar96;
TX 4-073-215. 12Apr96; 4, 18Mar96. DCR 1996; PUB 11Mar96;
TX 4-240-696. 12Apr96; 5, 25Mar96. DCR 1996; PUB 18Mar96;
TX 4-212-114. 12Apr96; 6, 1Apr96. DCR 1996; PUB 25Mar96;
TX 4-240-697. 12Apr96; 7, 8Apr96. DCR 1996; PUB 1Apr96;
TX 4-240-698. 12Apr96; 8, 15Apr96. DCR 1996; PUB 8Apr96;

| | |
|---:|:---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard | |

Serial Number:  ISSN 0028-792X = The New Yorker.
Holdings:  * actNew Yorker Magazine, Inc.
  v. 71, no.
  TX 4-257-646. 25Jan96; 43, 8Jan96. (CO corres.) DCR 1996; PUB 1Jan96;
  v. 72, no.
  TX 4-265-352. 1May96; 9, 22Apr96. DCR 1996; PUB 15Apr96;
  TX 4-265-353. 30Apr96; 10, 29Apr & 6May96. DCR 1996; PUB 22Apr96;
  TX 4-257-595. 8May96; 11, 13May96. DCR 1996; PUB 6May96;
  TX 4-288-241. 17Jun96; 12, 20May96. DCR 1996; PUB 13May96;
  TX 4-295-638. 18Jun96; 13, 27May96. DCR 1996; PUB 20May96;
  TX 4-288-233. 17Jun96; 14, 3Jun96. DCR 1996; PUB 27May96;
  TX 4-289-841. 17Jun96; 15, 10Jun96. DCR 1996; PUB 3Jun96;
  TX 4-308-630. 24Jun96; 16, 17Jun96. DCR 1996; PUB 10Jun96;
  TX 4-304-124. 1Jul96; 17, 24Jul & 1Jul96. DCR 1996; PUB 17Jun96;
  TX 4-307-734. 8Jul96; 18, 8Jul96. DCR 1996; PUB 1Jul96;
  TX 4-307-773. 12Jul96; 19, 15Jul96. DCR 1996; PUB 8Jul96;
  TX 4-308-503. 31Jul96; 20, 22Jul96. DCR 1996; PUB 15Jul96;
  TX 4-308-502. 31Jul96; 21, 29Jul96. DCR 1996; PUB 22Jul96;
  TX 4-308-504. 31Jul96; 22, 5Aug96. DCR 1996; PUB 29Jul96;
  TX 4-328-234. 13Aug96; 23, 12Aug96. DCR 1996; PUB 5Aug96;
  TX 4-328-451. 19Aug96; 24, 19Aug96. DCR 1996; PUB 12Aug96;
  TX 4-342-429. 30Sep96; 26, 9Sep96. DCR 1996; PUB 2Sep96;
  TX 4-335-648. 12Sep96; 27, 16Sep96. DCR 1996; PUB 9Sep96;
  TX 4-337-886. 19Sep96; 28, 23Sep96. DCR 1996; PUB 16Sep96;
  TX 4-340-070. 30Sep96; 29, 30Sep96. DCR 1996; PUB 23Sep96;
  TX 4-343-847. 4Oct96; 30, 7Oct96. DCR 1996; PUB 30Sep96;
  TX 4-351-185. 15Oct96; 31, 14Oct96. DCR 1996; PUB 7Oct96;
  TX 4-357-800. 21Oct96; 32, 21 & 28Oct96. DCR 1996; PUB 14Oct96;
  TX 4-364-938. 7Nov96; 34, 11Nov96. DCR 1996; PUB 4Nov96;

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---|---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |
| Holdings: | * actNew Yorker Magazine, Inc. |

