# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JANICE SCOTT-BLANTON *pro se*, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0098 (RMU) |
| | : | | |
| v. | : | Document No.: | 4 |
| | : | | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### DENYING THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of July, 2007,

**ORDERED** that the plaintiff's motion for a preliminary injunction is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge