UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANICE SCOTT-BLANTON, *pro se*<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, *et al.*,<br><br>Defendants. | Civil Case No. **1:07cv00098 (RMU)** |

**NOTICE OF CHANGE OF ADDRESS**

I, Steven J. Metalitz, attorney for Universal City Studios Productions LLLP, Universal Studios Inc., Universal Studios Licensing LLLP, Universal Studios Home Entertainment LLC, Focus Features LLC, River Road Entertainment Inc. (sic), Del Mar Productions LLC, Lava Films LLC, Simon & Schuster Inc., Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana (collectively, "Defendants"), hereby notify the court and the Plaintiff of a change of address resulting from a move of my firm, Mitchell Silberberg & Knupp LLP.  My new address is 1818 N Street, NW, 8th Floor, Washington, D.C.  20036, Telephone: (202) 355-7902, Fax: (202) 355-7899.  My e-mail address remains the same – met@msk.com.  My partner and co-counsel in this case, Marc Mayer, has not changed his contact information.  Please direct all future documentation related to this case to my attention at the new address.

Date:  September 6, 2007    Respectfully submitted,

<u>/s/ Steven J. Metalitz (D.C. Bar No. 944603)</u>
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, NW, 8th Floor
Washington, D.C.  20036
Telephone: (202) 355-7902
Facsimile: (202) 355-7899
*Attorney for Defendants*

2

1520224.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS has been served, via Federal Express and via the Court's electronic filing system, to the following address on September 6, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

      /s/ Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 355-7902
Facsimile: (202) 355-7899
*Attorney for Defendants*

1520224.1