UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se*<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.*,<br><br>Defendants. | Civil Case No. **1.07cv00098 (RMU)** |

## JOINDER OF LAVA FILMS LLC AND UNIVERSAL HOME ENTERTAINMENT LLC IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Lava Films LLC and Universal Studios Home Entertainment LLC hereby join in the Motion for Summary Judgment filed by Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana.  Each was named as a defendant for the first time in Plaintiff's Amended Complaint, which the Court accepted for filing on August 27, 2007.  Lava Films LLC is a subsidiary of Focus Features LLC that was involved in the production of the film *Brokeback Mountain*.  Universal Studios Home Entertainment LLC is an affiliate of Universal Studios, Inc., and is involved with the distribution of the film *Brokeback Mountain*.  Lava Films LLC and Universal Studios Home Entertainment LLC respectfully submit that the motion is equally dispositive as to Plaintiff's claims against them, because the claims are the same as the claims against the other Defendants, and thus fail for the reasons set forth in the motion.

Date:  September 14, 2007                     Submitted by:

/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 355-7902 (Telephone)
(202) 355-7892 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing JOINDER OF LAVA FILMS LLC AND UNIVERSAL HOME ENTERTAINMENT LLC IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT has been served, via Federal Express and via the Court's electronic filing system, to the following address on September 14, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                          /s/ Steven J. Metalitz
                                          Steven J. Metalitz (D.C. Bar No. 944603)
                                          MITCHELL SILBERBERG & KNUPP LLP
                                          1818 N Street, N.W., 8th Floor
                                          Washington, D.C. 20036
                                          (202) 355-7902 (Telephone)
                                          (202) 355-7892 (Facsimile)
                                          *Attorney for Defendants*