UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. **1.07cv00098 (RMU)** |
| **UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.*, | ) | |
| Defendants. | ) | |

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, counsel of record for Lava Films LLC and Universal Studios Home Entertainment LLC ("Defendants"), hereby certifies that to the best of its knowledge and belief, NBC Universal, Inc., a non-public entity, indirectly owns Lava Films LLC and Universal Studios Home Entertainment LLC.  NBC Universal, Inc. is owned indirectly by General Electric Company, a publicly held company, and Vivendi, S.A., a publicly held company.

These representations are made in order that judges of this court may determine the need for recusal.

September 14, 2007                                          Respectfully Submitted:


/s/ Steven J. Metalitz
Steven J. Metalitz  (D.C. Bar No. 944603)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 355-7902 (Telephone)
(202) 355-7892 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing CERTIFICATION OF INTERESTED PARTIES has been served, via U.S. Mail and via the Court's electronic filing system, to the following address on September 14, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                          /s/ Steven J. Metalitz
                                          Steven J. Metalitz (D.C. Bar No. 944603)
                                          MITCHELL SILBERBERG & KNUPP LLP
                                          1818 N Street, N.W., 8th Floor
                                          Washington, D.C. 20036
                                          (202) 355-7902 (Telephone)
                                          (202) 355-7892 (Facsimile)
                                           *Attorney for Defendants*