In The
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C.**

RECEIVED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JANICE SCOTT-BLANTON,** *pro se,*

    **Plaintiff,**

v.                                                          CIVIL ACTION NO. <u>1:07cv00098</u> RMU

**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,**

    **Defendants.**

<u>ERRATA RE SIGNATURE PAGE AND CERTIFICATE OF SERVICE PAGE FOR
PLAINTIFF'S MEMORANDUM FILED IN RESPONSE TO THE
COURT'S AUGUST 26, 2007 MINUTE ORDER</u>

Plaintiff Janice Scott-Blanton, as *pro se,* hereby files the signature page and certificate of service for her recently filed Memorandum in Response to the Court's August 26, 2007 Minute Order.

The plaintiff's signature on the signature page and on the certificate of service that were attached to the plaintiff's Memorandum was inadvertently omitted. Therefore, the signed signature page and signed certificate of service for the Memorandum are being filed separately and attached to this Errata.

                                          Respectfully submitted,

                                          *Janice Scott-Blanton*
                                          Plaintiff, *pro se*

3578 Wharf Lane
Triangle, VA 22172
Telephone: (703) 861-0028

## CERTIFICATE OF SERVICE

I hereby certify that I sent via U. S. mail the foregoing on this the 2nd day of October 2007 to:

**Steven J. Metalitz, Esquire**
**Mitchell, Silberberg & Knupp, LLP,**
Counsel for Defendants
1818 N Street, NW, 8th Floor
Washington, D.C. 20036

Janice Scott-Blanton, *pro se*

                                                Respectfully submitted,

                                                Janice Scott-Blanton
                                                Plaintiff, *pro se*

3578 Wharf Lane
Triangle, Virginia 22172
(703) 861-0028

## CERTIFICATE OF SERVICE

I hereby certify that I have hand-delivered and or mailed postage prepaid the foregoing to the following defendants and or their representative on this the 28th day of September 2007:

UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP
UNIVERSAL STUDIOS, INC.
UNIVERSAL STUDIOS LICENSING, LLLP
UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC
FOCUS FEATURES, LLC
RIVERROAD ENTERTAINMENT, LLC
DEL MAR PRODUCTIONS, LLC
LAVA FILMS, LLC
SIMON & SCHUSTER, INC.
ADVANCE PUBLICATIONS, INC.
ANNIE PROULX
LARRY McMURTRY
JAMES ALLEN SCHMAUS
DIANA OSSANA
c/o Steven J. Metalitz, Esquire                (HAND DELIVERED)
Mitchell Silberberg & Knupp, LLP
Counsel for Defendants
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036

_Janice Scott-Blanton_