In The
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C.

JANICE SCOTT-BLANTON, *pro se*,

Plaintiff,

vs.                                          CIVIL ACTION NO. <u>1:07cv0098</u>

UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,

Defendants.

### MOTION TO STRIKE AND INCORPORTATE MEMORANDUM

Plaintiff Janice Scott-Blanton, as *pro se,* moves the Court for entry of an Order striking from the record the Declarations and supporting exhibits for Marc E. Mayer and Nan Graham submitted by the defendants in support of their summary judgment motion. Alternatively, plaintiff requests that certain paragraphs and related exhibits as identified below contained in each Declaration be stricken from the record. In support hereof, plaintiff states as follows.

The defendants collectively file a motion for summary judgment on or about March 23, 2007. In support of the motion, the defendants filed Declarations from Marc E. Mayer and Nan Graham in which each alleged that the facts they were asserting were based on ***their own personal knowledge.*** Both Declarations violate the requirements of Rule 56(e) for failure to be based on personal knowledge or would be inadmissible at trial on the grounds of speculative hearsay.

*i. Mayer Declaration*

In paragraph 2 of the Declaration, Mayer alleged that Exhibit A attached thereto was "a true and correct copy of the short story by Annie Proulx . . ., as published in the October 13, 1997, issue of *The New Yorker* Magazine." Mayer further alleged that he obtained the copy from "representatives of *The New Yorker.*" Mayer made no representation or allegation that he was involved in anyway whatsoever in the process that led to the 1997 publication or in any other way in order to obtain such personal knowledge. Mayer simply makes such an allegation from his role as counsel for the defendants without offering any explanation of how he obtained his personal knowledge. Moreover, Mayer alleged that he obtained the copy from ***representatives*** of the magazine, and that, without more, constitutes hearsay as he attempts to assert that copy as original work of defendant Annie Proulx.

In paragraph 5 of the Declaration, Mayer alleged that Exhibit D attached thereto was "a true and correct copy of the short story entitled *Brokeback Mountain* as it appeared in Annie Proulx's book of short stories: 'Close Range: Wyoming Stories.'" Mayer further alleged that he purchased the "Close Range" book from an Internet retailer in 2007. It is absurd for Mayer to be asserting as "true and correct" the copy of the *Brokeback Mountain* story copied from the book "Close Range" he purchased in 2007 from the Internet retailer without attempting to explain how he obtained knowledge that that 2007 copy of "Close Range" was a "true and correct" copy of the original 1999 publication, or that the short story contained in "Close Range" was the "true and correct" original short story. Mayer is clearly making these naked and ridiculous assertions based on his involvement in this case as counsel for defendants, not that he was involved in the

2

process of publishing the original book and or short story and privy to obtaining personal knowledge about the story's origin.

In paragraph 7 of the Declaration, Mayer alleged that Exhibit F attached thereto was "a true and correct copy of the short story entitled *Brokeback Mountain* as it appeared in the book entitled *'Brokeback Mountain: Story to Screenplay.'*" For the same reasons stated above (and below for Graham's similar allegations) where Mayer asserted the short story was a "true and correct" copy, such an assertion violates Rule 56(e) requirement of personal knowledge and is pure speculation based on his role as counsel for defendants in this litigation.

In paragraph 14 of the Declaration, Mayer asserted yet again that Exhibit A thereto represented "the original 1997 short story." For the reason already stated above regarding Exhibit A, Mayer's assertion violates Rule 56(e) requirement of personal knowledge and is pure speculation based on his role as counsel for defendants in this litigation.

In paragraphs 7, 8 and 14 of the Declaration, Mayer has asserted that his "office" compared certain works for similarity. This assertion is speculative, hearsay and violates Rule 56(e) requirement for personal knowledge. Mayer did not allege that *he* compared the works, but rather his office as counsel for the defendants in this litigation. There is no declaration before the Court from Mayer's "office."

For the foregoing reasons, either the entire Mayer Declaration should be stricken from the record, or alternatively, paragraphs 2, 5, 7 and 14 and the related exhibits of the Mayer Declaration should be stricken from the record.

