UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE SCOTT-BLANTON,** *pro se*<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.***,**<br><br>Defendants. | Civil Case No. **1.07cv00098 (RMU)** |

### JOINDER OF DEFENDANT ANG LEE IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendant Ang Lee hereby joins in the Motion for Summary Judgment filed by Universal City Studios Productions LLLP, Universal Studios/Universal Pictures Inc. (sic), Universal Studios Licensing LLLP, Focus Features LLC, River Road Entertainment LLC, Del Mar Productions LLC, Simon & Schuster/Scribner, The New Yorker Magazine/Advance Publications Inc., Annie Proulx, Larry McMurtry, James Allen Schamus and Diana Ossana.

In her Amended Complaint, Plaintiff Janice Scott-Blanton alleges that Lee "directed the motion picture [Brokeback Mountain]." Amended Complaint, ¶ 12. Plaintiff's claims in this action against Lee arise solely and entirely from her allegation that Lee "conspired" with the co-defendants to "re-write, produce, and distribute the motion picture using material from plaintiff's copyrighted novel after its March 2005 publication." Id. ¶ 23. Plaintiff's claims against Lee thus are intertwined with (and indistinguishable from) her claims against those defendants alleged to have infringed Plaintiff's copyright by their participation in the creation and distribution of the motion picture. Lee thus respectfully submits that Defendants' Motion for Summary Judgment is equally dispositive as to Plaintiff's claims against him. Specifically, as is the case with respect

to the other defendants, Lee cannot be liable for his participation with the motion picture, including because all elements of the motion picture that Plaintiff claims infringe her copyright in *My Husband Is On The Down Low and I Know About It* were created prior to the publication of that work.

Date: November 12, 2007                    Submitted by:

/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
J. Matthew Williams (D.C. Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 355-7902 (Telephone)
(202) 355-7892 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing JOINDER OF ANG LEE IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT has been served, via U.S. Mail and via the Court's electronic filing system, to the following address on November 12, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

      /s/ Steven J. Metalitz
      Steven J. Metalitz (D.C. Bar No. 944603)
      MITCHELL SILBERBERG & KNUPP LLP
      1818 N Street, N.W., 8th Floor
      Washington, D.C. 20036
      (202) 355-7902 (Telephone)
      (202) 355-7892 (Facsimile)
      *Attorney for Defendants*