UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE SCOTT-BLANTON**, *pro se*<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP**, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. **1.07cv00098 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF INTERESTED PARTY

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, counsel of record for Ang Lee, hereby certifies that to the best of its knowledge and belief, Mr. Lee is an individual with no parents, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

November 12, 2007

Respectfully Submitted:

/s/ Steven J. Metalitz
Steven J. Metalitz  (D.C. Bar No. 944603)
J. Matthew Williams (D.C. Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 355-7902 (Telephone)
(202) 355-7892 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing CERTIFICATION OF INTERESTED PARTY has been served, via U.S. Mail and via the Court's electronic filing system, to the following address on November 12, 2007:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                        /s/ Steven J. Metalitz
                                        Steven J. Metalitz (D.C. Bar No. 944603)
                                        MITCHELL SILBERBERG & KNUPP LLP
                                        1818 N Street, N.W., 8th Floor
                                        Washington, D.C. 20036
                                        (202) 355-7902 (Telephone)
                                        (202) 355-7892 (Facsimile)
                                          *Attorney for Defendants*