UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JANICE SCOTT-BLANTON, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0098 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 30, 32 |
| | : | | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### DENYING THE PLAINTIFF'S MOTION TO PERMIT DISCOVERY PURSUANT TO RULE 56(F)

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of November, 2007,

**ORDERED** that the plaintiff's motion for to permit discovery pursuant to Federal Rule of Civil Procedure 56(f) is **DENIED**; and it is

**FURTHER ORDERED** that the plaintiff's opposition to the defendants' motion for summary judgment is due on or before Monday, December 3, 2007 and the defendants' reply, if any, is due on or before Thursday, December 13, 2007.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge