**In The**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Washington, D.C.**

**JANICE SCOTT-BLANTON,** *pro se,*

**Plaintiff,**

v.

**CIVIL ACTION NO. 1:07cv00098 (RMU)**

**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,**

**Defendants.**

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Janice Scott-Blanton submits this Memorandum in Opposition to the Defendants' Motion for Summary Judgment pursuant to the Court's November 15, 2007 Order. In support of this Memorandum, plaintiff relies on prior filings, exhibits and declaration submitted in connection with her motion for injunction and Rule 56(f) discovery request and hereby incorporates them by reference as though fully set forth herein.

### INTRODUCTION

The defendants contend that this lawsuit is frivolous because all of their work on the motion picture, *Brokeback Mountain,* the short story, Brokeback Mountain, originally written by defendant Proulx in 1997, the screenplay for the short story written by defendants Ossana and McMurtry, and the book Close Range, a collection of stories,

**RECEIVED**

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

including Brokeback Mountain, written by defendant Proulx, all predate publication of the plaintiff's novel, *My Husband is on the Down Low and I Know All About It.* "

As plaintiff has previously pointed out, the defendants have put forth a rather persuasive argument (about something, but not this case) that is at best misguide and predicated on *deceit* and, consequently, is attempting to *mislead* this Court. Plaintiff previously conceded that defendant Proulx wrote *a* version of Brokeback Mountain that was published in the *New Yorker* magazine on October 13, 1997, and that defendants Ossana and McMurtry wrote a screenplay based on the short story. However, plaintiff affirmatively states that all versions of the short story and screenplay in the record before this Court are not the originals of such works. The defendants have or should have *exclusive* custody and control over the original versions of the *New Yorker* magazine, the short story and screenplay and have deliberately withheld these documents from the Court, opting instead to embark on a course of *deceit* designed to *mislead* the Court and plaintiff about the short story, motion picture and screenplay.

Summary judgment should be denied because the defendants have failed to demonstrate the absence of genuine issues of fact. The evidence the Court needs to make a summary judgment determination simply is not before the Court.

## I.    STATEMENT OF FACTS

**The Short Story.** Defendant Proulx wrote *a* version of the short story that was published on October 13, 1997 in the *New Yorker* magazine. The New Yorker Magazine, Inc, registered that issue of the *New Yorker* magazine with the copyright office on October 14, 1997. Plaintiff 2nd Decl., Ex. A. The *original* version of the short story, according to defendant Proulx, included a "motel scene after a four-year hiatus" that

defendant Lee changed during filming of the motion picture and split into two different scenes. Plaintiff 2nd Decl., Ex. B, p. 136 (Essay of Proulx, "Getting Moved," from the book Brokeback Mountain: Story to Screenplay). In her essay, defendant Proulx stated that she pleaded with defendant Lee not to change the "motel scene" as it was written in her short story because she felt that that scene "stood as central." *Id.* In her essay, defendant Proulx described in detail her disagreement with defendant Lee with regards to the "motel scene." *Id.* Notwithstanding defendant Proulx's disagreement, defendant Lee split the "motel scene" as purportedly depicted in the ***real original*** short story into two separate scenes during filming of the motion picture. Notably, all versions of the short story in the record reflect these two separate scenes and plaintiff has summarized the two scenes and where they are located in the versions of the short story in the record. Plaintiff 2nd Decl., Ex. C.

In an interview by Cinemalogue of defendants Ossana and McMurtry obtained from its website, **http://www.cinemalogue.com/2006/02/14/brokeback-interview/**, defendant McMurtry, responding to a question about alterations made to the screenplay with which he disagreed, stated that he, like defendant Proulx, disagreed with defendant Lee's splitting of the "motel scene." Plaintiff 2nd Decl., Ex. D. Plaintiff has summarized defendant McMurtry's comments and the corresponding location of the split scenes in her novel, the motion picture, and the versions of the screenplay and short story in the record. Plaintiff 2nd Decl., Ex. E.

In an interview by the website About.com: Hollywood Movies of defendant Lee obtained                         from                         its                         website, **http://movies.about.com/od/brokebackmountain/a/brokeback120605_3.htm,**

3

defendant Lee articulated that he felt that a second tent scene was needed while filming the motion picture. Defendant Lee stated that he added the second tent scene during the filming. Plaintiff 2nd Decl., Ex. K. Plaintiff has summarized defendant Lee's comments and the corresponding location of the tent scenes in all the versions of the screenplay and short story in the record. Plaintiff 2nd Decl., Ex. L.

In plaintiff's previous opposition filed to the defendants' summary judgment motion and in support of her Rule 56(f) discovery request, she submitted a transcript of an interview of defendants Ossana and McMurtry during which they identified four (4) new scenes they wrote specifically for the screenplay. All versions of the short story in the record include each of these four (4) new scenes.

On page 149 of her essay, "Climbing Brokeback Mountain," defendant Ossana stated that defendant McMurtry's son, James McMurtry, wrote the song "Water Walking Jesus" that was incorporated into the motion picture. Decl. of Marc E. Mayer, Ex H. All versions of the short story in the record contain a specific reference by title to this song, some seven (7) years after defendant Proulx completed the *real original* version of the short story. Furthermore, the soundtracks recording information for the motion picture from the website, Internet Movies Data Base, http://www.imdb.com/title/tt0388795/soundtrack, stated that the song "Water Walking Jesus" was written by James McMurtry, *defendant Proulx* and Stephen Bruton. Plaintiff 2nd Decl., Ex. F.

Plaintiff identified and attached to her amended complaint some of the elements from her novel that were copied by the defendants. The defendants have admitted that

most, if not all, of these elements were in all versions of the short story in the record. Decl. of Marc E. Mayer, ¶ 14, Ex. M.

All versions of the short story in the record plainly state that Dead Line, Ltd. copyrighted each version in 1997. Dead Line, Ltd. did not copyright *a* version of the short story until April 8, 2004 at which time it stated in the copyright application that no other copyright application for the short story had been previously made with the copyright office. Plaintiff 2nd Decl., Ex . G.

**Close Range: Wyoming Stories.** In her essay, "Getting Movied," Plaintiff 2nd Decl., Ex. B, p. 129, defendant Proulx stated that the book Close Range: Wyoming Stories contained "nine stories." The version of Close Range in the record contains eleven stories and was *published in 2003,* not February 2000, by Scribner. There is no version of Close Range containing "nine stories" or a version published in February 2000 in the record.[1]

**The Screenplay.** *A* version of a screenplay (95-pages) was transferred to and copyrighted on April 6, 2000 by Columbia Pictures Industries, Inc. as an unpublished work. Decl. of Marc E. Mayer, Ex. J.

Del Mar Productions, LLC c/o Focus Features was assigned and copyrighted *a* version of a screenplay (113 pages) on August 16, 2004. Decl. of Marc E. Mayer, Ex. K. In this application, the year in which the screenplay was *completed* was *2003,* but the application and *deposited copy of the screenplay were received* by the copyright office *on April 22, 2004* and the funds not received until August 16, 2004, the effective date of the application. The copyright application also stated that that version of the screenplay

---

[1]    Plaintiff has provided a summary of Library of Congress records for Close Range that identifies two different versions of the book, one with 285-pages and one with 325-pages. Each version has a different ISBN and each is described as 1st Scribner trade paperback edition. Plaintiff 2nd Decl., Ex. M.

was an *"original"* and referenced the short story published in the *New Yorker* magazine, not the unpublished version of the screenplay copyrighted by Columbia Pictures Industries, Inc. on April 6, 2000.

Plaintiff pointed out in her previous opposition to the defendants summary judgment motion and in support of her Rule 56(f) discovery request that defendant McMurtry admitted in an interview that their preliminary script was only 60-pages in length, "about a third of the complete script." Plaintiff Opp'n, p. 5, Ex. J.

All versions of the screenplay in the record state that Focus Features, LLC, copyrighted them in 2005. This Court noted in its November 15, 2007 *Memorandum Opinion*, p. 6, n. 4 that it did not receive a copy of the August 16, 2004 screenplay.

All versions of the screenplay in the record include the split "motel scene" as discussed above, that defendant McMurtry stated was written in the screenplay as one scene. Plaintiff 2nd Decl., Ex. E.

**The Motion Picture.**  The copyright application for the motion picture, dated February 21, 2006 stated that the motion picture was created in *2005.*  Plaintiff 2nd Decl., Ex. H; Def. Answer to Amend Compl., ¶ 29.

Prior to filing this lawsuit, the plaintiff purchased a Brokeback Mountain screenplay on Ebay from Becky Wai. In the course of the purchase, the plaintiff and Ms. Wai exchange emails regarding the screenplay being purchased. Plaintiff 2nd Decl., Ex. I. As part of that email exchange, Ms. Wai, in responding to the plaintiff's inquiry as to where she had obtained the screenplay, stated on *October 7, 2006* that a friend of hers who worked on the set of the motion picture *"during filming last year"* gave her a copy of the screenplay she was selling to the plaintiff. *Id.*

6

In plaintiff's previous opposition filed to the defendants' summary judgment motion and in support of her Rule 56(f) discovery request, she submitted a transcript of an interview of Michelle Williams, an actress in the motion picture, in which she stated that she and one of the motion picture's lead male actors conceived a child while filming the motion picture. The child was born in October 2005, which would, by estimation, make conception of the baby in and around February/March 2005.

On page 149 of her essay, "Climbing Brokeback Mountain," defendant Ossana stated that while filming the motion picture, they "endured rain, *snow*, sleet, hail..." Decl. of Marc E. Mayer, Ex H. (Emphasis added). Plaintiff obtained the historical weather records for the period May 25, 2004 to August 5, 2004 for Calgary, Alberta, Canada, the site of filming of the motion picture. Plaintiff 2nd Decl., Ex. J. According to those weather records, there was no "snow" in the area of Calgary, Alberta, Canada during the period May 25, 2004 to August 5, 2004.

On page 146 of her essay, "Climbing Brokeback Mountain," defendant Ossana stated that after reading the short story published in the October 13, 1997 issue of the *New Yorker* magazine in the fall of 1997 and thereafter optioning the short story from defendant Proulx, that she and McMurtry "had a finished screenplay in three months." Decl. of Marc E. Mayer, Ex H. Defendant Ossana further stated in her essay, page 147, that, "After nearly *seven years*, *Brokeback Mountain* went into production in and around Calgary, Alberta." (Emphasis added). On page 146 of her essay, writing about a two-hour telephone conversation she had with defendant Proulx about the screenplay she sent to Proulx for review, stated, "What she said to me in those two hours I mentally filed away. I referred back to it for the next *eight years.*" *Id.* On page 149 of her essay,

7

defendant Ossana admitted that her daughter, "worked for *five months in pre-production* and throughout filming as an unpaid intern and assistant." *Id.* (Emphasis added).

**Plaintiff's Novel.** On or about *December 14, 2004,* plaintiff submitted a copy of her manuscript/galley, along with an application for copyright, to the Library of Congress, United States Copyright Number TXu-1-217-828, effective date of registration *January 20, 2005.* Plaintiff 2nd Decl.; Amend. Compl., Ex. I.

## II.    LEGAL STANDARD

Federal Rule of Civil Procedure 56(c) provides for summary judgment if the Court, viewing the record as a whole, determines "that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c); *See also Haulbrook v. Michelin N. Am., Inc.,* 252 F.3d 696, 702 (4th Cir. 2001) (stating that "[S]ummary judgment should be granted only when it is perfectly clear that no issue of material fact exists, and it is not necessary to inquire further into the facts in order to clarify the operation of the law."). It is a long-standing principle of law that summary judgment is inappropriate when facts are peculiarly within the knowledge, custody or control of one of the parties. *Schoenbaum v. Firstbrook,* 405 F.2d 215, 218 (2nd Cir. 1968) (en banc).

## ARGUMENT AND DISCUSSION

### III.   THE EVIDENCE BEFORE THE COURT[2]

The defendants' fraud, deceit and attempt to mislead the Court and plaintiff are unraveling. The defendants have clearly and cleverly manipulated the evidence before the Court to cover up their mischief. Nevertheless, the evidence before the Court is overwhelmingly incomplete and insufficient for the Court to properly rule on the defendants' summary judgment motion. Even if the Court determines that the record is sufficient for it to rule on the motion for summary judgment, the motion must be denied because the plaintiff has disputed or pointed to a dispute in the record of every fact the defendants have asserted as undisputed.

### 1.   <u>The Court Does Not Have All Of The Evidence It Needs To Rule On The Motion For Summary Judgment</u>

#### i. The Short Story

All versions of the short story in the record and relied on by the defendants for summary judgment plainly stated that Dead Line, Ltd. copyrighted each version in 1997. According to the November 13, 2003 copyright report by Thompson & Thompson, Decl. of Marc E. Mayer, Ex. I, the research firm found no copyright of the short story by Dead Line, Ltd. copyrighted in 1997. A fraudulently revised copy? Dead Line, Ltd. did, however, copyright *a* version of the short story on April 8, 2004 at which time it stated in the copyright application that no other copyright application for the short story had been

---

[2]    The Court noted in its Memorandum Opinion, filed November 15, 2007, that "plaintiff identifies specific facts that, if true, could defeat the defendants' motion for summary judgment." *Mem. Opinion,* filed November 15, 2007. Those facts included defendant McMurtry's interviews admitting that he and Ossana wrote a screenplay that was approximately 180-pages, as well as the four new scenes written specifically for the screenplay. In this opposition, plaintiff has expanded substantially on the facts related to the number of screenplays and the number of scenes either added or altered in the motion picture that are also depicted in the versions of the short story and screenplay in the record when they should not be in either.

previously made with the copyright office. Plaintiff 2nd Decl., Ex G. Beyond the defendants self-serving declarations claiming the versions of the short story in the record to be the same as the *real original* short story published in the *New Yorker* magazine, the facts do not support their version of reality. Plaintiff submits that this Court should reject attempts by the defendants to get it to issue a ruling based on evidence that is factually (by copyright and creation date) incompatible and fraudulent.

Besides the tension between and incompatibility of copyrights stated above, there are six more factual and fundamental bases for this Court to find disputes of the defendants' version of reality that the short story in the record is the *real original* short story. First, defendant Proulx provided in her essay some insight about how in her "written story the motel scene after a four-year hiatus stood as central." Plaintiff 2nd Decl., Ex. B, p. 136. Asserting her disagreement with defendant Lee's splitting of the motel scene, defendant Proulx stated that she wrote a letter pleading for the motel scene that was in her "written story." *Id.* And yet, in all versions of the short story in the record, including the version relied on by the defendants purportedly obtained from representatives of the *New Yorker* magazine[3], depict defendant Lee's split version of the scene that ultimately appeared in the motion picture. *See* Plaintiff 2nd Decl., Ex. C.

Secondly, to bolster defendant Proulx's disagreement over the motel scene, defendant McMurtry also disagreed with defendant Lee's splitting of the motel scene in the motion picture. McMurtry, in an interview, expressed similar disagreement with

---

[3]    This Court pointed out in its November 15, 2007 Memorandum Opinion, page 9, footnote 6, that plaintiff acknowledged that the copy of the *New Yorker* magazine on file with the Library of Congress was identical to the copy in the record. For over a year, the Library of Congress did not have and could not locate the October 13, 1997 issue of the *New Yorker* magazine. Plaintiff 2nd Decl. It was only recently, within the last two months, that a copy of the magazine was located at the Library of Congress. *Id.*

splitting the motel scene. *See* Plaintiff 2nd Decl., Ex. D.[4]  Plaintiff has summarized defendant McMurtry's comments and the corresponding location of the split scenes in her novel, the motion picture, screenplay and short story. Plaintiff 2nd Decl., Ex. E.

Thirdly, the four new scenes defendants Ossana and McMurtry wrote specifically for their screenplay simply should not be included in any version of the short story. The interview transcripts in which defendants Ossana and McMurtry admitted adding the new scenes bolsters the plaintiff's assertion and other evidence in the record that the ***real original*** short story was changed and is not before the Court. For these reasons, plaintiff could rely on the transcript in opposing the defendants' motion for summary judgment pursuant to the hearsay exception of Federal Rule of Evidence 803 (24).

Fourthly, some seven or more years after publication of the ***real original*** short story, a song, "Water Walking Jesus," was written for the motion picture by defendant McMurtry's son, James McMurtry, according to defendant Ossana in her essay. *See* Decl. of Marc E. Mayer, Ex H. This song was part of the motion picture and mentioned by one of the main male characters during the motion picture. And yet, specific mention by title of "Water Walking Jesus" can be found in all versions of the short story in the record. This is factually impossible since the short story was written seven or more years

---

[4]      Plaintiff notes that the Court indicated in its Memorandum Opinion denying her Rule 56(f) discovery request that her reliance on the transcript of interviews "does not rise above mere speculation." *Memorandum Opinion*, p. 8, filed November 15, 2007. Plaintiff strongly urges the Court to reconsider such a conclusion in light of the other specific corroborating evidence identified in this opposition. *See In Re Columbia Securities Litigation*, 155 F.R.D. 466 (S.D.N.Y. 1994) (the transcript of interviews could be "introduced into evidence if they are bolstered by supporting evidence that confers some circumstantial guarantees of trustworthiness upon them") and Federal Rule of Evidence 803 (24). In this particular instance, the transcript of defendant McMurtry's interview actually bolsters and is bolstered by defendant Proulx's essay that was included in the book Brokeback Mountain: Story to Screenplay, lending at least "circumstantial guarantees of trustworthiness" to the interview transcript.

earlier. Moreover, according to the website Internet Movies Data Base, defendant Proulx was listed as an author of this song that was written for the motion picture.

Fifthly, for other self-serving reasons, the defendants have specifically admitted that there are a number of similarities between the version of the short story in the record and plaintiff's novel. Such an admission bolsters the plaintiff's assertion of copying because, as already demonstrated, the version of the short story in the record is not the *real original* short story, but rather a changed version of the short story. Therefore, it should not be surprising that the defendants agree that there are a number of similarities between her novel and the short story as there should be since they copied plaintiff's novel.

Lastly, plaintiff has identified an interview of defendant Lee that was conducted by the website www.about.com in which Lee discussed adding a second tent scene during the filming of motion picture. Plaintiff 2nd Decl., Ex. K. And, of course, in all versions of the short story in the record, including the version relied on by the defendants purportedly obtained from representatives of the *New Yorker* magazine, the second tent scene has been included when it should not since Lee added the scene on set during filming. Plaintiff has summarized defendant Lee's comments and the corresponding location of the tent scenes in the screenplay and short story. Plaintiff 2nd Decl., Ex. L.

In order to grant the relief being sought by the defendants, this Court would have to completely disregard the reality that the versions of the short story in the record state that Dead Line, Ltd. copyrighted them in 1997. Moreover, after disregarding this obvious discrepancy, the Court would then have to, in the face of overwhelming evidence pointing to significant changes to the *real original* short story, accept the defendants

12

assertion that the short story they claim as essentially unchanged since its original publication in the *New Yorker* magazine. To do this, this Court would have to get into the minds of the defendants and make an assessment to ascertain why the evidence is not consistent by copyright and creation dates. The defendants' state of mind as to how and why they caused such disparaging dates on their works cannot be decided on a summary judgment motion. The jury plaintiff has demanded would be free to disregard any evidence presented by the defendants that contradicted the dates they included on the versions of the short story in the record.

### ii. *Close Range: Wyoming Stories*

The defendants have attempted to link the changed version of the short story in the record, they claim as original, with the book Close Range, a collection of stories, including Brokeback Mountain, by defendant Proulx. The problem with this theory is that the version of the short story is the exact same version as the other short stories in the record. Close Range was changed as well because according to defendant Proulx, the original book Close Range contained "nine stories." Plaintiff 2nd Decl., Ex. B, p. 129. The version of Close Range in the record contains eleven stories.[5] Moreover, the defendants claim, by declaration of Nan Graham, that the version of Close Range in the record was "published in February 2000." Decl. of Nan Graham, ¶ 2. The Court need only look at the version of Close Range in the record to see that it was purportedly published in 2003, not February 2000. In this regard, the defendants are attempting to manipulate and lure this Court into accepting a version of Close Range they claim to have to submitted, but did not.

---

[5]     The records from the Library of Congress also support that there are different versions of Close Range. Plaintiff 2nd Decl., Ex. M.

### iii. *Brokeback Mountain Screenplay*

All versions of the screenplay in the record state that Focus Features, LLC copyrighted them in 2005. That notwithstanding, the defendants have made a veiled attempt to mislead the Court by submitting, in support of the versions of the screenplay in the record, the copyright registration indicating that Columbia Pictures Industries, Inc. was assigned and copyrighted *a* version of the screenplay on April 6, 2000, Decl. of Marc E. Mayer, Ex. J; and "the copyright registration for the revised version of the screenplay *Brokeback Mountain*" on August 16, 2004. Decl. of Marc E. Mayer, ¶ 12, Ex. K. Reliance by the defendants on the August 16, 2004 copyright registration as representing "the revised version of the screenplay" is complete bonk. Not only does neither copyright registration represent the versions of the screenplay in the record since those versions plainly state a 2005 copyright date, the defendants' own statements in this litigation and entries they made on the registrations preclude this bonk.

First, the August 16, 2004 copyright registration stated plainly that it was an "original" screenplay, not revised as the defendants assert, but derived from the *real original* short story. This registration makes absolutely no reference whatsoever to any other version of a screenplay. Secondly, the defendants' asserted in the Roth declaration that edits were made to the screenplay and that those edits were "completed by May 20, 2004."[6] Decl. of Jeffrey Roth, ¶ 2. Most notably and contradictory to the defendants assertion, the August 16, 2004 copyright registration stated plainly that the screenplay

---

[6]     As pointed out above, this Court noted that this screenplay was not submitted to the Court. In its absence, the Court is without the evidence it needs and simply cannot rule on the motion for summary judgment. The self-contained screenplay plaintiff has indicated her novel contained was not a separate document, but was integrated into her novel. In Exhibit B attached to her motion for preliminary injunction, plaintiff identified numerous specific character actions that were integrated into her novel and how the defendants copied them.

was completed in 2003 and, moreover, that the deposited copy of the screenplay was received on April 22, 2004, nearly a month prior to Roth's asserted date of completion.[7] The date August 16, 2004 was simply the date the defendants paid for the copyright registration. Because of this, the defendants' own actions have placed them in the unenviable position of rebutting what they said was *prima facie* evidence (i.e., information contained in the copyright registration) they created years ago with the evidence they have twisted and fabricated in the course of this litigation.

The plaintiff discussed above the disagreement defendants Proulx and McMurtry had with defendant Lee over the "motel scene" and how defendant Lee had split the motel scene into separate scenes in the motion picture. Most notably was defendant McMurtry's statement in his interview on the disagreement that the screenplay he and Ossana had written contained a single motel scene. And yet, the screenplay in the record contains the split scenes consistent with what ultimately appeared in the motion picture. *See* Plaintiff 2nd Decl., Ex. E.

Consistent with these varying versions of the screenplay, plaintiff pointed out in her previous opposition to the defendants' summary judgment motion and in support of her Rule 56(f) discovery request that defendant McMurtry admitted in an interview that their preliminary script was only 60-pages in length, "about a third of the complete script." Plaintiff Opp'n, p. 5, Ex. J. Thus, based on this comment, the final script should have been about 180-pages, making for a total of at least five different versions of the screenplay (i.e., 180-pages, 95-pages, 113-pages, the version in the record purportedly copyrighted in 2005, as well as the edited version being asserted in the Roth declaration).

---

[7] The defendants correctly pointed out in their Supplemental Brief in Response to Order Dated August 26, 2007, that "Congress has directed the courts to presume the validity of any information contained in a copyright registration certificate." *Def. Supp. Br.*, p. 8

This would also be consistent with what defendant Proulx said in one of her interviews, previously submitted by the plaintiff, that she reviewed several versions of the screenplay.[8] See Plaintiff 2nd Decl., Ex. N.

In essence, the defendants have asked this Court to rule based on evidence they failed to submit to the Court and on the fraudulent and changed versions of the screenplay in the record that plainly indicated were copyrighted in 2005.[9] Once again, the record is not fully developed sufficient to allow the Court to rule on this matter and the Court should reject the defendants' lure to base a ruling on the conflicting, contradictory and manipulated evidence they created and are now attempting to disown and conceal.

