## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANICE SCOTT-BLANTON, | : | |
| Plaintiff, | : | Civil Action No.:  07-0098  (RMU) |
| v. | : | Document No.:  22 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP *et al.*, | : | |
| Defendants. | : | |

## ORDER

### GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is this 20th day of March, 2008,

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge