UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE SCOTT-BLANTON, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. **1.07cv00098 (RMU)** |
| ) | |
| UNIVERSAL CITY STUDIOS ) | |
| PRODUCTIONS LLLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MOTION OF DEFENDANTS FOR AN EXTENSION OF THE DEADLINE FOR THEIR MOTION FOR ATTORNEYS' FEES

On March 20, 2008, this Court issued its memorandum and order (the "March 20 Order") granting the Defendants' motion for summary judgment in its entirety. The March 20 Order renders Defendants the "prevailing parties" in the action, and entitles them to seek attorneys' fees and full costs pursuant to Section 505 of the Copyright Act. Pursuant to Fed. R. Civ. P. 54(d)(2), Defendants have 14 days from the date of final judgment (*i.e.*, until April 3, 2008), to file their Motion for Attorneys' Fees and Costs. By this motion, Defendants hereby request a brief, fifteen day extension of time, until *April 18, 2008*, to file their Motion for Attorneys' Fees.

Good cause exists for the requested relief. Defendants are attempting in good faith to resolve this action, including any attorneys' fees litigation. In this regard, promptly following the issuance of the March 20 Order, Defendants have contacted Plaintiff to discuss settlement. If the parties are able to resolve this action, this would obviate the need for a Motion for Attorneys' Fees. Defendants believe that the requested extension should allow sufficient time for the parties to engage in settlement discussions and determine whether the case can be resolved prior to briefing the Motion.

Defendants have advised Plaintiff of their intent to file this Motion.

Date: March 26, 2008               Submitted by:


/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
J. Matthew Williams (D.C. Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., N.W., 8th Floor
Washington, D.C. 20036
(202) 355-7902 (Telephone)
(202) 355-7892 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing MOTION OF DEFENDANTS FOR AN EXTENSION OF THE DEADLINE FOR THEIR MOTION FOR ATTORNEYS' FEES has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 26, 2008:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

      /s/ Steven J. Metalitz
      Steven J. Metalitz (D.C. Bar No. 944603)
      MITCHELL SILBERBERG & KNUPP, LLP
      1818 N St., N.W., 8th Floor
      Washington, D.C. 20036
      (202) 355-7900 (Telephone)
      (202) 355-7899 (Facsimile)
      *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JANICE SCOTT-BLANTON,** *pro se* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. **1.07cv00098 (RMU)** |
| **UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS FOR AN EXTENSION OF THE DEADLINE FOR THEIR MOTION FOR ATTORNEYS' FEES**

Good cause appearing, it hereby is ORDERED THAT: Defendants' Motion for Attorneys' Fees shall be filed on or before April 18, 2008.

Dated: _____   _____
Ricardo M. Urbina
Judge, United States District Court,
District of Columbia

1786739.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing [PROPOSED] ORDER has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 26, 2008:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

                                              /s/ Steven J. Metalitz
                                              Steven J. Metalitz (D.C. Bar No. 944603)
                                              MITCHELL SILBERBERG & KNUPP LLP
                                              1818 N St., N.W., 8th Floor
                                              Washington, D.C. 20036
                                              (202) 355-7902 (Telephone)
                                              (202) 355-7892 (Facsimile)
                                              *Attorneys for Defendants*

1786739.1