UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANICE SCOTT-BLANTON, *pro se*<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS<br>PRODUCTIONS LLLP, *et al.*,<br><br>　　　　　Defendants. | Civil Case No. **1.07cv00098 (RMU)** |

**NOTICE OF NON-OPPOSITION TO MOTION OF DEFENDANTS FOR AN EXTENSION OF THE DEADLINE FOR THEIR MOTION FOR ATTORNEYS' FEES**

　　On March 26, 2008, Defendants filed a Motion for an Extension of the Deadline for their Motion for Attorneys' Fees, requesting a brief, 15-day extension permitting them to file their Motion on or before April 18, 2008.  Defendants request that the Court take notice that Plaintiff has specifically informed counsel for Defendants that Plaintiff does not oppose Defendants' Motion for an Extension of the Deadline for their Motion for Attorneys' Fees, and, indeed, consents to the relief requested.  The parties anticipate that discussions will take place during the week of March 31, 2008, in order to determine whether a settlement is achievable.  Defendants respectfully submit that the requested extension of time will facilitate such settlement discussions (and, indeed, is necessary to ensure that such discussions are meaningful).

Date:  March 28, 2008                    Submitted by:


/s/ Steven J. Metalitz
Steven J. Metalitz (D.C. Bar No. 944603)
J. Matthew Williams (D.C. Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N St., N.W., 8th Floor
Washington, D.C. 20036
(202) 355-7902 (Telephone)
(202) 355-7892 (Facsimile)

Marc E. Mayer (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing NOTICE OF NON-OPPOSITION TO MOTION OF DEFENDANTS FOR AN EXTENSION OF THE DEADLINE FOR THEIR MOTION FOR ATTORNEYS' FEES has been served, via Federal Express and via the Court's electronic filing system, to the following address on March 28, 2008:

Janice Scott-Blanton
3578 Wharf Lane
Triangle, VA 22172

      /s/ Steven J. Metalitz
      Steven J. Metalitz (D.C. Bar No. 944603)
      MITCHELL SILBERBERG & KNUPP, LLP
      1818 N St., N.W., 8th Floor
      Washington, D.C. 20036
      (202) 355-7900 (Telephone)
      (202) 355-7899 (Facsimile)
      *Attorneys for Defendants*