In The
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C.

JANICE SCOTT-BLANTON, *pro se,*

    Plaintiff,

vs.                              CIVIL ACTION NO. <u>1:07cv0098</u> (RMU)

UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,

    Defendants.

<u>NOTICE OF APPEAL</u>

Plaintiff Janice Scott-Blanton, as *pro se,* submits this Notice of Appeal of the final judgment entered in this case on March 20, 2008 appealing the entire matter against all defendants to the United States Court of Appeals for the District of Columbia.

                                                  Respectfully submitted,

                                                  Janice Scott-Blanton
                                                  Plaintiff, *pro se*

3578 Wharf Lane
Triangle, Virginia 22172
(703) 861-0028

RECEIVED
APR 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that I sent by U. S. mail, postage prepaid, the foregoing Notice of Appeal to the defendants counsel on this the 21 day of April 2008:

Steven J. Metalitz, Esquire
*Mitchell Silberberg & Knupp*, LLP
Counsel for Defendants
2300 M. Street, N.W., Suite 800
Washington, D.C. 20037

_____
Janice Scott-Blanton