In The
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C.

JANICE SCOTT-BLANTON, *pro se*,

    Plaintiff,

vs.                            CIVIL ACTION NO. <u>1:07cv0098</u> (RMU)

UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, et al.,

    Defendants.

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO THE DEFENDANTS' MOTION FOR ATTORNEYS' FEES

    Plaintiff Janice Scott-Blanton, as *pro se*, moves the Court for an extension of time within which to respond to the defendants' motion for attorneys' fees. The plaintiff requests an extension of time until May 23, 2008. The defendants have agreed with granting plaintiff the extension of time, and both parties agreed that defendants should have until June 6, 2008 to respond to the plaintiff's response.

    For the foregoing reasons, plaintiff respectfully requests the Court to grant the extension of time requested.

                                            Respectfully submitted,

                                            Janice Scott-Blanton
                                            Plaintiff, *pro se*

**RECEIVED**

APR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3578 Wharf Lane
Triangle, Virginia 22172
(703) 861-0028

## CERTIFICATE OF SERVICE

I hereby certify that I sent by U. S. mail, postage prepaid, the foregoing Motion for Extension of Time to the defendants counsel on this the 28 day of April 2008:

Steven J. Metalitz, Esquire
Mitchell Silberberg & Knupp, LLP
Counsel for Defendants
2300 M. Street, N.W., Suite 800
Washington, D.C. 20037

_____
Janice Scott-Blanton

In The
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington, D.C.

JANICE SCOTT-BLANTON, *pro se*,

      Plaintiff,

vs.

UNIVERSAL CITY STUDIOS
PRODUCTIONS, LLLP, et al.,

      Defendants.

Civil Case No. 1:07cv0098 (RMU)

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Upon consideration of Plaintiff Janice Scott-Blanton's Motion for Extension of Time Within Which to Respond to Defendants' Motion for Attorneys' Fees, and for good cause appearing,

IT IS HEREBY ORDERED that the Plaintiff shall file her Response on or before May 23, 2008, and the Defendants shall file their Reply, if any, on or before June 3, 2008.

Dated:_____

                                                Ricardo M. Urbina
                                                United Stated District Judge