v. 73, no.
TX 4-451-811. 20Mar97; 4, 24Mar97. DCR 1997; PUB 17Mar97;
TX 4-482-379. 8May97; 11, 12May97. DCR 1997; PUB 5May97;
TX 4-485-045. 16May97; 12, 19May97. DCR 1997; PUB 12May97;
TX 4-488-218. 22May97; 13, 26May97. DCR 1997; PUB 19May97;
TX 4-495-986. 4Jun97; 14, 2Jun97. DCR 1997; PUB 26May97;
TX 4-522-662. 5Jun97; 15, 9Jun97. DCR 1997; PUB 2Jun97;
TX 4-496-451. 13Jun97; 16, 16Jun97. DCR 1997; PUB 9Jun97;
TX 4-490-839. 20Jun97; 17, 23-30Jun97. DCR 1997; PUB 16Jun97;
TX 4-506-365. 7Jul97; 18, 7Jul97. DCR 1997; PUB 30Jun97;
TX 4-506-364. 14Jul97; 19, 14Jul97. DCR 1997; PUB 7Jul97;
TX 4-513-630. 22Jul97; 20, 21Jul97. DCR 1997; PUB 14Jul97;
TX 4-515-337. 28Jul97; 21, 28Jul97. DCR 1997; PUB 21Jul97;
TX 4-520-377. 31Jul97; 22, 4Aug97. DCR 1997; PUB 28Jul97;
TX 4-519-570. 5Aug97; 23, 11Aug97. DCR 1997; PUB 4Aug97;
TX 4-525-266. 18Aug97; 24, 18Aug97. DCR 1997; PUB 11Aug97;
TX 4-531-412. 21Aug97; 25, 25Aug & 1Sep97. DCR 1997; PUB 18Aug97;
TX 4-535-723. 5Sep97; 26, 8Sep97. DCR 1997; PUB 1Sep97;
TX 4-537-889. 11Sep97; 27, 15Sep97. DCR 1997; PUB 8Sep97;
TX 4-541-215. 23Sep97; 28, 22Sep97. DCR 1997; PUB 15Sep97;
TX 4-550-576. 30Sep97; 29, 29Sep97. DCR 1997; PUB 22Sep97;
TX 4-546-710. 2Oct97; 30, 6Oct97. DCR 1997; PUB 30Sep97;
✱ TX 4-560-100. 14Oct97; 31, 13Oct97. DCR not given on appl.; PUB 6Oct97;
TX 4-574-881. 17Oct97; 32, 20Oct & 27Oct97. DCR 1997; PUB 13Oct97;
TX 4-569-920. 3Nov97; 33, 3Nov97. DCR 1997; PUB 27Oct97;

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

| | |
|---:|:---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |
| Holdings: | * actNew Yorker Magazine, Inc. |

v. 73, no.
TX 4-662-050. 18Mar98; 5, 24Mar97. DCR 1997; PUB 17Mar97;
TX 4-579-692. 12Nov97; 34, 10Nov97. DCR 1997; PUB 3Nov97;
TX 4-579-786. 14Nov97; 35, 17Nov97. DCR 1997; PUB 10Nov97;
TX 4-581-425. 24Nov97; 36, 24Nov97. DCR 1997; PUB 17Nov97;
TX 4-585-030. 2Dec97; 37, 1Dec97. DCR 1997; PUB 24Nov97;
TX 4-581-778. 8Dec97; 38, 8Dec97. DCR 1997; PUB 1Dec97;
TX 4-601-787. 11Dec97; 39, 15Dec97. DCR 1997; PUB 8Dec97;
TX 4-590-126. 24Dec97; 40, 22 & 29Dec97. DCR 1997; PUB 15Dec97;
TX 4-610-181. 12Jan98; 41, 5Jan98. DCR 1997; PUB 29Dec97;
TX 4-604-757. 12Jan98; 42, 12Jan98. DCR 1998; PUB 5Jan98;
TX 4-610-202. 16Jan98; 43, 19Jan98. DCR 1998; PUB 12Jan98;
TX 4-615-388. 23Jan98; 44, 26Jan98. DCR 1998; PUB 20Jan98;
TX 4-683-669. 18Mar98; 45, 2Feb98. DCR 1998; PUB 26Jan98;
TX 4-650-788. 18Mar98; 46, 9Feb98. DCR 1998; PUB 2Feb98;
v. 74, no.
TX 4-658-030. 18Mar98; 1, 16Feb98. DCR 1998; PUB 9Feb98;
TX 4-656-702. 11Mar98; 2, 23Feb-2Mar98. DCR 1998; PUB 17Feb98;
TX 4-654-118. 18Mar98; 3, 9Mar98. DCR 1998; PUB 2Mar98;
TX 4-644-088. 16Mar98; 4, 16Mar98. DCR 1998; PUB 9Mar98;
TX 4-657-841. 24Mar98; 5, 23Mar98. DCR 1998; PUB 16Mar98;
TX 4-644-823. 26Mar98; 6, 30Mar98. DCR 1998; PUB 23Mar98;
TX 4-650-757. 3Apr98; 7, 6Apr98. DCR 1998; PUB 30Mar98;
TX 4-662-073. 10Apr98; 8, 13Apr98. DCR 1998; PUB 6Apr98;
TX 4-683-113. 15Apr98; 9, 20Apr98. DCR 1998; PUB 13Apr98;
TX 4-683-160. 24Apr98; 10, 27Apr & 4May98. DCR 1998; PUB 20Apr98;
TX 4-689-181. 10Jun98; 15, 8Jun98. DCR 1998; PUB 1Jun98;