*ii. Graham Declaration*

In paragraph 2 of the Graham Declaration it was alleged that the paperback edition of "Close Range" was published in February 2000 and that a "true and correct copy of the paperback edition" was attached thereto as Exhibit 1. Graham's allegation regarding this book is a flagrant attempt to mislead this Court because the book plainly stated that it was published in 2003, not 2000. The International Standard Book Number ("ISBN") for this book is 0684852225. In information obtained for this ISBN from the Georgia Library at its website http://gapines.org/opac/en-US/skin/default/xml/rdetail.xml?r=2579484&t=close%20range&tp=keyword&d=0&hc=143&rt=keyword from the MARC record link at this web address plainly stated that this book was reprinted/reissued on March 28, 2006 as a *revision* of the 2003 and 1999 edition. Plaintiff has attached hereto as Exhibit 1 the information for this edition of the book, including the MARC record and explanation of the codes used in MARC records, from the Georgia library website. Line 005 indicates the last date the publisher of the book made a change to the record for that book, which with regards to this book, "Close Range," occurred on November 16, 2006. Line 008 contains the record of publications of the book, which with regards to this book, indicates that the last publication occurred on March 28, 2006 as a *revision* of the 2003 and 1999 edition.

More significantly, the Georgia library website also maintains the record for another edition of the book, "Close Range," that was published on June 25, 2000. Plaintiff has attached hereto as Exhibit 2 the information for this 2000 edition of the book from the Georgia library website. The MARC record for this particular edition indicates that it was a single publication on June 25, 2000 and that no subsequent

4

republications/reissues have occurred. Notably, both of the books have the same ISBN 0684852225, the former does not make reference at all to the latter, and this should not be the case. Two different published books ***should not have the same ISBN*** assigned to them.[1] The book, "Close Range," submitted by the defendants simply is not the original book "published in February 2000." *Graham Decl.,* ¶ 2. Plaintiff submits that the defendants are concealing the true original book, "Close Range," represented by the Exhibit 2 attached hereto because the book in the record was recently reprinted and republished in 2006 using the same ISBN assigned to the original published book from 2000 as a ruse and scheme to deceive by the defendants.[2]

In paragraphs 3 and 4 of Graham's Declaration, it was asserted that the stand alone version of *Brokeback Mountain* was the same version included in "Close Range" and in *Brokeback Mountain: Story to Screenplay.* The version of "Close Range" that was "published in February 2000" is not in the record and for the same reasons for striking paragraph 2 of Graham's Declaration, paragraphs 3 and 4 should be stricken as well.

The entire Graham Declaration should be stricken from the record, or alternatively, paragraphs 2, 3, and 4 and the related exhibits of the Graham Declaration should be stricken from the record.

---

[1] According to the website for the United States ISBN Agency, "The purpose of the ISBN is to establish and identify ***one title or edition*** *of a title from one specific publisher and is **unique to that edition**,* allowing for more efficient marketing of products by booksellers, libraries, universities, wholesalers and distributors." http://www.isbn.org/standards/home/isbn/us/isbnqa.asp (Emphasis added).

[2] Ironically, defendant Proulx, the author of all of the stories included in "Close Range," stated plainly in her essay "Getting Moved" included in *Brokeback Mountain: Story to Screenplay* that *"Close Range* contains **nine** stories." *Brokeback Mountain: Story to Screenplay,* p. 129 (emphasis added). The copy of "Close Range" being advanced in this litigation by the defendants contains ***eleven*** stories and this, yet another defendant created discrepancy, when considered with the discrepancies plaintiff has already pointed out above, strongly suggests there is another version of "Close Range" that the defendants are concealing.

Respectfully submitted,

*[signature]*

Janice Scott-Blanton
Plaintiff, *pro se*

3578 Wharf Lane
Triangle, Virginia 22172
(703) 861-0028

## CERTIFICATE OF SERVICE

I hereby certify that I have hand-delivered and or mailed postage prepaid the foregoing to the following defendants and or their representative on this the 27th day of September 2007:

UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP
UNIVERSAL STUDIOS, INC.
UNIVERSAL STUDIOS LICENSING, LLLP
UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC
FOCUS FEATURES, LLC
RIVERROAD ENTERTAINMENT, LLC
DEL MAR PRODUCTIONS, LLC
LAVA FILMS, LLC
SIMON & SCHUSTER, INC.
ADVANCE PUBLICATIONS, INC.
ANNIE PROULX
LARRY McMURTRY
JAMES ALLEN SCHMAUS
DIANA OSSANA
c/o Steven J. Metalitz, Esquire          **(HAND DELIVERED)**
Mitchell Silberberg & Knupp, LLP
Counsel for Defendants
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036

*[signature]*
Janice Scott-Blanton

*Exhibit 1*


# PINES

Text Size: Regular / Large

close range: wyoming stories   [Go!]   Keyword   All Formats   Choose a library to search

Home
Advanced Search
My Account
Log in
My Title Results
My Title Details

Relevant Subjects
▶ Frontier and pioneer life
▶ Ranch life
▶ Wyoming

PINES

Result 1 of 13   >> End
Record Summary

Place Hold

| | |
|---|---|
| Title | Close range : Wyoming stories |
| Author | Proulx, Annie. |
| ISBN | 0684852225 |
| Edition | First Scribner trade paperback ed. |
| Publication Date | c2003 |
| Publisher | Scribner |
| Physical Description | print 285 p. : 21 cm. |
| Format | text |
| Abstract | A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud. |
| Online Resources | Contributor biographical information<br>Publisher description |

[Copy Summary] | [Shelf Browser] | [Table of Contents] | [Excerpt] | [MARC Record]

[Print Page]

```
LDR 01470cam a2200313Ka 4500
001 ocm65221839
003 OCoLC
005 20061116144723.0
008 060328r20031999nyua 000 1 eng d
040     ‡aGZT ‡cGZT ‡dGZT
020     ‡a0684852225
035     ‡a(OCoLC)65221839
043     ‡an-us-wy
050 0 4 ‡aPS3566.R697 ‡bC58 2003
100 1   ‡aProulx, Annie.
245 1 0 ‡aClose range : ‡bWyoming stories / ‡cAnnie Proulx.
246 3 0 ‡aWyoming stories
250     ‡aFirst Scribner trade paperback ed.
260     ‡aNew York, NY : ‡bScribner, ‡cc2003.
300     ‡a285 p. : ‡c21 cm.
505 0   ‡aThe half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
520     ‡aA collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.
651   0 ‡aWyoming ‡xSocial life and customs ‡vFiction.
650   0 ‡aFrontier and pioneer life ‡vFiction.
650   0 ‡aRanch life ‡vFiction.
856 4 2 ‡3Contributor biographical information ‡uhttp://www.loc.gov/catdir/bios/simon051/98056066.html
856 4 2 ‡3Publisher description ‡uhttp://www.loc.gov/catdir/description/simon033/98056066.html
```

Basic Catalog (HTML only)   |   Find a Library Near Me   |   Help   |   About
PINES   |   GALILEO

Copyright © 2006 Georgia Public Library Service

## OCLC FirstSearch: Detailed Record
Your requested information from your library Library of Congress

Return

**WorldCat** results for: **kw: close and kw: range and kw: wyoming and kw: stories and dt= "bks"** .
Record **5** of **26**.

| Detailed Record | Table of Contents | Add/View Comments | Excerpt |



### Close range :
### Wyoming stories /

Annie **Proulx**

2003, ©1999 **1st Scribner trade paperback ed.**
**English** ◆ Book : Fiction 285 p. ; 21 cm..
New York, NY : Scribner, ; ISBN: 0684852225 9780684852225

A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.

**GET THIS ITEM**

**Access:** ➔ http://www.loc.gov/catdir/bios/simon051/98056066.html
**Availability:** **Check the catalogs in your library.**
- Libraries worldwide that own item: 95
- 📖 Search the catalog at the Library of Congress

**External Resources:** • [Find It!]
- ➔ Cite This Item

**FIND RELATED**

**Find Items About:** Close range (1); Proulx, Annie. (28)
**Title:** **Close range :**
**Wyoming stories /**
**Author(s):** Proulx, Annie.
**Publication:** New York, NY : Scribner,
**Edition:** 1st Scribner trade paperback ed.
**Year:** 2003, ©1999
**Description:** 285 p. ; 21 cm..
**Language:** English
**Contents:** The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
**Standard No:** ISBN: 0684852225; 9780684852225
**Abstract:** A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.
**Access:** **Materials specified:** Contributor biographical information

🔗 http://www.loc.gov/catdir/bios/simon051/98056066.html
**Materials specified:** Publisher description
🔗 http://www.loc.gov/catdir/description/simon033/98056066.html

**SUBJECT(S)**

**Descriptor:** Frontier and pioneer life -- Fiction.
Ranch life -- Fiction.
**Geographic:** Wyoming -- Social life and customs -- Fiction.
**Class Descriptors:** LC: PS3566.R697
**Responsibility:** Annie Proulx.
**Material Type:** Fiction (fic)
**Document Type:** Book
**Entry:** 20051019
**Update:** 20070607
**Accession No:** OCLC: 62114055
**Database:** WorldCat

FirstSearch® Copyright © 1992-2007 OCLC as to electronic presentation and platform. All Rights Reserved.
E-mail address: FirstSearch@oclc.org   Location: http://FirstSearch.oclc.org


Return

# Part X:
# Field 008 for Books

**Field 008** is used for Fixed Length Data Elements ("Fixed Field Codes"). There are 40 character positions in field 008, numbered from 00-39. Undefined positions must contain either a blank (#) or a fill character ( | ). Positions 00-17 and 35-39 are defined the same way for all media.

The information shown here for positions 18-34 applies only to books. For explanation of all the positions below and for positions 18-34 for other media, see the *MARC 21 Format for Bibliographic Data*.

Note that field 008 has no indicators or subfield codes.

```
00-05    Date entered on file (YYMMDD),
         where Y=year, M=month, and D=day
06       Type of date/publication status:
         b  =  no dates given; B.C. date involved
         e  =  detailed date
         s  =  single known date/probable date
         m  =  multiple dates
         r  =  reprint/reissue date (Date 1) and original date (Date 2)
         n  =  dates unknown
         q  =  questionable date
         t  =  publication date and copyright date
         |  =  no attempt to code
07-10    Date 1/beginning date of publication
11-14    Date 2/ending date of publication
```

Date fields contain the year(s) of publication. The type of date(s) in these elements are specified in fixed field element 06: Type of date/publication status. (For further details, see the field 008 description in the *MARC 21 Format for Bibliographic Data*.)

# Part VIII:
# A List of Other Fields
# Often Seen in MARC Records

001  Control number
003  Control number identifier
005  Date and time of latest transaction
006  Fixed-length data elements -- additional material characteristics
007  Physical description fixed field
008  Fixed length data elements (See Part X)
022  International Standard Serial Number (ISSN)
037  Source of acquisition
041  Language code
043  Geographic area code
050  Library of Congress call number
060  National Library of Medicine call number
082  Dewey Decimal classification number (the one recommended by the Library of Congress; locally-assigned call numbers may appear elsewhere)
110  Main entry -- Corporate name (less frequent under AACR2 rules)
256  Computer file characteristics
263  Projected publication date
     (indicates a CIP -- Cataloging in Publication -- record)
306  Playing time
508  Creation/production credits note

510   Citation/references note (review sources)
511   Participant or performer note
521   Target audience note (first indicator: 0 = reading grade level, 1 = interest age level, 2 = interest grade level, 3 = special audience characteristics, 4 = motivation interest level)
530   Additional physical form available note
538   System details note
586   Awards note
656   Index term -- Occupation
730   Added entry -- Uniform title
852   Location
856   Electronic location and access
9XX   Reserved for local use. (They are used by vendors, systems, or individual libraries to exchange additional data)

www.loc.gov/marc

*Exhibit 2*



Text Size: Regular / Large

close range: wyoming stories    [Go!]    Keyword    All Formats    Choose a library to search

**PINES**

| | | |
|---|---|---|
| Home | | |
| Advanced Search | Result 10 of 13    Start << >> End | Place Hold |
| My Account | Record Summary | |
| Log in | Title | Close range : Wyoming stories |
| My Title Results | Author | Proulx, Annie. |
| My Title Details | ISBN | 0684852225 |
| | Edition | |
| Relevant Subjects | Publication Date | c1999 |
| ▶ Frontier and pioneer life | Publisher | Scribner |
| ▶ Ranch life | Physical Description | print 283 p. ; 21 cm. |
| ▶ Wyoming | Format | text |
| | Abstract | |

| Copy Summary | Shelf Browser | Table of Contents | Excerpt | MARC Record |

[Print Page]

```
LDR 00660nam a2200229la 45 0
001 PIN01085805
003 DLC
005 19990504100747.0
008 000625s1999 nyu 000 1 eng
010     ‡a 98056066
020     ‡a0684852225
040     ‡aDLC ‡cDLC
050 0 0. ‡aPS3566.R697 ‡bC58 1999
082 0 0. ‡a813/.54 ‡221
100 1 .   ‡aProulx, Annie.
245 1 0. ‡aClose range : ‡bWyoming stories / ‡cAnnie Proulx.
260     .  ‡aNew York : ‡bScribner, ‡cc1999.
300     .  ‡a283 p. ; ‡c21 cm.
650    0. ‡aFrontier and pioneer life ‡zWyoming ‡vFiction.
650    0. ‡aRanch life ‡zWyoming ‡vFiction.
651    0. ‡aWyoming ‡xSocial life and customs ‡vFiction.
901    .  ‡ai0684852225 ‡blSxN
```

Basic Catalog (HTML only)   |   Find a Library Near Me   |   Help   |   About
PINES   |   GALILEO

Copyright © 2006 Georgia Public Library Service




 **OCLC FirstSearch: Detailed Record**
Your requested information from your library  Library of Congress                          Return

WorldCat results for: (ti= "Close range") and (au= "Proulx, Annie"). Record **4** of **31**.

| Detailed Record | Table of Contents | Add/View Comments | Excerpt |

**ANNIE PROULX**

**Close range :**
**Wyoming stories /**

Annie **Proulx**

2000, 1999 **1st Scribner Paperback Fiction ed.**
**English** ● Book : Fiction 285 p. ; 21 cm.
New York, NY : Scribner Paperback Fiction, ; ISBN: 0684852225 (pbk.) : 9780684852225 (pbk.)

**GET THIS ITEM**
Availability: Check the catalogs in your library.
- Libraries worldwide that own item: 275
- Search the catalog at the Library of Congress

External Resources:
- Find It!
- Cite This Item

**FIND RELATED**
Find Items About: Close range (1); Proulx, Annie. (28)
Title: **Close range :**
**Wyoming stories /**
Author(s): Proulx, Annie.
Publication: New York, NY : Scribner Paperback Fiction,
Edition: 1st Scribner Paperback Fiction ed.
Year: 2000, 1999
Description: 285 p. ; 21 cm.
Language: English
Contents: The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair a spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
Standard No: ISBN: 0684852225 (pbk.) :; 9780684852225 (pbk.); 0684852217 LCCN: 98-56066
**SUBJECT(S)**
Descriptor: Frontier and pioneer life -- Wyoming -- Fiction.
Ranch life -- Wyoming -- Fiction.
Geographic: Wyoming -- Social life and customs -- Fiction.
Class Descriptors: LC: PS3566.R697; Dewey: 813.54
Responsibility: Annie Proulx.

|                    |                                                                              |
|-------------------:|:-----------------------------------------------------------------------------|
|   **Vendor Info:** | Baker & Taylor Baker and Taylor YBP Library Services (BKTY BTCP YANK) 15.00  |
|        **Status:** | active                                                                       |
|  **Material Type:** | Fiction (fic)                                                               |
|  **Document Type:** | Book                                                                        |
|         **Entry:** | 20000207                                                                     |
|        **Update:** | 20070312                                                                     |
|   **Accession No:** | OCLC: 43412941                                                              |
|      **Database:** | WorldCat                                                                     |

FirstSearch® Copyright © 1992-2007 OCLC as to electronic presentation and platform. All Rights Reserved.
E-mail address: FirstSearch@oclc.org   Location: http://FirstSearch.oclc.org


Return