### iv. The Motion Picture

The copyright registration for the motion picture, dated February 21, 2006 stated that the motion picture was created in **2005.** Plaintiff 2nd Decl., Ex. H. The defendants admit to the authenticity of the copyright certification by acknowledging certain contents contained therein. Def. Answer to Amend Compl., ¶ 29. The defendants have asserted in this litigation that information contained in the copyright registration is *prima facie*

---

[8]    Adding to the confusion about the varying versions and number of screenplays in existence, the Court need only look at the "daily production report" attached as Exhibit B to the Roth declaration in which it clearly stated that there was a 112-7/8 page script; further, the Court need only view the bonus feature "From Script to Screenplay" at the end of the motion picture in the record to view and hear defendant Ossana state that the initial script was about 50-pages, that was half of the final script. Nevertheless, *the screenplay in the record is only 97-pages.* Moreover, the Court, in its Memorandum Opinion, filed November 15, 2007, referred to the plaintiff's assertion, that the 113-page screenplay not being the final screenplay based on defendant McMurtry's comments about the 180-page screenplay, as a "vague reference" and "insufficient without supporting facts." *Mem. Opinion*, p. 8, filed November 15, 2007. The foregoing facts being asserted in this memorandum support such an assertion especially since all versions of the screenplay in the record are only 97 pages and the defendants deliberately avoided submitting the 113-page screenplay to the Court as noted by the Court.

[9]    Yet another example of the defendants' attempt to mislead this Court can be found in the "daily production report" attached as Exhibit B to the Roth declaration in which it clearly stated that the 112-7/8 page script contained 181 scenes. This representation does not even come close to matching the length of the screenplay in the record that has only 158 scenes over 97-pages. Plaintiff 2nd Decl.

16

evidence as to the accuracy of that information in support of their argument for their timeline. They cannot now reject the fact stated in their copyright certification that the motion picture was created in 2005, nor can the defendants reject the statement they checked on the copyright certification that a registration for an earlier version of the motion picture had already been made in the Copyright Office. These facts the Court must accept in this litigation as a direct dispute of all evidence of the defendants' presented by declarations asserting that filming of the motion picture was done in August 2004.[10]

Nevertheless, the fact that the motion picture was created in 2005 is consistent with other events mentioned above and discussed below. First, prior to filing this lawsuit, plaintiff sought to purchase a copy of a Brokeback Mountain screenplay that she found on Ebay's website, www.ebay.com. In connection with purchasing the screenplay, plaintiff communicated via email with the seller of the screenplay, Ms. Becky Wai, during which Ms. Wai, responding to the plaintiff's inquiry about the screenplay, stated that she obtained her copy of the screenplay from a friend of hers who worked on the set filming the motion picture in the prior year. *See* Plaintiff 2nd Decl., Ex. I. The date of the email exchange from Ms. Wai was October 7, 2006 making the prior year 2005 as the year during which her friend was working on set filming the motion picture.

Second, the plaintiff previously presented the Court with the transcript of an interview of Michelle Williams, an actress in the motion picture, during which Ms. Williams admitted to conceiving a child with one of the male actors while they worked

---

[10]    Of course, with regards to the assertions made in the Roth declaration that "no 'reshooting' or additional photography took place after August 2004, with the exception of obtaining a scenic establishing shot with no dialogue and no actors in or about January 2005," this assertion is contradicted and belied by the very "daily production report" attached as Exhibit B to the Roth declaration indicating that there were 16 scenes "to be shot." The "daily production report" clearly stated that it was the "final" report.

on set filming the motion picture. Plaintiff pointed out that, based on the child's October 2005 birth, the child could only have been conceived, at the earliest, assuming Ms. Williams had a full term pregnancy, in late February/early March 2005

Third, plaintiff pointed out above statements by defendant Ossana from her essay in the record stating that during filming of the motion picture, they "endured rain, snow, sleet, hail, sunburn, windburn..." Decl. of Marc E. Mayer, ¶ 9, Ex. H. Plaintiff obtained the weather history from the website Weather Underground, http://www.wunderground.com/global/stations/71877.html for Calgary, Alberta, Canada for the period of May 25, 2004 to August 5, 2004. Plaintiff 2nd Decl., Ex. J. According to this historical weather record, there was no "snow" in the area of Calgary, Alberta, Canada during the period May 25, 2004 to August 5, 2004. Therefore, if defendant Ossana's statement that they endured "snow" while filming the motion picture is accepted, as it must be, then the filming could not have taken place during this period being asserted by the defendants.

Fourth, defendant Ossana stated in her essay that the screenplay she and defendant McMurtry wrote after optioning the rights from defendant Proulx was completed in "three months." Decl. of Marc E. Mayer, Ex H. The earliest possible time that the screenplay could have been completed would have been by January 1998, based on the October 13, 1997 publication date for the *real original* short story in the *New Yorker* magazine, and assuming little or no time lapsed in optioning the story from defendant Proulx. In addition, defendant Ossana also stated in her essay that production on the motion picture finally got underway after "nearly seven years." *Id.* Based on this, production of the motion picture must have begun in or around January 2005 or later. Of

18

course, defendant Ossana also stated that her daughter worked in pre-production for the motion picture for "five months" and also worked on the set filming the motion picture, and that she (Ossana) for "eight years" referred back to as reference a conversation she had with defendant Proulx about the screenplay. At various places in their filings in this Court, the defendants have mentioned pre-production, production and post-production in connection with creating the motion picture.

Collectively, defendant Ossana's reference to "three months" to write the screenplay, "seven years" to finally reach production, "five months" in pre-production, when one makes the logical and simple calendar extrapolation from the October 13, 1997 date on which the *real original* version of the screenplay was published, places the start of their work on the motion picture in any form other than the screenplay, in or around and after January 2005. This would be entirely consistent with the 2005 creation date stated in the copyright registration for the motion picture. Furthermore, the email exchange between plaintiff and Ms. Wai wherein she stated in October 2006 that her friend worked on set during filming the previous year (that would have been 2005), as well as Ms. Williams acknowledgement in the interview that she conceived her child while filming the motion picture, serve to bolster the undisputable fact stated in the copyright certification that the motion picture was created in 2005.

## 2.    The Court Has Been Hoodwinked By The Defendants' Declarations[11]

---

[11]    The Court, in its Memorandum Opinion, filed November 15, 2007, referred to the defendants' declarations as presenting "overwhelming evidence" that the four (4) new scenes were part of the *real original* short story. As a practical matter, the jury plaintiff demanded in this case would be free to disregard the defendants' version that the short story had not been changed since its October 1997 publication in the *New Yorker* magazine. Nevertheless, plaintiff has added yet another scene, the motel scene discussed above, that both defendants McMurtry and Proulx disagreed with defendant Lee's splitting into two scenes. Like the four (4) new scenes, miraculously defendant Lee's version of the split scenes has been written into all versions of the short story and screenplay.

The most notable example of the defendants' hoodwinking of this Court based on the declarations they submitted in support of their motion for summary judgment relates to the motion picture. Plaintiff has previously argued vehemently that prior to this litigation when the defendants timeline as to when they completed their works was not under scrutiny, they created a trail of dates and time periods by which one could make some estimation of when the motion picture was actually created. The most notorious among the defendants handy work was the copyright certification they prepared and filed with the copyright office for the motion picture in February 2006, approximately three months after debut of the motion picture to the public. Notwithstanding that the defendants plainly stated in the copyright certification that 2005 was the year in which the motion picture was created, and then out of pure self-serving convenience *correctly* asserted in this litigation that the date of creation stated in a copyright certification is *prima facie* evidence as to the date the work was created, the defendants still had the audacity to put forth in the declarations contradictory and fabricated dates of convenience that fly-in-the-face of their own copyright certification and legal arguments put forth in this litigation. Plaintiff submits that the copyright certification for the motion picture should control and that any attempt by the defendants to use declarations to obviate and disregard the copyright certification should be completely rejected by the Court as contradictory and dishonest on the part of the defendants.

---

The Court also referred to defendant McMurtry's interview admitting that the initial 60-page screenplay he and Ossana had written was about one-third of the final screenplay and plaintiff surmising that the 113-page screenplay was not the final screenplay, as a conclusionary assertion without supporting facts. Plaintiff has identified an additional six (6) versions, by length, of other screenplays, which offer supporting facts that the screenplay in the record is not the final version of the screenplay. Thus, there is a genuine fact dispute over the screenplays.

Another example of the defendants hoodwinking relates to the book Close Range. The defendants used a declaration to assert that the version of Close Range they submitted as an exhibit to the declaration was the actual version published in 2000 when it was not. The Court need only look at the book in the record to see that it was not published until 2003. Moreover, defendant Proulx stated in her essay that Close Range contained nine stories when the version submitted by the defendants contains eleven stories.

Another example of the defendants hoodwinking relates to the defendants use of declarations to assert that the copyright certifications for the screenplay on August 16, 2004 and April 6, 2000 represented the versions of the screenplay in the record, each of which clearly stated that it was copyrighted in 2005. The defendants made this assertion at the same time they were withholding from the Court *a* version of the screenplay, as noted by the Court.

It has been the handy work of the defendants to initially create a morass of conflicting copyright and creation dates and their reckless and deceitful use of declarations to attempt to undo their web of deceit. On the record before the Court, it "cannot say that 'it is quite clear what the truth is'" since the defendants own hand caused the confusion. *Subin v. Goldsmith*, 224 F.2d 753, 761 (2nd Cir. 1955) (quoting *Garrrett Biblical Institute v. American University*, 163 F.2d 265, 267, 82 U. S. App. D. C.).

## IV.    THE PLAINTIFF'S CLAIMS ARE VALID

The defendants contend that the U. S. copyright laws have no application to extraterritorial infringement. The defendants have not and cannot dispute that their infringement of the plaintiff's copyrighted work took place in the United States.

21

Therefore, it was within the United States that the copyright violations occurred and the defendants simply exported their illegally obtained work to different foreign nations from which they benefited and unjustly enriched themselves. The copyright violations were complete when the defendants pirated in the United States the plaintiff's copyrighted work after which the defendants simply distributed the illegally obtained works through various channels from the United States to foreign nations. To apply the United States copyright laws to this type of extraterritorial copyright infringement would not transgress the "undisputed axiom." In fact, the D. C. Court of Appeals has held generally that the "presumption against the extraterritorial application of statutes" would not "apply where the conduct regulated by the statute occurs primarily, if not exclusively, in the United States." *Environmental Defense Fund, Inc. v. Massey*, 986 F.2d 528 (D. C. Cir. 1993).

The Copyright Act does not preempt the plaintiff's state law claims. The elements of the state law claims differ from that which is required to prove a violation under the Copyright Act. Plaintiff concedes that the copyright statute preempts some state law claims. However, in this case, plaintiff's state law claims are not preempted by the Copyright Act because of the alleged element of market confusion as to whose work, plaintiff's novel or defendant Proulx's short story, the short story, screenplay and motion picture should be attributed. For example, in New York, one of two states in which the motion picture was initially released in December 2005, courts have entertained unfair competition claims based on confusion as to the source. *See Lone Wolf McQuade Associates v. CBS, Inc.*, 961 F.Supp. 587, 598-99 (S.D.N.Y. 1997). Courts in other states have also found the Copyright Act not to preempt certain state law claims. *See CSM Investors, Inc. v. Everest Development, Ltd.*, 840 F.Supp. 1304, 1314 (D. Minn. 1994)

("under Minnesota law, unfair competition and unjust enrichment are not the equivalent of a claim for copyright infringement"); *Nash v. CBS, Inc.* 704 F.Supp. 823, 832-33 (N.D.Ill. 1989) (claim under the Illinois Uniform Deceptive Trade Practices Act, based on "confusion" not preempted by Copyright Act).[12]

## V.    CONCLUSION

For the foregoing reasons, plaintiff Janice Scott-Blanton requests respectfully that the Court to enter an order denying the defendants' motion for summary judgment in its entirety and award the plaintiff such other and further relief as the Court deems appropriate and just.

Respectfully submitted,

Janice Scott-Blanton
Plaintiff, *pro se*

3578 Wharf Lane
Triangle, VA 22172
Telephone: (703) 861-0028

---

[12]    The defendants have made a broad and erroneous assertion that the Copyright Act preempts all of the plaintiff's state law claims under the laws of all of the United States' states and territories where the motion picture was shown and other related products sold. In so doing, the defendants failed to even address each specific state's laws and it is difficult for the plaintiff to know what the defendants' argument would be had they properly addressed each of the state's state law claims. Thus, the defendants are asking the Court to rule on claims they did not specifically address.

## CERTIFICATE OF SERVICE

I hereby certify that I sent via FEDEX the foregoing to the following defendants and or their representative on this the _30_ day of _November_ 2007:

**UNIVERSAL CITY STUDIOS, INC.,**
**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP,**
**UNIVERSAL STUDIOS LICENSING, LLLP,**
**FOCUS FEATURES, LLC,**
**RIVER ROAD ENTERTAINMENT, INC.,**
**DEL MAR PRODUCTIONS, LLC,**
**SIMON & SCHUSTER, INC.,**
**ADVANCED PUBLICATIONS, INC.,**
**LARRY MCMURTRY,**
**DIANA OSSANA,**
**ANNIE PROULX,**
**ANG LEE**
c/o Steven J. Metalitz, Esquire                    **VIA FEDEX**
**Mitchell, Silberberg & Knupp, LLP,**
**Counsel for Defendants**
**2300 M. Street, N.W., Suite 800**
**Washington, D.C.  20037**


Janice Scott-Blanton, *pro se*

24

In The
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C.

JANICE SCOTT-BLANTON, *pro se,*

      **Plaintiff,**

v.

                    **CIVIL ACTION NO. 1:07cv00098 (RMU)**

UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,

      **Defendants.**

## PLAINTIFF'S SEPARATE STATEMENT OF GENUINE ISSUES IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Janice Scott-Blanton submits this Separate Statement of Genuine Issues in Opposition to the Defendants' Motion for Summary Judgment. This separate statement is submitted pursuant to the Court's Local Rules 7(h) and 56.1.

1.    Scribner republished a version of the short story Brokeback Mountain in 2003 in the book, Close Range. *Decl. of Nan Graham,* Ex. 1. The book states within its bounds that it was republished in 2003.

2.    All versions of the short story in the record, which are all essentially identical, are changed or altered versions of the real original short story. Defendant Proulx stated in her essay that her original short story contained a "motel scene," but that defendant Lee split the motel scene, and the split scenes have been incorporated into all versions of the short story in the record. *Plaintiff 2nd Decl.,* Ex. B, p. 136; *Plaintiff 2nd Decl.,* Ex. C. According to defendant Ossana, James McMurtry wrote the song "Water

Walking Jesus" for the motion picture years after defendant wrote the original version of the short story. Decl. of Marc E. Mayer, Ex H. All versions of the short story in the record specifically mention this song by title even though the song was written years after the original short story was written.

3.      Defendant McMurtry, like defendant Proulx, disagreed with defendant Lee's splitting of the motel scene. *Plaintiff 2ⁿᵈ Decl.*, Ex. D.; *Plaintiff 2ⁿᵈ Decl.*, Ex. E.

4.      All stand alone versions of the short story in the record state within their bounds that Dead Line, Ltd copyrighted them in 2005. *Decl. of Marc E. Mayer*, Exs. F & G.

5.      The motion picture was created in 2005 as stated in the copyright application. *Plaintiff 2ⁿᵈ Decl.*, Ex. H.

6.      The packaging for the motion picture states that the motion picture was copyrighted in 2005.

7.      Plaintiff incorporates herein by reference the entire statement of facts included in Section I of her memorandum in opposition to the defendants' motion for summary judgment filed simultaneously herewith.

                              Respectfully submitted,


                              Janice Scott-Blanton
                              Plaintiff, *pro se*


3578 Wharf Lane
Triangle, VA 22172
Telephone: (703) 861-0028

## CERTIFICATE OF SERVICE

I hereby certify that I sent via FEDEX the foregoing to the following defendants and or their representative on this the _20_ day of _November_ 2007:

**UNIVERSAL CITY STUDIOS, INC.,**
**UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP,**
**UNIVERSAL STUDIOS LICENSING, LLLP,**
**FOCUS FEATURES, LLC,**
**RIVER ROAD ENTERTAINMENT, INC.,**
**DEL MAR PRODUCTIONS, LLC,**
**SIMON & SCHUSTER, INC.,**
**ADVANCED PUBLICATIONS, INC.,**
**LARRY MCMURTRY,**
**DIANA OSSANA,**
**ANNIE PROULX,**
**ANG LEE**
**c/o Steven J. Metalitz, Esquire**                    **VIA FEDEX**
**Mitchell, Silberberg & Knupp, LLP,**
**Counsel for Defendants**
**2300 M. Street, N.W., Suite 800**
**Washington, D.C.  20037**


Janice Scott-Blanton, *pro se*

3

**In The**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Washington, D.C.**

JANICE SCOTT-BLANTON, *pro se,*

      Plaintiff,

v.                            **CIVIL ACTION NO. 1:07cv00098 (RMU)**

UNIVERSAL STUDIOS, INC., et al.,

      Defendants.

## 2<sup>ND</sup> DECLARATION OF PLAINTIFF JANICE SCOTT-BLANTON

I, Janice Scott-Blanton, by my signature below, declare under penalty of perjury before the United States District Court that the following statements of fact are true and accurate representations to the best of my personal knowledge, understanding and belief.

### STATEMENTS OF FACT

1.     I have attached hereto as Exhibit A a copy of the copyright application (TX 4-560-100) for the October 13, 1997 issue of the *New Yorker* magazine that contained the original short story written by defendant Proulx. I obtained this copyright application from the United States Copyright Office.

2.     I have attached hereto as Exhibit B the essay entitled "Getting Movied" written by defendant Proulx and was included in the book Brokeback Mountain: Story to Screenplay.

3.     I have reviewed defendant Proulx's essay, "Getting Movied" as well as all versions of the short story and the motion picture in the record before this Court. My personal observation is that all versions of the short story in the record are essentially the

same. I have attached hereto in chart form as Exhibit C my personal observations as to the split "motel scene" and state affirmatively that this particular scene has been written in the short story exactly as it was split up in the final version of the motion picture. The chart I prepared states the pages in the short story on which each part of the split scene could be found.

4.      I have attached hereto as Exhibit D a transcript of an interview of defendants Ossana and McMurtry I obtained from Cinemalogue's website in which McMurtry talked about the "motel scene" and how he and Ossana had written the motel scene as a single scene in their screenplay, but that defendant Lee had split that particular scene up during filming of the motion picture. I have reviewed this transcript, my novel, the version of the screenplay in the record, the version of the short story in the record, and the motion picture. I have prepared in chart form, attached hereto as Exhibit E, a summary of my personal observations and found that each has included the split scene done by defendant Lee during filming of the motion picture.

5.      I have attached hereto as Exhibit F a copy of the soundtrack for the motion picture that I obtained from the website Internet Movies Data Base, http://www.imdb.com/title/tt0388795/soundtrack. This soundtrack stated that the song "Water Walking Jesus" was written by James McMurtry, *defendant Proulx* and Stephen Bruton.

6.      I have attached hereto as Exhibit G a copy of the April 8, 2004 copyright application (TX 5-980-053) for a version of the short story that was submitted by Dead Line, Ltd. I obtained this copyright application from the United States Copyright Office.

2

7.    I have attached hereto as Exhibit H a copy of the copyright application (PA 1-318-774) for a version of the motion picture dated February 21, 2006. I obtained this copyright application from the United States Copyright Office.

8.    I have attached hereto as Exhibit I a true and accurate transcript of an email exchange I had in 2006 with Ms. Becky Wai regarding a screenplay for Brokeback Mountain she had listed for sale on Ebay.

9.    I have attached hereto as Exhibit J historical weather data for the period May 25, 2004 to August 5, 2004.  I obtained this data from the website Weather Underground,  http://www.wunderground.com/global/stations/71877.html  for Calgary, Alberta, Canada.   According to this historical data I obtained from Weather Underground, there was no snow whatsoever during the period May 25, 2004 to August 5, 2004 for Calgary, Alberta, Canada.

10.    On or about *December 14, 2004,* I submitted a copy of my manuscript/galley for my novel, along with an application for copyright, to the Library of Congress, United States Copyright Number TXu-1-217-828, and effective date of registration *January 20, 2005.*  A true and correct copy of this application is attached to my amended complaint as Exhibit I.

11.    On March 15, 2005, I published and released my novel for public consumption, utilizing distribution channels through Amazon.com, Borders Bookstore, book distributor Baker & Taylor, Barnes & Noble Bookstore, Cushcity Bookstore, Cushcity.com, Nubian Bookstore in Atlanta, and several online bookseller venues.

3

12.    I personally reviewed all versions of the screenplay represented in the record and determined that there were 158 scenes and 97-pages that make up the screenplay.

13.    I state affirmatively that in researching at the Library of Congress to locate the October 13, 1997 issue of the *New Yorker* magazine for over a year that I was informed by the Library's staff repeatedly that they did not have or could not locate this particular issue. I made several visits to the Library of Congress prior to filing this suit and for months after its filing and was repeatedly informed that the Library did not have or could not locate this issue of the magazine, as recently as late September 2007. During a visit to the Library of Congress I made in October 2007, I was informed by staff for the first time that they had an issue of the *New Yorker* magazine for October 13, 1997.

14.    I have attached hereto as Exhibit K a transcript of an interview of defendant Lee that I obtained from the website www.about.com -- About.com: Hollywood movies, in which Lee talked about a second tent scene he added while making the motion picture. I have reviewed this transcript, the version of the screenplay in the record, and the version of the short story in the record. I have prepared in chart form, attached hereto as Exhibit L, a summary of my personal observations and found that each has included second tent scene added by defendant Lee during filming of the motion picture.

15.    I have researched the Library of Congress records on the book Close Range: Wyoming Stories. I have prepared a summary of my research results for this book, which are attached hereto as Exhibit M. According to those results, four of the records have the same ISBN and were recorded as reprints/reissues of the 1999 version of

4

the book and each has 285 pages.   The remaining two records have the same ISBN, copyrighted in 1999 and each has 335 pages.

16.    I have attached hereto as Exhibit N a true and correct copy of a transcript of    defendant    Proulx    from    the    website    of    Planet    Jackson    Hole, www.planetjh.com/pespa_2005_12_07_proulx.html.   I recently visited this website, but the transcript is no longer available on the website.


## DECLARATION AND AFFIRMATION

The foregoing statements of fact are being presented as accurate representations to the best of my personal knowledge, understanding and belief, for which I declare and affirm their accuracy under penalty of perjury by my signature below on this 30th day of November 2007.

Janice Scott-Blanton

5

*Plaintiff's Exhibit A*
*Copyright of New Yorker Magazine Oct. 14, 1997*



**RM SE**

UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TX 4-560-100**

EFFECTIVE DATE OF REGISTRATION

**10    14    97**
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

THE NEW YORKER

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 73 | 31 | October 13  1997 | Weekly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a  NAME OF AUTHOR ▼**

The New Yorker Magazine, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☒ Collective Work    Other.

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other.

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other.

## 3

**a  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**  This information must be given in all cases.
◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**  Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 6    Year ▶ 1997
U.S.A.    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The New Yorker Magazine, Inc.
20 West 43rd Street, 17th Floor
New York, New York  10036-7441

**APPLICATION RECEIVED**
OCT 14 1997
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 14 1997
**REMITTANCE NUMBER AND D**

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM SE

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates ▼

**b.** **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords          **b** ☐ Copies Only          **c** ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ The New Yorker Magazine, Inc.     **Account Number** ▼

DA011967

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

The New Yorker Magazine, Inc., c/o Devereux Chatillon, Esq.
20 West 43rd Street, 17th Floor
New York, New York   10036--7441

Area Code & Telephone Number ▶ 212/536-5797

**9**

Be sure to give your daytime phone number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  The New Yorker Magazine, Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Devereux Chatillon, Esq.                                    date ▶ October 6, 199

**Handwritten signature (X)** ▼

**10**

**MAIL CERTIFICATE TO**

Name Devereux Chatillon, Esq.
The New Yorker Magazine, Inc.

Number/Street/Apartment Number ▼
20 West 43rd Street, 17th Floor

City/State/ZIP ▼
New York, New York   10036-7441

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990: 282-170/20,005

### _Plaintiff's Exhibit B_
### _Proulx Essay – "Getting Movied"_

# Getting Movied

## Annie Proulx

AS A STUDENT OF HISTORY AND A WRITER OF FICTION MY INTEREST HAS focused on social and economic change in rural communities—Vermont, Newfoundland, Texas, Wyoming. I am something of a geographic determinist, believing that regional landscapes, climate and topography dictate local cultural traditions and kinds of work, and thereby the events on which my stories are built. Landscape is central to this rural fiction. I have been interested in the disappearance of dairy hill farms in New England, the collapsing fishing industry in Atlantic Canada and the slow fade of cattle ranching in the west.

*Close Range* contains nine stories, including "Brokeback Mountain," ostensibly concerned with Wyoming landscape and making a living in hard, isolated livestock-raising communities dominated by white masculine values, but also holding subliminal fantasies. Most of the stories are loosely based on historical events, as the botched castration in "People in Hell Just Want a Drink of Water." "Brokeback" was not connected to any one incident, but based on a coalescence of observations over many years, small things here and there.

Sometime in early 1997 the story took shape. One night in a bar upstate I had noticed an older ranch hand, maybe in his late sixties, obviously short on the world's luxury goods. Although spruced up for Friday night his clothes were a little ragged, boots stained and worn. I had seen him around, working cows, helping with sheep, taking orders from a

129

ranch manager. He was thin and lean, muscular in a stringy kind of way. He leaned against the back wall and his eyes were fastened not on the dozens of handsome and flashing women in the room but on the young cowboys playing pool. Maybe he was following the game, maybe he knew the players, maybe one was his son or nephew, but there was something in his expression, a kind of bitter longing, that made me wonder if he was country gay. Then I began to consider what it might have been like for him—not the real person against the wall, but for any ill-informed, confused, not-sure-of-what-he-was-feeling youth growing up in homophobic rural Wyoming. A few weeks later I listened to the vicious rant of an elderly bar-café owner who was incensed that two "homos" had come in the night before and ordered dinner. She said that if her bar regulars had been there (it was darts tournament night) things would have gone badly for them. "Brokeback" was constructed on the small but tight idea of a couple of home-grown country kids, opinions and self-knowledge shaped by the world around them, finding themselves in emotional waters of increasing depth. I wanted to develop the story through a kind of literary *sostenente*.

The early sixties seemed the right time period. The two characters had to have grown up on isolated hardscrabble ranches and were clearly homophobic themselves, especially the Ennis character. Both wanted to be cowboys, be part of the Great Western Myth, but it didn't work out that way; Ennis never got to be more than a rough-cut ranch hand and Jack Twist chose rodeo as an expression of cowboy. Neither of them was ever a top hand, and they met herding sheep, animals most real cowpokes despise. Although they were not really cowboys (the word "cowboy" is often used derisively in the west by those who do ranch work), the urban critics dubbed it a tale of two gay cowboys. No. It is a story of destructive rural homophobia. Although there are many places in Wyoming where gay men did and do live together in harmony with the community, it should not be forgotten that a year after this story was published Matthew Shepard was tied to a buck fence outside the most enlightened town in the state, Laramie, home of the University of Wyoming. Note, too, the fact that

130

Wyoming has the highest suicide rate in the country, and that the preponderance of those people who kill themselves are elderly single men.

In my mind isolation and altitude—the fictional Brokeback Mountain, a place both empowering and inimical—began to shape the story. The mountain had to force everything that happened to these two young men. I have many times heard Wyomingites who have gone east for one reason or another talk about how badly they missed their natural terrain, the long sight lines, the clear thin air, how claustrophobic were trees and how dead the atmosphere without the constant flow of wind, and I find it so myself. It seemed to me that the story could only balance on love, something all humans need and give, whether to one's children, parents, or a lover of the opposite or same sex. I wanted to explore both long-lasting love and its possible steep price tag, both homophobic antipathy and denial. I knew this was a story loaded with taboos but I was driven to write it. These characters did something that, as a writer, I had never experienced before—they began to get very damn real. Usually I deal in obedient characters who do what they are told, but Jack and Ennis soon seemed more vivid than many of the flesh-and-blood people around me and there emerged an antiphonal back-and-forth relationship between writer and character. I've heard other writers mention this experience but it was the first time for me.

As I worked on the story over the next months scenes appeared and disappeared. (The story went through more than sixty revisions.) The mountain encounter had to be—shall we say?—"seminal" and brief. One spring, years before, I had been in the Big Horns and noticed distant flocks of sheep on great empty slopes. From the heights I had been able to see a hundred miles and more to the plains. In such isolated high country, away from opprobrious comment and watchful eyes, I thought it would be plausible for the characters to get into a sexual situation. That's nothing new or out of the ordinary; livestock workers have a blunt and full understanding of the sexual behaviors of man and beast. High lonesome situation, a couple of guys—expediency sometimes rules and nobody needs to talk about it and that's how it is. One old sheep rancher, dead now, used

131

to say he always sent up two men to tend the sheep "so's if they get lonesome they can poke each other." From that perspective Aguirre, the hiring man, would have winked and said nothing, and Ennis's remark to Jack that this was a one-shot deal would have been accurate. The complicating factor was that they both fell into once-in-a-lifetime love. I strove to give Jack and Ennis depth and complexity and to mirror real life by rasping that love against the societal norms that both men obeyed, both of them marrying and begetting children, both loving their children, and, in a way, their wives.

Many gay men marry and have children and are good fathers. Because this is a rural story, family and children are important. Most stories (and many films) I have seen about gay relationships take place in urban settings and never have children in them. The rural gay men I know like kids, and if they don't have their own, they usually have nephews and nieces who claim a big place in their hearts. For both characters to marry women enlarges the story and introduces two young wives who move from innocence and happy trust to some pretty hard lessons about real life. Alma and Lureen give the story a universal connection, for men and women need each other, sometimes in unusual ways.

It was a hard story to write. Sometimes it took weeks to get the right phrase or descriptor for particular characters. I remember vividly that, driving on Owl Canyon Road in Colorado down over the state line one afternoon and thinking about Jack Twist's father, the expression "stud duck," which I had heard somewhere, came to me as the right way to succinctly describe that hard little man, and a curve in the road became the curve that killed Ennis's parents. The scene for the kiss when Jack and Ennis reunite after four years occurred in its entirety as I drove past the Laramie cement plant—so much for scenery. In fact I did most of the "writing" while I was driving. The most difficult scene was the paragraph where, on the mountain, Ennis holds Jack and rocks back and forth, humming, the moment mixed with childhood loss and his refusal to admit he was holding a man. This paragraph took forever to get right and I played Charlie Haden and Pat Metheny's "Spiritual" from their album *Beyond the*

132

*Missouri Sky (Short Stories)* the countable times trying to get the words. I was trying to write the inchoate feelings of Jack and Ennis, the sad impossibility of their liaison, which for me was expressed in that music. To this day I cannot hear that track without Jack and Ennis appearing before me. The scraps that feed a story come from many cupboards.

I was an aging female writer, married too many times, and though I have a few gay friends, there were things I was not sure about. I talked with a sheep rancher to be sure that it was historically accurate to use a couple of white ranch kids as flock tenders in the early sixties, for I knew that in previous decades it had been mostly Basques who did this job, and today it is often men from the South American countries. But jobs were scarce in Wyoming in that period and even married couples with children got hired to herd sheep. One of my oldest friends, Tom Watkin, with whom I once published a rural newspaper, read and commented on the story as it developed. I thought too much about this story. It was supposed to be Ennis who had dreams about Jack but I had dreams about both of them. I still had little distance from it when it was published in *The New Yorker* on October 13, 1997. I expected letters from outraged religio-moral types, but instead got them from men, quite a few of them Wyoming ranch hands and cowboys and the fathers of men, who said "you told my story" or "I now understand what my son went through." I still, eight years later, get those heart-wrenching letters.

When I got Diana Ossana and Larry McMurtry's request to option the story for a film with money from their own pockets—unusual for screen-writers—I was immediately beset with doubts. I simply did not think this story could be a film: it was too sexually explicit for presumed mainstream tastes, the general topic of homophobia was a hot potato unless gingerly skirted, and, given Hollywood actors' reluctance to play gay men (though many gay men have brilliantly played straight guys) it would likely be difficult to find a good cast, not to say a director. It was only because I trusted Larry's and Diana's writing skills, film experience and, especially, Larry's incomparable knowledge of the west's mores and language that I signed the contract.

133

It didn't take them long. Within a few months I was reading their powerful screenplay constructed from the story, but richly augmenting it, adding new flesh to its long bones, filling out the personalities, introducing a little humor and new characters who moved the story along its close-set rails. Yes, the screenplay was beautiful, but my worries continued. What producers would be interested in a story about homophobic gay Wyoming ranch hands? What actors would have the guts to do this? What director would take the risk? How severely would the screenplay be clawed to pieces? The freedom-granting yet hostile landscape, of course, would be utterly lost, and with it, the literal grounding of the story. I thought the screenplay was as far as the movie would go, and I wasn't sorry.

Screenwriters almost always deal with adapting novels to film, and necessarily great chunks are excised, crunched, plots straitjacketed, dialogue transmuted into television-speak. This was different. Larry and Diana were working with a short story which came with a sturdy framework. But there was not enough there. I write in a tight, compressed style that needs air and loosening to unfold into art. They had to invent, enlarge and imagine. It was, in a real way, a collaboration. I began to wonder why movie people didn't prefer short stories to novels, since the opportunity for original work is built in.

Over the next few years several producers and directors appeared on the horizon, but there were problems with all of them. Larry liked an interesting young filmmaker who had made a funny and original short feature. I met this fellow in Tucson and liked him, hoped he would understand the place and the characters. We arranged to meet again in Wyoming so he could look at the terrain and possible scene sites. He came with a photographer, advisor, location person and others. That meeting turned into something I think of as "The Wyoming Death Trip." From the start, everywhere the tenderhearted city folk looked there was a dead animal. First it was deer by the side of the highway, then squashed rabbits on the tarmac. We stopped at a sheepherder's home quarters. He was out with the sheep, but as it was spring there was a makeshift pen with a few dozen bum lambs in it. One of the film entourage spied a dead lamb by the side of the

134

fence and freaked. He decided (erroneously) that the lambs were starving to death, and, a man of action, rustled around until he found a bag of feed, poured some into a pan and set it in the pen. Keith, the ranch hand showing us around, blanched. I suggested we leave the lambs, hoping the sheepherder paid to look after them would not pursue us with a machete. We went to an untenanted house that might work as Ennis and Alma's place. But as soon as we stepped inside, there, near the hem of a long curtain that reached the floor, lay a dead mouse. We finished the day at a lonely ranch house outside Ucross called "the old Childress place." Empty for years, the crawl space below was a haven for rattlesnakes, the interior home for other animals needing shelter. We looked into a dusty room with a hole in the ceiling where once the stovepipe exited. The Los Angeles people sucked in their breaths as one, for on the floor lay the dried remains of a rabbit, discarded by an owl. That was it. These urban people just did not get it that Wyoming has a lot of wildlife and that the wildlife sometimes gets dead. Animals and rural places were clearly alien to them, and just as clearly I knew they could not make this film. And I pretty much gave up on the whole idea. It wasn't going to happen, because there were no producers or directors who understood the rural west, the rural anything. Old story.

A long time later Focus Films showed interest. That was encouraging, as they, in an earlier incarnation known as Good Machine, had produced the successful film version of *The Laramie Project*. I had met one of the people involved with that film in Denver one night, and we had gone up the street looking for a CD of Jim White's "Wrong-Eyed Jesus," which was a great favorite of mine at that time. So I was inclined toward Focus. They were suggesting Ang Lee as the director, and I thought, here we go again. Could a Taiwanese-born director, probably a thoroughgoing urbanite, who had recently re-created *The Hulk,* understand Wyoming and the subterranean forces of the place? I doubted it. But the wheels were rolling now. I didn't know what to expect and tried not to think about it.

On a New York visit I met James Schamus briefly, and Ang Lee in a funky boîte far downtown. I was nervous about meeting Ang Lee despite

135

his reputation as brilliant and highly skilled. Would we have anything to say to each other? Were the cultural gaps surmountable? We smiled and made small talk for a while and then, reassured by something in his quietness, I said that I was very afraid about this story, that making stories sometimes took me into off-limits places and that I feared the film would not follow that path. He said that he was afraid, too, that it would be extremely difficult to make into a film. He said he had recently lost his father. I remembered from my mother's death a few years earlier the vast hole in the world that opened and could not be pulled closed. I had a glimmering that Ang Lee might use his sorrow creatively, transferring a personal sense of loss to this film about two men for whom things cannot work out, that he might be able to show the grief and anger that builds when we must accept severe emotional wounding. I felt we both knew that this story was risky and that he wanted to take the story on, probably for the creative challenge and perhaps (though he didn't say so) for the gasping euphoria when you get into unknown but hard-driving imaginative projects. However slender, there was a positive connection.

Later there were some disagreements. In the written story the motel scene after a four-year hiatus stood as central. During their few hours in the Motel Siesta, Jack's and Ennis's paths were irrevocably laid out. In the film that Ang Lee already had shaped in his mind, the emotional surge contained in that scene would be better shifted to a later point and melded with the men's painful last meeting. I didn't understand this until I saw the film in September 2005 and recognized the power of this timing. Although I have always known that films and books have different rises and falls, different shapes, it's easier to know that in the abstract than on the killing ground. At some point I wrote a letter pleading for the motel scene that went for naught. It was out of my hands, no longer my story, but Ang Lee's film. And so I said goodbye to Jack and Ennis and got on with other work. Before I finally saw the film I had heard from Larry and Diana that it was very good, that the language was intact, that the actors were superb. But I was not prepared for the emotional hammering I got when I saw it. The characters roared back into my mind, larger and stronger than they

136

had ever been. Here it was a point that writers do not like to admit; in our time film can be more powerful than the written word. I realized that if Ang Lee had been born in Barrow or Novosibirsk it would likely have been the same. He understands human feelings and is not afraid to walk into dangerous territory.

Seeing the film disturbed me. I felt that, as the ancient Egyptians had removed a corpse's brain through the nostril with a slender hook before mummification, the cast and crew of this film, from the director down, had gotten into my mind and pulled out images. Especially did I feel this about Heath Ledger, who knew better than I how Ennis felt and thought, whose intimate depiction of that achingly needy ranch kid builds with frightening power. It is an eerie sensation to see events you have imagined in the privacy of your mind, and tried hopelessly to transmit to others through little black marks on a page, loom up before you in an overwhelming visual experience. I realized that I, as a writer, was having the rarest film trip: my story was not mangled but enlarged into huge and gripping imagery that rattled minds and squeezed hearts.

The film is intensely Wyoming. Lee included dead animals and good fights, both very western. Although it was shot mostly in Alberta, production designer Judy Becker toured Texas and Wyoming, noting landforms and long views. A few weeks after I saw it for the first time I was driving through the Sierra Madre. It was a windless, brilliant day, the aspen lit by slant-handed autumnal light; hunting season and time for the annual shove-down, when stockmen with Forest Service allowances move their cows and sheep to the lower slopes before the early storms. As I came around a corner I had to stop to let a band of sheep cross the highway. In the trees on the upslope stood a saddled horse, bedroll tied on behind, rifle in scabbard; behind it stood a laden pack horse. No rider in sight. I thought I would wait a minute and see if Jack or Ennis might come out of the trees; then I shook my head, feeling wacky to have tangled the film and reality, and pretty sure that neither character was going to show.

Aside from the two-faced landscape, aside from the virtuoso acting, aside from the stunning and subtle makeup job of aging these two young

137

men twenty years, an accumulation of very small details gives the film authenticity and authority: Ennis's dirty fingernails in a love scene, the old highway sign ENTERING WYOMING not seen here for decades, the slight paunch Jack develops as he ages, the splotch of nail polish on Lureen's finger in the painful telephone scene, her mother's perfect Texas hair, Ennis and Jack sharing a joint instead of a cigarette in the 1970s, the switched-around shirts, the speckled enamel coffeepot, all accumulate and convince us of the truth of the story. People may doubt that young men fall in love up on the snowy heights, but no one disbelieves the speckled coffeepot, and if the coffeepot is true, so is the other.

_**Plaintiff's Exhibit C**_
_**Chart Summarizing Motel Scenes In Short Story**_

**Excerpt from Annie Proulx's Essay "Getting Movied"**

**Page 136, paragraph 1**

| | |
|---|---|
| "Later there were some disagreements. In the written story the motel scene after a four-year hiatus stood as central. During their few hours in the Motel Siesta, Jack's and Ennis's paths were irrevocably laid out. <u>In the film that Ang Lee had shaped in his mind, the emotional surge contained in that scene would be better shifted to a later point and melded with the men's painful last meeting.</u> I didn't understand this until I saw the film in September 2005 and recognized the power of his timing... At some point I wrote a letter pleading for the motel scene that went for naught. It was out of my hands, no longer my story, but Ang Lee's film." | **Motel Siesta Scene from *Brokeback Mountain* Short Story is located:**<br><br>Beginning on page 11, paragraph 10 to page 15, ending at paragraph 5<br><br><br>**The shift of the "emotional surge" contained in the Motel Siesta Scene with "Ennis's and Jack's painful last meeting" is now located:**<br><br>Beginning on page 20, paragraph 6 to page 22 |

## *Plaintiff's Exhibit D*
## *Cinemalogue Interview Of McMurtry*

- Cinemalogue
- Noise
- Features
- Forums
- Staff
- Contact

## 14 February 2006

### Brokeback Mountain: Interview with Larry McMurtry & Diana Ossana

Interview by Meghan White



Jake Gyllenhaal (left) and Heath Ledger (right) star in Ang Lee's
BROKEBACK MOUNTAIN, a Focus Features release. Photo: Kimberly French

*Films produced from Larry McMurtry's works have garnered ten Oscars and 34 Oscar nominations, beginning with his first novel Horseman Pass By, which in 1963 was made into the film "HUD," starring Paul Newman. Larry was previously nominated for an Oscar back in 1971 for Best Adapted Screenplay along with Peter Bogdanovich for their adaptation of Mr. McMurtry's novel "The Last Picture Show."*

*His first attendance at a Hollywood awards ceremony was for the Broadcast Film Critics awards in Los Angeles (January 9th, 2006), and his first writing award ever received in Hollywood was at the 78th annual Golden Globes (January 16, 2006), where he received, along with Diana Ossana, the Golden Globe for Best Screenplay of 2005 for "Brokeback Mountain."*

*On February 4th, McMurtry and Ossana won the WGA award for Best Adapted Screenplay. They have also been nominated by the Academy of of Motion Picture Arts and Sciences in the Best Adapted Screenplay category for "Brokeback Mountain." Larry will turn 70 years old on June 3, 2006.*

**MEGHAN WHITE:** Diana, you read the short story "Brokeback Mountain" (written by E. Annie Proulx) and immediately recommended it to Larry. Was your primary intention to adapt it into a screenplay, or did that come later?

**DIANA OSSANA:** When I first read the short story in October 1997, I knew immediately that this was a masterpiece of a short story, with the potential to touch many, many people. And so yes, it was most definitely my intention to adapt it into a screenplay. I asked Larry to read it because I wanted him to agree to adapt it with me, and to ask him as well to option the rights together with me. We weren't certain in what incarnation it would reach the screen, although we were fairly certain it would be an independent film with a modest budget. We never did lose faith in the power of Annie's story or in our screenplay, even though it took eight years to get it up and going. It was worth every bit of hard work it took to get this film made. We feel very,

very fortunate

**MW:** Would Proulx's story have appealed to you as much if it had been a tale of forbidden love between a man and a woman?

**DO:** If I had read a story about forbidden love between a man and a woman that were written as powerfully, precisely and affectingly as Annie's, the answer is yes, of course. But it was THIS story I read—Annie's story—about a forbidden love between two men.

**MW:** When tackling someone else's story, how do you approach the creative process?

**DO:** We approach the creative process in adapting someone else's story much in the same way as we would adapting Larry's and/or my own material. Larry and I are unsentimental when it comes to the adaptation process. We make the same kinds of choices no matter what the source material. When the source material is a long novel, we often find it necessary to cut large portions of the book, and many times simply create new scenes from our imaginations as well. When it's a short story, it is even more necessary to access our imaginations in order to fill in, flesh out, and create new scenes that aren't contained within the story itself, in order to enrich the context of the screenplay.

**MW:** Because you were expanding a short story to accommodate feature film length, you had to delve more into the psychology of the main characters. Who did you find the most fascinating to explore? The most tragic? Who did you relate to the most?

**LARRY MCMURTRY:** I definitely found the women most fascinating—I always do, even in my own works. My belief is that if one wants to find out about, access or examine emotion, one must go to women.

**DO:** I found each and every character intriguing, and their specific circumstances tragic in their own way. I relate to all of the characters, and didn't really think about who was more tragic than the others while writing the screenplay.

**MW:** Was there one character in particular that was the easiest/most enjoyable to write? Who was the most challenging?

**DO:** We both found the process of adapting this particular short story a challenge in the sense that the material was written in a very specific manner, both technically and emotionally. We were extremely concerned about staying true to the tone of the story and determined not to veer off into sentimentality nor to lose the language of the characters and the time and place. We wanted the finished screenplay to be as emotionally honest and straightforward as the short story from which it was adapted.

**MW:** The film's script had a wonderful element of humor, more so than the short story. How did this evolve? Was it conscious, or did it happen as part of an organic writing process?

**DO:** The humor in the screenplay was simply a product of the actual writing process, in developing the characters and their interaction. It felt completely natural to us, particularly during their time up on Brokeback Mountain and in the development of their emotional connection. Larry is excellent when writing humor into a script.

**MW:** Of all the new scenes that were written specifically for the screenplay, do you have a favorite? Was there one in particular that you struggled with writing?

**LM:** I am affected most by the scenes involving the women. One of the scenes I find particularly appealing is the last scene in the film between Ennis and his daughter Alma Jr (Kate Mara). No scene was any more or less a struggle than another; all of the additional scenes came from our collective imaginations, mine and Diana's.

**DO:** I found (and still find) several scenes particularly affecting—the scene where Ennis staggers into the gangway after he and Jack's first parting; their reunion scene after four years apart; the confrontation scene about Mexico (the last time we see Jack); and the scene when Ennis goes to Jack's home and interacts with Jack's parents. All the added scenes were a challenge, but I found myself excited and exhilarated every morning to be returning to the script and doing the actual writing of these scenes

**MW:** There were some moments from the short story that didn't make it into the screenplay or film, in particular Jack's (Jake Gyllenhaal) recollection of a painful childhood experience with his father. Was there any particular reason for the omissions?

**DO:** Any omissions from the short story to the screenplay were dramatic choices. Most of what is in the short story is contained within the finished screenplay, although when we actually scripted the short story, it only amounted to about a third of the final

Case 1:07-cv-00098-RMU    Document 34-2    Filed 12/20/2008    Page 20 of 97

script. We had to imagine and create the scenes that we added or fleshed out, meaning, essentially, that we had to create two-thirds of the screenplay from our imaginations.

**MW:** Do you feel there was any significance in Jack's relationship with his father, and the moment when he finally stands up to his father-in-law at Thanksgiving? How important was this moment for the character of Jack?

**DO:** Jack's father was narrow-minded and culturally deprived, not unlike other men who come from similar backgrounds and places. Jack, however, was clearly more open and adventurous about life and the world outside his childhood home, and what that world had to offer.

When Jack finally stands up to Lureen's father (Graham Beckel) in the Thanksgiving scene, it is a reflection of his own emotional frustrations, not just in his relationship with Ennis, but within his life as a whole. His response to the stud duck father-in-law demonstrates that he has just about reached the end of his patience rope.

**MW:** When writing the screenplay, did you envision the characters' aging process, and if so, how did it affect the way you wrote them? For instance, did Lureen's (Anne Hathaway) physical transformation reflect the growing cynicism of her character through the years of her marriage?

**LM:** We did envision the characters as we wrote them, as they developed, as they aged and as they experienced their own lives. To us, Lureen's physical transformation merely reflected her general dissatisfaction and frustration with her life, her disappointments and the realities within her marriage: that she and Jack's marriage was, at least internally, emotionally superficial and somewhat hollow–though for appearances's sake, successful.

**MW:** Larry, when expanding on the characters of Ennis and Jack, did you ever feel an echo of Call and Gus? In his review of Brokeback, Roger Ebert said that you seem to be wondering what your Lonesome Doves would have been like if the characters had been gay. Do you think this is an accurate assessment?

> *The movie is based on a short story by E. Annie Proulx. The screenplay is by Larry McMurtry and Diana Ossana. This summer I read McMurtry's Lonesome Dove trilogy, and as I saw the movie I was reminded of Gus and Woodrow, the two cowboys who spend a lifetime together. They aren't gay; one of them is a womanizer and the other spends his whole life regretting the loss of the one woman he loved. They're straight, but just as crippled by a society that tells them how a man must behave and what he must feel.*

> **-Roger Ebert**, Chicago *Sun-Times*

**LM:** reading this paragraph, it seems to me that Mr. Ebert is comparing Call's emotional repression with that of Ennis's, and relating it more to society's expectations of them as men, rather than any notion that their sexuality is similar in any way. This seems to be an accurate assessment on Mr. Ebert's part. Gus and Call's bond is one of friendship, not passion.

**MW:** Were there any alterations made to the shooting script that you may have disagreed with initially, but reacted to differently on the big screen? How well do you think Ang Lee's interpretation of your script honors Proulx's original words?

**LM:** In the original script, we had the dialogue in the reunion motel scene and the dialogue soon after up on the mountain occurring all in one scene: in the motel. Ang wanted to divide that dialogue into two scenes, with the scene wherein Ennis returns for his things and has to confront Alma's (Michelle Williams) confusion in between. We weren't certain at the time whether or not it would work onscreen, but of course, it does. Ang also questioned whether the audience seeing Alma's reaction to witnessing Ennis and Jack kissing wouldn't be too shocking, too powerful for the audience, that their reaction would create a kind of narrative sag in the film. But we argued, convincingly as it turns out, that this scene is pivotal, and that Alma must see them kiss—otherwise, how would she know that her husband was in love with another man? Thus the scene that you see in the final film.

Ang's translation of our screenplay up onto the screen feels very true to the tone and tenor of Annie's short story, simply because our screenplay maintains, fleshes out, and expands the emotionally straightforward nature of her writing. Annie herself said that her writing is mainly skeletal, but that our screenplay added the flesh to the long bones of her story. We're honored she feels that way.

**MW:** Diana, you were a producer on the film in addition to being a writer, and took a very hands-on approach in the filming process. How close was the set, and what kind of relationship did you develop with the young cast?

**DO:** Our crew was small—less than 150 people, including all support staff—and so we developed a very familial kind of interaction on set. Each person working on the film at one time or another approached me during filming and expressed to me how much they admired the screenplay, and how privileged they felt to be working on the film, which was both extremely gratifying and humbling, to say the least.

Ang worked very closely with all the actors before filming began. He interacted with each of them, one-on-one and in a very detailed fashion, in order to make certain they understood their characters' natures and motivations. Once filming began, the actors approached me a few times to ask some additional questions about their characters' motivations, back stories, why or why not they felt and/or behaved in a certain way. At times they had questions about specific turns of phrase in the dialogue, what a phrase meant or if it were "fish and game" or "game and fish". One actor didn't know what "talking a blue streak" meant, for example. I had lived with these characters for nearly eight years, and the actors knew this, and simply considered me a reliable source of information. I also worked with the wranglers and props departments concerning details of authenticity and time and place and simply served as moral support and an information resource as needed on set.

**MW:** For what purpose did you expand the role of Cassie (Linda Cardellini), and what part did she play in Ennis' relationship to the women in his life?

**DO:** Cassie somewhat exemplifies Ennis's continual denial of his emotional makeup, and his attempts to have what he believed was a "normal" relationship with a woman. After his and Jack's final confrontation about Mexico, Ennis realizes that it is Jack he truly loves, and he simply cannot continue in his attempts at a relationship with Cassie, thus her confronting him in the diner about his whereabouts and her frustrations and painful realization that she's not "the one."

**MW:** What is your reaction to the film's warm reception at various critics' awards, and its leading 7 nominations at the Golden Globes? How do you feel about its sudden transition from dark horse to front-runner, and what are your hopes for the Academy Awards?

**DO:** The response to our film at the various awards shows has been immensely gratifying. We both feel incredibly, incredibly fortunate, all the way around. We never imagined, when we were writing the screenplay and trying to get the film made, that it would seep into the culture to the degree that it has, that it would enter the zeitgeist.

**MW:** Do you have any response to the charges by some conservative groups that the film promotes adultery and is anti-family? Do you think there will be a backlash over the film's critical success?

**DO:** "Brokeback Mountain"doesn't promote the "gay lifestyle", or any lifestyle, for that matter, and there are no winners in its outcome. It is a tragic story about a doomed love between two unremarkable men from working-class, rural backgrounds in Wyoming. It is a realistic story, and a human story, universal in its humanity, but very specific in its detailing of the tragic consequences of a love denied.

*Meghan White is a contributing editor to Cinemalogue.com. Read her essay on "Brokeback Mountain" in the Editor's Blog.*

**Gulf Hurricane Relief**
Help Support Health Clinics Providing Critical Aid to Evacuees.
Public Service Ads by Google
Advertise on this site

# 3 Letters »

*Letter from Steven Coster - London, UK — 14 February 2006*

A great interview with good questions and not the standard ones about sex sex sex! Well done!

*Letter from Phillip Dampier — 14 February 2006*

An outstanding catch for you Meghan. You're *really* making a great contribution to the accumulated visions of everyone involved in the making of this outstanding movie. I'm going to link to it on my own site, which is devoted to helping people take Annie Proulx's story to heart and help them finish the story in their own lives.

We're trying to make sure our endings are ultimately happier than Jack and Ennis, and your interview helps document what made such a life-changing movie possible.

Thanks for the referral. It's always encouraging to see others who share a passion for outstanding cinema.
- Meghan

*Letter from Mark Sanders - Santa Monica, CA — 15 February 2006*

Diana Ossana's last reply in this interview says it all…it is indeed a realistic story in every sense about the consequences of love denied. Being forced to live a lie is like attempting to escape an ideology which is near to impossible. The tidal waves of emotion in response to this little movie are far from over. It's a key that has once again unlocked Pandora's box, and I hope it serves to move people towards greater acceptance versus tolerance of other's needs.

Ms. Ossana provided very astute observations regarding the film and was instrumental in bringing "Brokeback Mountain" to so many people across the globe. I'm grateful to have interviewed both her and Mr. McMurtry, and for the opportunity to share these insights with others.
- Meghan

RSS feed for feedback on this article. TrackBack URI

# Send Feedback

Name (required)

E-Mail (required)

Website



Security code (from image above)

XHTML: You can use these tags: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <code> <em> <i> <strike> <strong>`

Submit

By clicking "Submit," you agree to the Terms of Use and Privacy Policy--see links in page footer. Any feedback submitted to the site is the property of Cinemalogue.com and Avatar Digital Studios.



**The webpage cannot be found**

- [ Search Reviews ]

- ## Categories:

  All    [Go]

- ## Archives:

  Archives    [Go]

---

- **Related Links:**

  - Cinemalogue Merchandise
    Conclusive Evidence
    IMDb
    More Cowbell
    Roger Ebert
    Rotten Tomatoes
    slant // magazine.com



---



*WordPress* template design based on the Framefake theme by Kai Ackermann of Northern-Web-Coders.

All other design elements, template modifications, images and content, Copyright ©2005, Avatar Digital Studios--except where otherwise attributed.

**LEGAL/DISCLAIMER:** Reviews by Cinemalogue.com staff writers, columnists and editors are provided independently of any synopses or other promotional materials displayed on behalf of distributors through this web site. Promotional materials, artwork, images, etc. provided by third parties for use in conjunction with this web site in any context, have been provided free of charge and without obligation to their respective distributors unless specifically identified as an advertisement. Theatrical one-sheets, graphic art, images and video excerpts for motion pictures are copyright by their respective distributors.

*Dolby and the double-D symbol are registered trademarks of Dolby Laboratories. Apple, the Apple logo, and Mac are trademarks of Apple Computer, Inc., registered in the U.S. and other countries. The Made on a Mac Badge is a trademark of Apple Computer, Inc., used with permission. QuickTime and the QuickTime Logo are trademarks of Apple Computer, Inc., registered in the U.S. and other countries. The Get QuickTime Badge is a trademark of Apple Computer Inc., used with permission.*



*Powered by WordPress* | Best viewed with Safari RSS or Firefox
Copyright ©2005, Avatar Digital Studios | Privacy Policy | Terms of Use

## _Plaintiff's Exhibit E_
### _Chart Summarizing Split Motel Scenes In_
### _Novel, Motion Picture, Screenplay And Short Story_

Excerpt from Cinemalogue
http://www.cinemalogue.com/2006/02/14/brokeback-interview/

**Brokeback Mountain: Interview with Larry McMurtry & Diana Ossana**
Interview by Meghan White

MW: Were there any alterations made to the shooting script that you may have disagreed with initially, but reacted to differently on the big screen? How well do you think Ang Lee's interpretation of your script honors Proulx's original words?

LM: In the original script, we had the dialogue in the reunion motel scene and the dialogue soon after up on the mountain occurring all in one scene: in the motel. Ang wanted to divide that dialogue into two scenes, with the scene **wherein Ennis returns for his things and has to confront Alma's (Michelle Williams) confusion in between. [See Chart 1]**. We weren't certain at the time whether or not it would work onscreen, but of course, it does. **Ang also questioned whether the audience seeing Alma's reaction to witnessing Ennis and Jack kissing [See Chart 2]** wouldn't be too shocking, too powerful for the audience, that their reaction would create a kind of narrative sag in the film. But we argued, convincingly as it turns out, that this scene is pivotal, and that Alma must see them kiss—otherwise, **how would she know that her husband was in love with another man? Thus the scene that you see in the final film [See Chart 3]**.

**CHART 1**

"Scene wherein Ennis returns for his things and has to confront Alma's (Michelle Williams) confusion in between."

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette follows James around the apartment to see where he hides his journal. She's become withdrawn and suspicious that James is having an affair. | Alma follows Ennis around the apartment while he's packing for a fishing trip. She's become withdrawn and suspicious that Ennis is having an affair. | Del Mar Apartment: Morning: Later<br><br>ENNIS tries to ignore her. | N/A |
| Annette became withdrawn. | Ennis arrived home the next morning just as he said he would. He enters the kitchen, turns to the left and sees Alma sitting at the kitchen table. | ALMA looks out the window...sees JACK outside his pickup, he leans against the driver door. | |
| ...James returned from his run. | | | |
| He left the kitchen, went into the bedroom, and got in the shower. | | ENNIS<br>Me and Jack's heading up to the mountains for a day or two. Do a little fishin'. | |
| She followed him into the bedroom and sat on the chaise. She began talking to James while keeping her eyes on the journal sitting on the dresser. Trying to distract him, she asked him about his run. She told him Pamela and Russ wanted to know if they were coming to visit them in Washington, D.C. | Alma looks up at him.<br><br>Rushing, he stops, look at Alma then says, "Hey."<br><br>Just as Alma's about to speak, Ennis leaves the kitchen and says "Me and Jack gonna head up to the mountains for a day or two. Do ourselves a little fishing." | ALMA (cautious)<br>You know, your friend could come inside, have a cup of coffee...we ain't poison or nothin'.<br><br>ENNIS (as if this is explanation enough)<br>He's from Texas. | |
| James walked out of the bathroom. "I'm going into the office today." | Alma comes out of the kitchen and into the living room. She looks out the window and sees Jack leaning back on his truck. Ennis is in the bedroom stuffing clothes in a bag. | ALMA<br>Texans don't drink coffee?<br><br>ENNIS opens the hall closet. Takes out a duffel bag. Starts to pack. | |
| "But it's Saturday! Why do you have to go in?" | | | |
| Annette didn't care. In fact, that was perfect for her. | Alma comes to the bedroom door and short of the threshold. She's obviously withdrawn, her arms are folded. She says, "Your friend | ALMA's eyes widen.... | |

| | | |
|---|---|---|
| "As a commander, you have to do that sometimes," he said.<br><br>...How long will you be gone? Later this afternoon I wanted to take Kynosha and her friend to the mall." | can't come inside and have a cup of coffee?"<br><br>Ennis close the drawer and leaves the room saying "He's from Texas." He avoids eye contact with Alma. He goes into the bathroom. Alma turns and follows him, stopping at the threshold. Her arms still folded. She says, "Texans don't drink coffee?"<br><br>Ennis reach for his toothbrush and stick then in his mouth. He let out a sigh. He opened the medicine cabinet and reached in and then closed it. He turned his head slightly to the right to avoid eye contact with Alma.<br><br>Alma turned to the left and followed him.<br><br>Ennis goes into a closet to get his fishing gear.<br><br>Alma stands at the doorway, arms still folded, watching Ennis. She steps a little closer and says, "You sure that foreman won't fire you for taking off?"<br><br>Ennis still avoiding eye contact says, "You know, that foreman owes me. I worked through a | ALMA (CONT'D)<br>You sure that foreman won't fire you for taking off?<br><br>ENNIS takes his rod, reel and creel case out of the closet.<br><br>ENNIS<br>That foreman owes me. I worked through a blizzard last Christmas, remember? Besides, I'll only be a couple of days. |

blizzard last Christmas. You remember that?"

Alma tilted her head and looked at Ennis with disbelief.

Ennis says, "Besides, I'll only be a couple of days." He clears his throat and walks pass her, again not making eye contact.

Alma follows him with her eyes; her arms still folded.

CHART 2

"Ang also questioned whether the audience seeing Alma's reaction to witnessing Ennis and Jack kissing"

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| Annette witnesses James performing oral sex on Reginald. | Alma witnesses Ennis passionately kissing Jack. | Outside Del Mar Apartment (Kissing) | Jack took the stairs two and two. They seized each other by the shoulders, hugged mightily, squeezing the breath out of each other, saying, son of a bitch, son of a bitch, then, and easily as the right key turns the lock tumblers, their mouths came together, and hard, Jack's big teeth bringing blood, his hat falling to the floor, stubble rasping, wet saliva welling, and the door opening and Alma looking out for a few seconds at Ennis's straining shoulders and shutting the door again and still they clinched, pressing chest and groin and thigh and leg together, treading on each other's toes until they pulled apart to breathe and Ennis, not big on endearments, said what he said to his horses and daughter, little darling. |
| She went into the guest bedroom and pulled a quilt from the shelf in the closet. | Ennis stands on the landing looking down at Jack. He says, "Jack fucking Twist," as he hurries down the steps. | ENNIS has stepped out of his apartment onto a small landing at the top of the back stairs outside, closes the door behind him, as he sees Jack. | |
| She walked back into the living room and stopped short of the threshold, her eyes wide open. | They hug violently. Ennis's eyes are closed. Jack whispers, "sonofabitch." They lean back then look at each other. Ennis looks around then grabs Jack by his vest, pushes him against the house and kisses him, holding Jack's face in his hands. Jack's hat falls to the ground. They didn't notice Alma standing in the door looking down at them. | ENNIS hurries down the stairs, taking them two at a time. | |
| She didn't say a word. | | Seize each other by the shoulders, hug mightily, squeezing the breath out of each other, saying sonofabitch, sonofabitch. | |
| She just stood there and watched James, who was on his knees, performing oral sex on Reginald. She looked at the camera to see if it was recording. | | Then ENNIS looks around. Pulls JACK over to a small gangway. Shoves him against the wall. | |
| Reginald threw his head back and closed his eyes. | Jack then grabs Ennis's face. They stop kissing and look into each other's eyes. Jack pushes Ennis against the house and they kiss passionately. | Then, as easily as the right key turns the lock tumblers, their mouths come together. | |
| They didn't notice she'd returned. James was suckling his penis as if he were in love with it... | Unbeknownst to them, Alma opens the door and stand at the threshold. She looks down as she opens the storm door slightly. She sees Ennis and Jack kissing. Her eyes widen; shocked by what she is witnessing. | (CONT'D) Del Mar Apartment | |
| She couldn't believe what she was witnessing. James looked up at Reginald, his tongue taunting the head of his penis. | She doesn't say anything. She closed the door and walked away. | ALMA comes to the door at the top of the second-story landing. ALMA starts to open it, then looks out: and ALMA sees ENNIS'S straining shoulders. She sees them kissing, JACK'S tilted the other direction, their arms around one another. | |

*Continuation from previous page (BBM Screenplay column):*

ALMA quickly and quietly closes the door again.

She backs away from the front door a step or two, pale, struggling, trying to take in what she has just witnessed

ALMA has seen what she has seen, having aged years in the space of a few moments: sees her husband's turmoil…and notices JACK's trembling hand.

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
| --- | --- | --- | --- |
| **Minutes after witnessing James perform oral sex on Reginald** | **Minutes after Alma witness Ennis & Jack kissing** | **Minutes after Alma witness Ennis & Jack kissing** | N/A |
| …Annette looked towards the front door. *It's true, he is bisexual.* She felt the tears building up as she turned to watch the life she once knew die a slow, painful death. Our life will never be the same, she said.<br><br>Annette walked away from the camera and into the kitchen…<br><br>…Annette couldn't believe her eyes.<br><br>The man she once knew had become a stranger in a matter of two hours.<br><br>She noticed how calm he was. His demeanor had changed from what she knew. He was relaxed. | She walked through the foyer into the kitchen. Looking down, she leans on the table with her left hand. | ALMA quickly and quietly closes the door again.<br><br>She backs away from the door a step or two, pale, struggling; trying to take in what she has just witness.<br><br>…ALMA has seen what she has seen, having aged years in the space of a few moments: sees her husband's turmoil…and notices JACK'S trembling hands. | |

**CHART 3**

"How would she know that her husband was in love with another man? Thus the scene that you see in the final film."

| Husband on the Down Low | BBM Motion Picture | BBM Screenplay | BBM the Short Story 2005 |
|---|---|---|---|
| (The day after their Anniversary) Annette confronts James on his sexuality. James tells Annette that he purposely wrote the note to her in his journal, for her to find it. | (Thanksgiving Day) Alma confronts Ennis on his sexuality. She tells Ennis that she purposely wrote a note and tied it to his creel case for him to find it. | Monroe Household: Thanksgiving Night | He had no serious hard feelings, just a vague sense of getting short-changed, and showed it was all right by taking Thanksgiving dinner with Alma and her grocer and the kids, sitting between his girls and talking horse to them, telling jokes, trying not to be a sad daddy. After the pie alma got him off in the kitchen scraped the plates and said she worried about him and he ought to get married again. He saw she was pregnant, about four, five months, he guessed. |
| "Did you enjoy yourself last night, James?" | Alma's in the kitchen scraping a plate after finishing dinner. The girls and Monroe are in the living room watching television. Ennis is cleaning off the dining room table. He enters the kitchen carrying two plates. He gives them to Alma. He wash his hands in the sink. | Ennis gallantly brought a dinner plate or two into the kitchen, sets them on the counter. | |
| "Damn, what's with the evil eye? Yeah, it was all right. Did you?" | | Leans against the counter. | |
| | | ALMA is scraping food off the dinner plates. | |
| "That's what I want to talk about this morning. I always enjoy it when you and I have sex, James. So, yes, that part of the night I enjoyed. But watching you suck another man's dick came as a shock to me." | Looking down while scraping a plate Alma says, "You outta get married again. Me and the girls worry about you being alone so much". | ALMA (trying to start conversation) You ought to get married again, Ennis. (pause) Me and the girls worry 'bout you bein' alone so much. | |
| Annette I wanted—" | Ennis is bent over looking out the window. He looks at Alma as he dried his hands on a dish towel. He leans back and says, "Well, once burned." He turns and leans back on the counter. | ENNIS (feeling too big for the room) Once burned.... | "Once burned," he said, leaning against the counter, feeling too big for the room. "You still go fishin with that Jack Twist?" |
| "No, don't say shit to me right now. Just listen. I don't give a damn what you are going to say after I say what I have to say. Whatever you think or feel is | | ALMA (scraping) You still go fishin' with Jack Twist? | "Some." He thought she'd take the pattern off the plate with the scraping. |
| | | ENNIS Not often. | "You know," she said, and from her tome he knew something was coming, "I used to wonder how come you never brought any trouts home. |
| Alma looks down as she's | | ALMA | |

moot, as far as I'm concerned."

She picked up the journal.
"This is your journal, James!"

"What are you doing with —"

"It would behoove you to shut the fuck up and listen to what I have to say." She held the journal up in front of his face. "I've read most of this journal. My heart ached as I read it and found out that you had had sex with another man."

"But Ann— "

"No, shut up James! I could go off on your ass and start yelling and cussing and screaming and throwing shit, but that wouldn't solve anything. Besides, I'm not going to tear up my own shit. I never would have thought my husband, my friend, the father of my child, would do this to me — deceive me; deceive us, Kynosha and me, this way."

She started sobbing.

---

washing dishes. She raises her head slightly and ask, "You still go fishing with Jack Twist?"

Ennis looks down and hesitate. He says, "Not often."

Alma shakes her head as if to say "no." They never make eye contact. She says, "You know, I used to wonder how come you never brought any trouts home. You always said you caught plenty and you know me and the girls like fish."

She paused. Ennis looks down. He moves to reposition himself. He let out a grunt.

Alma continues, "So one night I got your creel case out the night before you went on one of your little trips. The price tag still on it after 5 years. And I tied a note to the end of the line. It said, Hello Ennis, bring some fish home, Love Alma."

Alma cut her eyes to the left to look at Ennis. Ennis, still

---

You know, I used to wonder how come you never brought any trouts home.

From her tone, ENNIS knows something is coming.

ALMA (CONT'D) (trembling, but controlled)
...Always said you caught plenty, and you know how me and the girls like fish. (pause) So one night I got your creel case open the night before you went on one a your little trips—and I tied a note to the end of the line. It said, Hello, Ennis, bring some fish home, love Alma'...(pause)
...And then you come back lookin' all perky and said you'd caught a bunch a browns and ate them up. Do you remember?

Looks over at ENNIS, stiff.

ALMA is scraping harder and faster, as if she means to take the pattern off the plates.

---

Always said you caught plenty. So one time I got your creel case open the night before you went on one a your little trips—price tag still on it after five years—and I tied a note on the end of the line. It said, 'Hello Ennis, bring some fish home, love Alma.' And then you come back and said you'd caught a bunch a browns and ate them up. Remember? I looked in the case when I got a chance and there was my note still tied there and that line hadn't touched water in its life." As though the word "water" had called out its domestic cousin, she twisted the faucet, sluiced the plates.

"That don't mean nothin'"

"Don't lie, don't try to fool me, Ennis. I know what it means. Jack Twist!' Jack Nasty. You and him— "

She'd overstepped his line. He seized her wrist and twisted; tears sprang and rolled, a dish clattered.

"As I lay in the bed this morning, reflecting, trying to figure out where I —" "This has nothing to —"

"Shut up James! Please don't interrupt me anymore!"

"Okay, I'm sorry."

Annette dropped her head on the table and cried. She had the journal under her head. James sat there confused.

He touched her on the shoulder.

"Get your goddam hand off me! You are a no good sonofabitch! Do not fucking touch me, you faggot bastard!

"Anne—"

"I don't wanna hear it James. I don't want to hear shit you have to say!"

She pushed back from the table and ran into the bedroom crying.

---

looking down. She continues, "And then you come back looking all perky and said you caught a bunch of browns and you ate them up. Do you remember?" Ennis looks down in shame.

She continues, her eyes filled with tears, "I looked in that case the first chance I got and there was my note, still tied there. That line hadn't touched water in its life."

She looks up at him. Ennis, still looking down says, "That don't mean nothing Alma." He cut his eyes to the left towards her.

Alma says, "Don't try and fool me no more Ennis, I know what it means."

Ennis breathing deepens. She says, "Jack Twist..." she paused. Ennis' breathing deepens and he says, "Alma".

She continues, "...is Jack Nasty! You didn't go up there to fish."

---

ALMA (CONT'D)
I looked in the case the first chance I got and there was my note still tied there.

ALMA turns on the water in the sink, sluices the plates.

ENNIS
That don't mean nothin' Alma.

ALMA (turns to him)
Don't try to fool me no more, Ennis, I know what it means. Jack Twist?

ENNIS
Alma...

ALMA
Jack Nasty. You didn't go up there to fish. You and him...

ENNIS grabs her wrist and twists it.

ENNIS
Now you listen to me, you don't know nothin' about it.

Tears spring to her eyes, she

---

"Shut up," he said. "Mind your own business. You don't know nothing about it."

"I'm goin a yell for Bill."

You fuckin go right ahead. Go on and fuckin yell. I'll make him eat the fuckin floor and you too."

He gave her another wrench that left her with a burning bracelet, shoved his hat on backward and slammed out.

drops a dish.

ALMA

 I'm goin' to yell for Monroe.

ENNI

Go on and fuckin' yell. I'll make him eat the fuckin' floor and you, too.

ALMA (crying)

 Get out, get out, get out!

ALMA is crying hard now, years of pain and anger welling up and spilling over.

---

Ennis turns and grabs her left arm. He leaned down close to her face and says, "You don't know nothing 'bout that!"

Scared and crying, Alma says, "I'm gonna yell for Monroe!"

Enraged, Ennis tells her to go right ahead, and that he'll make him eat the fucking floor and her too. He raised his fist.

Alma screamed, "Get out! Get out Ennis del Mar! You get out!"

Ennis storms through the living room and out the door. Monroe turns towards the kitchen and says "Alma." He never goes in to check on her.

The girls stand up and say, "Daddy" as they follow him onto the porch. Jenny says, "bye Daddy."

---

"Annette!"

"Fuck you, James!"

"Annette, I'm so so sorry. I didn't know how to tell you, how to explain it to you. I didn't know what you would think of me."

She turned her head to the side. "You're fucking trifling! That's what I think about your ass!"

"After you questioned me about Thomas and Jenny that night you were watching The Birdcage, I sensed that you had read my journal, so I had to find a way to tell you the truth. I put it back in my bag so you could find it again. That's why I wrote what I wrote and put your name in the title. That was my way of telling you who I really was. I didn't know how to come to you. I was so afraid. I didn't want to lose you."

"You should be afraid, motherfucker!"

She sat up on the bed. "You're telling me that you did this shit on purpose? You hurt me on purpose? What kind of sick motherfucker are you? Get the hell outta this house! I don't want to see you right now! I can't stand the sight of you, James! Get the fuck out, now!"

## _Plaintiff's Exhibit F_
## _Brokeback Mountain Soundtrack Information_
## _From Website Internet Movies Data Base_



**Federal Funds Rate**

**Fed Cuts Rate: Refinance Now!**

Fed cuts rate to 4.50%

Refinance $400,000 for only $1,709/month*
Refinance $300,000 for only $1,282/month*
Refinance $200,000 for only $855/month*

**LendingTree** *Terms & Conditions Apply

The Internet Movie Database

All         **more** | **tips**

IMDb > Brokeback Mountain (2005) > Soundtracks

SHOP *BROKEBACK*



Soundtracks for

# Brokeback Mountain (2005)



**photos**  **board**  **trailer**  **Pro details**

Please note that songs listed here (and in the movie credits) cannot always be found on CD soundtracks. Please check CD track details for confirmation.



...g P2
with 3' touchscreen

SAMSUNG

advertisement

**Quicklinks**

soundtrack listing

**Top Links**

trailers and videos
full cast and crew
trivia
official sites
memorable
quotes

**Overview**

main details
combined details
full cast and crew
company credits
tv schedule

**Promotional**

taglines
trailers and videos
posters
photo gallery

**Awards & Reviews**

user comments
external reviews

- "The Cowboy's Lament"
  Traditional

- "Water Walking Jesus"
  Written by James McMurtry, Stephen Bruton and Annie Proulx

- "Jukebox"
  Written and Performed by Ken Strange, Randall Pugh and Ron Guffnett
  Courtesy of Sourcerer

- "Trust in Lies"
  Written by Rick Garcia and Craig Eastman
  Performed by The Raven Shadows featuring Tim Ferguson

- "Battle Hymn of the Republic"
  Traditional
  Performed by Casey Smith, Darrell Croft, Lloyd Pollock, Peter Orr and Ken Hart

11/31/2007

newsgroup
reviews
awards
user ratings
parents guide
recommendations
message board

**Plot & Quotes**

plot summary
plot synopsis
plot keywords
Amazon.com
summary
memorable
quotes

**Fun Stuff**

trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie
connections
FAQ

**Other Info**

merchandising
links
box
office/business
release dates
filming locations
technical specs
laserdisc details
DVD details
literature listings
news articles

**External Links**

showtimes
official sites
miscellaneous
photographs
sound clips
video clips

- "I Won't Let You Go"
  Written, Produced and Performed by Gustavo Santaolalla

- "Angel Went Up in Flames"
  Written, Produced and Performed by Gustavo Santaolalla

- "No One's Gonna Love You Like Me"
  Written and Produced by Gustavo Santaolalla
  Performed by Mary McBride

- "All Night Blues"
  Written by Rick Garcia and Craig Eastman
  Performed by The Raven Shadows

- "I Love Doing Texas With You"
  Written by Tom Wesselmann
  Performed by Kevin Trainor
  Courtesy of ACM Records

- "King of the Road"
  Written by Roger Miller
  Performed by Roger Miller
  Courtesy of Tree Productions

- "A Love That Will Never Grow Old"
  Written by Gustavo Santaolalla and Bernie Taupin
  Performed by Emmylou Harris
  Emmylou Harris appears courtesy of Nonesuch Records

- "Quizas, Quizas, Quizas"
  Written by Osvaldo Farrés
  Produced by Gustavo Santaolalla
  Performed by Rick Garcia

- "Capriccio Espagnol, op. 34"
  Composed by Nikolai Rimsky-Korsakov
  Arranged by Jim Long
  Performed by Philharmonica Slavonica
  Courtesy of Point Classics LLC

- "Mason Dixon Line"
  Written by Jeff Wilson
  Performed by Jeff Wilson
  Courtesy of Marc Ferrari/Mastersource

- "Eyes of Green"

Page 2 of 4

11/21/2007

Written by Jeff Wilson
Performed by Jeff Wilson
Courtesy of Marc Ferrari/Mastersource

- "Devil's Right Hand"
  Written by Steve Earle
  Performed by Steve Earle

- "It's So Easy"
  Written by Buddy Holly
  Performed by Linda Ronstadt
  Courtesy of Elektra Entertainment Group
  By Arrangement with Warner Strategic Marketing

- "I Don't Want to Say Goodbye"
  Written and Produced by Gustavo Santaolalla
  Performed by Teddy Thompson
  Teddy Thompson appears courtesy of Verve Forecast

- "D-I-V-O-R-C-E"
  Written by Bobby Braddock and Curly Putman
  Performed by Tammy Wynette
  Courtesy of Epic Records
  By Arrangement with Sony BMG Music

- "Melissa"
  Written by Stephen Alaimo and Gregg Allman
  Performed by The Allman Brothers Band
  Courtesy of Island Def Jam Music Group
  Under license from Universal Music Enterprises

- "I'll Be Gone"
  Written and Performed by Terry Gadsden and Fred Kinck-Petersen
  Courtesy of DeWolfe Music

- "I'm Always on a Mountain When I Fall"
  Written by Merle Haggard
  Performed by Merle Haggard
  Courtesy of Tree Productions

- "He Was a Friend of Mine"
  Written by Bob Dylan
  Produced by Larry Campbell
  Performed by Willie Nelson
  Willie Nelson appears courtesy of DreamWorks Records Nashville

- "Maker Makes"
  Written by Rufus Wainwright
  Performed by Rufus Wainwright

Courtesy of Universal Records
Under license from Universal Music Enterprises

## Related Links

| | | |
|---|---|---|
| Trivia | Goofs | Quotes |
| Movie connections | FAQ | Main details |
| IMDb soundtracks browser | Search soundtracks section | |

Browse titles with soundtracks by letter

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Other

**Sponsored Links**

*You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.*

**Lose 20 Pounds In 3 Weeks**
Amazing Chinese weight loss secret. As seen on Oprah and 60 Minutes.
www.wu-yisource.com

**GEICO Car Insurance**
How much could you save? Get a free car insurance quote today.
www.GEICO.com

**Live Like a Millionaire**
Without the price tag. Triple your nest egg with complete safety.
www.boardroom.com

Get listed here

Home  | Search  | Now Playing  | News  | My Movies  | Games  | Boards  | Help  | US Movie Showtimes  | Top 250  | Register  | Recommendations
Box Office  | Index  | Trailers  | Jobs  | IMDbPro.com - Free Trial  | IMDb Resume

Copyright © 1990-2007 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.

11/21/2007



**WorldCat Detailed Record**

The LIBRARY of CONGRESS

- Click on a checkbox to mark a record to be e-mailed or printed in Marked Records.

**Home** | **Databases** | **Searching** | **Results** | Staff View | My Account | Options | Comments | **Exit** | Hide tips

**List of Records** | **Detailed Record** | **Marked Records** | **Saved Records** | Go to page ▼

Subjects | Libraries | E-mail | Print | Export | Help    **WorldCat** results for: kw: brokeback and kw: mountain. Record 8 of 119.    WorldCat

◄ 8 ►
Prev   Next
Mark: ☐

**Detailed Record**    Add/View Comments



# Brokeback Mountain
## original motion picture soundtrack /

Gustavo Santaolalla;  Willie Nelson;  Emmylou Harris;
Teddy Thompson;  Rufus Wainwright;  Steve Earle;
Mary McBride, singer.;  Jackie Greene;  Linda Ronstadt

2005
**English** 🔊 Sound Recording : Music : Multiple forms : ◉ Compact disc 1 sound disc : digital ; 4 3/4 in.
Universal City, Calif. : Verve Forecast : Distributed by Universal Music & Video Distribution,

**GET THIS ITEM**

Availability: **Check the catalogs in your library.**
- Libraries worldwide that own item: 469
- 🌐 Connect to the catalog at the Library of Congress

External Resources: ● Find It!
- ● Cite This Item

**FIND RELATED**

More Like This: Search for versions with same title and author | Advanced options …
Find Items About: Brokeback Mountain (5); Santaolalla, Gustavo. (1); Nelson, Willie, (max: 101); Harris, Emmylou. (8); Wainwright, Rufus. (max: 2); Earle, Steve. (15); Greene, Jackie. (1); Ronstadt, Linda. (34)
Title: **Brokeback Mountain**
**original motion picture soundtrack /**
Author(s): Santaolalla, Gustavo.  (Composer)
Nelson, Willie,; 1933- ; (Performer)
Harris, Emmylou. ; (Performer)
Thompson, Teddy. ; (Performer)
Wainwright, Rufus,; 1973- ; (Performer)
Earle, Steve. ; (Performer)
McBride, Mary,; singer.
Greene, Jackie. ; (Performer)
Ronstadt, Linda. ; (Performer)
Corp Author(s): Gas Band. ; (Performer)

**Publication:** Universal City, Calif. :; Verve Forecast :; Distributed by Universal Music & Video Distribution,

**Year:** 2005

**Description:** 1 sound disc :; digital ;; 4 3/4 in.

**Language:** English

**Music Type:** Country music; Motion picture music; Multiple forms

**Standard No:** Publisher: B0005604-02; Verve Forecast; Other: 602498865859

**Contents:** Opening —; He was a friend of mine; (Willie Nelson) —; Brokeback Mountain 1 —; A love that will never grow old; (Emmylou Harris) —; King of the road; (Teddy Thompson & Rufus Wainwright) —; Snow —; The devil's right hand; (Steve Earle) —; No one's gonna love you like me; (Mary McBride) —; Brokeback Mountain 2 —; I don't want to say goodbye; (Teddy Thompson) —; I will never let you go; (Jackie Greene) —; Riding horses —; An angel went up in flames; (Gas Band) —; It's so easy; (Linda Ronstadt) —; Brokeback Mountain 3 —; The maker makes; (Rufus Wainwright) —; The wings.

**SUBJECT(S)**

**Descriptor:** Motion picture music.
Country music -- 2001-2010.

**Note(s):** In part country songs./ Compact disc./ Participants: Various performers.

**Class Descriptors:** Dewey: 781.5/42/1642

**Other Titles:** Brokeback Mountain (Motion picture)

**Responsibility:** [original score by Gustavo Santaolalla].

**Vendor Info:** Baker and Taylor (BTCP)

**Material Type:** Musical recording (msr); CD audio (cda)

**Document Type:** Sound Recording

**Entry:** 20051117

**Update:** 20070718

**Accession No:** OCLC: 62297487

**Database:** WorldCat



      
Subjects  Libraries  E-mail  Print  Export  Help    **WorldCat** results for: **kw: brokeback and kw: mountain.** Record **8 of 119.**

English  |  Español  |  Français  |        |        |        |            |  Options  |  Comments  |

**Exit**

© 1992-2007 OCLC
Terms & Conditions

*Plaintiff's Exhibit G*
*Copyright Application For Short Story*
*By Dead Line, Ltd., April 8, 2004*

Copyright Offi
For current fe
website at ww
right Office o





**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-980-053

EFFECTIVE DATE OF REGIS

| 04 | 08 | 2004 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

Brokeback Mountain

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

The New Yorker

If published in a periodical or serial give     **Volume ▼**     **Number ▼**     **Issue Date ▼** October 13, 1997     **On Pages ▼** 74-85

**2**

**a**

**NAME OF AUTHOR ▼**

Dead Line Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?     ☑ Yes     ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes     ☑ No     If the answer to either of these questions is Yes see detailed instructions
Pseudonymous?     ☐ Yes     ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?     ☐ Yes     ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes     ☐ No     If the answer to either of these questions is Yes see detailed instructions
Pseudonymous?     ☐ Yes     ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?     ☐ Yes     ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes     ☐ No     If the answer to either of these questions is Yes see detailed instructions
Pseudonymous?     ☐ Yes     ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◄ Year in all cases
1997

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ October     Day ▶ 13     Year ▶ 1997
USA     ◄ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Dead Line Ltd
P O Box 230
Centennial WY 82055 0230

**APPLICATION RECEIVED**
A 2 0 2 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
A 2 0 2 2004

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**     Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Added by C O  Authority of remitter's email
received 07/13/2004

EXAMINED BY _____ jbc
CHECKED BY _____                     FORM TX

☑ CORRESPONDENCE
   Yes                                          FOR
                                           COPYRIGHT
                                             OFFICE
                                              USE
                                              ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▶

Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed  ▼

See instructions
before completing
this space

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼

**7**

Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

**b**

John R  Posthumus  Esq  Greenberg Traurig  LLP
1200 17th St  Ste  2400
Denver  CO  80202

Area code and daytime telephone number ▶ 303  572  6500
Email ▶
posthumusj@gtlaw com                                    Fax number ▶ 303  572  6540

**CERTIFICATION**  I  the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Dead Line Ltd

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

John R  Posthumus
Handwritten signature (X) ▼                                Date ▶ March 24, 2004

X ___Jŏhn Posthumus_____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
John R  Posthumus  Esq  Greenberg Traurig  LLP
Number/Street/Apt ▼
1200 17th St  Ste  2400
City/State/ZIP ▼
Denver  CO  80202

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev  July 2003—xxx  Web Rev  July 2003  ⊛ Printed on recycled paper

U S  Government Printing Office  2000-461 113/20 021

*Plaintiff's Exhibit H*
*Copyright Application For Motion Picture*
*February 21, 2006*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-318-774**

EFFECTIVE DATE OF REGISTRATION

**FEB 2 1 2006**

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

BROKEBACK MOUNTAIN

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Motion Picture

**2**

**a** NAME OF AUTHOR ▼

Del Mar Productions, LLC

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work except as noted in space 6

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2005
◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month December   Day 9   Year 2005
United States     ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Universal City Studios Productions LLLP
100 Universal City Plaza
Universal City, California  91608

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

APPLICATION RECEIVED
FEB 2 1 2006
ONE DEPOSIT RECEIVED
FEB 2 1 2006 (?) 35mm
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  2  pages

EXAMINED BY ☐☐

CHECKED BY  PDW

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼ If your answer is no, go to space 7.
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published music used with permission, based on the short story by Annie Proulx

Material Added to This Work Give a brief, general statement of the material that has been added to the work and in which copyright is claimed. ▼

All other cinematographic material

**6**
a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                   Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
Universal Studios
100 Universal City Plaza
Universal City, Ca 91608
Attn  Patricia Villalobos
Area code and daytime telephone number ▶ ( 818 )  777-1899          Fax number ▶ ( 818 )  866-6339
Email ▶ pat.villalobos@unistudios.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Universal City Studios Productions LLLP
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Patricia Villalobos                                                    Date ▶ February 15, 2006

Handwritten signature (X) ▼
x _Patricia Villalobos_

Certificate
will be
mailed in
window
envelope
to this
address

Universal City Studios LLLP
Attn  Patricia Villalobos
100 Universal City Plaza, 1280/6
Universal City, California  91608

**9**

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
JUN REV June 1999          FP BROKEBACK MOUNTAIN   ● PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/69

## _Plaintiff's Exhibit I_
## _Plaintiff's Email Exchange With Ms. Wai_

From: becky wai <befun88@gmail.com>
To: secksyjay@aol.com <secksyjay@aol.com>
Sent: Sun, 8 Oct 2006 3:21 am
Subject: Re: Re: Question for you...

Yes. The one you can buy from bookstore is the actual movie. The one you bought from me has the changes with deleted scences used for the movie.
Becky

On 10/7/06, secksyjay@aol.com <secksyjay@aol.com> wrote:
>
> Oh, okay...thanks. So, it's different from what you buy from the bookstore?
>
> Janice
>
> -----Original Message-----
> From: befun88@gmail.com
> To: secksyjay@aol.com
> Sent: Sat, 7 Oct 2006 10:49 AM
> Subject: Re: Question for you...
>
>
> HI Janice,
> A friend of mind who worked on the set during filming last year gave me a copy and your copy is the photocopy of my copy.
> Becky
>
> On 10/7/06, secksyjay@aol.com <secksyjay@aol.com> wrote:
> >
> > Becky,
> >
> > I have a question for you, where did you get the script. Did you buy it
> on eBay as well or did you work on the set?
> >
> > Janice
> >
> > -----Original Message-----
> > From: befun88@gmail.com
> > To: secksyjay@aol.com
> > Sent: Fri, 6 Oct 2006 10:23 AM
> > Subject: Re: Re: Notification of payment received
> >
> >
> > HI Jenice,
> > I sent your script out on last friday and it will take at least 10
> > to 12 business days from Canada to US. You should be getting it
> > sometime next week. Thanks.

> > Becky
> >
> > On 10/6/06, secksyjay@aol.com <secksyjay@aol.com> wrote:
> > >
> > > Becky,
> > >
> > > I emailed you a couple of days ago asking when I would receive my
> order, and have yet to hear from you. If I haven't heard from you by days end
> > tomorrow, Saturday, I will cancel payment through PayPal.
> > >
> > > Regards.
> > >
> > > -----Original Message-----
> > > From: befun88@gmail.com
> > > To: secksyjay@aol.com
> > > Sent: Thu, 28 Sep 2006 4:21 AM
> > > Subject: Re: Notification of payment received
> > >
> > >
> > > hi,
> > > Thank you for your payment. I'll send your
> > > item out tomorrow. Please let me know as soon as you
> > > get it and if
> > > possible, please leave me a feedback on ebay and I'll do the same. It
> > > has been very nice doing business with you and I hope I'll see you
> > > again soon on e bay. Take care
> > >
> > > On 9/27/06, secksyjay@aol.com <secksyjay@aol.com> wrote:
> > > >
> > > >
> > > >
> > > > You've Got New Funds!
> > > >
> > > > Dear becky wai,
> > > >
> > > >
> > > >
> > > > This email confirms that you have received a payment for $24.50 USD
> > from Janice Scott-Blanton (secksyjay@aol.com).
> > > >
> > > >
> > > > Receipt ID: 4572-5455-4379-2141
> > > >
> > > >
> > > > The number above is the buyer's receipt ID for this transaction.
> > Please retain it for your records so that you will be able to reference

>         this transaction for customer service.
> > > >
> > > > _____
> > > >
> > > > View the details of this transaction online
> > > >
> > > >
> > > > Payment Details
> > > > Total Amount:$24.50 USD
> > > > Currency:U.S. Dollars
> > > > Transaction ID:28W44040GJ720421Y
> > > > Item Price:$9.50 USD
> > > > Total Shipping:$15.00 USD
> > > > Insurance:$0.00 USD
> > > > Quantity:1
> > > > Item/Product Name: EDITED brokeback mountain shooting script
> >      screenplay
> > > > Item/Product Number:230031157890
> > > > Buyer:Janice Scott-Blanton
> > > > Buyer's User
> > ID:seckons_____
> > > > _____
> > > > _____
> > > >
> > > >
> > > > Shipping Information
> > > > Address:Janice Scott-Blanton
> > > > 3578 Wharf Lane
> > > > Triangle, VA 22172
> > > > United States
> > > >
> > > > Address Status:Confirmed
> > > >
> > > > Thank you for using PayPal!
> > > > The PayPal Team_____
> > > >
> > > > _____
> > > > Copyright (c) 1999-2006 PayPal. All rights reserved.
> > > >
> > > > PayPal Email ID PP345
> > >
> > > _____
> > > Check out the new AOL. Most comprehensive set of free safety and
> > security
> > > tools, free access to millions of high-quality videos from across the
> > web,

> > > free AOL Mail and more.
> > >
> >
> > _____
> > Check out the new AOL. Most comprehensive set of free safety and
> security
> > tools, free access to millions of high-quality videos from across the
> web,
> > free AOL Mail and more.
> >
>
> _____
> Check out the new AOL. Most comprehensive set of free safety and security
> tools, free access to millions of high-quality videos from across the web,
> free AOL Mail and more.
>

### _Plaintiff's Exhibit J_
### _Historical Weather Data For_
### _Calgary, Alberta, Canada From_
### _May 25, 2004 To August 5, 2004_



# wunderground.com

## History for Calgary, AB
### on Monday, May 24, 2004

May 24, 2004

**Custom Date Query** - Choose two dates less than or equal to one year apart

From:
May [ 24 ] [ 2004 ]

To:
May [ 25 ] [ 2005 ] [Go]

### Summary

| | Max | Avg | Min | |
|---|---|---|---|---|
| **Temperature** | | | | |
| Max Temperature | 89 °F / 31 °C | 51 °F / 10 °C | -7 °F / -21 °C | |
| Mean Temperature | 74 °F / 23 °C | 41 °F / 5 °C | -18 °F / -27 °C | |
| Min Temperature | 62 °F / 16 °C | 31 °F / -1 °C | -29 °F / -33 °C | |
| **Degree Days** | Max | Avg | Min | Sum |
| Heating Degree Days (base 65) | 83 | 24 | 0 | 8842 |
| Cooling Degree Days (base 65) | 10 | 0 | 0 | 45 |
| Growing Degree Days (base 50) | 24 | 3 | 0 | 1012 |
| **Dew Point** | Max | Avg | Min | |
| Dew Point | 64 °F / 17 °C | 27 °F / -2 °C | -38 °F / -38 °C | |
| **Precipitation** | Max | Avg | Min | Sum |
| Precipitation | 0.00 in / 0.0 cm | 0.00 in / 0.0 cm | 0.00 in / 0.0 cm | 0.00 in / 0.00 cm |
| **Snowdepth** | - | - | - | |
| **Wind** | Max | Avg | Min | |
| Wind | 45 mph / 72 km/h | 8 mph / 13 km/h | 0 mph / 0 km/h | |
| Gust Wind | 58 mph / 93 km/h | 23 mph / 38 km/h | 17 mph / 27 km/h | |
| **Pressure** | Max | Avg | Min | |
| Pressure | 30.82 in / 1044 hPa | 30.03 in / 1017 hPa | 29.28 in / 991 hPa | |





Show full METARS (help) - Comma Delimited File

| Date | Temperature (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Pressure (in) | | | Visibility (mi) | | | Wind (mph) | | | | Gust Speed (mph) | Precipitation (in) | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | | high | sum | |
| **May** | | | | | | | | | | | | | | | | | | | | | |
| 24 | 55 | 44 | 32 | 37 | 33 | 28 | 100 | 68 | 36 | 30.18 | 30.16 | 30.06 | - | 15 | 15 | 14 | 6 | | 21 | 0.00 | |
| 25 | 64 | 48 | 33 | 37 | 34 | 30 | 93 | 54 | 28 | 30.04 | 29.80 | 29.51 | - | 15 | 15 | 23 | 5 | | 36 | 0.00 | Rain |
| 26 | 64 | 57 | 50 | 43 | 35 | 32 | 67 | 46 | 30 | 29.57 | 29.47 | 29.44 | - | 15 | 15 | 25 | 11 | | 33 | 0.00 | Rain |
| 27 | 64 | 52 | 39 | 45 | 38 | 34 | 87 | 56 | 32 | 29.65 | 29.62 | 29.59 | - | 16 | 15 | 17 | 5 | | 23 | 0.00 | Rain |
| 28 | 64 | 54 | 44 | 45 | 38 | 34 | 87 | 62 | 39 | 29.62 | 29.60 | 29.51 | - | 17 | 15 | 20 | 6 | | 31 | 0.00 | Rain |
| 29 | 53 | 48 | 44 | 45 | 44 | 41 | 93 | 81 | 67 | 29.79 | 29.68 | 29.61 | - | 17 | 15 | 31 | 13 | | 37 | 0.00 | Rain, Thunderstorm |
| 30 | 60 | 52 | 44 | 43 | 40 | 34 | 93 | 61 | 39 | 29.82 | 29.79 | 29.74 | - | 16 | 15 | 21 | 12 | | 29 | 0.00 | Rain |
| 31 | 64 | 54 | 44 | 39 | 35 | 25 | 81 | 51 | 24 | 29.93 | 29.87 | 29.83 | - | 15 | 15 | 16 | 7 | | 17 | 0.00 | Rain |
| **June** | | | | | | | | | | | | | | | | | | | | | |
| | Temperature | | | Dew Point | | | Humidity | | | Pressure | | | Visibility | | | Wind | | | Gust | Precipitation | Events |

Case 1:07-cv-00098-RMU    Document 54-2    Filed 11/30/2007    Page 61 of 97

| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | | Speed high | avg | high | sum | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 64 | 52 | 41 | 39 | 37 | 30 | 81 | 53 | 30 | 30.01 | 29.97 | 29.93 | – | 15 15 | 16 7 | 22 | 0.00 | |
| 2 | 66 | 55 | 44 | 37 | 35 | 34 | 76 | 48 | 32 | 30.12 | 30.06 | 30.00 | – | 15 15 | 15 8 | – | 0.00 | Rain |
| 3 | 69 | 58 | 46 | 39 | 36 | 32 | 71 | 43 | 25 | 30.14 | 30.12 | 30.02 | – | 15 15 | 16 6 | 17 | 0.00 | Rain, Thunderstorm |
| 4 | 75 | 58 | 42 | 37 | 36 | 25 | 76 | 47 | 25 | 30.12 | 30.08 | 30.01 | – | 15 15 | 15 7 | – | 0.00 | Rain |
| 5 | 78 | 64 | 51 | 52 | 44 | 28 | 72 | 50 | 28 | 30.00 | 29.82 | 29.54 | – | 15 15 | 23 8 | 37 | 0.00 | |
| 6 | 57 | 52 | 46 | 50 | 46 | 44 | 100 | 76 | 44 | 29.54 | 29.50 | 29.46 | – | 8 3 | 31 10 | 37 | 0.00 | Rain |
| 7 | 57 | 52 | 46 | 42 | 32 | 41 | 93 | 66 | 36 | 30.11 | 29.87 | 29.54 | – | 16 8 | 31 21 | 43 | 0.00 | Rain |
| 8 | 60 | 48 | 35 | 36 | 32 | 36 | 93 | 61 | 36 | 30.16 | 30.12 | 30.09 | – | 15 15 | 16 1 | 21 | 0.00 | Rain, Hail, Thunderstorm |
| 9 | 62 | 50 | 39 | 38 | 34 | 55 | 87 | 68 | 55 | 30.11 | 30.02 | 29.90 | – | 15 22 | 21 10 | 28 | 0.00 | Rain |
| 10 | 59 | 54 | 50 | 47 | 46 | 77 | 100 | 86 | 77 | 29.87 | 29.79 | 29.73 | – | 9 12 | 32 10 | – | 0.00 | Rain |
| 11 | 60 | 55 | 52 | 50 | 43 | 63 | 100 | 82 | 63 | 29.87 | 29.75 | 29.75 | – | 9 12 | 24 4 | – | 0.00 | |
| 12 | 59 | 54 | 48 | 44 | 41 | 59 | 100 | 78 | 59 | 29.94 | 29.87 | 29.86 | – | 4 24 | 6 18 | – | 0.00 | |
| 13 | 60 | 54 | 46 | 52 | 43 | 63 | 100 | 83 | 63 | 29.92 | 29.87 | 29.83 | – | 5 18 | 16 23 | – | 0.00 | |
| 14 | 55 | 48 | 42 | 46 | 44 | 63 | 93 | 81 | 63 | 30.06 | 29.93 | 29.89 | – | 3 18 | 2 23 | – | 0.00 | |
| 15 | 59 | 50 | 42 | 38 | 34 | 45 | 87 | 65 | 45 | 30.26 | 30.14 | 30.06 | – | 2 24 | 8 31 | – | 0.00 | |
| 16 | 60 | 52 | 42 | 42 | 41 | 51 | 93 | 76 | 51 | 30.47 | 30.33 | 30.27 | – | 15 29 | 12 34 | – | 0.00 | Rain |
| 17 | 59 | 48 | 37 | 41 | 39 | 38 | 100 | 67 | 38 | 30.52 | 30.49 | 30.45 | – | 9 32 | 9 41 | – | 0.00 | Rain, Thunderstorm |
| 18 | 62 | 48 | 35 | 39 | 30 | 34 | 93 | 56 | 34 | 30.49 | 30.45 | 30.42 | – | 15 15 | 9 4 | – | 0.00 | Rain |
| 19 | 69 | 55 | 41 | 36 | 37 | 20 | 81 | 44 | 20 | 30.43 | 30.30 | 30.17 | – | 15 12 | 6 18 | – | 0.00 | Rain |
| 20 | 64 | 57 | 50 | 52 | 50 | 47 | 100 | 68 | 47 | 30.27 | 30.17 | 30.09 | – | 15 9 | 5 – | – | 0.00 | |
| 21 | 73 | 58 | 44 | 50 | 41 | 33 | 94 | 60 | 33 | 30.19 | 30.09 | 29.97 | – | 4 21 | 6 30 | – | 0.00 | Rain |
| 22 | 71 | 60 | 50 | 54 | 49 | 38 | 94 | 67 | 38 | 30.12 | 30.08 | 30.04 | – | 4 45 | 5 58 | – | 0.00 | |
| 23 | 64 | 56 | 48 | 50 | 46 | 48 | 94 | 71 | 48 | 30.30 | 30.14 | 30.02 | – | 10 14 | 7 18 | – | 0.00 | Rain, Thunderstorm |
| 24 | 66 | 56 | 52 | 46 | 47 | 52 | 94 | 74 | 52 | 30.33 | 30.29 | 30.27 | – | 5 17 | 5 28 | – | 0.00 | Rain |
| 25 | 69 | 58 | 46 | 54 | 47 | 49 | 93 | 75 | 49 | 30.26 | 30.25 | 30.17 | – | 15 10 | 5 – | – | 0.00 | Rain |
| 26 | 66 | 57 | 48 | 52 | 48 | 40 | 94 | 66 | 40 | 30.30 | 30.25 | 30.22 | – | 2 13 | 4 22 | – | 0.00 | |
| 27 | 69 | 58 | 48 | 50 | 47 | 49 | 93 | 68 | 49 | 30.31 | 30.26 | 30.15 | – | 15 13 | 3 – | – | 0.00 | Rain, Thunderstorm |
| 28 | 77 | 64 | 50 | 54 | 48 | 38 | 94 | 60 | 38 | 30.17 | 30.14 | 30.03 | – | 10 21 | 6 30 | – | 0.00 | Rain |
| | | | | | | | | | | | | | | | | | | Fog |

| Date | Temp High | Temp Avg | Temp Low | Dew High | Dew Avg | Dew Low | Hum High | Hum Avg | Hum Low | Press High | Press Avg | Press Low | Vis High | Vis Avg | Vis Low | Wind High | Wind Avg | Gust High | Precip sum | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 75 | 64 | 53 | 57 | 52 | 48 | 88 | 65 | 41 | 30.10 | 30.04 | 30.02 | 18 | 15 | 2 | 20 | 3 | 29 | 0.00 | Rain |
| 30 | 68 | 62 | 57 | 59 | 52 | 52 | 94 | 82 | 68 | 30.12 | 30.10 | 30.01 | 17 | | 10 | 14 | 3 | - | 0.00 | |
| **July** | | | | | | | | | | | | | | | | | | | | |
| 1 | 75 | 64 | 53 | 59 | 54 | 50 | 100 | 78 | 50 | 30.02 | 29.98 | 29.91 | 15 | | 2 | 16 | 4 | 24 | 0.00 | Rain, Thunderstorm |
| 2 | 71 | 64 | 57 | 55 | 54 | 52 | 88 | 74 | 50 | 30.01 | 29.97 | 29.91 | 15 | | 8 | 20 | 8 | 28 | 0.00 | Rain, Thunderstorm |
| 3 | 66 | 60 | 51 | 57 | 53 | 50 | 94 | 83 | 64 | 30.07 | 29.94 | 29.91 | 13 | | 4 | 20 | 8 | - | 0.00 | Rain, Thunderstorm |
| 4 | 50 | 48 | 46 | 48 | 48 | 45 | 100 | 93 | 82 | 30.31 | 30.19 | 30.08 | 10 | | 1 | 16 | 10 | 17 | 0.00 | Rain |
| 5 | 64 | 52 | 41 | 52 | 43 | 39 | 93 | 81 | 64 | 30.31 | 30.25 | 30.14 | 12 | | 3 | 13 | 5 | 17 | 0.00 | |
| 6 | 71 | 58 | 46 | 55 | 49 | 45 | 94 | 73 | 52 | 30.14 | 29.92 | 29.73 | 12 | | 3 | 10 | 6 | - | 0.00 | Rain |
| 7 | 59 | 52 | 46 | 52 | 46 | 41 | 94 | 82 | 51 | 29.83 | 29.73 | 29.69 | 15 | | 3 | 21 | 13 | 24 | 0.00 | Rain |
| 8 | 60 | 53 | 46 | 48 | 45 | 37 | 100 | 74 | 42 | 29.81 | 29.80 | 29.73 | 15 | | 15 | 21 | 9 | 32 | 0.00 | Rain |
| 9 | 68 | 58 | 48 | 52 | 45 | 43 | 88 | 70 | 43 | 29.95 | 29.85 | 29.84 | 15 | | 15 | 10 | 5 | - | 0.00 | Rain |
| 10 | 73 | 58 | 44 | 55 | 48 | 43 | 93 | 71 | 47 | 30.00 | 29.95 | 29.84 | 16 | | 15 | 18 | 6 | 24 | 0.00 | |
| 11 | 66 | 58 | 50 | 50 | 49 | 39 | 87 | 65 | 42 | 29.96 | 29.86 | 29.79 | 14 | | 2 | 22 | 8 | 30 | 0.00 | |
| 12 | 73 | 65 | 57 | 52 | 41 | 39 | 77 | 49 | 36 | 30.14 | 30.08 | 30.00 | 15 | | 15 | 17 | 9 | 24 | 0.00 | Rain, Hail, Thunderstorm |
| 13 | 75 | 64 | 53 | 57 | 48 | 46 | 82 | 63 | 44 | 30.14 | 30.07 | 29.96 | 16 | | 15 | 17 | 9 | 25 | 0.00 | Rain |
| 14 | 75 | 64 | 53 | 55 | 53 | 50 | 94 | 66 | 41 | 30.12 | 30.06 | 30.01 | 16 | | 15 | 10 | 8 | 18 | 0.00 | Rain, Thunderstorm |
| 15 | 78 | 68 | 57 | 57 | 54 | 52 | 82 | 66 | 44 | 30.16 | 30.14 | 30.05 | 18 | | 10 | 30 | 12 | 33 | 0.00 | |
| 16 | 86 | 68 | 51 | 64 | 56 | 50 | 94 | 68 | 35 | 30.10 | 30.06 | 29.95 | 18 | | 15 | 12 | 4 | - | 0.00 | Rain, Thunderstorm |
| 17 | 89 | 72 | 55 | 61 | 56 | 45 | 94 | 52 | 21 | 29.97 | 29.93 | 29.82 | 15 | | 15 | 14 | 5 | 17 | 0.00 | |
| 18 | 87 | 74 | 62 | 64 | 56 | 43 | 82 | 51 | 31 | 29.99 | 29.93 | 29.83 | 17 | | 15 | 15 | 8 | 20 | 0.00 | |
| 19 | 80 | 70 | 59 | 54 | 50 | 43 | 83 | 62 | 45 | 29.90 | 29.83 | 29.81 | 15 | | 1 | 40 | 12 | 47 | 0.00 | |
| 20 | 77 | 67 | 57 | 54 | 51 | 43 | 82 | 58 | 31 | 29.96 | 29.83 | 29.77 | 15 | | 15 | 23 | 11 | 29 | 0.00 | Rain, Thunderstorm |
| 21 | 69 | 60 | 51 | 50 | 50 | 48 | 88 | 63 | 40 | 30.26 | 30.12 | 29.96 | 15 | | 12 | 17 | 9 | 22 | 0.00 | Rain |
| 22 | 68 | 60 | 51 | 52 | 49 | 48 | 73 | 52 | 36 | 30.38 | 30.33 | 30.29 | 16 | | 15 | 8 | 4 | - | 0.00 | Rain |
| 23 | 75 | 60 | 46 | 52 | 47 | 43 | 88 | 64 | 36 | 30.35 | 30.32 | 30.21 | 17 | | 12 | 13 | 4 | - | 0.00 | Thunderstorm |

Case 1:07-cv-00098-RMU    Document 54-2    Filed 11/30/2007    Page 63 of 97

| Date | Temperature high avg low | | | Dew Point high avg low | | | Humidity high avg low | | | Pressure high avg low | | | Visibility high avg low | | | Wind high avg low | | | Gust Speed high | Precipitation sum | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 82 | 66 | 51 | 50 | 46 | 34 | 88 | 63 | 21 | 30.19 | 30.12 | 30.01 | 18 | 15 | | 16 | 9 | | 18 | 0.00 | |
| 25 | 87 | 69 | 51 | 54 | 45 | 43 | 71 | 53 | 24 | 30.00 | 29.92 | 29.79 | 17 | 15 | | 14 | 5 | | 22 | 0.00 | |
| 26 | 68 | 60 | 51 | 50 | 48 | 45 | 88 | 71 | 43 | 30.07 | 29.96 | 29.88 | 18 | 15 | | 16 | 10 | | 23 | 0.00 | |
| 27 | 68 | 57 | 46 | 50 | 44 | 41 | 88 | 75 | 37 | 30.19 | 30.08 | 30.07 | 16 | 15 | | 26 | 10 | | 33 | 0.00 | |
| 28 | 71 | 58 | 44 | 52 | 41 | 39 | 94 | 80 | 35 | 30.19 | 30.11 | 30.01 | 14 | 6 | | 15 | 3 | | 18 | 0.00 | Rain |
| 29 | 78 | 66 | 55 | 55 | 52 | 50 | 88 | 72 | 39 | 30.05 | 29.90 | 29.79 | 14 | 10 | | 14 | 8 | | – | | Rain |
| 30 | 75 | 65 | 55 | 55 | 51 | 46 | 77 | 62 | 47 | 29.86 | 29.79 | 29.75 | 18 | 15 | | 23 | 10 | | 30 | | Rain, Thunderstorm |
| 31 | 68 | 55 | 53 | 52 | 51 | 48 | 88 | 68 | 52 | 30.01 | 29.91 | 29.89 | 18 | 15 | | 13 | 4 | | 17 | | Rain |
| **August** | | | | | | | | | | | | | | | | | | | | | |
| 1 | 60 | 55 | 50 | 52 | 50 | 48 | 94 | 76 | 63 | 30.14 | 30.06 | 29.98 | 16 | 5 | | 14 | 8 | 5 | – | 0.00 | |
| 2 | 73 | 62 | 51 | 57 | 49 | 48 | 94 | 71 | 53 | 30.06 | 29.99 | 29.90 | 16 | 10 | | 15 | 8 | | – | 0.00 | |
| 3 | 78 | 64 | 51 | 59 | 53 | 50 | 94 | 75 | 47 | 30.09 | 29.99 | 29.90 | 16 | 12 | | 22 | 7 | | 28 | 0.00 | Rain |
| 4 | 73 | 65 | 57 | 57 | 56 | 54 | 94 | 80 | 53 | 29.99 | 29.93 | 29.91 | 13 | 3 | | 15 | 8 | | – | | Rain |
| 5 | 78 | 63 | 48 | 50 | 45 | 45 | 94 | 72 | 44 | 30.02 | 29.98 | 29.94 | 16 | 15 | | 15 | 6 | | 21 | 0.00 | Rain, Thunderstorm |
| 6 | 69 | 58 | 46 | 54 | 47 | 45 | 93 | 69 | 46 | 29.99 | 29.93 | 29.82 | 15 | 15 | | 14 | 5 | | – | 0.00 | Rain, Thunderstorm |
| 7 | 62 | 56 | 50 | 52 | 51 | 45 | 94 | 79 | 55 | 29.99 | 29.94 | 29.90 | 17 | 5 | | 26 | 16 | | 32 | 0.00 | Rain |
| 8 | 59 | 54 | 50 | 50 | 47 | 46 | 94 | 84 | 67 | 30.31 | 30.11 | 29.95 | 18 | 15 | | 14 | 7 | | – | 0.00 | Rain |
| 9 | 59 | 54 | 50 | 50 | 49 | 48 | 94 | 86 | 67 | 30.49 | 30.41 | 30.34 | 11 | 2 | | 12 | 5 | | – | 0.00 | Rain |
| 10 | 71 | 56 | 41 | 48 | 44 | 41 | 100 | 71 | 41 | 30.50 | 30.48 | 30.41 | 11 | 1 | | 8 | 4 | | – | 0.00 | Rain |
| 11 | 77 | 60 | 44 | 48 | 41 | 41 | 87 | 63 | 38 | 30.43 | 30.42 | 30.32 | 16 | 15 | | 15 | 10 | | – | 0.00 | |
| 12 | 82 | 66 | 51 | 52 | 44 | 41 | 76 | 51 | 26 | 30.34 | 30.33 | 30.24 | 16 | 15 | | 14 | 6 | | 21 | 0.00 | |
| 13 | 84 | 66 | 50 | 50 | 46 | 45 | 87 | 54 | 30 | 30.21 | 30.20 | 30.10 | 17 | 15 | | 12 | 5 | | – | 0.00 | |
| 14 | 78 | 66 | 48 | 54 | 48 | 46 | 94 | 64 | 49 | 30.16 | 30.14 | 30.10 | 15 | 8 | | 17 | 8 | | – | 0.00 | |
| 15 | 73 | 65 | 57 | 56 | 54 | 53 | 94 | 74 | 53 | 30.15 | 30.11 | 30.09 | 10 | 5 | | 13 | 6 | | – | 0.00 | |
| 16 | 75 | 67 | 59 | 58 | 55 | 50 | 74 | 53 | 30 | 30.26 | 30.18 | 30.16 | 9 | 4 | | 12 | 4 | | – | 0.00 | Rain |
| 17 | 75 | 65 | 57 | 55 | 50 | 46 | 68 | 50 | 38 | 30.25 | 30.21 | 30.12 | 11 | 6 | | 17 | 9 | | 23 | 0.00 | Rain, Thunderstorm |
| 18 | 73 | 60 | 48 | 50 | 46 | 43 | 82 | 62 | 38 | 30.19 | 30.13 | 30.05 | 14 | 8 | | 9 | 4 | | – | 0.00 | Rain |
| 19 | 75 | 64 | 53 | 55 | 50 | 48 | 94 | 67 | 44 | 30.13 | 30.06 | 30.04 | 14 | 8 | | 13 | 6 | | – | 0.00 | Rain, Thunderstorm |

| | Temperature | | | Dew Point | | | Humidity | | | Pressure | | | Visibility | | | Wind | | Gust Speed | Precipitation | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | high | sum | |
| 20 | 78 | 62 | 46 | 55 | 49 | 45 | 100 | 70 | 52 | 30.14 | 29.97 | 29.84 | - | 15 | 8 | 17 | 5 | 20 | 0.00 | |
| 21 | 69 | 60 | 50 | 52 | 49 | 48 | 94 | 72 | 49 | 29.98 | 29.87 | 29.82 | - | 15 | 2 | 22 | 10 | 28 | 0.00 | |
| 22 | 50 | 48 | 46 | 48 | 46 | 45 | 100 | 97 | 93 | 29.95 | 29.89 | 29.81 | - | 4 | 1 | 16 | 11 | 23 | 0.00 | Rain |
| 23 | 51 | 48 | 44 | 46 | 44 | 43 | 100 | 91 | 82 | 29.82 | 29.80 | 29.75 | - | 13 | 4 | 16 | 10 | 22 | 0.00 | Rain |
| 24 | 62 | 54 | 46 | 50 | 44 | 43 | 100 | 89 | 63 | 29.81 | 29.71 | 29.61 | - | 8 | 1 | 29 | 6 | 44 | 0.00 | Rain |
| 25 | 53 | 50 | 46 | 48 | 46 | 43 | 100 | 94 | 87 | 29.86 | 29.73 | 29.64 | - | 9 | 3 | 10 | 3 | - | 0.00 | Rain, Thunderstorm |
| 26 | 64 | 56 | 48 | 48 | 45 | 41 | 93 | 72 | 49 | 30.11 | 30.00 | 29.87 | - | 17 | 15 | 12 | 3 | - | 0.00 | Rain |
| 27 | 66 | 54 | 42 | 46 | 44 | 41 | 93 | 68 | 40 | 30.12 | 30.11 | 30.03 | - | 15 | 15 | 16 | 6 | 22 | 0.00 | Rain |
| 28 | 66 | 57 | 48 | 46 | 43 | 41 | 87 | 65 | 46 | 30.05 | 29.96 | 29.93 | - | 15 | 15 | 16 | 6 | 25 | 0.00 | |
| 29 | 71 | 58 | 46 | 48 | 43 | 41 | 93 | 66 | 38 | 30.08 | 30.00 | 29.88 | - | 15 | 6 | 16 | 6 | 25 | 0.00 | Rain, Thunderstorm |
| 30 | 68 | 58 | 48 | 52 | 48 | 44 | 100 | 75 | 49 | 30.12 | 30.00 | 29.89 | - | 15 | 0 | 14 | 7 | - | 0.00 | Rain |
| 31 | 78 | 64 | 51 | 52 | 50 | 41 | 94 | 63 | 28 | 30.11 | 30.02 | 29.92 | - | 15 | 8 | 12 | 8 | - | 0.00 | Fog |
| **September** | | | | | | | | | | | | | | | | | | | | |
| 1 | 66 | 58 | 54 | 49 | 43 | 36 | 100 | 77 | 52 | 29.96 | 29.86 | 29.72 | - | 9 | 1 | 12 | 6 | 22 | 0.00 | Rain, Thunderstorm |
| 2 | 55 | 50 | 44 | 48 | 43 | 36 | 94 | 73 | 47 | 29.90 | 29.78 | 29.69 | - | 16 | 5 | 26 | 8 | 32 | 0.00 | Rain |
| 3 | 57 | 50 | 42 | 45 | 41 | 39 | 93 | 77 | 54 | 29.96 | 29.91 | 29.88 | - | 10 | 3 | 20 | 13 | 25 | 0.00 | Rain |
| 4 | 64 | 54 | 44 | 43 | 42 | 37 | 93 | 67 | 42 | 29.97 | 29.85 | 29.75 | - | 15 | 15 | 16 | 6 | 22 | 0.00 | |
| 5 | 59 | 50 | 41 | 43 | 37 | 32 | 81 | 62 | 36 | 30.22 | 30.02 | 29.82 | - | 15 | 15 | 17 | 9 | 25 | 0.00 | |
| 6 | 59 | 48 | 37 | 43 | 37 | 34 | 93 | 65 | 39 | 30.31 | 30.27 | 30.23 | - | 15 | 15 | 8 | 3 | - | 0.00 | Rain |
| 7 | 59 | 52 | 46 | 43 | 39 | 34 | 93 | 80 | 55 | 30.22 | 30.17 | 30.07 | - | 15 | 8 | 9 | 4 | - | 0.00 | |
| 8 | 68 | 55 | 42 | 48 | 42 | 39 | 93 | 70 | 40 | 30.07 | 29.97 | 29.88 | - | 15 | 4 | 9 | 4 | - | 0.00 | |
| 9 | 42 | 38 | 35 | 41 | 35 | 32 | 84 | 70 | 40 | 30.07 | 29.97 | 29.88 | - | 9 | 2 | 22 | 9 | 29 | 0.00 | Rain |
| 10 | 44 | 40 | 37 | 50 | 41 | 35 | 85 | 76 | 37 | 30.21 | 30.15 | 30.11 | - | 11 | 2 | 22 | 17 | 25 | 0.00 | Rain |
| 11 | 68 | 54 | 41 | 50 | 41 | 32 | 69 | 48 | 37 | 30.07 | 29.84 | 29.65 | - | 8 | 2 | 16 | 4 | 23 | 0.00 | Rain |
| 12 | 57 | 50 | 42 | 43 | 36 | 32 | 65 | 48 | 41 | 30.00 | 29.84 | 29.65 | - | 7 | 2 | 22 | 11 | 21 | 0.00 | Rain |
| 13 | 59 | 52 | 44 | 45 | 40 | 37 | 71 | 48 | 41 | 29.91 | 29.80 | 29.77 | - | 17 | 15 | 15 | 5 | 20 | 0.00 | Rain |
| 14 | 62 | 50 | 39 | 40 | 37 | 32 | 86 | 76 | 34 | 29.90 | 29.86 | 29.76 | - | 16 | 15 | 15 | 5 | - | 0.00 | Rain |
| 15 | 57 | 46 | 35 | 37 | 32 | 32 | 93 | 73 | 44 | 29.88 | 29.77 | 29.73 | - | 10 | 10 | 18 | 6 | 24 | 0.00 | Rain |
| 16 | 57 | 45 | 33 | 41 | 35 | 32 | 77 | 55 | 41 | 29.87 | 29.83 | 29.75 | - | 15 | 10 | 10 | 4 | - | 0.00 | Rain |

| Day | Temp high | Temp avg | Temp low | Dew high | Dew avg | Dew low | Hum high | Hum avg | Hum low | Pressure high | Pressure avg | Pressure low | Vis high | Vis avg | Vis low | Wind high | Wind avg | Gust high | Precip sum | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 62 | 50 | 39 | 37 | 34 | 32 | 81 | 56 | 32 | 29.74 | 29.74 | 29.64 | - | 15 | 15 | 16 | 7 | 24 | 0.00 | Rain |
| 18 | 53 | 48 | 42 | 41 | 37 | 36 | 87 | 72 | 54 | 29.71 | 29.66 | 29.62 | - | 13 | 6 | 15 | 6 | - | 0.00 | Rain, Snow |
| 19 | 50 | 40 | 30 | 36 | 33 | 28 | 93 | 74 | 50 | 29.93 | 29.83 | 29.73 | - | 12 | 1 | 13 | 5 | - | 0.00 | |
| 20 | 42 | 38 | 35 | 34 | 32 | 28 | 87 | 80 | 70 | 30.12 | 30.03 | 29.94 | - | 14 | 6 | 9 | 7 | - | 0.00 | |
| 21 | 69 | 50 | 30 | 36 | 31 | 25 | 93 | 59 | 33 | 30.14 | 30.06 | 29.94 | - | 15 | 15 | 22 | 9 | 30 | 0.00 | |
| 22 | 66 | 58 | 51 | 51 | 42 | 31 | 93 | 75 | 44 | 30.00 | 29.93 | 29.88 | - | 15 | 15 | 24 | 10 | 34 | 0.00 | |
| 23 | 64 | 50 | 37 | 41 | 37 | 34 | 75 | 51 | 32 | 30.15 | 30.03 | 29.97 | - | 15 | 15 | 14 | 6 | 18 | 0.00 | |
| 24 | 73 | 55 | 37 | 45 | 41 | 36 | 81 | 53 | 23 | 30.16 | 30.09 | 30.00 | - | 15 | 15 | 17 | 6 | - | 0.00 | |
| 25 | 71 | 60 | 48 | 41 | 34 | 27 | 66 | 41 | 23 | 30.16 | 30.01 | 29.93 | - | 15 | 15 | 20 | 9 | 28 | 0.00 | |
| 26 | 57 | 50 | 42 | 36 | 34 | 30 | 76 | 64 | 51 | 30.41 | 30.30 | 30.20 | - | 15 | 15 | 13 | 7 | - | 0.00 | |
| 27 | 69 | 53 | 37 | 43 | 39 | 37 | 81 | 58 | 38 | 30.42 | 30.27 | 30.09 | - | 15 | 15 | 13 | 8 | 22 | 0.00 | |
| 28 | 68 | 57 | 46 | 39 | 34 | 32 | 87 | 66 | 41 | 30.10 | 30.04 | 30.00 | - | 16 | 15 | 13 | 9 | 17 | 0.00 | Rain |
| 29 | 50 | 42 | 33 | 37 | 33 | 28 | 87 | 81 | 67 | 30.16 | 30.12 | 30.04 | - | 16 | 15 | 13 | 9 | - | 0.00 | |
| 30 | 46 | 37 | 28 | 32 | 28 | 21 | 87 | 77 | 66 | 30.46 | 30.22 | 30.05 | - | 17 | 15 | 30 | 13 | 36 | 0.00 | |

**October**

| Day | Temp high | Temp avg | Temp low | Dew high | Dew avg | Dew low | Hum high | Hum avg | Hum low | Pressure high | Pressure avg | Pressure low | Vis high | Vis avg | Vis low | Wind high | Wind avg | Gust high | Precip sum | Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 59 | 41 | 23 | 25 | 18 | 10 | 86 | 48 | 15 | 30.44 | 30.23 | 30.11 | - | 15 | 15 | 10 | 8 | - | 0.00 | |
| 2 | 69 | 52 | 35 | 32 | 25 | 18 | 87 | 45 | 23 | 30.26 | 30.14 | 30.09 | - | 15 | 15 | 12 | 3 | - | 0.00 | |
| 3 | 48 | 39 | 30 | 37 | 32 | 27 | 93 | 79 | 61 | 30.43 | 30.37 | 30.29 | - | 10 | 1 | 13 | 6 | - | 0.00 | |
| 4 | 75 | 54 | 33 | 36 | 31 | 25 | 87 | 48 | 15 | 30.30 | 30.10 | 29.96 | - | 15 | 15 | 13 | 6 | - | 0.00 | |
| 5 | 75 | 58 | 42 | 36 | 28 | 24 | 93 | 57 | 27 | 29.94 | 29.87 | 29.76 | - | 15 | 15 | 13 | 6 | - | 0.00 | |
| 6 | 71 | 58 | 42 | 42 | 30 | 23 | 93 | 70 | 40 | 29.86 | 29.75 | 29.66 | - | 16 | 15 | 23 | 7 | - | 0.00 | |
| 7 | 62 | 52 | 41 | 34 | 27 | 18 | 66 | 41 | 19 | 30.12 | 30.00 | 29.83 | - | 15 | 15 | 13 | 7 | - | 0.00 | |
| 8 | 68 | 56 | 44 | 36 | 26 | 23 | 81 | 35 | 24 | 30.07 | 29.86 | 29.67 | - | 15 | 15 | 18 | 7 | 18 | 0.00 | |
| 9 | 59 | 48 | 35 | 37 | 30 | 30 | 81 | 62 | 42 | 29.99 | 29.68 | 29.50 | - | 15 | 7 | 25 | 8 | 22 | 0.00 | |
| 10 | 59 | 46 | 33 | 36 | 30 | 23 | 81 | 62 | 42 | 30.18 | 30.12 | 30.01 | - | 15 | 15 | 14 | 7 | 31 | 0.00 | |
| 11 | 64 | 52 | 39 | 32 | 27 | 23 | 57 | 43 | 28 | 30.10 | 30.08 | 30.00 | - | 15 | 15 | 21 | 11 | 22 | 0.00 | Rain |
| 12 | 53 | 47 | 41 | 32 | 25 | 21 | 76 | 57 | 44 | 30.53 | 30.29 | 30.02 | - | 16 | 15 | 21 | 14 | 28 | 0.00 | |
| 13 | 71 | 54 | 37 | 39 | 34 | 32 | 87 | 60 | 26 | 30.49 | 30.23 | 30.00 | - | 15 | 15 | 24 | 13 | 26 | 0.00 | |
| 14 | 64 | 54 | 44 | 45 | 41 | 37 | 87 | 73 | 55 | 30.11 | 30.05 | 29.94 | - | 14 | 6 | 23 | 13 | 32 | 0.00 | Rain |
| 15 | 42 | 38 | 35 | 36 | 34 | 32 | 78 | 70 | 64 | 30.17 | 29.99 | 29.66 | 20 | 16 | 10 | 17 | 9 | 31 | 0.00 | Rain |
| 16 | 41 | 32 | 24 | 29 | 18 | 87 | 77 | | 64 | 29.94 | 29.70 | 29.55 | 20 | 12 | 2 | 29 | 9 | 38 | 0.00 | Rain, Snow |

*Plaintiff's Exhibit K*
*Lee Interview With about.com*

# About.com: Hollywood Movies

## Director Ang Lee Talks About "Brokeback Mountain"

From Rebecca Murray,
Your Guide to Hollywood Movies.
**FREE Newsletter. Sign Up Now!**

(Continued from Page 2)

*Page 3*



Heath Ledger and Jake
Gyllenhaal star in "Brokeback
Mountain"
© Focus Features.

**Ang Lee Shares His Experience Scouting Locations for "Brokeback Mountain:"** "Locations somewhat we have seen it. We have traveled through it or watched a movie. I think it was more the people. Of course, they are always nice people. They are just like everybody here, except they are nicer, and I felt guilty that I was going to do a tough movie about them (laughing). Something strikes me too, as a freshness. Sorry to say, an eccentricness. You go to a bar and just see the things that they hang up. I can't believe the things they hang up inside and outside of bars (laughing). I don't know how else to put it except eccentricness."

Director Lee said it was extremely important that Brokeback Mountain itself come alive and exist as a character in the film. "In terms of landscape it should play a character in the movie. It is called 'Brokeback Mountain.' It is a very existential idea to make. It's about an illusion of love. They keep wanting to go back to something they really didn't understand to begin with when they are inside of it. And they never *get* it. And when they get it, they've missed it. I think that is the theme for me that got me hooked on.

Brokeback Mountain has to be a character itself. So, how do we treat or how do we say it so it looks manageable? So it's not a grand Western where people disappear in it, but you use that as a dramatic element coping with characters? So it looks loveable. It's suggestive; it's romantic. Somehow to shoot it that way... So in a way it's a Western, but it's not really a Western."

**Ang Lee on "Brokeback Mountain's" Theme of Conforming to Society:** "A lot of that is in the script. We talked about conformism. The social pressures, so to speak. It's not really visible other than the Randy Quaid character giving them a stern look. Other than that, you really don't see society. So, it's really what society did to them. The actors have to carry that. The repression, the mental block they are putting on themselves. Particularly, [Heath Ledger's character] Ennis.

Another of vehicle we have to use in that non-verbal culture, in that particular time, is the privacy that you sense. Because there is a lack of or no vocabulary to understand how they feel so we are including the wives when they see them kissing. The words crush but she wouldn't know what caused that. There is no understanding. Everything they feel is private. So, again, the silence, the performance, the way they carry on the scene. I think that plays a bigger part than you see in society because we don't really see that. We see Texas, they are dancing. They are ballroom dancing. That is about it. Then you see the father-in-law, kind of an a**hole and 'the boy should play football.' But, that's kind of minimal. That doesn't present a threat. Oh, and the bar. What we call the 'macho bar' when Jake gives a wrong stare...[and] it's the wrong thing to do. But, [it's] quite minimum. But that's something in the air.

I think that's important in Western cowboy poetry, literature and therefore in the movie, is that things are in the air. They've got space and time. They've got a lot of wind. [It] drives you crazy, the constant wind. It's in the screen the whole time. The place where we shot has the biggest wind in all of Canada, therefore the highest suicide rate in the whole nation. It just drives you crazy."

**Ang Lee on Remaining True to Annie Proulx's Story:** "Not only did I want to be loyal to her writing and I needed to do additional scenes to confirm her writing because we don't have internal depiction, which she did most brilliantly. We don't have that benefit. We are photography. So that tent scene, for example. I need to add

another tent scene and I don't even know if she liked it. I always had this theory that she would hate it. To confirm that they commit to the love, so it's reasonable for the next 20 years they are going back. I think in movies, in cinema language, you have to see them committed. In a book, it's in the writing and you don't see it. I explained it to her in terms of hands-off. Once you make the movie, it's your work. I explained to her, that your writing is very hard to translate into cinema and she just smiled and said, 'That's your problem' (laughing)."

Previous    1    2    3

*Plaintiff's Exhibit L*
*Chart Summarizing Tent Scenes*

About.com: Hollywood Movies
http://movies.about.com/od/brokebackmountain/a/brokeback120605_3.htm

| Ang Lee on Remaining True to Annie Proulx's Story | Scenes from short story | Scenes in screenplay |
|---|---|---|
| "Not only did I want to be loyal to her writing and I needed to do additional scenes to confirm her writing because we don't have internal depiction, which she did most brilliantly. We don't have that benefit. We are photography. So that tent scene, for example, I need to add another tent scene and I don't know if she liked it…To confirm that they commit to the love, so it's reasonable for the next twenty years they are going back." | Page 4, paragraph 1<br><br>"They got the tent up on the Forest Service's platform, the kitchen and grub boxes secured." (Screenplay scene 14..page 7)<br><br>Page 6, paragraph 4<br><br>"Doubt I'll feel nothing." But he staggered under canvas, pulled his boots off, snored on the ground cloth for a while, woke jack with the clacking of his jaw." (Screenplay scene 39..page 19)<br><br>Page 7, paragraph 1<br><br>"Ennis woke in red dawn with his pants around his knees, a top-grade headache, and Jack butted against him." (Screenplay scene 40..page 19) | Scene 14…Page 7<br><br>EXT. BROKEBACK MOUNTAIN:CAMP: LATE AFTERNOON: 1963<br><br>Scene 39…Page 19<br><br>INT: BROKEBACK MOUNTAIN, WYOMING: CAMP: TENT: DARK, JUST BEFORE DAWN: 1963<br><br>Scene 40…Page 19<br><br>INT: BROKEBACK MOUNTAIN, WYOMING; CAMP: TENT: FULL LIGHT: 1963<br><br>Scene 41…page 19<br><br>EXT: BROKEBACK MOUNTAIN, WYOMING: CAMP: DAY: MORNING (LATER): 1963 |

| | |
|---|---|
| **Page 7, paragraph 2**<br><br>"As it did go. They never talked about the sex, let it happen, at first only in the tent at night…" | **Scene 46…Page 20**<br><br>**EXT: BROKEBACK MOUNTAIN, WYOMING: CAMP: TENT: NIGHT: 1963** |
| | **Scene 47….page 21** |
| **Page 7, paragraph 3**<br><br>"In August Ennis spent the whole night with Jack in the main camp and in a blowy hailstorm the sheep took off west and got among a herd in another allotment."<br>(Screenplay scene 51….page 22) | **INT: BROKEBACK MOUNTAIN, WYOMING: TENT: NIGHT: CONTINUED**<br><br>**Scene 51….Page 22**<br><br>**EXT: BROKEBACK MOUNTAIN, WYOMING: CAMP: LATE EVENING: 1963** |

Chart of *Close Range: Wyoming Stories* Publication Records from the Library of Congress and other libraries

| Book Title & no. of Pages | ISBN | Copyright & Publication Date | Date entered in Library Catalogue MARC TAG Record | Source |
|---|---|---|---|---|
| Close Range: Wyoming Stories, 1st Scribner trade paperback edition 285 Pages | 0684852225 | 2003, ©1999 | October 19, 2005 (Entered as a reprint/reissue from 2003/1999) | Library of Congress: First Search: WorldCat (Online Computer Library Catalogue) |
| Close Range: Wyoming Stories 1st Scribner trade paperback edition 285 Pages | 0684852225 | © 2003 | March 28, 2006 (Entered as a reprint/reissue from 2003/1999) | University of Utah, J. Willard Marriott Library |
| Close Range: Wyoming Stories 1st Scribner trade paperback edition 285 Pages | 0684852225 | © 2003/1999 | October 19, 2005 (Entered as a reprint/reissue from 2003/1999) | Virginia's Community Colleges Library Information Connection (LINC) |
| Close Range: Wyoming Stories 1st Scribner trade paperback edition 285 Pages | 0684852225 | © 2003/1999 | October 19, 2005 (Entered as a reprint/reissue from 2003/1999) | The College of Saint Rose in Albany, NY |
| Close Range: Wyoming Stories 1st Scribner Paperback Fiction International Edition 335 Pages | 0684867265 | © 1999 | n/a | East Tennessee State University, Watauga Regional Public Library |
| Close Range: Wyoming Stories 1st Scribner Paperback Fiction International Edition 335 Pages | 0684867265 | © 1999 | n/a | Goldmine Library Catalogue, Alaska & Polar Periodical Index |

| Close Range: Brokeback Mountain and other stories 318 Pages Harper Perennial Note: Film tie-in/Originally published: London Fourth Estate, 1998 | 0007205589 | © 2005, 1998 | November 23, 2005 | Library of Congress: First Search: WorldCat (Online Computer Library Catalogue) |
|---|---|---|---|---|



**OCLC FirstSearch**

The LIBRARY of CONGRESS

# WorldCat Detailed Record

- Click on a checkbox to mark a record to be e-mailed or printed in Marked Records.

**Home** | **Databases** | **Searching** | **Results** | Staff View | My Account | Options | Comments | Exit | Hide tips

List of Records | Detailed Record | Marked Records | Saved Records | Go to page ▼

Subjects | Libraries | E-mail | Print | Export | Help

**WorldCat** results for: (ti= "Close range") and (au= "Proulx, Annie"). Record 5 of 31.

◀ Prev | 5 | ▶ Next | Mark: ☐

WorldCat

Detailed Record | Table of Contents | Add/View Comments | Excerpt

**ANNIE PROULX**

## Close range :
## Wyoming stories /

Annie Proulx

2003, ©1999 1st Scribner trade paperback ed.
English ◆ Book : Fiction 285 p. ; 21 cm..
New York, NY : Scribner, ; ISBN: 0684852225 9780684852225

A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.

**GET THIS ITEM**

Access: ⊖ http://www.loc.gov/catdir/bios/simon051/98056066.html

Availability: **Check the catalogs in your library.**
- Libraries worldwide that own item: 97
- ⓦ Search the catalog at the Library of Congress

External Resources: • ▣ Find It!
- ⊖ Cite This Item

**FIND RELATED**

More Like This: Search for versions with same title and author | Advanced options ...
Find Items About: Close range (1); Proulx, Annie. (28)

Title: **Close range :**
**Wyoming stories /**
Author(s): Proulx, Annie.
Publication: New York, NY : Scribner,
Edition: 1st Scribner trade paperback ed.
Year: 2003, ©1999
Description: 285 p. ; 21 cm..
Language: English
Contents: The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors

of Wyoming — 55 miles to the gas pump — Brokeback Mountain.

**Standard No:** ISBN: 0684852225; 9780684852225

**Abstract:** A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.

**Access:** Materials specified: Contributor biographical information
 http://www.loc.gov/catdir/bios/simon051/98056066.html
Materials specified: Publisher description
http://www.loc.gov/catdir/description/simon033/98056066.html

**SUBJECT(S)**

**Descriptor:** Frontier and pioneer life — Fiction.
Ranch life — Fiction.

**Geographic:** Wyoming — Social life and customs — Fiction.

**Class Descriptors:** LC: PS3566.R697

**Responsibility:** Annie Proulx.

**Material Type:** Fiction (fic)

**Document Type:** Book

**Entry:** 20051019

**Update:** 20071018

**Accession No:** OCLC: 62114055

**Database:** WorldCat



   
Subjects  Libraries      E-mail    Print   Export   Help

WorldCat results for: (ti= "Close range") and (au= "Proulx, Annie"). Record **5** of **31**.



English | Español | Français |

**Exit**

| Options | Comments |

© 1992-2007 OCLC
Terms & Conditions



# J. Willard Marriott Library
## THE UNIVERSITY OF UTAH

Catalog Searches | My Account | Course Reserves | Interlibrary Loan | Recall a Book | Suggest a Purchase | Feedback

Basic   Authors   Titles   Subjects   Journal Newspaper   Advanced Keyword   Numerical or Call#   History

Search: [ISBN/ISSN Exact Match ▼]   [0684852225]   ➡   Refine Search

> You're searching: J. Willard Marriott Library & S.J. Quinney Law Library

## Item Information

▸ **Holdings**
First Chapter Excerpts
Summary
Table of Contents

---

**More by this author**
- Proulx, Annie.

**Subjects**
- Frontier and pioneer life -- Fiction.
- Ranch life -- Fiction.
- Wyoming -- Social life and customs -- Fiction.

**Browse Catalog**

by author:
- Proulx, Annie.

by title:
- Close range : Wyomin...

### Close range : Wyoming stories / Annie Proulx.

by Proulx, Annie.

New York, NY : Scribner, c2003.
Electronic Location: http://www.loc.gov/catdir/bios/simon051/98056066.html
Contributor biographical information
http://www.loc.gov/catdir/description/simon033/98056066.html
Publisher description

| | |
|---|---|
| ISBN: | 0684852225 |
| Description: | 285 p. : 21 cm. |
| Edition: | First Scribner trade paperback ed. |
| Contents: | The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain. |
| Additional Title: | Wyoming stories |

[Add to my list]   [Email this item]

## Copy/Holding information

| Collection | Call No. | Status | Due Date | |
|---|---|---|---|---|
| ML: Browsing Collection, LVL 2 Lobby Overlook | PS3566.R697 C58 2003 | Checked out | 01/04/2008 | Request Copy  Add Copy to MyList |

Format: ⦿ HTML ○ Plain text ○ Delimited

Subject: [Close range : Wyoming stories / Annie Proulx]

Email to: [                                        ]   [Send]

**Search**
**Bookstores**

- Amazon.com

MARC Display

Horizon Information Portal 3.06.A © 2001-2004 Dynix All rights reserved.



**J. Willard Marriott Library**
THE UNIVERSITY OF UTAH

| Catalog Searches | My Account | Course Reserves | Interlibrary Loan | Recall a Book | Suggest a Purchase | Feedback |

Basic    Authors    Titles    Subjects    Journal Newspaper    Advanced Keyword    Numerical or Call#    History

Search: | ISBN/ISSN Exact Match | ▾ | 0684852225 | → |    Refine Search

> You're searching: J. Willard Marriott Library & S.J. Quinney Law Library

## Item Information



▸ Holdings
First Chapter Excerpts
Summary
Table of Contents

NON-MARC Display

Blb #: 2678566

LDR: 01416nam 2200301Ka 4500
005:  20060710120500.0
008:  060328r20031999nyua 000 1 eng d
020:  $a 0684852225
035:  $a 65221839
040:  $a GZT $c GZT $d GZT $d UtOrBLW
043:  $a n-us-wy
049:  $a UUMM
050:  04 $a PS3566.R697 $b C58 2003
100:  1 $a Proulx, Annie.
245:  10 $a Close range : $b Wyoming stories / $c Annie Proulx.
246:  30 $a Wyoming stories
250:  $a First Scribner trade paperback ed.
260:  $a New York, NY : $b Scribner, $c c2003.
300:  $a 285 p. : $c 21 cm.
505:  0 $a The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
520:  $a A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.
650:  0 $a Frontier and pioneer life $x Fiction.
650:  0 $a Ranch life $x Fiction.
651:  0 $a Wyoming $x Social life and customs $x Fiction.
856:  42 $u http://www.loc.gov/catdir/bios/simon051/98056066.html $3 Contributor biographical information
856:  42 $u http://www.loc.gov/catdir/description/simon033/98056066.html $3 Publisher description
902:  $a 2678566
997:  $b flh

 

Copy/Holding information

| Collection | Call No. | Status | Due Date | |
|---|---|---|---|---|
| ML: Browsing Collection, LVL 2 Lobby Overlook | PS3566.R697 C58 2003 | Checked out | 01/04/2008 | Request Copy Add Copy to MyLis |

Format:  ⦿ HTML ⦾ Plain text ⦾ Delimited

Subject: [                                    ]

Email to: [                                    ]    [Send]

Horizon Information Portal 3.06.A © 2001-2004 Dynix All rights reserved.



## LIBRARY CATALOGS

**Linc**
Library Information Connection
Virginia's Community Colleges

| | | |
|---|---|---|
| • Sign-in | • **Basic Search** | • Multi-catalog Search |
| • My Account | • Advanced Search | • Search History |
| • Preferences | • Browse Search | • Search Results |
| • Sign-out | • Command Search | |

• Other Library Catalogs
• Bookbag
• e-Shelf
• Course Reserves

• Help Using Catalog
• LRCLive Help
• Databases

Active Catalog = Blue Ridge

Add to e-Shelf     |     Add to Bookbag     |     Locate     |     Save/Mail     |     Save on Server

## Full View of Record

Choose format: Standard format  Catalog card  Citation  Name tags  MARC tags

Record 1 out of 1



Title Information

Geographic Area n-us-wy

Author ●Proulx, Annie.

Title Close range : Wyoming stories / Annie Proulx.

Edition 1st Scribner trade paperback ed.

Published New York, NY : Scribner, 2003, c1999.

Description 285 p. ; 21 cm..

Contents The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.

Abstract A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.

ISBN ●0684852225

Subject - Lib.Cong. ●Wyoming -- Social life and customs -- Fiction.
●Frontier and pioneer life -- Fiction.
●Ranch life -- Fiction.

Format Book BK

Record Number 001371674

Holdings All items

Location Blue Ridge Circulating Collection : PS3566.R697 C58 2003

Search - Browse - Results List - Previous Searches - Bookbag - End Session - LRCLive Help - Help - VCCS Library Services - Databases

Privacy Policy
The Virginia Community College System expects users of this web site to abide by the spirit
and terms of the VCCS Information Technology Ethics Agreement for students and patrons.
Copyright © 2004/2006 Virginia Community College System. All rights reserved.



LIBRARY CATALOGS

Virginia's Community Colleges
**Linc**
Library Information Connection

• Sign-in        • **Basic Search**      • Multi-catalog Search    • Other Library Catalogs
• My Account      • Advanced Search    • Search History          • Bookbag                  • Help Using Catalog
• Preferences     • Browse Search      • Search Results          • e-Shelf                  • LRCLive Help
• Sign-out        • Command Search                                • Course Reserves         • Databases

Active Catalog = Blue Ridge

Add to e-Shelf    |    Add to Bookbag    |    Locate    |    Save/Mail    |    Save on Server

## Full View of Record

Choose format: Standard format  Catalog card  Citation  Name tags  MARC tags

Record 1 out of 1

| FMT | BK |
|---|---|
| LDR | nam 2200265la 4500 |
| 005 | 20060216164749.0 |
| 008 | 051019t20031999nyu        000 1 eng d |
| 020 | \|a 0684852225 |
| 035 | \|a (OCoLC)62114055 |
| 040 | \|a CIT \|c CIT \|d PZF |
| 043 | \|a n-us-wy |
| 049 | \|a PZFA |
| 090 | \|a PS3566.R697 \|b C58 2003 |
| 1001 | \|a Proulx, Annie. |
| 24510 | \|a Close range : \|b Wyoming stories / \|c Annie Proulx. |
| 250 | \|a 1st Scribner trade paperback ed. |
| 260 | \|a New York, NY : \|b Scribner, \|c 2003, c1999. |
| 300 | \|a 285 p. ; \|c 21 cm.. |
| 5050 | \|a The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain. |
| 520 | \|a A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud. |
| 6510 0 | \|a Wyoming \|x Social life and customs \|v Fiction. |
| 650 0 | \|a Frontier and pioneer life \|v Fiction. |
| 650 0 | \|a Ranch life \|v Fiction. |
| 994 | \|a C0 \|b PZF |
| OWN | \|a BR |
| CAT | \|a OCLCxfer \|b 00 \|c 20060216 \|l VCC01 \|h 1647 |
| CAT | \|a CLEWIS \|b 20 \|c 20060823 \|l VCC01 \|h 1458 |

CAT  |a BATCH-UPD |b 20 |c 20060824 |l VCC01 |h 0803

CAT  |a CLEWIS |b 20 |c 20060901 |l VCC01 |h 1414

CAT  |a BATCH-UPD |b 20 |c 20060904 |l VCC01 |h 1218

PST0  |0 Z30 |1 001371674000010 |b BRCC |c MAIN |o BOOK |d 01 |f N |r VCC60-001703608 |n 0 |h PS3566.R697 |i C58 2003 |a ViWcBRC |3 Book |4 Blue Ridge |5 Circulating Collection |6 Normal

LOC0  |b BRCC |c MAIN |o BOOK |h PS3566.R697 |i C58 2003 |3 Book |4 Blue Ridge |5 Circulating Collection |6 Normal

SYS  001371674



Search - Browse - Results List - Previous Searches - Bookbag - End Session - LRCLive Help - Help - VCCS Library Services - Databases

Privacy Policy
The Virginia Community College System expects users of this web site to abide by the spirit and terms of the VCCS Information Technology Ethics Agreement for students and patrons.
Copyright © 2004/2006 Virginia Community College System. All rights reserved.



New Search   *View Headings*   View Titles   Patron Record   Patron Login   Search History   Help   Exit

Search Request: Advanced Search = (0684852225)[in ISBN]

Search Results: Displaying 1 of 1 entries



*Close range : Wyoming stories / Annie Proulx.*

---

**Call Number:** 813.54 P9684c

**Location:** Third Floor Stacks

**Status:** On shelf

**Author:** Proulx, Annie.

**Title:** Close range : Wyoming stories / Annie Proulx.

**Edition:** 1st Scribner trade pbk. ed.

**Publisher/Date:** New York, NY : Scribner, 2003, c1999.

**Description:** 285 p. ; 21 cm..

**Contents:** The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair a spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.

**Summary:** A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.

**Subject(s):** Frontier and pioneer life --Wyoming --Fiction.

Ranch life --Wyoming --Fiction.

Wyoming --Social life and customs --Fiction.



| Save as | | |
|---|---|---|
| Select Download Format Full Record | Format for Printing | Save Search Query |
| Enter your email address: | Email | |
| Save results for later: Save To Bookbag | | |



The Neil Hellman Library
The College of Saint Rose
Albany, NY 12203
refdesk@mail.strose.edu



The College of Saint Rose

New Search   *View Headings*   View Titles   Patron Record   Patron Login   Search History   Help   Exit

Search Request: Advanced Search = (0684852225)[ in ]

Search Results: Displaying 1 of 1 entries

◄ previous   next ►

*Close range : Wyoming stories / Annie Proulx.*

000 01193cam a2200265la 450
001 178538
005 20060922120223.0
008 051019t20031999nyu 000 1 eng d
035 __ |a (OCoLC)ocm62114055
040 __ |a CIT |c CIT |d VJN
020 __ |a *0684852225*
043 __ |a n-us-wy
090 __ |a PS3566.R697 |b C58 2003
049 __ |a VJNA
100 1_ |a Proulx, Annie.
245 10 |a Close range : |b Wyoming stories / |c Annie Proulx.
250 __ |a 1st Scribner trade pbk. ed.
260 __ |a New York, NY : |b Scribner, |c 2003, c1999.
300 __ |a 285 p. ; |c 21 cm..
505 0_ |a The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair a spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
520 __ |a A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.
651 _0 |a Wyoming |x Social life and customs |v Fiction.
650 _0 |a Frontier and pioneer life |z Wyoming |v Fiction.
650 _0 |a Ranch life |z Wyoming |v Fiction.
994 __ |a C0 |b VJN



◄ previous   next ►

Save as

| Select Download Format | Full Record ▾ | Format for Printing | Save Search Query |

Enter your email address: _____ Email

Save results for later: Save To Bookbag



The Neil Hellman Library
The College of Saint Rose
Albany, NY 12203
refdesk@mail.strose.edu



# NEW LIBRARIES CATALOG

**NORTHEAST STATE COMMUNITY COLLEGE
EAST TENNESSEE STATE UNIVERSITY
WATAUGA REGIONAL PUBLIC LIBRARIES**

Home | New Search | Login | Help



| Start Over | Request | Save Records | MARC Display | Limit/Sort Search | More Information | Another Search |

(Search History)

Control no. | ocm46718309

All Libraries & Collections | System Sorted | Search

☐ *Limit search to available items*

Result page:  ◆ Previous    Next ◆

**Additional Info:**

**Author**   Proulx, Annie.
**Title**   **Close range : Wyoming stories / Annie Proulx.**
**Imprint**   New York, NY : Scribner, c1999.
**Edition**   1st ed.

| Copy Status | More Details | Find Similar Items | Full Record |

Print Version

**Description**   335 p. ; 17.
**Edition**   1st ed.
**Note**   "First Scribner Paperback Fiction International Edition"--T.p. verso.
**Contents**   The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
**Summary**   A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.
**Source**   Given in memory of Matthew Shepard.
**ISBN**   0684867265 (pbk.)

Home | Help



# GOLDMINE
## LIBRARY CATALOG

iBistro at ...

Reserve Desk    My Account    Alaska & Polar Periodical Index    Goldmine Libraries

**Go Back** **Help** **New Search** ▮▮▮▮ ▮▮ **Change Display** **Kept** **Logout**

record 1 of 1 for search **"0684867265"**

**Item Information** | **A Look Inside** | **Catalog Record**

Find more by this author
Find more on these topics
Nearby items on shelf

**Continue search in:**
Google

## Close range : Wyoming stories
### Proulx, Annie.

**Change Display**

**ISBN:** 0684867265
**Personal Author:** Proulx, Annie.
**Title:** Close range : Wyoming stories / Annie Proulx.
**Edition:** 1st ed.
**Publication Info:** New York, NY : Scribner, c1999.
**Physical descrip:** 335 p. ; 17.
**General Note:** "First Scribner Paperback Fiction International Edition"--T.p. verso.
**Contents:** The half-skinned steer -- The mud below -- Job history -- The blood bay -- People in hell just want a drink of water -- The bunchgrass edge of the world -- Pair of spurs -- A lonely coast -- The governors of Wyoming -- 55 miles to the gas pump -- Brokeback Mountain.
**Summary:** A collection of stories set in Wyoming. They range from The Mud Below, on an itinerant rodeo cowboy, to People in Hell Just Want a Drink of Water, which is on a family feud.
**Held by:** UAFRAS
**Subject term:** Frontier and pioneer life--Fiction.
**Subject term:** Ranch life--Fiction.
**Geographic term:** Wyoming--Social life and customs--Fiction.

**Go Back** **Help** **New Search** ▮▮▮▮ ▮▮ **Change Display** **Kept** **Logout**

Powered by

S I R S I

iBistro at ...
Your Electronic Library on the Web
Copyright © 2000 - 2005, SirsiDynix

TOP

# OCLC FirstSearch: Detailed Record

Your requested information from your library Library of Congress



Return

---

**WorldCat** results for: (ti= "Close range") and (au= "Proulx, Annie"). Record **18** of **31**.

---

Detailed          Add/View
Record            Comments

## Close range :
## Brokeback Mountain and other stories /

Annie **Proulx**

2005, 1998
**English** ◆ Book : Fiction 318 p. ; 20 cm.
London : Harper Perennial, ; ISBN: 0007205589 9780007205585

---

**GET THIS ITEM**

**Availability:** **Check the catalogs in your library.**
- Libraries worldwide that own item: 11
- 🔵 Search the catalog at the Library of Congress

**External Resources:** •  ██████████

- ➲ Cite This Item

**FIND RELATED**

**Find Items About:** Close range (1); Proulx, Annie. (28)

**Title:** **Close range :**
**Brokeback Mountain and other stories /**

**Author(s):** Proulx, Annie.

**Publication:** London : Harper Perennial,

**Year:** 2005, 1998

**Description:** 318 p. ; 20 cm.

**Language:** English

**Standard No:** ISBN: 0007205589; 9780007205585

**SUBJECT(S)**

**Descriptor:** Male friendship -- Fiction.
Cowboys -- Fiction.

**Geographic:** Wyoming -- Fiction.

**Note(s):** Film tie-in./ Originally published: London: Fourth Estate, 1998.

**Responsibility:** Annie Proulx.

**Material Type:** Fiction (fic)

**Document Type:** Book

**Entry:** 20051123

**Update:** 20070303

**Accession No:** OCLC: 62329707

**Database:** WorldCat

---

FirstSearch® Copyright © 1992-2007 OCLC as to electronic presentation and platform. All Rights Reserved.
E-mail address: FirstSearch@oclc.org   Location: http://FirstSearch.oclc.org


Return

***Plaintiff's Exhibit N***
***Planet Jackson Hole interview with Annie Proulx***

 

# planet
### ackson hole

### jackson's free news and entertainmen

**Home    About Us    Letters to the Editor    Classifieds    Rate Sheet    Download Paper    Blog**



**Gala y**

Jackson Hole's most comprehensive music, arts, entertainment and events calendar
click here!



## At close range with Annie Proulx
## Pulitzer prize-winning writer shares insights in :
## film adaptation of 'Brokeback Mountain.'

*By Matthew Testa*

12.7.05

As brisk ticket sales to Saturday's screenings of "Brokeback Mountain" and related events sug is totally immune to being star struck. Although in this case, the buzz seems well justified, as Ang Lee ("Crouching Tiger, Hidden Dragon") is expected to be the Jackson Hole Film Institute' "Brokeback"-related events start Friday evening with a forum on what it's like for men and wc orientations to grow up or live in Wyoming, and continue with screenings and Hollywood-type

"The phones have been ringing off the hook," said Todd Rankin of the JHFI, the local arts nonp screening for the valley, and the group that will reap the proceeds from the event. Film-fanati throughout Wyoming and from as far away as Boise. "We'll be sold out," he predicted.

The film "Brokeback Mountain" originated as a short story by Wyoming author E. Annie Prou' winning novel "The Shipping News" was also adapted to the screen. The story appears in Prou Wyoming tales, "Close Range," and is considered by many critics to be the book's standout pi filmmaker Matthew Testa asks the author about living and writing in Wyoming, her thoughts c the controversy surrounding the film.

**Planet Jackson Hole:** How did you come to write "Brokeback Mountain"? What inspired the :

**Annie Proulx:** "Brokeback Mountain" was/is one of a number of stories examining rural West trained as an historian (French Annales school), and most of my writing is focused on rural Nc The story was not "inspired," but the result of years of subliminal observation and thought, ev of writing. As I remarked in a 1999 interview with The Missouri Review, Place and history are both in the broad, general sense and in detailed particulars. Rural North America, regional cut and seemingly attainable world the characters cherish in their long views despite the rigid anc their place and time interest me and are what I write about. I watch for the historical skew be hoped for and who they thought they were and what befell them.

**PJH:** Did it surprise you that, of all the pieces in your Wyoming collection, "Close Range," it w affair between cowboys that was adapted into a major Hollywood film?

**AP:** Diana Ossana, Larry McMurtry's writing partner, read the story in The New Yorker shortly years ago and urged Larry to read it. They both wanted to make a film from it even though th risky. They optioned the story from their own pockets, most unusual for screenwriters. I was would get to the big screen, and, in fact, it took years before it did.

**PJH:** I think it's clear to anyone who reads "Brokeback Mountain" that above all it's a wrenchi is about two cowboys, but it seems inaccurate to call it gay literature. How do you feel about t agitprop emerging from liberal Hollywood? Did you ever intend for the story to be controversi:

**AP:** Excuse me, but it is NOT a story about "two cowboys." It is a story about two inarticulate kids in 1963 who have left home and who find themselves in a personal sexual situation they nor can manage. The only work they find is herding sheep for a summer  some cowboys! Yet

**Planet Blog**

**NEW RSS**

**Personals**

**Planet Store**

**Restaurant Guide**

**NEW Art Galleries**

**Webcam**

**Photo Gallery**

**Planet Covers**

**Community Links**

News Tips

PJH current edition and archives

**Planet Jackson Hole** is a weekly print and online newspaper covering news, entertainment, and arts in Jackson Hole, WY and the greater Yellowstone region.

The Planet is distributed free at over 600 locations throughout Jackson Hole, Wyoming and the surrounding area every Wednesday morning with an average weekly print run of around 10,000 copies.

The Planet challenges the status quo by providing provocative and insightful local and regional news reporting.

The Planet is politically independent and committed to providing an open forum for no-holds-barred opinion by national and local writers from a variety of perspectives about the issues that are important to Jackson Hole's residents and visitors.

cowboy myth, as are most people who live in the state, and Ennis tries to be one but never ge Jack settles on rodeo as an expression of the Western ideal. It more or less works for him unt salesman. Their relationship endures for 20 years, never resolved, never faced up to, always I confusion. How different readers take the story is a reflection of their own personal values, att feeling that a story is not finished until it is read, and that the reader finishes it through his or prejudices, world view and thoughts. Far from being "liberal," Hollywood was afraid of the scri agents. Of course I knew the story would be seen as controversial. I doubted it would even be when The New Yorker very quickly accepted it. In the years since the story was published in 1 letters from gay and straight men, not a few Wyoming-born. Some said, "You told my story," Wyoming," and a number, from fathers, said "Now I understand the hell my son went through breaking letters.

**PJH:** It's hard to think of "Brokeback Mountain" and not be reminded of the murder of gay co Shepherd in Laramie, even though your story is set in the '60s and the Shepherd killing happe Wyoming is the Equality State  where independence, neighborliness and a live-and-let-live att also a bitter dislike of interlopers and change. Which is it? Is Wyoming generally a tolerant or experience?

**AP:** Matthew Shepherd was killed a year after "Brokeback Mountain" appeared in The New Yo the Equality State (a reference to women's suffrage rights granted in 1869, the world's earlie: and hold office), but today it is also the state where women get some of the lowest salaries in the same work as men, where ranch women often do outside work, raise the kids, manage th more, but often have little say in running things, do not inherit the ranch if there is a brother legislators' act "to protect Married Women in their separate property, and the enjoyment of th Independence? How many Wyoming people depend on agricultural aid, social security, pensio business people fight monopoly instead of competition? How many residents actually garden, theirown clothes, hunt for the freezer, repair their own cars, build their own houses? Some fe they are in that older rural tradition and therefore quasi-independent; such people can be fou country people  people "with the bark on," as Remington called them. Neighborliness is also a many parts of the world, in the American West based on early settlers' need to help each othe people who work hard, know how to fix things, tackle big jobs, lend a helping hand, all comm respect ranchers, many of them under great duress, men and women who preserve landscape state. Although today only a miniscule percentage of the state's income comes from ranching, for many here, and that's a pretty good ideal to have and hold. Although there is generally a the state, there are also bigots, mean people, haters, drug addicts, poachers, wife-beaters, ki in every other place in the world. Wyoming also has the highest suicide rate in the nation, esp men. The state is hardly perfect and we should not pretend it is some noble utopia. It is a con and its residents' psychologies, both tolerant and intolerant  as all of us are.



**PJH:** It would be difficult to find two screenwriters better suited to adapt your story to the scr Diana Ossana. Part of their job was to expand on major events in the lives of your characters describe with amazing economy in just a sentence or paragraph. Did the screenwriters consul process?



**AP:** Beyond some early questions, Diana Ossana and Larry McMurtry did not consult with me the screenplay. But I trusted them with the story, especially Larry McMurtry, whose ear and e equaled by none. I would likely have said no to any other screenwriter(s) who approached me



**PJH:** I imagine it's difficult to entrust your fiction to other artists for adaptation. Did you read before it went into production, or do you find it best to turn a story over entirely and walk awa



**AP:** Yes, of course it is difficult. I did read several versions of the screenplay. [McMurtry and ( as soon as it was done and I noted a few infelicities. The question of whether or not it is bette the screenwriters' work is an individual choice. Since I don't write screenplays, and since films structure than stories or novels, I let the experts do their work. I had enough work on my pla no need to interfere.

**PJH:** Are you interested in writing screenplays, either original ones or adaptations of your ow

**AP:** I doubt I could write screenplays  and I am not tempted.

**PJH:** Have you seen the film? How much does it resemble your original vision of the story  its themes and dramatic moments? Do you feel it accurately represents Wyoming?

**AP:** I have seen the film. It resembles the written story very closely, and the McMurtry-Ossan

do feel it accurately represents Wyoming some decades in the past. It is not clear to me, at k
character of the state is. Some think Wyoming is changing, becoming more aware and tolerar
in people, and there is evidence to support this view. Some think it will not ever change.

**PJH:** You've described yourself as passionate about getting details right, particularly details o
landscape and regional culture. Are you bothered at all that the film was shot in Canada rathe
like to see more film production brought to Wyoming?

**AP:** I had hoped the film would be shot in Wyoming, and, in fact, Ang Lee and I looked at pla
Horns. But the decision was not mine to make. The film was shot in Canada because, I was to
infrastructure (read big city Calgary with daily air service and hotels) that could support a film
designer, Judy Becker, toured Texas (where some of the story is set) and Wyoming, making r
landscape shots in Alberta would match what is on the ground in Texas and Wyoming. Except
are moving through a forest with deep ground moss, the landscapes very much fit Wyoming.
more film production brought to Wyoming. I think the state is missing a good opportunity to c
years ago New Mexico, then quite a poor state, decided that they would offer film companies
would make their films in New Mexico. The offer was attractive and since then many films hav
The average film brings millions of dollars into a state, from housing, meals and lodging, extra
consulting and so forth. Since then many other states have set up loan situations to attract fil
is good that we are seeing more realistic and representative backgrounds in film. I think there
for Wyoming, and not only with film, but with all the arts.

**PJH:** It seems there could be no other name for this story than "Brokeback Mountain" It conj
beautiful place, but it's also an ominous name, suggestive of physical harm and disfigurement
you find the name?

**AP:** Brokeback is not a real place. There is, on a map I once saw, a Break Back Mountain in W
seen, but the name worked on several levels and replaced half a dozen more pedestrian name

**PJH:** You've now published two short story volumes set in Wyoming. Is there something abou
to the short form rather than the novel?

**AP:** I've also written a collection of short stories set in rural Vermont "Heart Songs," the old
music. Sometimes good story material just isn't enough for a long novel, or it fits my state of
instead of a longer work. Mostly I use the short story form for working with strong material or
and intellectually stimulating to work with the intensity, brevity, balance and word play of the

**PJH:** I've read you're a lover of coffee shops and yard sales places where you can listen in or
on local dialects, aphorisms, story ideas. With your increasing notoriety, is it hard for you to s
so that you can move about unobtrusively as a writer?

**AP:** I don't love coffee shops, but I used to drive across the North American continent once a
and stopped at many cafes along the way where I did sometimes hear interesting things. One
conversations in line at the grocery store and post office. Yard sales have been good places to
especially valuable as so many small secondhand bookshops are disappearing. No, it is not dif
Wyoming anonymously. Women of a certain age are invisible. And most Wyoming people don
write novels or knit mittens.

**PJH:** I understand that some Wyoming folks have criticized you for being a relative newcome
"local" enough to write about the West. Does this kind of talk faze you at all? Is it always the
something of an outsider, an observer, anyway?

**AP:** The innocent belief that only people who have been born and brought up in a place can k
about it is more folklore than fact. It might seem logical, but it is not the way literature works
many outstanding regional American writers, but the outsider's eye is invaluable in writing an
literature has been written by outsiders, including much Western material: Walter Van Tilburg
Incident," "Track of the Cat") came from Maine, Owen Wister ("The Virginian") came from Per
Roosevelt ("The Winning of the West") from New York, Jack Schaeffer ("Shane") had never be
wrote his novel of the Johnson County war. There is room for both kinds of writers local peop
certainly do not stop local people from writing whatever they wish. There's a little thing called
applies to writing.

**PJH:** What drew you to Wyoming as a place to live and write? Where does your interest in rur
from?

**AP:** All of my fiction, with the exception of "Heart Songs," has been written in Wyoming. Both Panhandle attracted me as interesting places both for landscape and American history. I was t much of my story material is drawn from real historical events, sometimes reset in other perio and from her, I and my four sisters learned to use brush and pencil from the time we were ch landscape and place. Moreover, one of my ancestors, Joseph Maria La Barge, from Assomption Louis, was in Wyoming in 1825 with Ashley's fur trappers. He got himself scalped on the little town that today bears his name, and although Clymer says he perished, he returned to St. Lo happy life until he cracked his head on a curbstone. His sons were history, one of them, Josep the Yellowstone. My people on my mother's side have been in New England since 1635 (the o given then by Squanto and until very recently remained in the family since colonial times), an Quebec since 1637. I feel that I, along with all other writers, am free to write about any place especial interest in North America. I have always lived in rural places and wouldn't have it an affection for Wyoming. I also have a deep affection for history and the fascinating multiplicity guises, especially in the creation of western and national myths. In travels across the country Wyoming as my place to write. The long sight lines and landscape that called me to walk and created images and even sentences and phrases. I would have moved here much earlier than responsibility to my mother in New England. Six weeks after she died I came to Wyoming.

**PJH:** Films have a way of romanticizing even the harshest rural settings, but you resist that s Even in "Brokeback Mountain," where the eponymous hilltop is a refuge and sanctuary for Jac ruggedness of the land and the bitter cold that drives the characters together. Do you think th the film? How do you experience the Wyoming landscape as inviting, forbidding, or both thing

**AP:** The characters Jack and Ennis are poor ranch kids autochthonous native, born to the so lives are hard in multiple ways. Neither they nor their stories have sentimental qualities. My w neither is Ang Lee's film. The Wyoming landscape, like human behavior, is extremely complex basinand- range topography, the mix of high plains, forested mountains, desert, highways an such varied landscape can mean psychologically, is expressed in both the story and the film.

**PJH:** What are you working on now?

**AP:** I, with a number of other people, am working a history of Wyoming's Red Desert region, and wildlife from Native American times to early white settlers, a look at the Cherokee Trail ar at horse-catching and oil exploration, at teepees and homesteads, big ranches and at least on examining reports of the last vestiges of native bison in the area, Thornburg's march down to battle, desert elk and thumper trucks, present-day poachers, Finnish labor history and the UP from Lake Gosiute to coal mines are part of the picture. We are concerned with Irish, Chinese with mine explosions and gumbo roads, with sagebrush, insects, an old horse-catcher found s Haley, Wiff Wilson, "Doc" Chivington, outlaw hideouts, mystery fences, archeology and rock in working on a new novel set mostly in the North American northern forests and New Zealand.

*Former Jackson resident Matthew Testa is a writer, director and television producer. He holds American Film Institute and is at work on several projects, including a feature film set in Wyor New York.*

—editor@planetjh.com

**Brokeback Mountain Book**
Sample Fun Offers And Get The Brokeback
Mountain Book Free.
Ads by Goooooogle

**Jackson Hole Lodging**
Hotel and condo rentals in Jackson Hole,
Wyoming

Advertise on this site

More Jackson Hole
Information...

Home | About Us | Letters to the Editor | Classifieds | Rate Sheet | Download Paper | Contac

www.planetjh.com | Copyright © 2004-2005 Planet Jackson Hole, Inc.. All Rights Reserved. | Site developed by Cry