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



**Copyright** | **Search Records Results**

Serials Database (Claimant Search)
**Search For:** NEW YORKER MAGAZINE, INC
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

|  |  |
|---|---|
| Title: | The New Yorker |
| Additional Information: | . |
| Note: | Weekly; weekly with some combined issues per Mar. 22, 1999 issue. Description based on: Vol. 55, no. 22, July 21, 1980. |
| International Standard Serial Number: | ISSN 0028-792X = The New Yorker. |
| Holdings: | * actNew Yorker Magazine, Inc. |

v. 74, no.
TX 4-801-428. 13Nov98; 34, 9Nov98. DCR 1998; PUB 2Nov98;
TX 4-847-457. 12Nov98; 35, 16Nov98. DCR 1998; PUB 9Nov98;
TX 4-803-745. 19Nov98; 36, 23Nov98. DCR 1998; PUB 16Nov98;
TX 4-801-920. 30Nov98; 37, 30Nov98. DCR 1998; PUB 23Nov98;
TX 4-802-208. 14Dec98; 38, 7 & 14Dec98. DCR 1998; PUB 7Dec98;
* acAdvance Magazine Publishers, Inc. d.b.a. the acConde Nast
Publications, Inc.
v. 74, no.
TX 4-815-228. 21Dec98; 39, 21Dec98. DCR 1998; PUB 14Dec98;
TX 4-815-495. 23Dec98; 40, 28Dec98-4Jan99. DCR 1998; PUB 21Dec98;
TX 4-837-473. 11Jan99; 41, 11Jan99. DCR 1999; PUB 11Jan99;
TX 4-844-925. 13Jan99; 42, 18Jan99. DCR 1999; PUB 18Jan99;
TX 4-828-142. 27Jan99; 43, 25Jan99. DCR 1999; PUB 25Jan99;
TX 4-844-640. 2Feb99; 44, 1Feb99. DCR 1999; PUB 2Feb99;
TX 4-847-206. 8Feb99; 45, 8Feb99. DCR 1999; PUB 8Feb99;
TX 4-853-589. 17Feb99; 46, 15Feb99. DCR 1999; PUB 15Feb99;
v. 75, no.
TX 4-848-951. 22Feb99; 1, 22Feb & 1Mar99. DCR 1999; PUB 22Feb99;
TX 4-866-252. 10Mar99; 2, 8Mar99. DCR 1999; PUB 8Mar99;
TX 4-865-222. 16Mar99; 3, 15Mar99. DCR 1999; PUB 8Mar99;
TX 4-868-638. 29Mar99; 4, 22Mar99. DCR 1999; PUB 15Mar99;
TX 4-875-006. 26Mar99; 5, 29Mar99. DCR 1999; PUB 22Mar99;
TX 4-874-343. 9Apr99; 6, 5Apr99. DCR 1999; PUB 28Mar99;
TX 4-874-342. 9Apr99; 7, 12Apr99. DCR 1999; PUB 5Apr99;
TX 4-874-327. 26Apr99; 8, 19Apr99. DCR 1999; PUB 12Apr99;
TX 4-874-328. 26Apr99; 9, 26Apr & 3May99. DCR 1999; PUB 19Apr99;
TX 4-902-142. 14May99; 10, 10May99. DCR 1999; PUB 3May99;

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

In The
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Washington, D.C.

**JANICE SCOTT-BLANTON,** *pro se,*

  **Plaintiff,**

**v.**            **CIVIL ACTION NO. 1:07cv00098**

**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,**

  **Defendants.**

---

### PLAINTIFF JANICE SCOTT-BLANTON'S
### FED. R. CIV. P. 56(f) AFFIDAVIT

---

I, Janice Scott-Blanton, the plaintiff in this case, hereby depose and state under oath before this Honorable Court:

  1.  On March 23, 2007, the defendants filed a motion for summary judgment to which was attached declarations and exhibits. The defendants contend that these declarations and exhibits demonstrate that the *Brokeback Mountain* short story, screenplay and motion picture were created and completed before I published my copyrighted novel in March 2005. On this basis, the defendants have asserted that it was "factually impossible" for them to have copied novel.

  2.  As of the date of this affidavit, I have not been permitted to engage in any discovery of the defendants pursuant to Fed. R. Civ. P. 26(d), as the parties have not conducted their Fed. R. Civ. P. 26(f) conference. Thus, I do not have any non-public

1

information regarding the defendants' timeliness as to when they created and completed the work on the motion picture, screenplay and short story.

3.     Without discovery, I cannot acquire the information I need to properly prosecute my claims and respond to the defendants' declarations and exhibits. The only way that the merits of the defendants motion for summary judgment and the allegations of their Answer can be tested is to allow me to engage in that discovery permitted by the *Federal Rules of Civil Procedure.*

4.     I have attached to my opposition to the defendants' motion for summary judgment Exhibits A through I, which I incorporate with this Affidavit as though attached hereto as similarly labeled exhibits. I obtained these exhibits from the public sources indicated on the exhibit or from the source identified in my opposition brief. I am relying on these documents to show in a limited way that there is basis for allowing discovery to proceed in this case.


Signed under the pains and penalties of perjury this ___2___ day of April 2007.

Janice Scott-Blanton


Subscribed and sworn to before me this ___2___ day of April 2007 in the Commonwealth of Virginia.

Notary Public

My Commission Expires: _____3/31/08_____

OFFICIAL NOTARY SEAL: